**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GNC HOLDINGS, INC., *et al.*, | ) Case No. 20-11662 (___) |
| | ) |
| Debtors.[1] | ) (Joint Administration Requested) |
| | ) |
| | ) |

**DEBTORS' FIRST (1ST) OMNIBUS MOTION FOR ENTRY OF AN
ORDER (A) AUTHORIZING REJECTION OF CERTAIN UNEXPIRED LEASES
EFFECTIVE AS OF THE PETITION DATE AND (B) GRANTING RELATED RELIEF**

> **PARTIES RECEIVING THIS MOTION SHOULD LOCATE THEIR
> NAMES AND THEIR LEASE LISTED ON SCHEDULE 1 TO THE
> PROPOSED ORDER ATTACHED HERETO AS EXHIBIT A.**

The debtors in possession in the above-captioned cases (collectively, the "***Debtors***") hereby move (this "***Motion***") and respectfully state as follows:

**RELIEF REQUESTED**

1.     By this Motion, the Debtors seek entry of an order, substantially in the form attached hereto as **Exhibit A** (the "***Proposed Order***"): (a) authorizing the rejection of certain unexpired leases and subleases, including any guaranties, amendments or modifications thereof (each, a "***Rejection Lease***," and collectively, the "***Rejection Leases***"), a list of which is annexed as **Schedule 1** to **Exhibit A**, effective as of the Petition Date (as defined below), and (b)

---

[1]     The debtors in these Chapter 11 Cases, along with the last four digits of each debtor's United States federal tax identification number, if applicable, or other applicable identification number, are:  GNC Holdings, Inc. (6244); GNC Parent LLC (7572); GNC Corporation (5170); General Nutrition Centers, Inc. (5168); General Nutrition Corporation (4574); General Nutrition Investment Company (3878); Lucky Oldco Corporation (7141); GNC Funding, Inc. (7837); GNC International Holdings, Inc. (9873); GNC China Holdco, LLC (0004); GNC Headquarters LLC (7550); Gustine Sixth Avenue Associates, Ltd. (0731); GNC Canada Holdings, Inc. (3879); General Nutrition Centres Company (0939); GNC Government Services, LLC (2295); GNC Puerto Rico Holdings, Inc. (4559); and GNC Puerto Rico, LLC (7234).  The debtors' mailing address is 300 Sixth Avenue, Pittsburgh, Pennsylvania 15222.

authorizing the Debtors to abandon the personal property located at the premises related to the Rejection Leases (collectively, the "***Premises***") as of the Petition Date.

## JURISDICTION

2.      This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012.   This is a core proceeding pursuant to 28 U.S.C. § 157(b), and, under Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "***Local Rules***"), the Debtors consent to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.   Venue of these cases and this Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.   The statutory and legal predicates for the relief requested herein are sections 105(a), 365(a) and 554(a) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "***Bankruptcy Code***"), and Rules 6006 and 6007 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***").

## BACKGROUND

3.      On June 23, 2020 (the "***Petition Date***"), the Debtors filed voluntary petitions for relief in this Court, commencing cases (the "***Chapter 11 Cases***") under chapter 11 of the Bankruptcy Code.   The Debtors continue to manage and operate their businesses as debtors in possession under sections 1107 and 1108 of the Bankruptcy Code.   No trustee or examiner has been requested in these cases, and no committees have been appointed.

26664170.2

2

4.      The Debtors anticipate commencing an ancillary proceeding under Part IV of the Companies' Creditors Arrangement Act (Canada) in Toronto, Ontario, Canada before the Ontario Superior Court of Justice (Commercial List).

5.      The factual background regarding the Debtors, including their business operations, their capital and debt structures, and the events leading to the filing of these Chapter 11 Cases, is set forth in detail in the *Declaration of Tricia Tolivar, Chief Financial Officer of GNC Holdings, Inc. in Support of Chapter 11 Petitions and First Day Pleadings* (the "***First Day Declaration***")[2] filed contemporaneously herewith.  In support of the Motion, the Debtors rely upon and incorporate by reference the First Day Declaration.[3]

## MOTION SPECIFIC BACKGROUND

6.      As described in detail in the First Day Declaration, the Debtors have today filed these Chapter 11 Cases amid an unprecedented health crisis with difficult social, political and economic implications.  While the Debtors would have preferred to wait out the current instabilities of the financial markets and retail industry, they simply could not afford to do so.  The relief sought in this Motion is critical to preserve liquidity and maintain the Debtors' viability as a going concern.

## I.      THE REJECTION LEASES

7.      As of the Petition Date, the Debtors are parties to approximately 3,616 real property leases in the United States, Canada and Puerto Rico, 772 of which are subleased to 330 franchisees. As part of their ongoing restructuring efforts, the Debtors are engaging in a comprehensive review

---

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the First Day Declaration.

[3]     The First Day Declaration and other relevant case information is available from (a) the Court's website, www.deb.uscourts.gov, and (b) the website maintained by the Debtors' proposed claims and noticing agent, Prime Clerk LLC, at https://cases.primeclerk.com/gnc.

and analysis of their lease portfolio.  After careful evaluation, the Debtors have identified 100 stores to be rejected (the "***Rejection Stores***").   As such, the Debtors have determined, in the exercise of their business judgment, that it is in the best interests of their estates to seek authority to reject the Rejection Leases associated with the Rejection Stores as of the Petition Date. Rejecting the Rejection Leases will allow the Debtors to avoid the accrual of unnecessary administrative expenses with no foreseeable benefits to the Debtors' estates.  Moreover, given the obligations under the Rejection Leases and current market conditions, the Debtors have concluded, in consultation with their advisors, that the Rejection Leases are not marketable and are unlikely to generate material value for the Debtors' estates.

8.    On June 18, 2020, the Debtors sent letters to each landlord counterparty (the "***Landlords***") to the Rejection Leases, which were delivered no later than the Petition Date, notifying them that the Debtors were unequivocally surrendering possession of the Premises and abandoning any Debtor-owned personal property in conjunction therewith as of such time.

## II.    REMAINING PROPERTY

9.    Certain Rejection Stores store property that belongs to the Debtors, including, but not limited to, inventory, books and records, equipment, fixtures, furniture and other personal property (the "***Remaining Property***").   Before the Debtors vacated the Premises, the Debtors evaluated the Remaining Property located at the Premises and determined that (a) the Remaining Property is of inconsequential value or (b) the cost of removing and storing the Remaining Property for future use, marketing, or sale exceeded its value to the Debtors' estates.  Because the Debtors have no intent to operate the stores at the Premises, the Remaining Property will no longer be necessary for the administration of the Debtors' estates.

10.     Accordingly, to reduce postpetition administrative costs and in the exercise of the Debtors' sound business judgment, the Debtors believe that the abandonment of the Remaining Property is appropriate and in the best interests of the Debtors, their estates, and their creditors.

**BASIS FOR RELIEF**

## I.     REJECTION OF THE REJECTION LEASES REFLECTS THE DEBTORS' SOUND BUSINESS JUDGMENT.

11.     Section 365(a) of the Bankruptcy Code provides that a debtor, "subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor." 11 U.S.C. § 365(a).  The purpose behind section 365(a) is "to permit the trustee or debtor-in-possession to use valuable property of the estate and to renounce title to and abandon burdensome property."  *In re Republic Airways Holdings Inc.,* 547 B.R. 578, 582 (Bankr. S.D.N.Y. 2016) (quoting *In re Orion Pictures Corp. v. Showtime Networks, Inc.* (*In re Orion Pictures Corp.*), 4 F.3d 1095, 1098 (2d Cir. 1993)); *see also In re Exide Techs.,* 607 F.3d 957, 967 (3d Cir. 2010) ("Courts may use § 365 to free a [debtor] from burdensome duties that hinder its reorganization."); *N.L.R.B. v. Bildisco and Bildisco* (*In re Bildisco),* 465 U.S. 513, 528 (1984) ("[t]he authority to reject an executory contract is vital to the basic purpose to a Chapter 11 reorganization, because rejection can release the debtor's estate from burdensome obligations that can impede a successful reorganization.").  Pursuant to Bankruptcy Rule 6006(f), a trustee or debtor in possession may file a motion for the authority to reject multiple leases.  Fed. R. Bankr. P. 6006(f).

12.     The standard applied by courts to determine whether the assumption or rejection of an unexpired nonresidential lease should be authorized is the "business judgment" test, which requires a debtor to have determined that the requested assumption or rejection would be beneficial to its estate.  *See Grp. Of Institutional Inv'rs v. Chi., Milwaukee St. Paul & Pac. R.R.,* 318 U.S. 523, 550 (1943) (noting that "the question whether a lease should be rejected…is one of business

judgment"); *In re Bildisco,* 682 F.2d 72, 79 (3d Cir. 1982), *aff'd,* 465 U.S. 513 ("The usual test for rejection of an executory contract is simply whether rejection would benefit the estate, the 'business judgment' test."); *accord In re HQ Glob. Holdings, Inc.,* 290 B.R. 507, 511 (Bankr. D. Del. 2003).

13.     In applying the business judgment standard, bankruptcy courts give deference to a debtor's decision to assume or reject leases.  *See, e.g., Sharon Steel Corp. v. Nat'l Fuel Gas Distrib. Corp.,* 872 F.2d 36, 39-40 (3d Cir. 1989) (affirming the rejection of a service agreement as a sound exercise of the debtor's business judgment when the bankruptcy court found that such rejection would benefit the debtors' estate); *In re Trans World Airlines, Inc.,* 261 B.R. 103, 121 (Bankr. D. Del. 2001) ("[A] debtor's decision to reject an executory contract must be summarily affirmed unless it is the product of bad faith, or whim, or caprice.").

14.     Rejection of the Rejection Leases is well within the Debtors' business judgment and will serve to maximize the value of their estates.  The Debtors seek authority to reject the Rejection Leases to avoid the incurrence of any additional unnecessary expenses related to the Rejection Leases and the maintenance of the Rejection Stores.  The Debtors have concluded that the cost of maintaining the Rejection Stores outweighs any revenues that the Rejection Stores currently generate or are likely to generate in the future.

15.     After evaluation and analysis, the Debtors have determined, in the exercise of their sound business judgment, that there is no net benefit that is likely to be realized from the Debtors' continued efforts to retain and potentially market the Rejection Leases and that there is little, if any, likelihood that the Debtors will be able to realize value from the Rejection Leases. Accordingly, the Debtors have concluded that rejection of the Rejection Leases is in the best interest of the Debtors' estates, their creditors, and other parties in interest.

26664170.2

## II.   THE COURT SHOULD DEEM THE REJECTION LEASES REJECTED EFFECTIVE AS OF THE PETITION DATE AND AUTHORIZE DEBTORS TO ABANDON THE REMAINING PROPERTY.

16.     Section 365 of the Bankruptcy Code does not restrict a bankruptcy court from applying rejection retroactively.  *See In re Jamesway Corp.*, 179 B.R. 33, 37 (S.D.N.Y. 1995) (stating that section 365 does not include "restrictions as to the manner in which the court can approve rejection"); *see also In re CCI Wireless, LLC*, 297 B.R. 133, 138 (D. Colo. 2003) (noting that section 365 "does not prohibit the bankruptcy court from allowing the rejection of leases to apply retroactively").

17.     Courts have held that a bankruptcy court may, in its discretion, authorize rejection retroactively to a date prior to entry of an order authorizing such rejection where the balance of equities favors such relief.  *See In re Thinking Machs. Corp.*, 67 F.3d 1021, 1029 (1st Cir. 1995) (stating that "rejection under section 365(a) does not take effect until judicial approval is secured, but the approving court has the equitable power, in suitable cases, to order a rejection to operate retroactively"); *In re Chi-Chi's, Inc.*, 305 B.R. 396, 399 (Bankr. D. Del. 2004) (stating "the court's power to grant retroactive relief is derived from the bankruptcy court's equitable powers so long as it promotes the purposes of § 365(a)"); *In re CCI Wireless, LLC*, 297 B.R. at 140 (holding that a "court has authority under section 365(d)(3) to set the effective date of rejection at least as early as the filing date of the motion to reject").

18.     Here, the equities of these Chapter 11 Cases favor the Court's approval of the retroactive rejection of the Rejection Leases to the Petition Date.  Without such relief, the Debtors will potentially incur unnecessary administrative expenses related to the Rejection Leases— agreements that provide no benefit to the Debtors' estates in light of their goal to maximize value of the business as a going concern.  *See* 11 U.S.C. § 365(d)(3).

19.     Moreover, the Landlords will not be unduly prejudiced if the Rejection Leases are rejected effective as of the Petition Date because the Debtors have served this Motion on the Landlords and/or their agents or representatives by electronic mail and/or facsimile, on the date hereof, and by overnight mail, the following day, stating that the Debtors intend to reject the Rejection Leases effective as of the Petition Date.  Furthermore, the Debtors have, on or before the date hereof, turned over the keys to the Premises to the Landlords or their representatives and abandoned the Premises, and in conjunction therewith indicated that they were unequivocally surrendering possession of the Premises as a result thereof.  Therefore, based on the Debtors' desire to eliminate the potential for administrative claims against their estates, and to avoid the potential accrual of any further obligations under the Rejection Leases, the Debtors respectfully submit that the retroactive rejection of the Rejection Leases as of the Petition Date is appropriate.

20.     Further, the abandonment of the Remaining Property is appropriate and authorized by the Bankruptcy Code.  *See* 11 U.S.C. § 554(a).  Section 554(a) provides that "[a]fter notice and a hearing, the trustee may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate."  *Id.*  Courts generally give a debtor in possession great deference to its decision to abandon property.  *See In re Vel Rey Props., Inc.*, 174 B.R. 859, 867 (Bankr. D.D.C. 1994) ("Clearly, the court should give deference to the trustee's judgment in such matters.").  Unless certain property is harmful to the public, once a debtor has shown that it is burdensome or of inconsequential value to the estate, a court should approve the abandonment.  *Id.*

21.     Before deciding to abandon any Remaining Property, the Debtors determined that the costs of moving and storing such Remaining Property outweighed any benefit to the Debtors'

estates.  Further, any efforts by the Debtors to move or market the Remaining Property would have unnecessarily delayed the Debtors' rejection of the Rejection Leases.

22.     Accordingly, the Debtors respectfully submit that the Court deem the Rejection Leases rejected effective as of the Petition Date and authorize the Debtors to abandon the Remaining Property as of such date.

## **RESERVATION OF RIGHTS**

23.     Nothing in this Motion shall be deemed: (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Motion; (e) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (f) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

## **NOTICE**

24.     Notice of this Motion will be given to: (a) the United States Trustee for the District of Delaware; (b) counsel to the agent for the Debtors' DIP Term Facility; (c) counsel to the agent for the Debtors' DIP ABL FILO Facility; (d) counsel to the Ad Hoc Group of Crossover Lenders; (e) counsel to the Ad Hoc FILO Term Lender Group; (f) counsel to the agent under the Debtors' secured term and asset-based financing facilities; (g) the indenture trustee for the Debtors' prepetition convertible notes; (h) the parties included on the Debtors' consolidated list of thirty (30) largest unsecured creditors; (i) the United States Attorney's Office for the District of Delaware; (j) the attorneys general for all 50 states and the District of Columbia; (k) the United States Department of Justice; (l) the Internal Revenue Service; (m) the Securities and Exchange

26664170.2

Commission; (n) the United States Drug Enforcement Agency; (o) the United States Food and Drug Administration; (p) the counterparties to the Rejection Leases (via overnight mail) and (q) all parties requesting notice pursuant to Bankruptcy Rule 2002.  The Debtors submit that, under the circumstances, no other or further notice is required.

[*Remainder of page intentionally left blank.*]

**WHEREFORE**, the Debtors respectfully request that the Court enter the Proposed Order, granting the relief requested in this Motion and such other relief as may be just and proper.

Dated: June 24, 2020
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

  _/s/ Joseph M. Mulvihill_

Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
Joseph M. Mulvihill (No. 6061)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 571-6600
Facsimile:    (302) 571-1253
Email:    mnestor@ycst.com
          kcoyle@ycst.com
          amagaziner@ycst.com
          jmulvihill@ycst.com

**LATHAM & WATKINS LLP**
Richard A. Levy (*pro hac vice* pending)
Caroline A. Reckler (*pro hac vice* pending)
Asif Attarwala (*pro hac vice* pending)
Brett V. Newman (*pro hac vice* pending)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:    (312) 876-7700
Facsimile:    (312) 993-9767
Email:    richard.levy@lw.com
          caroline.reckler@lw.com
          asif.attarwala@lw.com
          brett.newman@lw.com

- and -

George A. Davis (*pro hac vice* pending)
Jeffrey T. Mispagel (*pro hac vice* pending)
885 Third Avenue
New York, New York 10022
Telephone:    (212) 906-1200
Facsimile:    (212) 751-4864
Email:    george.davis@lw.com
          jeffrey.mispagel@lw.com

*Proposed Counsel for Debtors and Debtors in Possession*

**EXHIBIT A**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GNC HOLDINGS, INC., *et al.*, | ) Case No. 20-11662 (___) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) Re: Docket No. ___ |

### FIRST (1ST) OMNIBUS ORDER
### (A) AUTHORIZING REJECTION OF CERTAIN UNEXPIRED LEASES
### EFFECTIVE AS OF THE PETITION DATE AND (B) GRANTING RELATED RELIEF

Upon the motion (the "***Motion***")[2] of the Debtors for an order (this "***Order***"), (a) authorizing the Debtors to reject certain unexpired leases of real property (each, a "***Rejection Lease***," and collectively, the "***Rejection Leases***"), a list of which is annexed as **Schedule 1** hereto, effective as of the Petition Date; and (b) authorizing the Debtors to abandon the Remaining Property located at the Premises as of the Petition Date; and this Court having reviewed the Motion and the First Day Declaration; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United

---

[1]    The debtors in these Chapter 11 Cases, along with the last four digits of each debtor's United States federal tax identification number, if applicable, or other applicable identification number, are:  GNC Holdings, Inc. (6244); GNC Parent LLC (7572); GNC Corporation (5170); General Nutrition Centers, Inc. (5168); General Nutrition Corporation (4574); General Nutrition Investment Company (3878); Lucky Oldco Corporation (7141); GNC Funding, Inc. (7837); GNC International Holdings, Inc. (9873); GNC China Holdco, LLC (0004); GNC Headquarters LLC (7550); Gustine Sixth Avenue Associates, Ltd. (0731); GNC Canada Holdings, Inc. (3879); General Nutrition Centres Company (0939); GNC Government Services, LLC (2295); GNC Puerto Rico Holdings, Inc. (4559); and GNC Puerto Rico, LLC (7234).  The debtors' mailing address is 300 Sixth Avenue, Pittsburgh, Pennsylvania 15222.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

26664170.2

States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and this Court having authority to enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the First Day Declaration and all of the proceedings before this Court; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      Pursuant to sections 105(a) and 365 of the Bankruptcy Code, and Bankruptcy Rule 6006, the Rejection Leases identified in **__Schedule 1__** attached hereto, to the extent not already terminated in accordance with their applicable terms or upon agreement of the parties, are hereby rejected effective as of the Petition Date.

3.      The Debtors are authorized, but not directed, to abandon the Remaining Property that is owned by the Debtors and located on the Premises and all such property is deemed abandoned effective as of the Petition Date.   The Landlords to each Rejection Lease are authorized to dispose of the abandoned Remaining Property without liability to the Debtors or any third party and, to the extent applicable, the automatic stay is modified to allow such disposition.

4.      Nothing herein shall prejudice any party's rights to assert that the Rejection Leases are not, in fact, executory within the meaning of section 365 of the Bankruptcy Code.

5.       Any proofs of claim for damages in connection with the rejection of the Rejection Leases, if any, shall be filed on or before the later of (a) the claims bar date established by the Court in these Chapter 11 Cases, if any, and (b) thirty (30) days after entry of this Order.

6.       Nothing in the Motion or this Order, shall be construed as: (i) an admission as to the validity of any claim against any Debtor or the existence of any lien against the Debtors' properties; (ii) a waiver of the Debtors' rights to Dispute any claim or lien on any grounds; (iii) a promise to pay any claim; or (iv) an implication or admission that any particular claim would constitute an allowed claim.  Nothing contained in this Order shall be deemed to increase, decrease, reclassify, elevate to an administrative expense status, or otherwise affect any claim to the extent it is not paid.

7.       The requirements set forth in Bankruptcy Rules 6006 and 6007 are satisfied.

8.       This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.


Dated: _____, 2020
            Wilmington, Delaware          _____
                                          United States Bankruptcy Judge

26664170.2

3

**Schedule 1**

|  | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 1. | 16 | Monte Plaza Shopping Center, LLC Monterey Investors 5426 Martway Mission, KS 66205 | General Nutrition Corporation | Hy Vee Shops 4000 W 6th Street Lawrence, KS |
| 2. | 20 | Mount Vernon Associates LLC Mountain Development 3 Garrett Mt. Plaza Woodland Park, NJ 7424 | General Nutrition Corporation | Eastfield Mall Boston Rd Springfield, MA |
| 3. | 29 | CBL & Associates Properties Inc. CBL Center 2030 Hamilton Place Boulevard, Suite 500 Chattanooga, TN 37421 | General Nutrition Corporation | Monroeville Mall Monroeville, PA |
| 4. | 57 | Washington Prime Group Inc. 180 East Broad Street, 21st Floor Columbus, OH 43215 | General Nutrition Corporation | Chautauqua Mall 318 East Fairmont Lakewood, NY |
| 5. | 91 | Wilmorite Inc. Eastview Mall LLC 1265 Scottsville Road Rochester, NY 14624 | General Nutrition Corporation | Eastview Mall 7979 Victor-Pittsford Roa Victor, NY |
| 6. | 101 | Rural King Realty Rural King Realty LLC Attn: RE Manager 4216 Dewitt Ave Mattoon, IL 61938 | General Nutrition Corporation | Cross County Mall 700 Broadway East Mattoon, IL |
| 7. | 113 | Namdar Realty Group 150 Great Neck Road, Suite 304 Great Neck, NY 11021 | General Nutrition Corporation | Northland Mall 2900 E Lincolnway Sterling, IL |
| 8. | 125 | Waterford Assc Waterloo Center LLC c/o Namdar Realty Group 150 Great Neck Road, Suite 304 | General Nutrition Corporation | Crossroads Center 2060 Crossroads Blvd Waterloo, IA |

|  | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
|  |  | Great Neck, NY 11021 |  |  |
| 9. | 161 | Namdar Realty Group 150 Great Neck Road, Suite 304 Great Neck, NY 11021 | General Nutrition Corporation | Bangor Mall 663 Stillwater Avenue Bangor, ME |
| 10. | 239 | Unplugged Wireless, LLC UP Fieldgate US Investments Fashion Square LLC 1045 Tulloss Road Franklin, TN 37067 | General Nutrition Corporation | Orlando Fashion Square 3451 E Colonial Drive Orlando, FL |
| 11. | 242 | Brookfield Property Partners L.P. 350 N. Orleans Street, Suite 300 Chicago, IL 60654 | General Nutrition Corporation | Staten Island Mall 2655 Richmond Avenue Staten Island, NY |
| 12. | 249 | Simon Property Group Simon Property Group c/o M.S Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | General Nutrition Corporation | Oxford Valley Mall 2300 E Lincoln Highway Langhorne, PA |
| 13. | 264 | Universal Realty, LLC University Mall Soho Owner LLC c/o CBRE 2200 E. Fowler Ave Tampa, FL 33612 | General Nutrition Corporation | University Mall 12232 University Square C Tampa, FL |
| 14. | 284 | Investment Concepts, Inc Walpoole Mall Associates LLC 1801 S. La Cienega Blvd., Suite 301 Los Angeles, CA 90035 | General Nutrition Corporation | Walpole Mall 90 Providence Hwy East Walpole, MA |
| 15. | 289 | Brookfield Property Partners L.P. 350 N. Orleans Street, Suite 300 Chicago, IL 60654 | General Nutrition Corporation | Four Seasons Town Center 346 Four Seasons Mall Greensboro, NC |
| 16. | 307 | Preit Services, LLC The Bellevue 200 South Broad Street, Third Floor Philadelphia, PA 19102 | General Nutrition Corporation | Springfield Mall 1200 Baltimore Pike Springfield, PA |

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 17. | 328 | Levin Management Corporation Levis Commons LLC 3201 Levis Common Blvd Perrysburg, OH 43551 | General Nutrition Corporation | The Town Center At Levis 4135 Levis Commons Blvd Perrysburg, OH |
| 18. | 351 | Elliot Associates, Inc. Ellis Partners LLC 111 Sutter Street, Suite 800 San Francisco, CA 94104 | General Nutrition Corporation | Town & Country Village 855 El Camino Real Palo Alto, CA |
| 19. | 385 | American Assets, Inc. AAT Del Monte LLC c/o American Assets Trust Management LLC 11455 El Camino Real, Suite 200 San Diego, CA 92130 | General Nutrition Corporation | Del Monte Shopping Center 350 Del Monte S.C. Monterey, CA |
| 20. | 394 | Brookfield Property Partners L.P. 350 N. Orleans Street, Suite 300 Chicago, IL 60654 | General Nutrition Corporation | Neshaminy Mall 707 Neshaminy Mall Cornwell Heights, PA |
| 21. | 395 | CW Capital Asset Management LLC CW Capital Asset Management LLC 7501 Wisconsin Avenue Bethesda, MD 20814 | General Nutrition Corporation | Southland Mall 1215 East Shelby Drive Memphis, TN |
| 22. | 431 | Washington Prime Group Inc. 180 East Broad Street, 21st Floor Columbus, OH 43215 | General Nutrition Corporation | Dayton Mall 2700 Miamsburg Centervil Dayton, OH |
| 23. | 477 | Simon Property Group Simon Property Group c/o M.S Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | General Nutrition Corporation | Haywood Mall 700 Haywood Road Greenville, SC |
| 24. | 485 | Macerich 401 Wilshire Blvd, Suite 700 Santa Monica, CA 90401 | General Nutrition Corporation | Vintage Faire Mall 3401 Dale Road Modesto, CA |
| 25. | 486 | Cafaro Company, The Sandusky Mall Company c/o The Cafaro Company | General Nutrition Corporation | Sandusky Mall 4314 Milan Road Sandusky, OH |

3

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| | | 5577 Youngstown Warren Road Niles, OH 44446 | | |
| 26. | 496 | Simon Property Group Simon Property Group c/o M.S Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | General Nutrition Corporation | Lehigh Valley Mall 215 Lehigh Valley Mall Whitehall, PA |
| 27. | 507 | RPAI US Management LLC The Shoppes at Union Hill LLC c/o Stanbery Development LLC Attn: Property Management 328 Civic Center Drive Columbus, OH 43215 | General Nutrition Corporation | The Shoppes At Union Hill 3056 State Route 10 Denville, NJ |
| 28. | 554 | New Realty Advisors (2) 849 E. Commerce Drive, Suite 895 San Antonio, TX 78205 | General Nutrition Corporation | Rivercenter Mall 849 East Commerce Street San Antonio, TX |
| 29. | 601 | Hull Property Group C-III Asset Management 5221 N. O'Connor Blvd, Suite 600 Irving, TX 75039 | General Nutrition Corporation | Quintard Mall 700 Quintard Drive Oxford, AL |
| 30. | 612 | SVN Vanguard Commercial Real Estate Advisors New KOA LLC 8308 On the Mall Buena Park, CA 90620 | General Nutrition Corporation | Buena Park Mall 8312 On The Mall Buena Park, CA |
| 31. | 639 | Penmark Properties Pennmark Clearfield Holdings LLC 1000 Germantown Pike, Suite A-2 Plymouth Meeting, PA 19462 | General Nutrition Corporation | Clearfield Mall 1800 Daisy Street Clearfield, PA |
| 32. | 648 | Mid-America Real Estate Group 135 S LaSalle Street, Suite 1625 Chicago, IL 60604 | General Nutrition Corporation | Miami Valley Centre 987 E. Ash Street Piqua, OH |
| 33. | 689 | THF Realty THF Chesterfield Development LLC | General Nutrition Corporation | Chesterfield Commons 204 Thf Blvd |

4

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| | | c/o THF Realty Inc.<br>2127 Innerbelt Business Center Drive, Suite 200<br>St. Louis, MO 63114 | | Chesterfield, MO |
| 34. | 766 | Cypress Equities Managed Services LP (2)<br>Cypress Equities<br>8144 Walnut Hill Lane, Suite 1200<br>Dallas, TX 75231 | General Nutrition Corporation | Flagstaff Mall<br>4650 E 2 N Hwy 89<br>Flagstaff, AZ |
| 35. | 831 | CCM Capital Partners LLC<br>Condado 6 LLC<br>c/o CIAC LLC<br>1519 Ponce de Leon<br>San Juan, PR 00919 | General Nutrition Corporation | Centro Gran Caribe<br>Carretera #2 Km 29.7<br>Vega Alta, PR |
| 36. | 859 | Simon Property Group<br>Simon Property Group<br>c/o M.S Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | General Nutrition Corporation | Barton Creek Square<br>2901 Capital Of Texas Hwy<br>Austin, TX |
| 37. | 967 | Cafaro Company<br>5577 Youngstown-Warren Road<br>Niles, OH 44446 | General Nutrition Corporation | Asbury Plaza<br>2565 Northwest Arterial<br>Dubuque, IA |
| 38. | 1020 | JJ Gumberg Co.<br>1051 Brinton Road<br>Pittsburgh, PA 15221 | General Nutrition Corporation | Clearview Mall<br>Route 8<br>Butler, PA |
| 39. | 1090 | Oberstein Properties<br>OC Group LC<br>201 South Clinton Street, Suite 300<br>Iowa City, IA 52240 | General Nutrition Corporation | Old Capitol Center<br>201 Clinton Street<br>Iowa City, IA |
| 40. | 1230 | Katz Properties Management LLC<br>Excel Trust LP<br>17140 Bernardo Center Drive, 300<br>San Diego, CA 92128 | General Nutrition Corporation | Brandywine Crossing<br>15902 E Crain Hwy<br>Brandywine, MD |

|  | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 41. | 1234 | Macerich<br>401 Wilshire Blvd<br>Suite 700<br>Santa Monica, CA 90401 | General Nutrition Corporation | Green Acres Mall<br>1134 Green Acres Mall<br>Valley Stream, NY |
| 42. | 1249 | Simon Property Group<br>Simon Property Group<br>c/o M.S Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | General Nutrition Corporation | Dover Mall<br>1365 N. Dupont Highway<br>Dover, DE |
| 43. | 1514 | CBL & Associates Properties, Inc.<br>CBL & Associates Management Inc.<br>CBL Center<br>2030 Hamilton Place Boulevard,<br>Suite 500<br>Chattanooga, TN 37421 | General Nutrition Corporation | York Galleria<br>2899 Whiteford Rd<br>York, PA |
| 44. | 1534 | Woodmont Company<br>The Woodmont Company<br>Attn: Fred Meno<br>2100 West 7th Street<br>Fort Worth, TX 76107 | General Nutrition Corporation | West Ridge Mall<br>1801 Wanamaker Rd.<br>Topeka, KS |
| 45. | 1542 | QIC Property<br>1233 Rancho Vista Blvd.<br>Palmdale, CA 93551 | General Nutrition Corporation | Antelope Valley Mall<br>1233 Rancho Vista Blvd<br>Palmdale, CA |
| 46. | 1720 | Stony Island LLC<br>Principal Real Estate Investors LLC<br>801 Grand Avenue<br>Des Moines, IA 50392 | General Nutrition Corporation | Stony Island Plaza<br>1623 E 95th St<br>Chicago, IL |
| 47. | 1840 | Mid-America Real Estate Group<br>135 S LaSalle Street, Suite 1625<br>Chicago, IL 60604 | General Nutrition Corporation | Country Club Plaza<br>4285 W 167th St<br>Country Club, IL |
| 48. | 2017 | RD Management LLC<br>810 Seventh Avenue, 10th Floor<br>New York, NY 10019 | General Nutrition Corporation | Midway Shopping Center<br>1470 University Ave W<br>St. Paul, MN |

|   | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 49. | 2087 | RMS Properties Inc<br>Standard Property Group LP<br>c/o Robb Real Estate Company<br>5816 Forbes Ave<br>Pittsburg, PA 15217 | General Nutrition Corporation | Hyde Park Plaza<br>451 Hyde Park Road<br>Leechburg, PA |
| 50. | 2099 | Metro Commercial Mgmt. Services, Inc.<br>Willingboro Town Center South LLC<br>Parkway Plaza<br>200 Campbell Drive, Suite 200<br>Willingboro, NJ 08046-1068 | General Nutrition Corporation | Willingsboro Plaza<br>4364 Route 130 North<br>Willingboro, NJ |
| 51. | 2168 | CBL & Associates Properties, Inc.<br>CBL Center<br>2030 Hamilton Place Boulevard, Suite 500<br>Chattanooga, TN 37421 | General Nutrition Corporation | Burnsville Center<br>1030 Burnsville Center<br>Burnsville, MN |
| 52. | 2312 | Gilford Route 11 Realty Trust<br>c/o WS Asset Management Inc.<br>33 Boylston Street , Suite 3000<br>Chestnut Hill, MA 02467 | General Nutrition Corporation | Walmart Plaza<br>1458 Lakeshore Rd<br>Gilford, NH |
| 53. | 2320 | Starbucks Corporation<br>Crocker Park LLC<br>1350 West Third Street<br>Cleveland, OH 44113 | General Nutrition Corporation | Crocker Park<br>137 Market Street<br>West Lake, OH |
| 54. | 2326 | Arrowhead Towne Center, LLC<br>7700 West Arrowhead Towne Center<br>Glendale, AZ 85308 | General Nutrition Corporation | Arrowhead Town Center<br>7700 West Arrowhead Towne<br>Glendale, AZ |
| 55. | 2424 | Unison Hunt River, LLC<br>The Wilder Companies<br>800 Boylston Street, Suite 1300<br>Boston, MA 02199 | General Nutrition Corporation | Hunt River Commons<br>72 Frenchtown Road<br>North Kingston, RI |
| 56. | 2562 | Midland Atlantic Development Company LLC<br>9000 Keystone Crossing, Suite 850<br>Indianapolis, IN 46240 | General Nutrition Corporation | Heritage Crossing<br>3113 Heritage Green<br>Monroe, OH |

26664170.2

|  | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 57. | 3149 | RH Johnson Co<br>Rhus Palumbo & Susan Palumbo<br>858 Lullwater Park Court<br>Atlanta, GA 30306 | General Nutrition Corporation | Diamond Springs<br>41 Diamond Spring Rd.<br>Denville, NJ |
| 58. | 3158 | QIC Property US, Inc<br>12505 North Mainstreet, Suite 200<br>Rancho Cucamongo, CA 91739 | General Nutrition Corporation | Victoria Gardens<br>12379 S Main St<br>Rancho Cucamonga, CA |
| 59. | 3263 | Fulcrum Property Group<br>Katz Kirkpatrick Properties<br>1731 E. Roseville Parkway, Suite 270<br>Roseville, CA 95661 | General Nutrition Corporation | Red Bluff S.C.<br>925 South Main Street<br>Red Bluff, CA |
| 60. | 3532 | THF Realty<br>THF Steamboat Springs<br>Development LLC<br>c/o THF Management Inc.<br>211 N. Stadium Blvd., Suite 201<br>Columbia, MO 65203 | General Nutrition Corporation | Central Park Plaza<br>1809 Central Park Dr.<br>Steamboat Springs, CO |
| 61. | 3589 | Urban Retail Properties, LLC<br>Attn: Joseph McCarthy<br>925 South Federal Highway<br>Boca Raton, FL 33432 | General Nutrition Corporation | The Mall @ Stonecrest<br>8000 Mall Parkway<br>Lithonia, GA |
| 62. | 3608 | RMC Property Group<br>Searstown Partners Ltd.<br>1283 S. Missouri Ave<br>Clearwater, FL 34616 | General Nutrition Corporation | Clearwater Plaza<br>1283 S. Missouri Ave.<br>Clearwater, FL |
| 63. | 3795 | The Soni Building, Inc.<br>2764 Pleasant Road<br>Fort Mill, SC 29708 | General Nutrition Corporation | Shoppes At Stonecrest<br>1149 Stonecrest Blvd<br>Tega Cay, SC |
| 64. | 3990 | Yale Macon LLC<br>c/o Yale Realty Services Corporation<br>10 New King Street<br>White Plains, NY 10604 | General Nutrition Corporation | Walnut Creek Plaza<br>1475 Gray Highway<br>Macon, GA |

26664170.2

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 65. | 4009 | Unionville Square Shopping Centres Limited<br>700 Applewood Crescent<br>Suite 200<br>Vaughn, ON L4K 5X3 | General Nutrition Centres Company | Markham Town Centre<br>8601 Warden Ave<br>Markham, ON |
| 66. | 4040 | Skyline Real Estate Acquisitions, Inc.<br>45 Vogell Road<br>Richmond Hill, ON L4B 3P6 | General Nutrition Centres Company | Westside Market Village<br>520 Riddell Road<br>Orangeville, ON |
| 67. | 4076 | RioCan Holdings, Inc.<br>c/o RioCan Real Estate Investment Trust<br>2300 Yonge Street, Suite 500<br>Toronto, ON M4P 1E4 | General Nutrition Centres Company | Georgian Mall<br>509 Bayfield Street<br>Barrie, ON |
| 68. | 4093 | Markham Steeles Realty Inc.<br>c/o M & R Holdings<br>3520 Pharmacy Avenue, Unit 1<br>Toronto, ON M1W 2T8 | General Nutrition Centres Company | Markham Steeles Sc<br>5981 Steeles Avenue East<br>Scarborough, ON |
| 69. | 4102 | Robert Bosa Investment Partnership<br>1201-838 West Hastings Street<br>Vancouver, BC V6C 0A6 | General Nutrition Centres Company | Dawson Mall<br>11000 8th Street<br>Dawson Creek, BC |
| 70. | 4105 | RioCan Yonge Eglinton Centre<br>c/o RioCan Real Estate Investment Trust<br>2300 Yonge Street, Suite 500<br>Toronto, ON M4P 1E4 | General Nutrition Centres Company | Colussus Centre<br>31 Colussus Dr<br>Vaughan, ON |
| 71. | 4126 | Cataraqui Holdings, Inc.<br>c/o The Cadillac Fairview Corporation Limited<br>20 Queen Street , Fifth Floor<br>West Toronto, ON M5H 3R4 | General Nutrition Centres Company | Cataraqui Town Center<br>945 Gardiners Rd<br>Kingston, ON |
| 72. | 4147 | St. Clair Runnymede Developments Inc<br>1858 Avenue Road, Suite 300<br>Toronto, Ontario M5M 3Z5 | General Nutrition Centres Company | St Claire & Runnymede Rd<br>2555 St Clair Ave West<br>Toronto, ON |

26664170.2

|  | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 73. | 4152 | Eagle Landing Development c/o Gulf Pacific 351 Bewicke Ave North Vancouver, BC V7M 3E9 | General Nutrition Centres Company | Eagle Landing Sc 706-8249 Eagle Landing Pk Chilliwack, BC |
| 74. | 4165 | Ivanhoe Cambridge (Place Laurier Holdings Inc.) c/o Centre CDP Capital 1001 Square Victoria, Suite 500 Montreal, Quebec H2Z 2B5 | General Nutrition Centres Company | Laurier Quebec 2700 Laurier Boulevard Quebec, PQ |
| 75. | 4167 | 1500 Dundas East Holdings, Inc c/o Fieldgate Commercial Properties Limited 5400 Younge Street, 5th Floor Toronto , Ontario M2N 5R5 | General Nutrition Centres Company | Creekside Crossing 1560 Dundas St E Mississauga, ON |
| 76. | 4175 | Hoop Realty Inc. c/o Morguard Investments Limited #200-1033 Barry Downe Road Sudbury , Ontario P3A 5Z9 | General Nutrition Centres Company | New Sudbury Centre 1349 Lasalle Blvd Sudbury, ON |
| 77. | 4231 | Morguard Real Estate Investment Trust 55 City Center Drive, Suite 1000 Mississauga , Ontario L5B 1M3 | General Nutrition Centres Company | Brandon Shoppers 1570-18th St Unit 87 Brandon, MB |
| 78. | 4238 | 585562 B.C. Ltd., c.o Morguard Investments Limited Administrative Office 32900 South Fraser Way Abbotsford , British Columbia V2S 5A1 | General Nutrition Centres Company | Sevenoaks Shopping Centre 32900 South Fraser Way Abbotsford, BC |
| 79. | 4254 | NA (LPM) LP by its general partner, NADG(LPM) GP Ltd. and I.G. Investment Management, Ltd. as trustee for Investors Real Property Fund c/o Centre Corp. Management Service Limited 2851 John Street, Suite One Markham , Ontario L3R 5R7 | General Nutrition Centres Company | Lynden Park Mall 84 Lynden Road Brantford, ON |

10

|  | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 80. | 4298 | Complex Jules-Dallaire-T3 2820 Laurier Blvd., Suite 850 Quebec, Quebec G1V 0CI | General Nutrition Centres Company | Galerie Rive Nord 100 Boulevare Brien Repentingy, PQ |
| 81. | 5067 | Security National Properties 1340 East 9th Street Realty Corp. 184 New Egypt Road Lakewood, NJ 08701 | General Nutrition Corporation | Five Lakes Center 334 South State St Fairmont, MN |
| 82. | 5208 | Terramar Retail Center, LLC La Costa Town Center LLC 5973 Avenida Encinas, Suite 300 Carlsbad, CA 92008 | General Nutrition Corporation | La Costa Town Square 7615 Via Campanile Suite Carlsbad, CA |
| 83. | 5256 | Jordon Perlmutter Attention: Jonathan Perlmutter 1601 Blake Street, suite 600 Denver, CO 80202-1329 | General Nutrition Corporation | Larkridge Sc 16560 N. Washington St Thornton, CO |
| 84. | 5308 | PREIT Services, LLC 200 South Broad Street Philadelphia, PA 19102 | General Nutrition Corporation | 3097 Willow Grove Mall 2500 Moreland Road Willow Grove, PA |
| 85. | 5319 | NGM Ownership Group LC Metro Commercial Management Services LLC 303 Fellowship road, Suite 202 Mount Laurel, NJ 08054 | General Nutrition Corporation | South Mall 3300 Lehigh Street Allentown, PA |
| 86. | 5416 | Ershig Properties, Inc. 1800 North Elm Street Henderson, KY 42420 | General Nutrition Corporation | Three Star Shopping Cente 1410 Sparta Road Mcminnville, TN |
| 87. | 5546 | First Washington Realty 4350 East West Highway, Suite 400 Bethesda, MD 20814 | General Nutrition Corporation | Maple Avenue Shopping Ctr 335 Maple Avenue East Vienna, VA |
| 88. | 5568 | Fletcher Bright Company 537 Market Street, Suite 400 Chattanooga, TN 37402 | General Nutrition Corporation | Merchant's Square 414 South Main Street Swainsboro, GA |

26664170.2

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 89. | 5572 | Ramco HHF Nora Plaza, LLC<br>31500 Northwestern Highway, Suite 300<br>Farmington Hills, MI 48334 | General Nutrition Corporation | Nora Plaza<br>1300 East 86th Street<br>Indianapolis, IN |
| 90. | 5645 | 223 Grand Property, Inc.<br>1971 Western Ave , Suite 1122<br>Albany, NY 12203 | General Nutrition Corporation | 100 Elizabeth Street<br>100-106 Elizabeth St<br>New York, NY |
| 91. | 5752 | Horne Development, LP<br>1145 Tampa Avenue<br>Northridge, CA 91326 | General Nutrition Corporation | Seaside Factory Outlet<br>1111 North Roosevelt<br>Seaside, OR |
| 92. | 6102 | Cambridge Management, Ltd.<br>15941 S. Harlem Avenue, PMB 108<br>Tinley Park, IL 60477 | General Nutrition Corporation | South Shoppes<br>2725 IL Route 26 S<br>Freeport, IL |
| 93. | 6157 | Carlisle Properties Inc.<br>7680 Goddard Street, Suite 115<br>Colorado Springs, CO 80920 | General Nutrition Corporation | Woodland Park Plaza<br>1115 E US Hwy 24<br>Woodland Park, CO |
| 94. | 6164 | Pacific Equity Ventures, L.P.<br>Town Place LLC<br>15335 Calle Enrique, Suite 4<br>Morgan Hill, CA 95037 | General Nutrition Corporation | Town Place<br>787 1st Street<br>Gilroy, CA |
| 95. | 6217 | Cafaro Company, The<br>The Cafaro Northwest Partnership<br>5577 Youngstown Warren Road<br>Niles, OH 44446 | General Nutrition Corporation | Vancouver Plaza<br>7809 Vancouver Plaza #160<br>Vancouver, WA |
| 96. | 6505 | The Soni Building, Inc.<br>Ryer Landing Joint Venter LLC<br>c/o Staenberg Group Inc.<br>2127 Innerbelt Business Center Drive, Suite 310<br>St. Louis, MO 63114 | General Nutrition Corporation | River Landing<br>3480 Wolverine Dr<br>Montrose, CO |

26664170.2

|  | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 97. | 6684 | TKG Management Monument Marketplace Shops LLC Attn: Richard Blevins 540 Elkton Drive, Suite 302 Colorado Springs, CO 80907 | General Nutrition Corporation | Monument Marketplace 15954 Jackson Creek Pkwy Monument, CO |
| 98. | 6744 | Beaumont Company Beauvoir LLC Broussard Village Shopping Center, 2108 Verot School Road Lafayette, LA 70508 | General Nutrition Corporation | Broussard Village S.C. 1212 D Albertson Pkwy Broussard, LA |
| 99. | 6798 | Durga LLC (2) Duty Free Shop Inc. PO Box 9023395 San Juan, PR 000902 | General Nutrition Corporation | Condominio Reina De Casti 100 Paseo Gilberto San Juan, PR |
| 100. | 6895 | G&A Group, Inc. 215 West Church Road King of Prussia , PA 19406 | General Nutrition Corporation | Johnstown Mall 236 North Comrie Ave Johnstown, NY |

13