## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GNC HOLDINGS, INC., *et al.*, | ) Case No. 20-11662 (___) |
| | ) |
| Debtors.[1] | ) (Joint Administration Requested) |
| | ) |
| | ) |

### DEBTORS' SECOND (2ND) OMNIBUS MOTION FOR ENTRY OF AN ORDER (A) AUTHORIZING REJECTION OF CERTAIN UNEXPIRED LEASES EFFECTIVE AS OF THE PETITION DATE AND (B) GRANTING RELATED RELIEF

> **PARTIES RECEIVING THIS MOTION SHOULD LOCATE THEIR NAMES AND THEIR LEASE LISTED ON SCHEDULE 1 TO THE PROPOSED ORDER ATTACHED HERETO AS EXHIBIT A.**

The debtors in possession in the above-captioned cases (collectively, the "***Debtors***") hereby move (this "***Motion***") and respectfully state as follows:

### RELIEF REQUESTED

1.     By this Motion, the Debtors seek entry of an order, substantially in the form attached hereto as **Exhibit A** (the "***Proposed Order***"): (a) authorizing the rejection of certain unexpired leases and subleases, including any guaranties, amendments or modifications thereof (each, a "***Rejection Lease***," and collectively, the "***Rejection Leases***"), a list of which is annexed as **Schedule 1** to **Exhibit A**, effective as of the Petition Date (as defined below), and (b)

---

[1]     The debtors in these Chapter 11 Cases, along with the last four digits of each debtor's United States federal tax identification number, if applicable, or other applicable identification number, are:  GNC Holdings, Inc. (6244); GNC Parent LLC (7572); GNC Corporation (5170); General Nutrition Centers, Inc. (5168); General Nutrition Corporation (4574); General Nutrition Investment Company (3878); Lucky Oldco Corporation (7141); GNC Funding, Inc. (7837); GNC International Holdings, Inc. (9873); GNC China Holdco, LLC (0004); GNC Headquarters LLC (7550); Gustine Sixth Avenue Associates, Ltd. (0731); GNC Canada Holdings, Inc. (3879); General Nutrition Centres Company (0939); GNC Government Services, LLC (2295); GNC Puerto Rico Holdings, Inc. (4559); and GNC Puerto Rico, LLC (7234).  The debtors' mailing address is 300 Sixth Avenue, Pittsburgh, Pennsylvania 15222.

authorizing the Debtors to abandon the personal property located at the premises related to the Rejection Leases (collectively, the "***Premises***") as of the Petition Date.

## JURISDICTION

2.       This Court has jurisdiction to consider this Motion under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012.  This is a core proceeding pursuant to 28 U.S.C. § 157(b), and, under Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "***Local Rules***"), the Debtors consent to the entry of a final order by the Court in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.  Venue of these cases and this Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.  The statutory and legal predicates for the relief requested herein are sections 105(a), 365(a) and 554(a) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "***Bankruptcy Code***"), and Rules 6006 and 6007 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***").

## BACKGROUND

3.       On June 23, 2020 (the "***Petition Date***"), the Debtors filed voluntary petitions for relief in this Court, commencing cases (the "***Chapter 11 Cases***") under chapter 11 of the Bankruptcy Code.  The Debtors continue to manage and operate their businesses as debtors in possession under sections 1107 and 1108 of the Bankruptcy Code.  No trustee or examiner has been requested in these cases, and no committees have been appointed.

4.      The Debtors anticipate commencing an ancillary proceeding under Part IV of the Companies' Creditors Arrangement Act (Canada) in Toronto, Ontario, Canada before the Ontario Superior Court of Justice (Commercial List).

5.      The factual background regarding the Debtors, including their business operations, their capital and debt structures, and the events leading to the filing of these Chapter 11 Cases, is set forth in detail in the *Declaration of Tricia Tolivar, Chief Financial Officer of GNC Holdings, Inc. in Support of Chapter 11 Petitions and First Day Pleadings* (the "***First Day Declaration***")[2] filed contemporaneously herewith.  In support of the Motion, the Debtors rely upon and incorporate by reference the First Day Declaration.[3]

## MOTION SPECIFIC BACKGROUND

6.      As described in detail in the First Day Declaration, the Debtors have today filed these Chapter 11 Cases amid an unprecedented health crisis with difficult social, political and economic implications.  While the Debtors would have preferred to wait out the current instabilities of the financial markets and retail industry, they simply could not afford to do so.  The relief sought in this Motion is critical to preserve liquidity and maintain the Debtors' viability as a going concern.

## I.      THE REJECTION LEASES

7.      As of the Petition Date, the Debtors are parties to approximately 3,616 real property leases in the United States, Canada and Puerto Rico, 772 of which are subleased to 330 franchisees. As part of their ongoing restructuring efforts, the Debtors are engaging in a comprehensive review

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the First Day Declaration.

[3]    The First Day Declaration and other relevant case information is available from (a) the Court's website, www.deb.uscourts.gov, and (b) the website maintained by the Debtors' proposed claims and noticing agent, Prime Clerk LLC, at https://cases.primeclerk.com/gnc.

and analysis of their lease portfolio.  After careful evaluation, the Debtors have identified 100 stores to be rejected (the "***Rejection Stores***").   As such, the Debtors have determined, in the exercise of their business judgment, that it is in the best interests of their estates to seek authority to reject the Rejection Leases associated with the Rejection Stores as of the Petition Date. Rejecting the Rejection Leases will allow the Debtors to avoid the accrual of unnecessary administrative expenses with no foreseeable benefits to the Debtors' estates.  Moreover, given the obligations under the Rejection Leases and current market conditions, the Debtors have concluded, in consultation with their advisors, that the Rejection Leases are not marketable and are unlikely to generate material value for the Debtors' estates.

8.      On June 18, 2020, the Debtors sent letters to each landlord counterparty (the "***Landlords***") to the Rejection Leases, which were delivered no later than the Petition Date, notifying them that the Debtors were unequivocally surrendering possession of the Premises and abandoning any Debtor-owned personal property in conjunction therewith as of such time.

## II.      REMAINING PROPERTY

9.      Certain Rejection Stores store property that belongs to the Debtors, including, but not limited to, inventory, books and records, equipment, fixtures, furniture and other personal property (the "***Remaining Property***").   Before the Debtors vacated the Premises, the Debtors evaluated the Remaining Property located at the Premises and determined that (a) the Remaining Property is of inconsequential value or (b) the cost of removing and storing the Remaining Property for future use, marketing, or sale exceeded its value to the Debtors' estates.  Because the Debtors have no intent to operate the stores at the Premises, the Remaining Property will no longer be necessary for the administration of the Debtors' estates.

26685979.1

10.     Accordingly, to reduce postpetition administrative costs and in the exercise of the Debtors' sound business judgment, the Debtors believe that the abandonment of the Remaining Property is appropriate and in the best interests of the Debtors, their estates, and their creditors.

**BASIS FOR RELIEF**

## I.     REJECTION OF THE REJECTION LEASES REFLECTS THE DEBTORS' SOUND BUSINESS JUDGMENT.

11.     Section 365(a) of the Bankruptcy Code provides that a debtor, "subject to the court's approval, may assume or reject any executory contract or unexpired lease of the debtor." 11 U.S.C. § 365(a).  The purpose behind section 365(a) is "to permit the trustee or debtor-in-possession to use valuable property of the estate and to renounce title to and abandon burdensome property." *In re Republic Airways Holdings Inc.,* 547 B.R. 578, 582 (Bankr. S.D.N.Y. 2016) (quoting *In re Orion Pictures Corp. v. Showtime Networks, Inc.* (*In re Orion Pictures Corp.*), 4 F.3d 1095, 1098 (2d Cir. 1993)); *see also In re Exide Techs.,* 607 F.3d 957, 967 (3d Cir. 2010) ("Courts may use § 365 to free a [debtor] from burdensome duties that hinder its reorganization."); *N.L.R.B. v. Bildisco and Bildisco* (*In re Bildisco*)*,* 465 U.S. 513, 528 (1984) ("[t]he authority to reject an executory contract is vital to the basic purpose to a Chapter 11 reorganization, because rejection can release the debtor's estate from burdensome obligations that can impede a successful reorganization.").  Pursuant to Bankruptcy Rule 6006(f), a trustee or debtor in possession may file a motion for the authority to reject multiple leases.  Fed. R. Bankr. P. 6006(f).

12.     The standard applied by courts to determine whether the assumption or rejection of an unexpired nonresidential lease should be authorized is the "business judgment" test, which requires a debtor to have determined that the requested assumption or rejection would be beneficial to its estate.  *See Grp. Of Institutional Inv'rs v. Chi., Milwaukee St. Paul & Pac. R.R.,* 318 U.S. 523, 550 (1943) (noting that "the question whether a lease should be rejected…is one of business

judgment"); *In re Bildisco,* 682 F.2d 72, 79 (3d Cir. 1982), *aff'd,* 465 U.S. 513 ("The usual test for rejection of an executory contract is simply whether rejection would benefit the estate, the 'business judgment' test."); *accord In re HQ Glob. Holdings, Inc.,* 290 B.R. 507, 511 (Bankr. D. Del. 2003).

13.     In applying the business judgment standard, bankruptcy courts give deference to a debtor's decision to assume or reject leases.  *See, e.g., Sharon Steel Corp. v. Nat'l Fuel Gas Distrib. Corp.,* 872 F.2d 36, 39-40 (3d Cir. 1989) (affirming the rejection of a service agreement as a sound exercise of the debtor's business judgment when the bankruptcy court found that such rejection would benefit the debtors' estate); *In re Trans World Airlines, Inc.,* 261 B.R. 103, 121 (Bankr. D. Del. 2001) ("[A] debtor's decision to reject an executory contract must be summarily affirmed unless it is the product of bad faith, or whim, or caprice.").

14.     Rejection of the Rejection Leases is well within the Debtors' business judgment and will serve to maximize the value of their estates.  The Debtors seek authority to reject the Rejection Leases to avoid the incurrence of any additional unnecessary expenses related to the Rejection Leases and the maintenance of the Rejection Stores.  The Debtors have concluded that the cost of maintaining the Rejection Stores outweighs any revenues that the Rejection Stores currently generate or are likely to generate in the future.

15.     After evaluation and analysis, the Debtors have determined, in the exercise of their sound business judgment, that there is no net benefit that is likely to be realized from the Debtors' continued efforts to retain and potentially market the Rejection Leases and that there is little, if any, likelihood that the Debtors will be able to realize value from the Rejection Leases. Accordingly, the Debtors have concluded that rejection of the Rejection Leases is in the best interest of the Debtors' estates, their creditors, and other parties in interest.

## II.    THE COURT SHOULD DEEM THE REJECTION LEASES REJECTED EFFECTIVE AS OF THE PETITION DATE AND AUTHORIZE DEBTORS TO ABANDON THE REMAINING PROPERTY.

16.    Section 365 of the Bankruptcy Code does not restrict a bankruptcy court from applying rejection retroactively. *See In re Jamesway Corp.*, 179 B.R. 33, 37 (S.D.N.Y. 1995) (stating that section 365 does not include "restrictions as to the manner in which the court can approve rejection"); *see also In re CCI Wireless, LLC*, 297 B.R. 133, 138 (D. Colo. 2003) (noting that section 365 "does not prohibit the bankruptcy court from allowing the rejection of leases to apply retroactively").

17.    Courts have held that a bankruptcy court may, in its discretion, authorize rejection retroactively to a date prior to entry of an order authorizing such rejection where the balance of equities favors such relief. *See In re Thinking Machs. Corp.*, 67 F.3d 1021, 1029 (1st Cir. 1995) (stating that "rejection under section 365(a) does not take effect until judicial approval is secured, but the approving court has the equitable power, in suitable cases, to order a rejection to operate retroactively"); *In re Chi-Chi's, Inc.*, 305 B.R. 396, 399 (Bankr. D. Del. 2004) (stating "the court's power to grant retroactive relief is derived from the bankruptcy court's equitable powers so long as it promotes the purposes of § 365(a)"); *In re CCI Wireless, LLC*, 297 B.R. at 140 (holding that a "court has authority under section 365(d)(3) to set the effective date of rejection at least as early as the filing date of the motion to reject").

18.    Here, the equities of these Chapter 11 Cases favor the Court's approval of the retroactive rejection of the Rejection Leases to the Petition Date. Without such relief, the Debtors will potentially incur unnecessary administrative expenses related to the Rejection Leases—agreements that provide no benefit to the Debtors' estates in light of their goal to maximize value of the business as a going concern. *See* 11 U.S.C. § 365(d)(3).

26685979.1

19.     Moreover, the Landlords will not be unduly prejudiced if the Rejection Leases are rejected effective as of the Petition Date because the Debtors have served this Motion on the Landlords and/or their agents or representatives by electronic mail and/or facsimile, on the date hereof, and by overnight mail, the following day, stating that the Debtors intend to reject the Rejection Leases effective as of the Petition Date.  Furthermore, the Debtors have, on or before the date hereof, turned over the keys to the Premises to the Landlords or their representatives and abandoned the Premises, and in conjunction therewith indicated that they were unequivocally surrendering possession of the Premises as a result thereof.  Therefore, based on the Debtors' desire to eliminate the potential for administrative claims against their estates, and to avoid the potential accrual of any further obligations under the Rejection Leases, the Debtors respectfully submit that the retroactive rejection of the Rejection Leases as of the Petition Date is appropriate.

20.     Further, the abandonment of the Remaining Property is appropriate and authorized by the Bankruptcy Code.  *See* 11 U.S.C. § 554(a).  Section 554(a) provides that "[a]fter notice and a hearing, the trustee may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate."  *Id.*  Courts generally give a debtor in possession great deference to its decision to abandon property.  *See In re Vel Rey Props., Inc.*, 174 B.R. 859, 867 (Bankr. D.D.C. 1994) ("Clearly, the court should give deference to the trustee's judgment in such matters.").  Unless certain property is harmful to the public, once a debtor has shown that it is burdensome or of inconsequential value to the estate, a court should approve the abandonment.  *Id.*

21.     Before deciding to abandon any Remaining Property, the Debtors determined that the costs of moving and storing such Remaining Property outweighed any benefit to the Debtors'

estates.  Further, any efforts by the Debtors to move or market the Remaining Property would have unnecessarily delayed the Debtors' rejection of the Rejection Leases.

22.     Accordingly, the Debtors respectfully submit that the Court deem the Rejection Leases rejected effective as of the Petition Date and authorize the Debtors to abandon the Remaining Property as of such date.

## RESERVATION OF RIGHTS

23.     Nothing in this Motion shall be deemed: (a) an admission as to the amount of, basis for, or validity of any claim against the Debtors under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any other party in interest's right to dispute any claim; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Motion; (e) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; or (f) a waiver of any claims or causes of action which may exist against any entity under the Bankruptcy Code or any other applicable law.

## NOTICE

24.     Notice of this Motion will be given to: (a) the United States Trustee for the District of Delaware; (b) counsel to the agent for the Debtors' DIP Term Facility; (c) counsel to the agent for the Debtors' DIP ABL FILO Facility; (d) counsel to the Ad Hoc Group of Crossover Lenders; (e) counsel to the Ad Hoc FILO Term Lender Group; (f) counsel to the agent under the Debtors' secured term and asset-based financing facilities; (g) the indenture trustee for the Debtors' prepetition convertible notes; (h) the parties included on the Debtors' consolidated list of thirty (30) largest unsecured creditors; (i) the United States Attorney's Office for the District of Delaware; (j) the attorneys general for all 50 states and the District of Columbia; (k) the United States Department of Justice; (l) the Internal Revenue Service; (m) the Securities and Exchange

26685979.1

Commission; (n) the United States Drug Enforcement Agency; (o) the United States Food and Drug Administration; (p) the counterparties to the Rejection Leases (via overnight mail) and (q) all parties requesting notice pursuant to Bankruptcy Rule 2002.  The Debtors submit that, under the circumstances, no other or further notice is required.

[*Remainder of page intentionally left blank.*]

**WHEREFORE**, the Debtors respectfully request that the Court enter the Proposed Order, granting the relief requested in this Motion and such other relief as may be just and proper.

Dated: June 24, 2020
        Wilmington, Delaware

**YOUNG CONAWAY STARGATT &**
**TAYLOR, LLP**


*/s/ Joseph M. Mulvihill*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
Joseph M. Mulvihill (No. 6061)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 571-6600
Facsimile:    (302) 571-1253
Email:        mnestor@ycst.com
              kcoyle@ycst.com
              amagaziner@ycst.com
              jmulvihill@ycst.com

**LATHAM & WATKINS LLP**
Richard A. Levy (*pro hac vice* pending)
Caroline A. Reckler (*pro hac vice* pending)
Asif Attarwala (*pro hac vice* pending)
Brett V. Newman (*pro hac vice* pending)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:    (312) 876-7700
Facsimile:    (312) 993-9767
Email:        richard.levy@lw.com
              caroline.reckler@lw.com
              asif.attarwala@lw.com
              brett.newman@lw.com

- and -

George A. Davis (*pro hac vice* pending)
Jeffrey T. Mispagel (*pro hac vice* pending)
885 Third Avenue
New York, New York 10022
Telephone:    (212) 906-1200
Facsimile:    (212) 751-4864
Email:        george.davis@lw.com
              jeffrey.mispagel@lw.com

*Proposed Counsel for Debtors and Debtors in Possession*

26685979.1

11

**<u>EXHIBIT A</u>**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GNC HOLDINGS, INC., *et al.*, | ) Case No. 20-11662 (___) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) Re: Docket No. ___ |

## SECOND (2ND) OMNIBUS ORDER
## (A) AUTHORIZING REJECTION OF CERTAIN UNEXPIRED LEASES
## EFFECTIVE AS OF THE PETITION DATE AND (B) GRANTING RELATED RELIEF

Upon the motion (the "***Motion***")[2] of the Debtors for an order (this "***Order***"), (a) authorizing the Debtors to reject certain unexpired leases of real property (each, a "***Rejection Lease***," and collectively, the "***Rejection Leases***"), a list of which is annexed as __Schedule 1__ hereto, effective as of the Petition Date; and (b) authorizing the Debtors to abandon the Remaining Property located at the Premises as of the Petition Date; and this Court having reviewed the Motion and the First Day Declaration; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United

---

[1]     The debtors in these Chapter 11 Cases, along with the last four digits of each debtor's United States federal tax identification number, if applicable, or other applicable identification number, are:  GNC Holdings, Inc. (6244); GNC Parent LLC (7572); GNC Corporation (5170); General Nutrition Centers, Inc. (5168); General Nutrition Corporation (4574); General Nutrition Investment Company (3878); Lucky Oldco Corporation (7141); GNC Funding, Inc. (7837); GNC International Holdings, Inc. (9873); GNC China Holdco, LLC (0004); GNC Headquarters LLC (7550); Gustine Sixth Avenue Associates, Ltd. (0731); GNC Canada Holdings, Inc. (3879); General Nutrition Centres Company (0939); GNC Government Services, LLC (2295); GNC Puerto Rico Holdings, Inc. (4559); and GNC Puerto Rico, LLC (7234).  The debtors' mailing address is 300 Sixth Avenue, Pittsburgh, Pennsylvania 15222.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and this Court having authority to enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the First Day Declaration and all of the proceedings before this Court; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      Pursuant to sections 105(a) and 365 of the Bankruptcy Code, and Bankruptcy Rule 6006, the Rejection Leases identified in **<u>Schedule 1</u>** attached hereto, to the extent not already terminated in accordance with their applicable terms or upon agreement of the parties, are hereby rejected effective as of the Petition Date.

3.      The Debtors are authorized, but not directed, to abandon the Remaining Property that is owned by the Debtors and located on the Premises and all such property is deemed abandoned effective as of the Petition Date.   The Landlords to each Rejection Lease are authorized to dispose of the abandoned Remaining Property without liability to the Debtors or any third party and, to the extent applicable, the automatic stay is modified to allow such disposition.

4.      Nothing herein shall prejudice any party's rights to assert that the Rejection Leases are not, in fact, executory within the meaning of section 365 of the Bankruptcy Code.

5.    Any proofs of claim for damages in connection with the rejection of the Rejection Leases, if any, shall be filed on or before the later of (a) the claims bar date established by the Court in these Chapter 11 Cases, if any, and (b) thirty (30) days after entry of this Order.

6.    Nothing in the Motion or this Order, shall be construed as: (i) an admission as to the validity of any claim against any Debtor or the existence of any lien against the Debtors' properties; (ii) a waiver of the Debtors' rights to Dispute any claim or lien on any grounds; (iii) a promise to pay any claim; or (iv) an implication or admission that any particular claim would constitute an allowed claim.  Nothing contained in this Order shall be deemed to increase, decrease, reclassify, elevate to an administrative expense status, or otherwise affect any claim to the extent it is not paid.

7.    The requirements set forth in Bankruptcy Rules 6006 and 6007 are satisfied.

8.    This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.


Dated: _____, 2020
          Wilmington, Delaware          _____
                                        United States Bankruptcy Judge

**Schedule 1**

|     | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
| --- | --- | --- | --- | --- |
| 1. | 7187 | Persac Properties, Inc<br>Petterson Companies<br>12500 Fair Lakes Circle, Suite 400<br>Fairfax, VA 22033 | General Nutrition Corporation | Washingtonian Center<br>20 Grand Corner Avenue<br>Gaithersburg, MD |
| 2. | 7370 | Jones Lang LaSalle Inc.<br>3344 Peachtree Road, Suite 1200<br>Atlanta, GA 30326 | General Nutrition Corporation | East Town Mall<br>2350 East Mason Street<br>Green Bay, WI |
| 3. | 7539 | Donahue Schriber Realty Group, L.P.<br>200 East Baker Street, Suite 100<br>Costa Mesa, CA 92626 | General Nutrition Corporation | Rocklin Commons<br>5194 Commons Drive<br>Rocklin, CA |
| 4. | 7732 | Regency Properties<br>Regency Caro LLC<br>380 N. Cross Pointe Blvd.<br>Evensville, IN 47715 | General Nutrition Corporation | Caro Shopping Center<br>1530 West Caro Road<br>Caro, MI |
| 5. | 8155 | N3 Real Estate<br>Almo Venture One LLC<br>16910 Dallas Parkway, Suite 100<br>Dallas, TX 75248 | General Nutrition Corporation | Alamo Corners<br>1451 Durenta Avenue<br>Alamo, TX |
| 6. | 8233 | Gilman Management<br>Rockford Shops LLC c/o Gilpin<br>Van Trump & Montgomery Inc.,<br>PO Box 217<br>Bear, DE 19701 | General Nutrition Corporation | Rockford Shops<br>1404 North Dupont St<br>Wilmington, DE |
| 7. | 8247 | Winstanley Enterprises LLC<br>The Plaza at Burr Corners LLC<br>150 Baker Avenue, Suite 303<br>Concord, MA 01742 | General Nutrition Corporation | The Plaza At Burr Corners<br>1131 Tolland Pike<br>Manchester, CT |
| 8. | 8410 | CBL & Associates Properties, Inc.<br>CBL Center<br>2030 Hamilton Place Boulevard,<br>Suite 500<br>Chattanooga, TN 37421 | General Nutrition Corporation | Park Plaza<br>6000 W. Markham<br>Little Rock, AR |

26685979.1

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 9. | 8632 | Plaza Guayama, S.E.<br>State Road #3 Km 134.7<br>Guayama, PR 00 784 | General Nutrition Corporation | Plaza Guayama<br>State Rd Pr#3 Km 134.7<br>Guayama, PR |
| 10. | 8653 | Brookfield Property Partners L.P.<br>Temecula Towne Center Associates LLC<br>c/o QIC Corporate Management Inc.<br>600 Superior Avenue East, Suite 1500<br>Cleveland, Ohio 44114 | General Nutrition Corporation | The Promenade Mall<br>40820 Winchester Road<br>Temecula, CA |
| 11. | 8678 | Festival Companies<br>9841 Airport Blvd, Suite 700<br>Los Angeles, CA 90045 | General Nutrition Corporation | Huntington Oaks Shopping<br>514 W. Huntington Drive<br>Monrovia, CA |
| 12. | 8732 | Brookfield Property Partners L.P.<br>350 N. Orleans Street, Suite 300<br>Chicago, IL 60654 | General Nutrition Corporation | Spokane Valley Mall<br>14700 E Indiana Avenue<br>Spokane Valley, WA |
| 13. | 8802 | Glenwood Springs Mall LLP<br>Time Equities Inc.<br>55 Fifth Avenue, 15th Floor<br>New York, NY 10003 | General Nutrition Corporation | Ohio River Plaza<br>13 Ohio River Plaza<br>Gallipolis, OH |
| 14. | 8824 | Signature Acquisitions LLC<br>Woonsocket Mall LLC<br>c/o Madison Properties<br>3611 14th Avenue, Suite 552<br>Brooklyn, NY 11218 | General Nutrition Corporation | Diamond Hill Plaza<br>1790 Diamond Hill Road<br>Woonsocket, RI |
| 15. | 8902 | A.D. Real Estate Investors, Inc.<br>Unicorp National Developments Inc.<br>7940 Via Dellagio Way, Suite 200<br>Orlando, FL 32819 | General Nutrition Corporation | Deer Park Commons<br>506 Commack<br>Deer Park, NY |
| 16. | 8918 | Quong Enterprises, LLC<br>Ramco-Gershenson Properties L.P.<br>31500 Northwestern Highway, Suite 300<br>Farmington Hills, MI 48334 | General Nutrition Corporation | The Village Of Rochester<br>136 N Adams Road<br>Rochester Hills, MI |

26685979.1

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 17. | 8928 | Aston Properties<br>610 East Morehead Street , Suite 100<br>Charlotte , NC 28202 | General Nutrition Corporation | North Hills Shopping Cent<br>2435 E North Street<br>Greenville, SC |
| 18. | 8950 | DWS Group<br>AEW Capital Management<br>Two Searport Lane<br>Boston, MA 02210 | General Nutrition Corporation | The Wall Towne Center<br>2437 Route 34<br>Manasquan, NJ |
| 19. | 8960 | Pine Tree Commercial Realty LLC<br>CBRE<br>1301 Half Day Road<br>Bannockburn, IL 60015 | General Nutrition Corporation | Bannockburn Green<br>2569 Waukegan Rd<br>Bannockburn, IL |
| 20. | 9096 | East Bay Bridge Retail, LLC<br>66 Franklin Street , Suite 200<br>Oakland, CA 94607 | General Nutrition Corporation | East Bay Bridge Center<br>3839 East Emery Street<br>Emeryville, CA |
| 21. | 9108 | Federal Realty Investment Trust<br>1626 East Jefferson Street<br>Rockville, MD 20852 | General Nutrition Corporation | Wynnewood Shopping Center<br>50 East Wynnewood Road<br>Wynnewood, PA |
| 22. | 9327 | Melbourne Equities, LLC<br>4201 Vineland Road, Suite 1-14<br>Orlando, FL 32811 | General Nutrition Corporation | Wickham Corners Shopping<br>1070 North Wickham Road<br>Melbourne, FL |
| 23. | 9409 | US REIF Parkway Fee, LLC<br>USPG Portfollo Five LLC<br>3665 Fishinger Blvd.<br>Hilliard, OH 43026 | General Nutrition Corporation | Shoppes At Montage<br>2105 Shoppes Blvd<br>Moosic, PA |
| 24. | 9412 | NorthPark Partners, LP<br>NorthPark Realty LP<br>100 N. Pacific Coast Highway,<br>Suite 1925<br>El Segundo, CA 90245 | General Nutrition Corporation | Northpark Mall<br>1200 East County Line Road<br>Ridgeland, MS |
| 25. | 9768 | Simon Property Group<br>Simon Property Group<br>c/o M.S Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | General Nutrition Corporation | Orland Square Mall<br>852 Orland Square<br>Orland Park, IL |

26685979.1

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 26. | 9837 | RPI Turtle Creek Mall, LLC<br>RPI Turtle Creek Mall LLC<br>Attn: General Counsel<br>1114 Avenue of the Americas, Suite 2800<br>New York, NY 10036 | General Nutrition Corporation | The Mall @ Turtle Creek<br>3000 East Highland Ave<br>Jonesboro, AR |
| 27. | 9852 | US General Services Administration<br>PBS Leasing Division Retail Program Specialist<br>230 South Dearborn Street, Suite 3300<br>Chicago , IL 60604 | General Nutrition Corporation | 244 State Street<br>Chicago, IL |
| 28. | 9866 | Gateway West, LP<br>200 Westgate Circle , Suite 502<br>Annapolis , MD 21401 | General Nutrition Corporation | Gateway West Shopping Cen<br>1030 Forest Ave<br>Dover, DE |
| 29. | 9910 | Bayer Properties<br>G&I VII Reno Operating LLC<br>c/o Bayer Properties LLC.<br>2222 Arlington Avenue<br>Birmingham, AL 35205 | General Nutrition Corporation | The Summit Sierra<br>13987 South Virginia Street<br>Reno, NV |
| 30. | 44 | Simon Property Group<br>Simon Property Group<br>c/o M.S Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | General Nutrition Corporation | Auburn Mall<br>385 Southbridge St<br>Auburn, MA |
| 31. | 70 | Simon Property Group<br>Simon Property Group<br>c/o M.S Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | General Nutrition Corporation | Battlefield Mall<br>Space # 337<br>Springfield, MO |
| 32. | 77 | Simon Property Group<br>Simon Property Group<br>c/o M.S Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | General Nutrition Corporation | Briarwood Mall<br>850 Briarwood Circle<br>Ann Arbor, MI |

26685979.1

|     | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|-----|-----------|-----------------------------------|---------------------|-----------------|
| 33. | 116 | Namdar Realty Group<br>150 Great Neck Road, Suite 304<br>Great Neck, NY 11021 | General Nutrition Corporation | Northwest Arkansas Plaza<br>4201 North Shiloh Dr<br>Fayetteville, AR |
| 34. | 124 | Simon Property Group<br>Simon Property Group<br>c/o M.S Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | General Nutrition Corporation | North East Mall<br>1101 Melbourn Road<br>Hurst, TX |
| 35. | 135 | Namdar Realty Group<br>150 Great Neck Road, Suite 304<br>Great Neck, NY 11021 | General Nutrition Corporation | The Citadel<br>750 Citadel Drive East<br>Colorado Springs, CO |
| 36. | 183 | Washington Prime Group Inc.<br>180 East Broad Street, 21st Floor<br>Columbus, OH 43215 | General Nutrition Corporation | Anderson Mall<br>3139 N Main<br>Anderson, SC |
| 37. | 186 | Simon Property Group<br>Simon Property Group<br>c/o M.S Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | General Nutrition Corporation | Prien Lake Mall<br>484 West Prein Road<br>Lake Charles, LA |
| 38. | 197 | Simon Property Group<br>Simon Property Group<br>c/o M.S Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | General Nutrition Corporation | Mccain Mall Shp Ctr<br>3929 Mccain Blvd<br>North Little Rock, AR |
| 39. | 227 | Namdar Realty Group<br>150 Great Neck Road, Suite 304<br>Great Neck, NY 11021 | General Nutrition Corporation | Logan Valley Mall<br>300 Logan Valley Mall<br>Altoona, PA |
| 40. | 304 | Namdar Realty Group<br>150 Great Neck Road, Suite 304<br>Great Neck, NY 11021 | General Nutrition Corporation | University Mall<br>1225 University Mall<br>Carbondale, IL |
| 41. | 478 | Brookfield Property Partners L.P.<br>350 N. Orleans Street, Suite 300<br>Chicago, IL 60654 | General Nutrition Corporation | Florence Mall<br>2122 Florence Mall<br>Florence, KY |

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 42. | 683 | Jones Lang LaSalle Inc.<br>3344 Peachtree Road, Suite 1200<br>Atlanta, GA 30326 | General Nutrition Corporation | Peru Mall<br>3940 Rt 251<br>Peru, IL |
| 43. | 686 | Simon Property Group<br>Simon Property Group<br>c/o M.S Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | General Nutrition Corporation | Ingram Park Mall<br>6301 Northwest Loop 410<br>San Antonio, TX |
| 44. | 755 | Washington Prime Group Inc.<br>180 East Broad Street, 21st Floor<br>Columbus, OH 43215 | General Nutrition Corporation | Charlottesville Fashion S<br>1588 Fashion Square Mall<br>Charlottesville, VA |
| 45. | 756 | Namdar Realty Group<br>150 Great Neck Road, Suite 304<br>Great Neck, NY 11021 | General Nutrition Corporation | Gulf View Square Mall<br>9409 Us 19 North<br>Port Richey, FL |
| 46. | 770 | Simon Property Group<br>Simon Property Group<br>c/o M.S Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | General Nutrition Corporation | Bay Park Square<br>311-A Bay Park Square<br>Green Bay, WI |
| 47. | 841 | CBL & Associates Properties, Inc.<br>CBL Center<br>2030 Hamilton Place Boulevard,<br>Suite 500<br>Chattanooga, TN 37421 | General Nutrition Corporation | West Park Mall<br>3049 Route K<br>Cape Girardeau, MO |
| 48. | 1019 | Elat Properties, Inc.<br>d/b/a Cranberry Mall<br>1300 West Olympic Blvd, Suite 500<br>Los Angeles, CA 90015 | General Nutrition Corporation | Cranberry Mall<br>Pa Rt 257 & Rt 322<br>Cranberry, PA |
| 49. | 1037 | Namdar Realty Group<br>150 Great Neck Road, Suite 304<br>Great Neck, NY 11021 | General Nutrition Corporation | Chapel Hills Mall<br>1710 Briargate Blvd<br>Colorado Springs, CO |

26685979.1

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 50. | 1349 | Midland Atlantic Development Company LLC 9000 Keystone Crossing, Suite 850 Indianapolis, IN 46240 | General Nutrition Corporation | Putnam Plaza 35 Putnam Place Greencastle, IN |
| 51. | 1382 | Simon Property Group Simon Property Group c/o M.S Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | General Nutrition Corporation | Coral Square 9295 West Atlantic Blvd Coral Springs, FL |
| 52. | 1424 | Washington Prime Group Inc. 180 East Broad Street, 21st Floor Columbus, OH 43215 | General Nutrition Corporation | Boynton Beach Mall 801 N Congress St Boynton Beach, FL |
| 53. | 1455 | Washington Prime Group Inc. 180 East Broad Street, 21st Floor Columbus, OH 43215 | General Nutrition Corporation | Indian Mound Mall 771 S 30Th St Heath, OH |
| 54. | 1486 | Washington Prime Group Inc. 180 East Broad Street, 21st Floor Columbus, OH 43215 | General Nutrition Corporation | Sunland Park Mall 750 Sunland Park Drive El Paso, TX |
| 55. | 1505 | Simon Property Group Simon Property Group c/o M.S Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | General Nutrition Corporation | Emerald Square Mall 999 South Washington Street North Attleboro, MA |
| 56. | 1527 | Simon Property Group Simon Property Group c/o M.S Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | General Nutrition Corporation | St. Charles Towne Ctr 1110 Mall Circle Waldorf, MD |
| 57. | 1528 | Washington Prime Group Inc. 180 East Broad Street, 21st Floor Columbus, OH 43215 | General Nutrition Corporation | Lincolnwood Town Ctr 3333 West Touhy Ave Lincolnwood, IL |

26685979.1

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 58. | 1599 | Simon Property Group<br>Simon Property Group<br>c/o M.S Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | General Nutrition Corporation | Liberty Tree Mall<br>100 Independence Way<br>Danverse, MA |
| 59. | 1629 | Simon Property Group<br>Simon Property Group<br>c/o M.S Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | General Nutrition Corporation | Southdale Center<br>2525 Southdale Center<br>Edina, MN |
| 60. | 1818 | M & J Wicklow Properties, LLC<br>Meridian CenterCal LLC<br>3600 E. Fairview Avenue<br>Meridian, ID 83642 | General Nutrition Corporation | Cascade Station<br>10207 NE Cascades Pkwy<br>Portland, OR |
| 61. | 1822 | Madison Retail LLC<br>Essex Broadway LLC<br>1100 Park Place, Suite 200<br>San Mateo, CA 94403 | General Nutrition Corporation | The Joule<br>509 Broadway<br>Seattle, WA |
| 62. | 2596 | Brookfield Property Partners L.P.<br>350 N. Orleans Street, Suite 300<br>Chicago, IL 60654 | General Nutrition Corporation | West Valley Mall<br>3200 N. Naglee Rd.<br>Tracy, CA |
| 63. | 2693 | Washington Prime Group Inc.<br>180 East Broad Street, 21st Floor<br>Columbus, OH 43215 | General Nutrition Corporation | Cottonwood Mall<br>10000 Coors Bypass Nw<br>Albuquerque, NM |
| 64. | 2747 | Simon Property Group<br>Simon Property Group<br>c/o M.S Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | General Nutrition Corporation | Menlo Park S.C.<br>329 Menlo Park<br>Edison, NJ |
| 65. | 2798 | Karcher Capital LP<br>c/o Milan Capital Management Inc.<br>888 South Disneyland Drive, Suite 101<br>Anaheim, CA 92802 | General Nutrition Corporation | Karcher Mall<br>1509 Caldwell Blvd.<br>Nampa, ID |

|  | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 66. | 3108 | Kimco Realty Corporation Attention: Legal Department 1621 B South Melrose Drive Vista, CA 92081 | General Nutrition Corporation | Jefferson Square 4722 West 42Nd Ave Sw Seattle, WA |
| 67. | 3553 | Lerner Corporation Dulles 28 Centre Retail Group LLC c/o Lerner Corporation 2000 Tower Oaks Blvd, 8th Floor Rockville, MD 20852 | General Nutrition Corporation | Dulles 28 22000 Dulles Retail Plaza Sterling, VA |
| 68. | 3610 | Jones Lang LaSalle Inc. 3344 Peachtree Road, Suite 1200 Atlanta, GA 30326 | General Nutrition Corporation | Myrtle Beach Mall 10177 N. Highway 17 Myrtle Beach, SC |
| 69. | 3660 | Helco Corporation c/o HHSG Management Co. 1515 Chicago Ave. Evanston, IL 60201 | General Nutrition Corporation | McHenry Plaza 1774 N. Richmond Road McHenry, IL |
| 70. | 3702 | Jones Lang LaSalle Inc. 3344 Peachtree Road, Suite 1200 Atlanta, GA 30326 | General Nutrition Corporation | Everett Mall 1402 SE Everett Mall Everett, WA |
| 71. | 3762 | Brookfield Property Partners L.P. 1340 East 9th Street Realty Corp. Lakewood, NJ 08701 | General Nutrition Corporation | Fairview Center 556 Fairview Center Kendallville, IN |
| 72. | 3812 | UB Properties UC Retail LLC 6312 Kingston Pike, Suite C Knoxville, TN 37919 | General Nutrition Corporation | University Commons 2459 University Commons W Knoxville, TN |
| 73. | 5335 | JBL Asset Management JBL Asset Management LLC 766 Riverside Drive Coral Springs, FL 33071 | General Nutrition Corporation | Horizon Village 2855 Lawrenceville Suwane Suwanee, GA |
| 74. | 5389 | Taubman Company Short Hills Associates LLC 200 East Long Lake Road Bloomfield Hills, MI 48303 | General Nutrition Corporation | Mall @ Short Hills Rt 24 & J.F. Kennedy Pkw Short Hills, NJ |

9

|  | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 75. | 5435 | Meadow Retail LLC (successor to Meadow Park Plaza LLC) 9380 Montgomery Road, Suite 202 Cincinnati , OH 45242 | General Nutrition Corporation | Meadow Park Plaza 1659 Rombach Ave Wilmington, OH |
| 76. | 5899 | Crescent Resources LLC Cooper Realty Investments Inc. 903 North 47th Street Rogers, AR 72756 | General Nutrition Corporation | North Park Village S/C 103 North Park Dr Monticello, AR |
| 77. | 5903 | Colliers International 1 Allied Drive, Suite 1500 Little Rock, AR 72202 | General Nutrition Corporation | Benton Commons 1402 Military Road Benton, AR |
| 78. | 5946 | Choice New York Management American Realty & Development 709 Highway 28 W. Belle, MO 65013 | General Nutrition Corporation | Walmart Center 2504 South Santa Fe Dr Chanute, KS |
| 79. | 6039 | 302 Washington St., LLC 287 Bowman Ave. Purchase, NY 10577 | General Nutrition Corporation | 302 Washington St 302 Washington St Hoboken, NJ |
| 80. | 6051 | Phillips Realty Phillips Commercial Management 3940 Broad Street, Suite 8 San Luis Obispo, CA 93401 | General Nutrition Corporation | Yucaipa Valley Center 33676 Yucaipa Blvd Yucaipa, CA |
| 81. | 6411 | Widewaters Belmont Gardens Management Company and the Scuderi Family Limited Partnership c/o The Widewaters Group 5786 Widewaters Parkway DeWitt, NY 13214 | General Nutrition Corporation | Northgate Plaza 3848 Dewey Ave Greece, NY |
| 82. | 6699 | Greenbrier Valley Mall, LLC 2964 Peachtree Road, Suite 620 Atlanta, GA 30305 | General Nutrition Corporation | Greenbrier Valley Mall 75 Seneca Trail Fairlea, WV |

10

|  | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 83. | 6723 | Brookhill Management Corporation Brookside Properties Inc. 2002 Richard Jones Road- C-200 Nashville, TN 37215 | General Nutrition Corporation | Franklin Commons 144 Council Drive Franklin, VA |
| 84. | 6995 | South Miami Properties, Inc Southpointe Plaza LLC PO Box 3334 Clarksville, IN 47131 | General Nutrition Corporation | South Point Plaza 3189 State Rd 3 S New Castle, IN |
| 85. | 7397 | Mission Grove Plaza LP Mission Lakes LLC 7900 Glades Road, Suite 320 Boca Raton, FL 33434 | General Nutrition Corporation | The Shops @ Mission Lakes 5516 South State Rd 7 Lake Worth, FL |
| 86. | 7669 | Simon Property Group Simon Property Group c/o M.S Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | General Nutrition Corporation | Wolfchase Galleria 2760 N Germantown Pkwy Memphis, TN |
| 87. | 7738 | Westford Plaza Trust JMYL Development 41623 Margarita Rd , Ste 100 Temeculah, CA 92590 | General Nutrition Corporation | Centrepointe Plaza 1100 Mount Vernon Ave Colton, CA |
| 88. | 7865 | Washington Prime Group Inc. 180 East Broad Street, 21st Floor Columbus, OH 43215 | General Nutrition Corporation | Town Center Plaza 4837 West 117th Street Leawood, KS |
| 89. | 8030 | Newport Capital Partners 353 N. Clark Street, Suite 43625 Chicago, IL 60654 | General Nutrition Corporation | Eden's Plaza 3232 Lake Avenue Wilmette, IL |
| 90. | 8150 | Simon Property Group Simon Property Group c/o M.S Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | General Nutrition Corporation | Southpark Mall 4400 Sharon Rd Charlotte, NC |

26685979.1

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 91. | 8421 | Gateway Pinole Vista LLC Cypres Properties Incorporated 2191 E. Bayshore Boulevard, Suite 220 Palo Alto, CA 94303 | General Nutrition Corporation | Gateway Plaza S/C 580B River St Santa Cruz, CA |
| 92. | 8453 | Centennial Real Estate Management, LLC Centennial Real Estate Management LLC 8750 N. Central Expressway, Suite 1740 Dallas, TX 75231 | General Nutrition Corporation | Westfield Shoppingtown Ma 2800 North Main Street Santa Ana, CA |
| 93. | 81 | Ameream, LLC c/o Ameream Management, LLC One Meadowlands Plaza, 3rd Floor East Rutherford, NJ 7073 | General Nutrition Corporation | American Dream 1 American Dream Way Rutherford, NJ |
| 94. | 173 | Nelson Retail II, LLC 3100 Monticello, Suite 300 Dallas, TX 75205 | General Nutrition Corporation | Neilson Square 3322 W Owen K Garriott Rd Enid, OK |
| 95. | 1785 | River Landing Development, LLC; Riverlanding Acquisition, LLC River Landing Development LLC Attn: Andrew B. Hellinger Catalonia Avenue, Suite 100 Coral Gables, FL 33134 | General Nutrition Corporation | Shoppes at River Landing Miami,  FL |
| 96. | 9697 | The First City Company Pine Creek Properties LP c/o Zappala Group Inc. 400 Broad Street, Suite 106 Sewickley, PA 15143 | General Nutrition Corporation | Pine Creek Center 195 Blazier Drive Pittsburgh, PA |
| 97. | 9145 | Ramco-Gershenson Properties Trust Ramco-Gershenson Properties L.P. 31500 Northwestern Highway, Suite 300 Farmington Hills, MI 48334 | General Nutrition Corporation | Livonia Plaza 30983 Five Mile Road Livonia, MI |

|  | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 98. | 8821 | Urban Edge Properties<br>P.O. Box 645738<br>Pittsburgh, PA 15264 | General Nutrition Corporation | Town Brook Commons<br>840 Route 35 S<br>Middletown, NJ |
| 99. | 534 | Coastland Center, LLC<br>c/o Brookfield Property Partners, L.P.<br>350 N. Orleans Street, Suite 300<br>Chicago, IL 60654 | General Nutrition Corporation | Coastland Mall<br>2034 Tamiam Trail North<br>Naples, FL |
| 100. | 1084 | Simon Property Group<br>225 W. Washington Street<br>Indianapolis, IN 46204 | General Nutrition Corporation | Santa Rosa Plaza<br>600 Santa Rosa Plaza<br>Santa Rosa, CA |