# EXHIBIT A

**Proposed Order**

26709575.1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GNC HOLDINGS, INC., *et al.*, | ) Case No. 20-11662 (KBO) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) **Docket Ref. No. ___** |

**FOURTH (4TH) OMNIBUS**
**ORDER (A) AUTHORIZING REJECTION**
**OF CERTAIN UNEXPIRED LEASES EFFECTIVE**
**AS OF JUNE 29, 2020 AND (B) GRANTING RELATED RELIEF**

Upon the motion (the "*Motion*")[2] of the Debtors for an order (this "*Order*"), (a) authorizing

the Debtors to reject certain unexpired leases of nonresidential real property (each, a "*Rejection*

*Lease*," and collectively, the "*Rejection Leases*"), a list of which is annexed as **Schedule 1** hereto,

effective as of June 29, 2020 (the "*Rejection Date*"); and (b) authorizing the Debtors to abandon

the Remaining Property located at the Premises as of the Rejection Date; and this Court having

reviewed the Motion; and this Court having determined that the relief requested in the Motion is

in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and

this Court having jurisdiction to consider the Motion and the relief requested therein in accordance

with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United

---

[1] The debtors in these Chapter 11 Cases, along with the last four digits of each debtor's United States federal tax identification number, if applicable, or other applicable identification number, are:  GNC Holdings, Inc. (6244); GNC Parent LLC (7572); GNC Corporation (5170); General Nutrition Centers, Inc. (5168); General Nutrition Corporation (4574); General Nutrition Investment Company (3878); Lucky Oldco Corporation (7141); GNC Funding, Inc. (7837); GNC International Holdings, Inc. (9873); GNC China Holdco, LLC (0004); GNC Headquarters LLC (7550); Gustine Sixth Avenue Associates, Ltd. (0731); GNC Canada Holdings, Inc. (3879); General Nutrition Centres Company (0939); GNC Government Services, LLC (2295); GNC Puerto Rico Holdings, Inc. (4559); and GNC Puerto Rico, LLC (7234).  The debtors' mailing address is 300 Sixth Avenue, Pittsburgh, Pennsylvania 15222.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

26709575.1

States District Court for the District of Delaware dated as of February 29, 2012; and consideration

of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b)(2);

and this Court having authority to enter a final order consistent with Article III of the United States

Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and it

appearing that proper and adequate notice of the Motion has been given and that no other or further

notice is necessary; and upon all of the proceedings before this Court; and after due deliberation

thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      Pursuant to sections 105(a) and 365 of the Bankruptcy Code, and Bankruptcy Rule

6006, the Rejection Leases identified in **Schedule 1** attached hereto, to the extent not already

terminated in accordance with their applicable terms or upon agreement of the parties, are hereby

rejected effective as of the Rejection Date.

3.      The Debtors are authorized, but not directed, to abandon the Remaining Property that

is owned by the Debtors and located on the Premises and all such property is deemed abandoned

effective as of the Rejection Date.   The Landlords to each Rejection Lease are authorized to dispose

of the abandoned Remaining Property without liability to the Debtors or any third party and, to the

extent applicable, the automatic stay is modified to allow such disposition.

4.      Nothing herein shall prejudice any party's rights to assert that the Rejection Leases

are not, in fact, executory within the meaning of section 365 of the Bankruptcy Code.

5.      Any proofs of claim for damages in connection with the rejection of the Rejection

Leases, if any, shall be filed on or before the later of (a) the claims bar date established by the

Court in these Chapter 11 Cases, if any, and (b) thirty (30) days after entry of this Order.

26709575.1

6.      Nothing in the Motion or this Order, shall be construed as: (i) an admission as to the validity of any claim against any Debtor or the existence of any lien against the Debtors' properties; (ii) a waiver of the Debtors' rights to Dispute any claim or lien on any grounds; (iii) a promise to pay any claim; or (iv) an implication or admission that any particular claim would constitute an allowed claim.  Nothing contained in this Order shall be deemed to increase, decrease, reclassify, elevate to an administrative expense status, or otherwise affect any claim to the extent it is not paid.

7.      The requirements set forth in Bankruptcy Rules 6006 and 6007 are satisfied.

8.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

26709575.1

**Schedule 1**

|  | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 1. | 14 | Century Investment<br>Century Center LLC<br>c/o Century Investment Co.<br>181 Park Avenue, Suite 1<br>West Springfield, MA 01089 | General Nutrition Corporation | Century Center<br>353 Memorial Blvd<br>West Springfield, MA |
| 2. | 25 | WC Manhattan Place Property, LLC<br>PW Almeda Owner, LLC<br>1177 West Loop South, Suite 1670<br>Houston, TX 77027 | General Nutrition Corporation | Almeda Mall<br>12200 Gulf Freeway<br>Houston, TX |
| 3. | 35 | Brookfield Property Partners L.P.<br>Park City Center LLC<br>c/o Brookfield Property Partners L.P.<br>350 N. Orleans Street, Suite 300<br>Chicago, IL 60654 | General Nutrition Corporation | Park City Center<br>581 Park City Center<br>Lancaster, PA |
| 4. | 37 | The Cafaro Company<br>Kennedy Mall, LTD<br>2445 Belmont Avenue<br>Youngstown, OH 44504 | General Nutrition Corporation | Kennedy Mall<br>555 John F Kennedy Road<br>Dubuque, IA |
| 5. | 41 | Stockbridge Courtland Center, LLC<br>27550 Hoover Road<br>Warren, MI 48093 | General Nutrition Corporation | Courtland Center<br>4190 East Court St<br>Burton, MI |
| 6. | 50 | Starwood Retail Partners<br>Starwood Retail Partners LLC<br>One East Wacker Drive, Suite 3600<br>Chicago, IL 60601 | General Nutrition Corporation | Westland Mall<br>1675 West 49th Street<br>Hialeah, FL |
| 7. | 55 | Washington Prime Group Inc.<br>Simon Capital, GP<br>180 East Broad Street<br>Columbus, OH 43215 | General Nutrition Corporation | Southern Park Mall<br>7401 Market St<br>Youngstown, OH |
| 8. | 60 | Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204 | General Nutrition Corporation | Smith Haven Mall<br>110 Smith Haven Mall<br>Lake Grove, NY |

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 9. | 73 | Macerich<br>401 Wilshire Boulevard, Suite 700<br>Santa Monica, CA 90407 | General Nutrition Corporation | Kings Plaza Shopping Ctr<br>5283 Kings Plaza<br>Brooklyn, NY |
| 10. | 85 | Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204 | General Nutrition Corporation | Cape Cod Mall<br>769 Iyanough Road<br>Hyannis, MA |
| 11. | 110 | Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204 | General Nutrition Corporation | Southridge Mall<br>5300 S 76th Street<br>Greendale, WI |
| 12. | 147 | Taubman Company<br>Creek Center Associates, LLC<br>50 South Main St.<br>Salt Lake City, UT 84101 | General Nutrition Corporation | City Creek Center<br>51 South Main St<br>Salt Lake City, UT |
| 13. | 159 | URW<br>Westfield America Limited Partnership, and EWH Escondido Associates, L.P. and North County Fair LP<br>c/o Westfield, LLC<br>2049 Century Park East, 41st Floor<br>Los Angeles, CA 90067 | General Nutrition Corporation | Westfield North County<br>200 East Via Rancho Parkw<br>Escondido, CA |
| 14. | 163 | Namdar Realty Group<br>Steadfast Sunrise V LLC<br>c/o Steadfast Commercial Mgt Co. Inc.<br>Attn: Ana Marie Del Rio & Lisa Whitney<br>18100 Von Karmam<br>Irvine, CA 92612 | General Nutrition Corporation | Sunrise Mall<br>6073 Sunrise Mall<br>Citrus Heights, CA |
| 15. | 166 | Quantum Companies<br>GB Mall Limited Partnership c/o Quantum Companies<br>4812 Del Ray Avenue<br>Bethesda, MD 20814 | General Nutrition Corporation | Beltway Plaza<br>6080 Green Belt Road<br>Greenbelt, MD |
| 16. | 178 | Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204 | General Nutrition Corporation | Livingston Mall<br>112 Eisenhower Parkway<br>Livingston, NJ |

26709575.1

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 17. | 190 | Namdar Realty Group<br>Namdar Realty Group (Concord Mall)<br>150 Great Neck Road, Suite 304<br>Great Neck, NY 11021 | General Nutrition Corporation | Concord Mall<br>4737 Concord Pike<br>Wilmington, DE |
| 18. | 204 | Washington Prime Group Inc.<br>Glimcher Northtown Venture, LLC<br>180 East Broad Street<br>Columbus, OH 43215 | General Nutrition Corporation | Northtown Shopping Center<br>275 Northtown Dr<br>Blaine, MN |
| 19. | 208 | Washington Prime Group Inc.<br>Lindale Mall, LLC<br>180 East Broad Street<br>Columbus, OH 43215 | General Nutrition Corporation | Lindale Mall<br>4444 First Ave N E<br>Cedar Rapids, IA |
| 20. | 224 | Washington Prime Group Inc.<br>Northwoods Development Company<br>180 East Broad Street<br>Columbus, OH 43215 | General Nutrition Corporation | Northwoods Mall<br>2200 War Memorial Drive<br>Peoria, IL |
| 21. | 226 | Namdar Realty Group<br>Fashion Square Realty LLC c/o Namdar Realty Group<br>150 Great Neck Road, SUITE 304<br>Great Neck, NY 11021 | General Nutrition Corporation | Fashion Square Mall<br>4724 Fashion Square Mall<br>Saginaw, MI |
| 22. | 232 | URW<br>Westland South Shore Mall, LP<br>2049 Century Park East, 41st Floor<br>Los Angeles, CA 90067 | General Nutrition Corporation | Westfield South Shore<br>1701 Sunrise Highway<br>Bay Shore, NY |
| 23. | 245 | Macerich<br>401 Wilshire Boulevard, Suite 700<br>Santa Monica, CA 90407 | General Nutrition Corporation | Southpark Shopping Center<br>4600 16 Street<br>Moline, IL |
| 24. | 277 | CBL & Associates Properties, Inc.<br>Volusia Mall, LLC<br>c/o CBL & Associates Management, Inc.<br>CBL Center Suite 500<br>2030 Hamilton Place Blvd<br>Chattanooga, TN 37421 | General Nutrition Corporation | Volusia Mall<br>1700 W Internatl Sdwy Blv<br>Daytona Beach, FL |

26709575.1

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 25. | 285 | Starwood Retail Partners<br>Starwood Retail Partners LLC<br>One East Wacker Drive, Suite 3600<br>Chicago, IL 60601 | General Nutrition Corporation | Southlake Mall<br>2014 Southlake Mall<br>Merrillville, IN |
| 26. | 291 | Crossroads Retail Group<br>WBCMT-2007 C33 Independence Center, LLC<br>3300 Enterprise Parkway<br>Beachwood, OH 44122 | General Nutrition Corporation | Independence Center<br>18813 East 39th St South<br>Independence, MO |
| 27. | 310 | PREIT Services, LLC<br>Cucumber Mall Associates<br>c/o PREIT Services LLC<br>200 South Broad Street<br>The Bellvue, 3rd Floor<br>Philadelphia, PA 19102 | General Nutrition Corporation | Cumberland Mall<br>Delsea Drive & Route 47<br>Vineland, NJ |
| 28. | 314 | URW<br>Countryside Mall, LLC<br>2049 Century Park East, 41st Floor<br>Los Angeles, CA 90067 | General Nutrition Corporation | Countryside Mall<br>27001 Us Highway 19 North<br>Clearwater, FL |
| 29. | 326 | Jones Lang LaSalle Inc.<br>200 East Randolph Drive<br>Chicago, IL 60601 | General Nutrition Corporation | Santa Rosa Mall<br>300 Mary Esther Cutoff<br>Mary Esther, FL |
| 30. | 340 | Washington Prime Group Inc.<br>Orange Park Mall, LLC<br>180 East Broad Street<br>Columbus, OH 43215 | General Nutrition Corporation | Orange Park Mall<br>1910 Wells Rd<br>Orange Park, FL |
| 31. | 353 | Centennial Real Estate Management, LLC<br>8750 N. Central Expressway, Suite 1740<br>Dallas, TX 75231 | General Nutrition Corporation | Fox Valley Mall<br>2356 Fox Valley Center<br>Aurora, IL |
| 32. | 369 | Spinoso Realty Group<br>Oakdale Mall II LLC<br>210 Route 4 East<br>Paramus, NJ 07652 | General Nutrition Corporation | Oakdale Mall<br>3111 E. Main Street<br>Johnson City, NY |

4

|  | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 33. | 377 | Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204 | General Nutrition Corporation | Quaker Bridge Mall<br>150 Quaker Bridge Mall<br>Lawrenceville, NJ |
| 34. | 380 | The FEIL Organization<br>North Riverside Park Associates, LLC<br>7501 W Cermak Rd.<br>Riverside, IL 60546 | General Nutrition Corporation | North Riverside Park<br>7501 West Cermak Road<br>North Riverside, IL |
| 35. | 386 | CBL & Associates Properties, Inc.<br>JG Winston-Salem, LLC<br>c/o CBL & Associates Management, Inc.<br>CBL Center Suite 500<br>2030 Hamilton Place Blvd<br>Chattanooga, TN 37421 | General Nutrition Corporation | Hanes Mall<br>3320 Silas Creek Parkway<br>Winston-Salem, NC |
| 36. | 388 | Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204 | General Nutrition Corporation | Ocean County Mall<br>1201 Hooper Avenue<br>Toms River, NJ |
| 37. | 392 | CBL & Associates Properties, Inc.<br>Oak Park Mall, LLC<br>c/o CBL & Associates Management, Inc.<br>CBL Center Suite 500<br>2030 Hamilton Place Blvd<br>Chattanooga, TN 37421 | General Nutrition Corporation | Oak Park Mall<br>11161 West 95th Street<br>Overland Park, KS |
| 38. | 406 | CBL & Associates Properties, Inc.<br>Cherryvale Mall, LLC<br>c/o CBL & Associates Management, Inc.<br>CBL Center Suite 500<br>2030 Hamilton Place Blvd<br>Chattanooga, TN 37421 | General Nutrition Corporation | Cherryvale Mall<br>7200 Harrison Ave<br>Rockford, IL |
| 39. | 412 | Macerich<br>401 Wilshire Boulevard, Suite 700<br>Santa Monica, CA 90407 | General Nutrition Corporation | Inland Center<br>154 Inland Center Dr<br>San Bernardino, CA |

26709575.1

|  | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 40. | 414 | Starwood Retail Partners<br>Starwood Retail Partners LLC<br>One East Wacker Drive, Suite 3600<br>Chicago, IL 60601 | General Nutrition Corporation | Fairlane Towne Center<br>18900 Michigan Avenue<br>Dearborn, MI |
| 41. | 436 | Taubman Company<br>Sun Valley Shopping Center, LLC<br>200 East Long Lake Road<br>Bloomfield Hills, MI 48303 | General Nutrition Corporation | Sun Valley Mall<br>112A Sun Valley Mall<br>Concord, CA |
| 42. | 439 | Pacific Retail Capital Partners<br>Pacific Retail Capital Partners LLC<br>(Eastridge Mall)<br>100 N Pacific Coast Hwy, Suite 1925<br>El Selgundo, CA 90245 | General Nutrition Corporation | Eastridge Mall<br>2200 Eastridge Loops<br>San Jose, CA |
| 43. | 468 | Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204 | General Nutrition Corporation | Woodland Hills Mall<br>7021 South Memorial<br>Tulsa, OK |
| 44. | 481 | Namdar Realty Group<br>Ithica Mall Realty, LLC<br>c/o Namdar Realty Group<br>150 Great Neck Road<br>Great Neck, NY 11021 | General Nutrition Corporation | The Shops At Ithaca Mall<br>40 Catherwood Road<br>Ithaca, NY |
| 45. | 492 | The Cafaro Company<br>The Cafaro Northwest Partnership<br>2445 Belmont Avenue<br>Youngstown, OH 44504 | General Nutrition Corporation | South Hill Mall<br>3500 S. Meridian<br>Puyallup, WA |
| 46. | 500 | Merlone Geier Management<br>Steadfast Commons II, LLC<br>1928-B south Commons<br>Federal Way, WA 98003 | General Nutrition Corporation | The Commons At Federal Wa<br>1823 South Commons<br>Federal Way, WA |
| 47. | 501 | GK Development, Inc.<br>Macerich<br>401 Wilshire Boulevard, Suite 700<br>Santa Monica, CA 90407 | General Nutrition Corporation | Ridgmar Mall<br>2178 Green Oaks Road<br>Fort Worth, TX |

26709575.1

|  | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 48. | 503 | Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204 | General Nutrition Corporation | Montgomery Mall<br>712 Montgomery Mall<br>North Wales, PA |
| 49. | 505 | Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204 | General Nutrition Corporation | White Oaks Mall<br>2501 W. Wabash Ave.<br>Springfield, IL |
| 50. | 510 | Kohan Retail Investment Group<br>Westland Mall Partners, LLC<br>c/o GK Development<br>257 East Main Street, Suite 200<br>Barrington, IL 60010 | General Nutrition Corporation | Westland Mall<br>550 South Gear Ave<br>West Burlington, IA |
| 51. | 514 | Brookfield Property Partners L.P.<br>Mall St. Vincent, LLC<br>c/o Brookfield Property Partners L.P.<br>350 N. Orleans Street, Suite 300<br>Chicago, IL 60654 | General Nutrition Corporation | Mall St. Vincent<br>1133 St. Vincent #110<br>Shreveport, LA |
| 52. | 547 | 145 Edward LLC<br>4 Meadow Lane<br>Manhasset, NY 11030 | General Nutrition Corporation | 145 East 116th Street<br>New York, NY |
| 53. | 559 | CBRE Group, Inc.<br>Mundelein 83, LLC<br>3201 Old Glenview Road, Suite 235<br>Wilmette, IL 60091 | General Nutrition Corporation | Mundelein Crossings<br>3022 Route 60<br>Mundelein, IL |
| 54. | 571 | Gumberg Asset Management<br>Southland Mall Properties, LLC<br>c/o Gumberg Asset Management Corp., 3200<br>North Federal Highway<br>Fort Lauderdale, FL 33306 | General Nutrition Corporation | Southland Mall<br>20505 South Dixie Highway<br>Miami, FL |
| 55. | 575 | GDA Real Estate Services, LLC<br>Greenen DeKock Properties<br>12 West 8th Street, Suite 250<br>Holland, MI 49423 | General Nutrition Corporation | 14 W. 8th Street<br>Holland, MI |

26709575.1

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 56. | 585 | Kidder Matthews<br>Woodbum Plaza LLC<br>200 International Way<br>Springfield, OR 97477 | General Nutrition Corporation | Woodburn Plaza Shopping Center<br>3040 Sprague Lane<br>Woodburn, OR |
| 57. | 636 | CBL & Associates Properties, Inc.<br>Cary Towne Center Property LLC<br>c/o CBL & Associates Management, Inc.<br>CBL Center Suite 500<br>2030 Hamilton Place Blvd<br>Chattanooga, TN 37421 | General Nutrition Corporation | Cary Towne Center<br>1105 Walnut Street<br>Cary, NC |
| 58. | 641 | Brookfield Property Partners L.P.<br>350 N. Orleans Street, Suite 300<br>Chicago, IL 60654 | General Nutrition Corporation | Meadows<br>4300 Meadows Lane<br>Las Vegas, NV |
| 59. | 693 | CBL & Associates Properties, Inc.<br>Hickory Point, LLC<br>c/o CBL & Associates Management, Inc.<br>CBL Center Suite 500<br>2030 Hamilton Place Blvd<br>Chattanooga, TN 37421 | General Nutrition Corporation | Hickory Point Mall<br>1395 Hickory Point Mall<br>Forsyth, IL |
| 60. | 695 | Macerich<br>401 Wilshire Boulevard, Suite 700<br>Santa Monica, CA 90407 | General Nutrition Corporation | Paradise Valley Mall<br>4550 East Cactus Rd.<br>Phoenix, AZ |
| 61. | 701 | Kohan Retail Investment Group<br>Seminole Towne Center LP<br>200 Towne Center Circle<br>Sanford, FL 32771 | General Nutrition Corporation | Seminole Town Center<br>200 Towne Center Circle<br>Sanford, FL |
| 62. | 718 | Namdar Realty Group<br>Namdar Realty Group (Acadiana Mall)<br>150 Great Neck Road, SUITE 304<br>Great Neck, NY 11021 | General Nutrition Corporation | Acadiana Mall<br>5725 Johnston<br>Lafayette, LA |

8

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 63. | 773 | Urban Retail Properties, LLC<br>Urbancal Oakland Mall, LLC c/o Principal Real Estate Investors, LLC<br>Attn: CRE Equities Team MRI 623510, Asset Services<br>711 High Street<br>Des Moines, IA 50392-2010 | General Nutrition Corporation | Oakland Mall<br>422 W 14 Mile Rd<br>Troy, MI |
| 64. | 784 | Brookfield Property Partners L.P.<br>350 N. Orleans Street, Suite 300<br>Chicago, IL 60654 | General Nutrition Corporation | Crossroads Mall<br>6650 South Westnedge<br>Portage, MI |
| 65. | 799 | CBL & Associates Properties, Inc.<br>Old Hickory Mall Venture II, LLC<br>c/o CBL & Associates Management, Inc.<br>CBL Center Suite 500<br>2030 Hamilton Place Blvd<br>Chattanooga, TN 37421 | General Nutrition Corporation | Old Hickory Mall<br>2021 North Highland Ave<br>Jackson, TN |
| 66. | 809 | Thor Equities<br>Thor Gallery at South Dekalb, LLC<br>c/o Thor Equities, LLC<br>25 West 39th Street 11th Floor<br>New York, NY 10018 | General Nutrition Corporation | The Gallery At South Dekalb<br>24 South Dekalb Mall<br>Decatur, GA |
| 67. | 820 | Taubman Company<br>Fairfax Company of Virginia, LLC<br>200 East Long Lake Road<br>Bloomfield Hills, MI 48303 | General Nutrition Corporation | Fair Oaks Mall<br>11850 U Fair Oaks Road<br>Fairfax, VA |
| 68. | 836 | Brookfield Property Partners L.P.<br>350 N. Orleans Street, Suite 300<br>Chicago, IL 60654 | General Nutrition Corporation | Quail Springs Mall<br>2501 West Memorial Road<br>Oklahoma City, OK |
| 69. | 843 | Centennial Real Estate Management, LLC<br>8750 N. Central Expressway, Suite 1740<br>Dallas, TX 75231 | General Nutrition Corporation | Connecticut Post<br>1201 Boston Post Road<br>Milford, CT |
| 70. | 862 | Macerich<br>401 Wilshire Boulevard, Suite 700<br>Santa Monica, CA 90407 | General Nutrition Corporation | Desert Sky Mall<br>7611 West Thomas Road<br>Phoenix, AZ |

26709575.1

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 71. | 874 | Brookfield Property Partners L.P.<br>Lynnhaven Mall, L.L.C.<br>c/o Brookfield Property REIT Inc.<br>350 N. Orleans Street, Suite 300<br>Chicago, IL 60654 | General Nutrition Corporation | Lynnhaven Mall<br>701 Lynnhaven Pkwy<br>Virginia Beach, VA |
| 72. | 923 | The Cafaro Company<br>The Marion Plaza, Inc.<br>5577 Youngstown-Warren Road<br>Niles, OH 44446 | General Nutrition Corporation | Eastwood Mall<br>5555 Youngstown-Warren Rd<br>Niles, OH |
| 73. | 971 | Kimco Realty Corporation<br>1621 B South Melrose Drive<br>Vista, CA 92081 | General Nutrition Corporation | Pavilions Place<br>16420 Beach Blvd<br>Westminster, CA |
| 74. | 1032 | Brookfield Property Partners L.P.<br>350 N. Orleans Street, Suite 300<br>Chicago, IL 60654 | General Nutrition Corporation | Tucson Mall<br>4500 North Oracle Road<br>Tucson, AZ |
| 75. | 1036 | Brookfield Property Partners L.P.<br>350 N. Orleans Street, Suite 300<br>Chicago, IL 60654 | General Nutrition Corporation | Willowbrook Mall<br>1658 Willowbrook Mall<br>Houston, TX |
| 76. | 1039 | Starwood Retail Partners<br>Starwood Retail Partners LLC<br>One East Wacker Drive, Suite 3600<br>Chicago, IL 60601 | General Nutrition Corporation | Great Northern Mall<br>232 Great Northern Mall<br>North Olmsted, OH |
| 77. | 1048 | JBG Smith<br>CESC Gateway/Square LLC<br>c/o JBGS/OP Management Services LLC<br>4445 Willard Avenue, Suite 400<br>Chevy Chase, MD 20815 | General Nutrition Corporation | Crystal City Shops @1750<br>1670 Crystal Sq Arcade<br>Arlington, VA |
| 78. | 1062 | Macerich<br>401 Wilshire Boulevard, Suite 700<br>Santa Monica, CA 90407 | General Nutrition Corporation | Arden Fair Mall<br>1689 Arden Way<br>Sacramento, CA |

10

26709575.1

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 79. | 1076 | United Realty MTA LLC<br>United Realty M.T.A., LLC<br>Attn: Francis Ducharme<br>Office A-2925 N Greenfield<br>Phoenix, AZ 85016 | General Nutrition Corporation | Crystal River Mall<br>1801 Nw Hwy 19<br>Crystal River, FL |
| 80. | 1098 | Jones Lang LaSalle Inc.<br>200 East Randolph Drive<br>Chicago, IL 60601 | General Nutrition Corporation | Winward Mall<br>46056 Kam Highway<br>Kaneohe, HI |
| 81. | 1111 | Craig Realty Group<br>4100 MacArthur Blvd., Suite 100<br>Newport Beach, CA 92660 | General Nutrition Corporation | East Hills Mall<br>3700 Frederick Ave<br>St. Joseph, MO |
| 82. | 1124 | Phillips Edison and Company<br>Laguna Station LLC c/o Phillips Edison<br>11501 Northlake Drive<br>Cincinnati, OH 45249 | General Nutrition Corporation | Laguna 99 Plaza<br>8451 Elk Grove Blvd<br>Elk Grove, CA |
| 83. | 1135 | Regency Centers Corporation<br>Equity One JV Sub Northborough, LLC<br>Attn: Lease Admin/Legal Dept<br>One Independent Drive, Suite 114<br>Jacksonville, FL 32202 | General Nutrition Corporation | Northborough Crossing<br>9113 Shops Way<br>Northborough, MA |
| 84. | 1169 | Clifton Realty Management<br>YTC Mall Owner LLC<br>100 N. Pacific Coast Highway, Suite 1925<br>El Segundo, CA 90245 | General Nutrition Corporation | Yorktown Shopping Center<br>203 Yorktown S/C<br>Lombard, IL |
| 85. | 1219 | Macerich<br>401 Wilshire Boulevard, Suite 700<br>Santa Monica, CA 90407 | General Nutrition Corporation | Scottsdale Fashion Sq<br>7014 E Camelback Rd<br>Scottsdale, AZ |
| 86. | 1251 | URW<br>WEA Palm Desert, LP c/o Westfield, LLC<br>2049 Century Park East, 41st Floor<br>Los Angeles, CA 90067 | General Nutrition Corporation | Westfield Palm Desert<br>72840 Highway Iii<br>Palm Desert, CA |

|  | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 87. | 1255 | Brookfield Property Partners L.P. Stonestown Shopping Center, L.P. c/o Brookfield Property Partners L.P. 350 N. Orleans Street, Suite 300 Chicago, IL 60654 | General Nutrition Corporation | Stonestown Galleria 3251 20th Avenue San Francisco, CA |
| 88. | 1348 | Cushman & Wakefield / PICOR Sunrise Village Investors, L.L.C. 2730 E. Broadway Blvd Tucson, AZ 85716 | General Nutrition Corporation | Sunrise Village Shopping 4776 East Sunrise Drive Tucson, AZ |
| 89. | 1352 | Brookfield Property Partners L.P. 350 N. Orleans Street, Suite 300 Chicago, IL 60654 | General Nutrition Corporation | Towson Town Center 825 Dulaney Valley Road Towson, MD |
| 90. | 1379 | Paul Property Management, LP 306 Curry Hollow Road Pleasant Hills, PA 15236 | General Nutrition Corporation | Curry Hollow Center 314 1/2 Curry Hollow Dr Pleasant Hills, PA |
| 91. | 1395 | Namdar Realty Group Namdar Realty Group (Wiregrass Commons Mall) 150 Great Neck Road, Suite 304 Great Neck, NY 11021 | General Nutrition Corporation | Wiregrass Commons Mall 900 Common Ave Dothan, AL |
| 92. | 1420 | Woodmont Company Frederick J. Meno, solely in his capacity as Receiver c/o The Woodmont Company 2100 West 7th Street Fort Worth, TX 76107 | General Nutrition Corporation | Mckinley Mall 3601 Mckinley Parkway Buffalo, NY |
| 93. | 1421 | Brookfield Property Partners L.P. Columbia Mall L.L.C. c/o Brookfield Property Partners L.P. 350 N. Orleans Street, Suite 300 Chicago, IL 60654 | General Nutrition Corporation | Columbia Mall 2300 Bernadette Dr. Columbia, MO |
| 94. | 1425 | Tabani Group T Danville Mall, LLC 1660 Dallas Parkway Suite 300 Dallas, TX 75248 | General Nutrition Corporation | Village Mall 2917 Vermillion St Danville, IL |

26709575.1

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 95. | 1427 | J.J. Gumberg Company<br>Northtowne Associates<br>JJ Gumberg Co.<br>1051 Brinton Road<br>Pittsburgh, PA 15221 | General Nutrition Corporation | Northtowne Mall<br>1500 N Clinton St<br>Defiance, OH |
| 96. | 1434 | Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204 | General Nutrition Corporation | Town Center At Cobb<br>400 Earnest Barrett Pkwy<br>Kennesaw, GA |
| 97. | 1440 | Jones Lang LaSalle Inc.<br>CAPREF Eden Prairie LLC<br>8333 Douglas Avenue, Suite 975<br>Dallas, TX 75225 | General Nutrition Corporation | Eden Prairie Center<br>8251 Flying Cloud Drive<br>Eden Prairie, MN |
| 98. | 1444 | Colonial Mall Temple<br>Marley Station Mall LLC<br>c/o Colonial Commercial Real Estate<br>3228 Collinsworth Street<br>Fort Worth, TX 76107 | General Nutrition Corporation | Marley Station<br>7900 Governor Ritchie Hwy<br>Glen Burnie, MD |
| 99. | 1448 | Sterling Organization<br>SVAP Golf Mill Retail, LP<br>Attn: Greg Moross<br>340 Royal Poimciana Way, Suite 316<br>Palm Beach, FL 33480 | General Nutrition Corporation | Golf Mill Shopping Center<br>247 Golf Mill Center<br>Niles, IL |

26709575.1