# EXHIBIT A

**Proposed Order**


# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| GNC HOLDINGS, INC., *et al.*, | Case No. 20-11662 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| | **Docket Ref. No.** ___ |

## FIFTH (5TH) OMNIBUS ORDER (A) AUTHORIZING REJECTION OF CERTAIN UNEXPIRED LEASES EFFECTIVE AS OF JUNE 29, 2020 AND (B) GRANTING RELATED RELIEF

Upon the motion (the "*Motion*")[2] of the Debtors for an order (this "*Order*"), (a) authorizing the Debtors to reject certain unexpired leases of nonresidential real property (each, a "*Rejection Lease*," and collectively, the "*Rejection Leases*"), a list of which is annexed as **Schedule 1** hereto, effective as of June 29, 2020 (the "*Rejection Date*"); and (b) authorizing the Debtors to abandon the Remaining Property located at the Premises as of the Rejection Date; and this Court having reviewed the Motion; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United

---

[1] The debtors in these Chapter 11 Cases, along with the last four digits of each debtor's United States federal tax identification number, if applicable, or other applicable identification number, are: GNC Holdings, Inc. (6244); GNC Parent LLC (7572); GNC Corporation (5170); General Nutrition Centers, Inc. (5168); General Nutrition Corporation (4574); General Nutrition Investment Company (3878); Lucky Oldco Corporation (7141); GNC Funding, Inc. (7837); GNC International Holdings, Inc. (9873); GNC China Holdco, LLC (0004); GNC Headquarters LLC (7550); Gustine Sixth Avenue Associates, Ltd. (0731); GNC Canada Holdings, Inc. (3879); General Nutrition Centres Company (0939); GNC Government Services, LLC (2295); GNC Puerto Rico Holdings, Inc. (4559); and GNC Puerto Rico, LLC (7234). The debtors' mailing address is 300 Sixth Avenue, Pittsburgh, Pennsylvania 15222.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

26709592.1

States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and this Court having authority to enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon all of the proceedings before this Court; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to sections 105(a) and 365 of the Bankruptcy Code, and Bankruptcy Rule 6006, the Rejection Leases identified in **Schedule 1** attached hereto, to the extent not already terminated in accordance with their applicable terms or upon agreement of the parties, are hereby rejected effective as of the Rejection Date.

3. The Debtors are authorized, but not directed, to abandon the Remaining Property that is owned by the Debtors and located on the Premises and all such property is deemed abandoned effective as of the Rejection Date. The Landlords to each Rejection Lease are authorized to dispose of the abandoned Remaining Property without liability to the Debtors or any third party and, to the extent applicable, the automatic stay is modified to allow such disposition.

4. Nothing herein shall prejudice any party's rights to assert that the Rejection Leases are not, in fact, executory within the meaning of section 365 of the Bankruptcy Code.

5. Any proofs of claim for damages in connection with the rejection of the Rejection Leases, if any, shall be filed on or before the later of (a) the claims bar date established by the Court in these Chapter 11 Cases, if any, and (b) thirty (30) days after entry of this Order.

26709592.1

6.	Nothing in the Motion or this Order, shall be construed as: (i) an admission as to the validity of any claim against any Debtor or the existence of any lien against the Debtors' properties; (ii) a waiver of the Debtors' rights to Dispute any claim or lien on any grounds; (iii) a promise to pay any claim; or (iv) an implication or admission that any particular claim would constitute an allowed claim.  Nothing contained in this Order shall be deemed to increase, decrease, reclassify, elevate to an administrative expense status, or otherwise affect any claim to the extent it is not paid.

7.	The requirements set forth in Bankruptcy Rules 6006 and 6007 are satisfied.

8.	This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

**Schedule 1**

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 1. | 1449 | Pembroke Realty Group<br>Divaris Real Estate<br>One Columbus Center, Suite 700<br>Virginia Beach, VA 23462 | General Nutrition Corporation | Pembroke Mall<br>4554 Virginia Beach Blvd<br>Virginia Beach, VA |
| 2. | 1452 | Jones Lang LaSalle Inc.<br>200 East Randolph Drive<br>Chicago, IL 60601 | General Nutrition Corporation | Rogue Valley Mall<br>1600 North Riverside<br>Medford, OR |
| 3. | 1469 | CBL & Associates Properties, Inc.<br>Mid Rivers Mall CMBS, LLC<br>c/o CBL & Associates Management, Inc.<br>CBL Center Suite 500<br>2030 Hamilton Place Blvd<br>Chattanooga, TN 37421 | General Nutrition Corporation | Mid River Mall<br>1080 Mid Rivers Mall Drive<br>Saint Peters, MO |
| 4. | 1471 | The Cafaro Company<br>Frenchtown Square Partnership<br>5577 Youngstown-Warren Road<br>Niles, OH 44446 | General Nutrition Corporation | The Mall Of Monroe<br>2121 N Monroe St<br>Monroe, MI |
| 5. | 1472 | Namdar Realty Group<br>Namdar Realty Group (Hamilton Mall)<br>150 Great Neck Road, Suite 304<br>Great Neck, NY 11021 | General Nutrition Corporation | Hamilton Mall<br>4403 Black Horse Pike<br>Mays Landing, NJ |
| 6. | 1502 | Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204 | General Nutrition Corporation | Penn Square Mall<br>2078 Penn Square<br>Oklahoma City, OK |
| 7. | 1506 | Brookfield Property Partners L.P.<br>Lansing Mall Limited Partnership<br>c/o Brookfield Property Partners L.P.<br>350 N. Orleans Street, Suite 300<br>Chicago, IL 60654 | General Nutrition Corporation | Lansing Mall<br>5234 West Saginaw Hwy<br>Lansing, MI |
| 8. | 1546 | Macerich<br>401 Wilshire Boulevard, Suite 700<br>Santa Monica, CA 90407 | General Nutrition Corporation | Superstition Springs<br>6555 East Southern Ave.<br>Mesa, AZ |

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 9. | 1558 | CBRE Group, Inc.<br>600 Grant Street, Suite 4800<br>Pittsburgh, PA 15219 | General Nutrition Corporation | Shoppes @ Pgh Mills<br>2015 Pgh Mills Blvd<br>Tarentum, PA |
| 10. | 1578 | URW<br>Meriden Square #2, LLC<br>2049 Century Park East, 41st Floor<br>Los Angeles, CA 90025 | General Nutrition Corporation | Westfield Meriden<br>470 Lewis Avenue<br>Meriden, CT |
| 11. | 1583 | Ethan Conrad Properties, Inc<br>Chico Mall Investors, LLC<br>c/o GEM Investors Inc.<br>900 N Michigan Avenue<br>Chicago, IL 60611 | General Nutrition Corporation | Chico Mall<br>1950 E. 20th Street<br>Chico, CA |
| 12. | 1592 | Namdar Realty Group<br>Enfield Square Realty LLC c/o Namdar Realty Group<br>150 Great Neck Road, Suite 304<br>Great Neck, NY 11021 | General Nutrition Corporation | Enfield Square Mall<br>90 Elm Street<br>Enfield, CT |
| 13. | 1602 | Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204 | General Nutrition Corporation | Apple Blossom Mall<br>1850 Apple Blossom Drive<br>Winchester, VA |
| 14. | 1618 | H&R Retail, Inc.<br>Middlesex Associates LLP<br>c/o Maryland Financial Investors Inc.<br>2800 Quarry Lake Drive, Suite 340<br>Baltimore, MD 21209 | General Nutrition Corporation | Middlesex S.C.<br>1342 Eastern Blvd.<br>Baltimore, MD |
| 15. | 1627 | Jones Lang LaSalle Inc.<br>200 East Randolph Drive<br>Chicago, IL 60601 | General Nutrition Corporation | Rosedale Center<br>10 Rosedale Center<br>Roseville, MN |
| 16. | 1666 | Jones Lang LaSalle Inc.<br>200 East Randolph Drive<br>Chicago, IL 60601 | General Nutrition Corporation | Salem Center<br>480 Center Street Ne<br>Salem, OR |

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 17. | 1691 | TKG Management<br>THF Paducah Development, LP<br>c/o THF Realty, Inc.<br>2127 Innerbelt Business Center Suite 200<br>St Louis, MO 63114 | General Nutrition Corporation | Paducah Towne Center<br>3216 Irvin Cobb Drive<br>Paducah, KY |
| 18. | 2119 | 313 Harvard Street LLC<br>1018 Commonwealth Avenue<br>Boston, MA 02215 | General Nutrition Corporation | 313A Harvard Street<br>313A Harvard St<br>Brookline, MA |
| 19. | 2162 | Acadia Realty Trust<br>2675 Geary Boulevard LP<br>411 Theodore Fremd Avenue, Suite 300<br>Rye, NY 10580 | General Nutrition Corporation | City Center<br>2675 Geary Blvd<br>San Francisco, CA |
| 20. | 2355 | Commercial Retail Associates<br>SKN Properties<br>680 West Shaw Avenue, Suite 202<br>Fresno, CA 93704 | General Nutrition Corporation | Shops @ Dunes On Monterey<br>130 General Stilwell Dr<br>Marina, CA |
| 21. | 2432 | Commerce RE Solutions<br>Commercial Centers Management, Inc.<br>1498 Roosevelt Ave., Suite 201<br>Guaynabo, PR 000 968 | General Nutrition Corporation | Santa Rosa Mall<br>Pr 2<br>Bayamon, PR |
| 22. | 2471 | Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204 | General Nutrition Corporation | The Westchester<br>125 Westchester Ave<br>White Plains, NY |
| 23. | 2641 | Lexington Realty International<br>Hutchingson Mall Realty Group, LLC<br>c/o Lexington Realty International<br>911 East County Line Road, Suite 207<br>Lakewood, NJ 8701 | General Nutrition Corporation | Hutchinson Mall<br>1060 Highway 15 South<br>Hutchinson, MN |
| 24. | 2654 | Urban Edge Properties<br>UE Hudson Mall, LLC<br>210 Route 4 East<br>Paramus, NJ 07652 | General Nutrition Corporation | Hudson Mall<br>Rt 440<br>Jersey City, NJ |

3

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 25. | 2724 | WS Development<br>W/S Ware Properties OP, LLC c/o WS Development Associates, LLC<br>1330 Boylston Street<br>Chestnut Hill, MA 02467 | General Nutrition Corporation | Gibbs Crossing<br>350 Palmer Rd<br>Ware, MA |
| 26. | 2726 | Lion Holdings, LLC<br>Cathedral Village Shopping Center LLLP<br>c/o Lion Properties<br>1650 38th Street, Suite 104W<br>Boulder, CO 80301 | General Nutrition Corporation | Cathedral Village<br>69185 Ramon Road<br>Cathedral City, CA |
| 27. | 2752 | Spinoso Realty Group<br>SMTC Acquisition LLC<br>200 Liberty Street 22nd Floor<br>NY, NY 10281 | General Nutrition Corporation | Santa Maria Town Ctr<br>222 Town Center East<br>Santa Maria, CA |
| 28. | 2776 | New England Development<br>Ned Altoona LLC c/o New England Development<br>75 Park Plaza<br>Boston, MA 02116 | General Nutrition Corporation | Outlets Of Des Moines<br>545 Bass Pro Drive Nw<br>Altoona, IA |
| 29. | 2841 | Atlantic Retail<br>1681 West Ventures, LLC<br>c/o Turnberry Associates<br>19501 Biscayne Blvd, Suite 400<br>Aventura, FL 33180 | General Nutrition Corporation | 17 West<br>1220 17th Street<br>Miami Beach, FL |
| 30. | 2848 | Aspen Group Real Estate<br>BI Jamestown LLC<br>500 Galleria Drive, Suite 287<br>Johnstown, PA 15904 | General Nutrition Corporation | Buffalo Mall<br>2400-8th Ave Sw<br>Jamestown, ND |
| 31. | 2850 | Solar Realty Management<br>Soleman Brother V LLC<br>13716 Canal Vista Court<br>Potomac, MD 20854 | General Nutrition Corporation | 1336 Wisconsin Ave<br>Washington, DC |

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 32. | 2884 | Charbern Management Group<br>Charbern Management Group LLC<br>PO Box 1672<br>New York, NY 10013 | General Nutrition Corporation | 302 Canal St<br>New York, NY |
| 33. | 2901 | RPT Realty<br>Ramco-Gershenson Properties, LP<br>31500 Northwestern Highway, Suite 300<br>Farmington Hills, MI 48334 | General Nutrition Corporation | Deer Creek Center<br>3218 Laclede Station Rd<br>Maplewood, MO |
| 34. | 2915 | Fisher Associates<br>FBF Realty, LLC<br>152 W 57th Street<br>New York, NY 10019 | General Nutrition Corporation | 75-28 37th Ave<br>75-28 37th Ave<br>Queens, NY |
| 35. | 2951 | Premier Equities<br>Premier 682 Broadway, LLC<br>150 East 58th Street, 23 Floor<br>New York, NY 10155 | General Nutrition Corporation | 682 Broadway/3rd Street<br>New York, NY |
| 36. | 3052 | Winder Corners Associates<br>Sylva Shops, LLLP<br>100 East Sybelia, Suite 120<br>Maitland, FL 32751 | General Nutrition Corporation | Rego Park<br>96-16 Queens Blvd.<br>Rego Park, NY |
| 37. | 3055 | Brookfield Property Partners L.P.<br>Ridgedale Center, LLC<br>c/o Brookfield Property Partners L.P.<br>350 N. Orleans Street, Suite 300<br>Chicago, IL 60654 | General Nutrition Corporation | Ridgedale Center<br>12505 Wayzata Blvd.<br>Minnetonka, MN |
| 38. | 3082 | Namdar Realty Group<br>Steeplegate Mall LLC<br>c/o Namdar Realty Group<br>150 Great Neck Road, SUITE 304<br>Great Neck, NY 11021 | General Nutrition Corporation | Steeplegate<br>270 Louden Road<br>Concord, NH |
| 39. | 3105 | Macerich<br>401 Wilshire Boulevard, Suite 700<br>Santa Monica, CA 90407 | General Nutrition Corporation | Wilton Mall<br>3065 Rte 50 Space B-12<br>Saratoga Springs, NY |

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 40. | 3169 | URW<br>Old Orchard Urban Limited Partnership<br>2049 Century Park East, 41st Floor<br>Los Angeles, CA 90067 | General Nutrition Corporation | Old Orchard Mall<br>4999 Old Orchard Center<br>Skokie, IL |
| 41. | 3220 | Crosspoint Realty<br>Crosspoint Realty Services, Inc.<br>208 Vintage Way, Suite 100<br>Novato, CA 94945 | General Nutrition Corporation | Vintage Oaks<br>120 Vintage Way<br>Novato, CA |
| 42. | 3390 | Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204 | General Nutrition Corporation | Solomon Pond Mall<br>601 Donald Lynn Blvd<br>Marlborough, MA |
| 43. | 3438 | TSV Management, Inc.<br>Route 23 Associates, LLC<br>625 W Ridge Pike, Building A, Suite 100<br>Conshohocken, PA 19428 | General Nutrition Corporation | Southside Mall<br>Rd 2 Southside<br>Oneonta, NY |
| 44. | 3515 | CAM-7 LLC<br>2600 Grand Blvd, Suite 700<br>Kansas City, MO 64108 | General Nutrition Corporation | Edmond Crossing S.C.<br>72 S.E. 33rd Street<br>Edmond, OK |
| 45. | 3547 | Brookfield Property Partners L.P.<br>350 N. Orleans Street, Suite 300<br>Chicago, IL 60654 | General Nutrition Corporation | Bayshore Mall<br>3300 Broadway<br>Eureka, CA |
| 46. | 3591 | Kohan Retail Investment Group<br>SN Properties Funding IV Havre, LLC<br>323 Fifth Street<br>Eureka, CA 95501 | General Nutrition Corporation | Holiday Village Mall<br>1753 Highway 2 W<br>Havre, MT |
| 47. | 3596 | Ann Arbor Galleria Associates<br>Ann Arbor Galleria Associates LLC c/o Oxford Property Management<br>Attn: Janeen Baird & Clark Doughty<br>210 South Fifth Avenue<br>Ann Arbor, MI 48107 | General Nutrition Corporation | Galleria Mall<br>1210 S. University<br>Ann Arbor, MI |

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 48. | 3600 | Madison Marquette<br>St. George Outlet Development LLC<br>150 Myrtle Avenue, 2nd Floor<br>Brooklyn, NY 11201 | General Nutrition Corporation | Empire Outlets<br>35B Richmond Terrace<br>Staten Island, NY |
| 49. | 3619 | Borelli Investments<br>BOS Retail 1, LLC<br>2310 Washington Street<br>Newton Lower Falls, MA 02462 | General Nutrition Corporation | Wayland Town Center<br>77 Andrew Ave<br>Wayland, MA |
| 50. | 3659 | Brookfield Property Partners L.P.<br>Mall of Louisiana, LLC<br>c/o Brookfield Property Partners L.P.<br>350 N. Orleans Street, Suite 300<br>Chicago, IL 60654 | General Nutrition Corporation | Mall Of Louisiana<br>6401 Bluebonnet Blvd<br>Baton Rouge, LA |
| 51. | 3703 | Starwood Retail Partners<br>Starwood Retail Partners LLC<br>One East Wacker Drive, Suite 3600<br>Chicago, IL 60601 | General Nutrition Corporation | Capital Mall<br>625 Black Lake Blvd Sw<br>Olympia, WA |
| 52. | 3745 | Urban Retail Properties, LLC<br>Garrison Boardwalk ALK, LLC c/o The Woodmont Company<br>540 Boardwalk Boulevard<br>Bossier City, LA 71111 | General Nutrition Corporation | Louisiana Boardwalk Outlet<br>490 Boardwalk Blvd<br>Bossier City, LA |
| 53. | 3776 | CBL & Associates Properties, Inc.<br>Laredo Outlet Shoppes, LLC<br>c/o Horizon Group Properties, LP<br>10275 W. Higgins Road, Suite 560<br>Rosemont, IL 60018 | General Nutrition Corporation | The Outlet Shoppes At Laredo<br>1600 Water Street<br>Laredo, TX |
| 54. | 3879 | PREIT Services, LLC<br>PR Financing LP c/o PREIT Services LLC<br>200 South Broad Street The Bellvue 3rd Floor<br>Philadelphia, PA 19102 | General Nutrition Corporation | Francis Scott Key<br>5500 Buckeystown Pike<br>Frederick, MD |

|     | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|-----|-----------|-----------------------------------|---------------------|-----------------|
| 55. | 3894 | Benderson<br>Benderson Development Company, LLC<br>570 Delaware Avenue<br>Buffalo, NY 14202 | General Nutrition Corporation | Niagara Consumer Square<br>7314 Niagara Falls Blvd<br>Niagara Falls, NY |
| 56. | 3904 | Rockstep Capital<br>Rubloff Tri-State Thunderbird Portfolio LLC<br>Attn: General Counsel<br>4949 Harrison Ave, Suite 200<br>Rockford, IL 61108 | General Nutrition Corporation | Thunderbird Mall<br>1421 B 12th Ave S<br>Virginia, MN |
| 57. | 3958 | Conviser Property Group<br>Octagon Properties<br>Cleveland Circle, LLC<br>P.O. Box 1997<br>Brookline, MA 2446 | General Nutrition Corporation | 1940 Beacon Street<br>Brighton, MA |
| 58. | 4349 | Army & Air Force Exchange Service<br>3911 S Walton Walker Blvd<br>SD-V/C Military Upload<br>Dallas, TX 75236 | General Nutrition Corporation | Hanscom Afb<br>100 Eglin Street<br>Bedford, MA |
| 59. | 4364 | Army & Air Force Exchange Service<br>3911 S Walton Walker Blvd<br>SD-V/C Military Upload<br>Dallas, TX 75236 | General Nutrition Corporation | Fort Hamilton<br>123 General Lee Ave<br>Brooklyn, NY |
| 60. | 4374 | Marine Corps Community Services<br>Attn Settlement<br>PO Box 33489<br>Charlotte, NC 28233 | General Nutrition Corporation | San Diego Mcrd<br>3800 Chosin Ave<br>San Diego, CA |
| 61. | 4405 | Army & Air Force Exchange Service<br>3911 S Walton Walker Blvd<br>SD-V/C Military Upload<br>Dallas, TX 75236 | General Nutrition Corporation | Columbus Afb<br>Bldg #160<br>Columbus Afb, MS |
| 62. | 4443 | Army & Air Force Exchange Service<br>3911 S Walton Walker Blvd<br>SD-V/C Military Upload<br>Dallas, TX 75236 | General Nutrition Corporation | Homestead Ars<br>29242 Coral Sea Blvd<br>Homestead Afb, FL |

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 63. | 4453 | Army & Air Force Exchange Service<br>3911 S Walton Walker Blvd<br>SD-V/C Military Upload<br>Dallas, TX 75236 | General Nutrition Corporation | Ellsworth Afb<br>2725 Lemay Blvd Bldg 4020<br>Ellsworth Afb, SD |
| 64. | 5026 | Tanger Factory Outlet Centers, Inc.<br>Tanger Jeffersonville, LLC<br>c/o Tanger Properties Limited Partnership<br>Attn: Legal Department<br>3200 Northline Avenue, Suite 360<br>Greensboro, NC 27408 | General Nutrition Corporation | Tanger Outlet Center Jeff<br>8000 Factory Shops Blvd<br>Jeffersonville, OH |
| 65. | 5028 | Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204 | General Nutrition Corporation | Lee Premium Outlets<br>50 Water Street<br>Lee, MA |
| 66. | 5058 | Comar Realty Association LLC<br>PO Box 300-381<br>Brooklyn, NY 11230 | General Nutrition Corporation | 1212 Kings Highway<br>Brooklyn, NY |
| 67. | 5125 | Glimcher Group Inc<br>Glimcher Devcor INC<br>Robert Glimcher President<br>500 Grant Street, Suite 2000<br>Pittsburgh, PA 15219 | General Nutrition Corporation | Arlington Square<br>4725 Reed Road<br>Columbus, OH |
| 68. | 5138 | Namdar Realty Group<br>Lakes Mall Realty LLC<br>c/o Namdar Realty Group<br>150 Great Neck Road, Suite 304<br>Great Neck, NY 11021 | General Nutrition Corporation | The Lakes Mall<br>5600 Harvey Road<br>Muskegon, MI |
| 69. | 5139 | Tanger Factory Outlet Centers, Inc.<br>Tanger Daytona, LLC c/o Tanger Properties Limited Partnership<br>Attn: Legal Department<br>3200 Northline Avenue, Suite 360<br>Greensboro, NC 27408 | General Nutrition Corporation | Tanger Outlet Center Dayt<br>1100 Cornerstone Blvd<br>Daytona Beach, FL |

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 70. | 5167 | La Jolla Management Company<br>Lafayette Covenant Group, LLC<br>2640 Paseo Verde Parkway, Suite 145<br>Henderson, NV 89074 | General Nutrition Corporation | Walmart Lafayette<br>1217 Diamond Circle<br>Lafayette, CO |
| 71. | 5171 | Benderson<br>Promenade Associates, LP<br>7978 Cooper Creek Boulevard, Suite 100<br>University Park, FL 34201 | General Nutrition Corporation | Northwest Promenade<br>6737 Manatee Ave W<br>Bradenton, FL |
| 72. | 5186 | Brookfield Property Partners L.P.<br>350 N. Orleans Street, Suite 300<br>Chicago, IL 60654 | General Nutrition Corporation | Monmouth S.C.<br>180 Route 35 South<br>Eatontown, NJ |
| 73. | 5203 | Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204 | General Nutrition Corporation | Square One Mall<br>1201 Broadway Drive<br>Saugus, MA |
| 74. | 5213 | Brookfield Property Partners L.P.<br>Park Meadows Mall, LLC<br>c/o Brookfield Property Partners L.P.<br>350 N. Orleans Street, Suite 300<br>Chicago, IL 60654 | General Nutrition Corporation | Park Meadows Town Center<br>8505 Park Meadows Center<br>Lone Tree, CO |
| 75. | 5221 | A.F. Jonna Development & Management Co.<br>Comm-Co Equities, L.L.C.<br>c/o A.F. Jonna Management & Development Co., L.L.C.<br>4036 Telegraph Road, Suite 201<br>Bloomfield Hills, MI 48302 | General Nutrition Corporation | Commerce Town Center<br>3050 Union Lake Rd<br>Commerce, MI |
| 76. | 5258 | Transwestern (NJ)<br>Mario Trantino and Pietra Trantino<br>127 Bay 38th Street<br>Brooklyn, NY 11214 | General Nutrition Corporation | 7017 18th Avenue<br>Brooklyn, NY |
| 77. | 5264 | URW<br>Sarasota Shoppingtown, LLC<br>2049 Century Park East, 41st Floor<br>Los Angeles, CA 90067 | General Nutrition Corporation | Westfield Sarasota Square<br>8201 S Tamiami Trail<br>Sarasota, FL |

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 78. | 5378 | Merlone Geier Management<br>PPR Cascade LLC<br>Attn: Center Manager<br>Cascade Mall Drive<br>Burlington, MA 98233 | General Nutrition Corporation | Cascade Mall<br>414 Cascade Mall<br>Burlington, WA |
| 79. | 5411 | Brookfield Property Partners L.P.<br>Baltimore Center Associates Limited Partnership<br>c/o Brookfield Property Partners L.P.<br>350 N. Orleans Street, Suite 300<br>Chicago, IL 60654 | General Nutrition Corporation | The Gallery At The Harbor<br>200 East Pratt St<br>Baltimore, MD |
| 80. | 5498 | CBL & Associates Properties, Inc.<br>Meridian Mall Limited Partnership<br>c/o CBL & Associates Management, Inc.<br>CBL Center Suite 500<br>2030 Hamilton Place Blvd<br>Chattanooga, TN 37421 | General Nutrition Corporation | Meridian Mall<br>1982 West Grand River<br>Okemos, MI |
| 81. | 5581 | URW<br>Sherman Oaks Fashion Associates, LP<br>2049 Century Park East, 41st Floor<br>Los Angeles, CA 90067 | General Nutrition Corporation | Westfield Fashion Square<br>14006 Riverside Drive<br>Sherman Oaks, CA |
| 82. | 5584 | Brookfield Property Partners L.P.<br>Paramus Park Shopping Center Limited Partnership<br>c/o Brookfield Property Partners L.P.<br>350 N. Orleans Street, Suite 300<br>Chicago, IL 60654 | General Nutrition Corporation | Paramus Park Mall<br>2040 Paramus Park Mall<br>Paramus, NJ |
| 83. | 5587 | Combined Properties Inc.<br>1025 Thomas Jefferson St. NW, Suite 700 East<br>Washington, DC 20007 | General Nutrition Corporation | Sully Plaza<br>13936 Lee Jackson Hwy<br>Chantilly, VA |

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 84. | 5591 | Brookfield Property Partners L.P.<br>Visalia Mall, LP<br>c/o Brookfield Property Partners LP<br>350 N. Orleans Street, Suite 300<br>Chicago, IL 60654 | General Nutrition Corporation | Visalia Mall<br>2157 South Mooney Blvd<br>Visalia, CA |
| 85. | 5642 | Mid-America Real Estate – Wisconsin, LLC<br>Malls4U, LLC / Welsh Companies LLC<br>4350 Baker Road, Suite 400<br>Minnetonka, MN 55343 | General Nutrition Corporation | Marshfield Mall<br>503 East Ives Street<br>Marshfield, WI |
| 86. | 5823 | Woodsonia Real Estate, Inc.<br>17007 Marcy Street, Suite 2<br>Omaha, NE 68118 | General Nutrition Corporation | West Market Sc<br>109 S Parket Street - 109<br>Olathe, KS |
| 87. | 5883 | Lormax Stern Development Company<br>Bay City Mall Partners<br>4101 Wilder Road<br>Bay City, MI 48706 | General Nutrition Corporation | Bay City Mall<br>4101 Wilder Road<br>Bay City, MI |
| 88. | 5916 | Washington Prime Group Inc.<br>Mall at Great Lakes, LLC<br>180 East Broad Street<br>Columbus, OH 43215 | General Nutrition Corporation | Great Lakes Mall<br>7850 Mentor Avenue<br>Mentor, OH |
| 89. | 5933 | Ashkenazy Acquisition Group<br>Mabelvale Plaza, LLC<br>d/b/a Mabelvale Plaza Shopping Center<br>2851 Lakewood Village Drive<br>Little Rock, AR 72116 | General Nutrition Corporation | Mabelvale Shopping Center<br>10101 Mabelvale Plaza Dr<br>Little Rock, AR |
| 90. | 6294 | Starwood Retail Partners<br>Starwood Retail Partners LLC<br>One East Wacker Drive, Suite 3600<br>Chicago, IL 60601 | General Nutrition Corporation | Macarthur Center<br>300 Monticello Avenue<br>Norfolk, VA |
| 91. | 6587 | Clay Felt Co. Inc<br>Felts Plaza, Inc.<br>116-B South Muskogee Ave.<br>Talequah, OK 74464 | General Nutrition Corporation | Plaza Shopping Center<br>1027 South Muskogee<br>Talequah, OK |

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 92. | 6604 | Next Realty<br>Next Property Management Inc.<br>5213 Old Orchard Road, Suite 880<br>Skokie, IL 60077 | General Nutrition Corporation | Parrot Plaza<br>1401 W. North Avenue<br>Melrose Park, IL |
| 93. | 6659 | CORE<br>247 Third Avenue Associates LLC<br>c/o PKW Management, Inc.<br>28 Maple Place, #1214<br>Manhasset, NY 11030 | General Nutrition Corporation | 247 3rd Avenue<br>New York, NY |
| 94. | 6775 | Stalworth Real Estate Services<br>Stanbery Old Bridge LLC c/o Stanbery Development LLC<br>328 Civic Center Drive<br>Columbus, OH 43215 | General Nutrition Corporation | The Shoppes At Old Bridge<br>3849 Us Highway 9<br>Old Bridge, NJ |
| 95. | 6868 | Douglas Emmett Management Hawaii, LLC<br>Douglas Emmett 2010, LLC<br>Attn: Property Manager Bishop Square<br>1003 Bishop Street Pauahi Tower, Suite 440<br>Honolulu, HI 96813 | General Nutrition Corporation | 1003 Bishop St<br>Honolulu, HI |
| 96. | 6997 | URW<br>Southgate Mall Owner, LLC<br>2049 Century Park East, 41st Floor<br>Los Angeles, CA 90067 | General Nutrition Corporation | Southgate Plaza<br>3501 S Tamiami Trail<br>Sarasota, FL |
| 97. | 7090 | Wakefield Mall LLC<br>Wakefield Mall, LLC c/o Geoffrey Levy<br>151 Cooidge Avenue Suite 104<br>Watertown, MA 02472 | General Nutrition Corporation | Wakefield Mall<br>Tower Hill Road &<br>Wakefield, RI |
| 98. | 7243 | Metro Acquisition Corporation<br>U.S. of L Realty Corporation c/o Levy<br>5 Rosehill Drive<br>Manhasset, NY 11030 | General Nutrition Corporation | Steinway Street<br>30-62 Steinway Street<br>Astoria, NY |
| 99. | 7295 | Macerich<br>401 Wilshire Boulevard, Suite 700<br>Santa Monica, CA 90407 | General Nutrition Corporation | Pacific View<br>3301 E. Main Street<br>Ventura, CA |

26709592.1