# **EXHIBIT A**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| GNC HOLDINGS, INC., *et al.*, | ) Case No. 20-11662 (KBO) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) **Docket Ref. No.** ___ |

### SEVENTH (7TH) OMNIBUS ORDER
### (A) AUTHORIZING REJECTION OF CERTAIN
### UNEXPIRED LEASES, SUBLEASES AND AGREEMENTS
### EFFECTIVE AS OF JUNE 29, 2020 AND (B) GRANTING RELATED RELIEF

Upon the motion (the "***Motion***")[2] of the Debtors for an order (this "***Order***"), (a) authorizing the Debtors to reject certain unexpired leases of nonresidential real property (each, a "***Rejection Lease***," and collectively, the "***Rejection Leases***"), a list of which is annexed as **Schedule 1** hereto, effective as of June 29, 2020 (the "***Rejection Date***"); (b) authorizing the Debtors to reject certain unexpired subleases of real property (each, a "***Rejection Sublease***," and collectively, the "***Rejection Subleases***"), a list of which is annexed as **Schedule 2** hereto, effective as of the Rejection Date, (c) authorizing the Debtors to reject certain franchise agreements, including any ancillary agreements thereto, related to such Rejection Leases and Rejection Subleases (each, a "***Rejection Agreement***," and collectively, the "***Rejection Agreements***"), a list of which is annexed

---

[1] The debtors in these Chapter 11 Cases, along with the last four digits of each debtor's United States federal tax identification number, if applicable, or other applicable identification number, are: GNC Holdings, Inc. (6244); GNC Parent LLC (7572); GNC Corporation (5170); General Nutrition Centers, Inc. (5168); General Nutrition Corporation (4574); General Nutrition Investment Company (3878); Lucky Oldco Corporation (7141); GNC Funding, Inc. (7837); GNC International Holdings, Inc. (9873); GNC China Holdco, LLC (0004); GNC Headquarters LLC (7550); Gustine Sixth Avenue Associates, Ltd. (0731); GNC Canada Holdings, Inc. (3879); General Nutrition Centres Company (0939); GNC Government Services, LLC (2295); GNC Puerto Rico Holdings, Inc. (4559); and GNC Puerto Rico, LLC (7234). The debtors' mailing address is 300 Sixth Avenue, Pittsburgh, Pennsylvania 15222.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

26709618.1

as **Schedule 3** hereto, effective as of the Rejection Date; and (d) authorizing the Debtors to abandon the Remaining Property located at the Premises as of the Rejection Date; and this Court having reviewed the Motion; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and this Court having authority to enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon all of the proceedings before this Court; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to sections 105(a) and 365 of the Bankruptcy Code, and Bankruptcy Rule 6006, the Rejection Leases identified in **Schedule 1** attached hereto, to the extent not already terminated in accordance with their applicable terms or upon agreement of the parties, are hereby rejected effective as of the Rejection Date.

3. Pursuant to sections 105(a) and 365 of the Bankruptcy Code, and Bankruptcy Rule 6006, the Rejection Subleases identified in **Schedule 2** attached hereto, to the extent not already terminated in accordance with their applicable terms or upon agreement of the parties, are hereby rejected effective as of the Rejection Date.

26709618.1

4. Pursuant to sections 105(a) and 365 of the Bankruptcy Code, and Bankruptcy Rule 6006, the Rejection Agreements identified in **Schedule 3** attached hereto, to the extent not already terminated in accordance with their applicable terms or upon agreement of the parties, are hereby rejected effective as of the Rejection Date.

5. The Debtors are authorized, but not directed, to abandon the Remaining Property that is owned by the Debtors and located on the Premises and all such property is deemed abandoned effective as of the Rejection Date. The applicable landlord counterparty to each Rejection Lease is authorized to dispose of the abandoned Remaining Property without liability to the Debtors or any third party and, to the extent applicable, the automatic stay is modified to allow such disposition.

6. Nothing herein shall prejudice any party's rights to assert that the Rejection Leases, Rejection Subleases and Rejection Agreements are not, in fact, executory within the meaning of section 365 of the Bankruptcy Code.

7. Any proofs of claim for damages in connection with the rejection of the Rejection Leases, Rejection Subleases and Rejection Agreements, if any, shall be filed on or before the later of (a) the claims bar date established by the Court in these Chapter 11 Cases, if any, and (b) thirty (30) days after entry of this Order.

8. Nothing in the Motion or this Order, shall be construed as: (i) an admission as to the validity of any claim against any Debtor or the existence of any lien against the Debtors' properties; (ii) a waiver of the Debtors' rights to Dispute any claim or lien on any grounds; (iii) a promise to pay any claim; or (iv) an implication or admission that any particular claim would constitute an allowed claim. Nothing contained in this Order shall be deemed to increase, decrease, reclassify, elevate to an administrative expense status, or otherwise affect any claim to the extent it is not paid.

26709618.1

4

9. The requirements set forth in Bankruptcy Rules 6006 and 6007 are satisfied.

10. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

## Schedule 1

### REJECTION LEASES

| Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|
| 1. 383 | Coreland Companies<br>Matt Hammond<br>Pacific Development Group II<br>One Corporate Plaza, Second Floor<br>Newport Beach, CA 92660 | General Nutrition Corporation | Foothill Ranch Towne Cent<br>26746 Portola Parkway<br>Foothill Ranch, CA |
| 2. 587 | TKG Management<br>Kelly Sebastian<br>The Kroenke Group<br>211 N. Stadium Blvd., Suite 201<br>Columbia, MO 65203 | General Nutrition Corporation | Mountain View Plaza<br>2415-2 Highway 93 N<br>Kalispell, MT |
| 3. 703 | Washington Prime Group Inc.<br>Brad Garvey<br>180 East Broad Street,<br>Columbus, OH 43215 | General Nutrition Corporation | Grand Central Mall<br>202 Grand Central Mall<br>Parkersburg, WV |
| 4. 712 | Kite Realty Group<br>Blake Beaver<br>KRG Plaza Volente LP c/o Kite Realty Group<br>30 South Meridian, Suite 1100<br>Indianapolis, IN 46204 | General Nutrition Corporation | Plaza Volente<br>11521 F 620 N Street<br>Austin, TX |
| 5. 738 | DT Land Group<br>Megan Seale<br>DT Land Group, Inc.<br>2414 Exposition Blvd., Suite D-200<br>Austin, TX 78703 | General Nutrition Corporation | Cedar Park Plaza<br>850 N Bell Blvd<br>Cedar Park, TX |
| 6. 883 | HEB Grocery Company, LP<br>Brett Baker<br>H.E.B. Store Property Co.<br>646 South Main,<br>San Antonio, TX 78204 | General Nutrition Corporation | Countryside Place Sc<br>1420 Wells Branch Pkwy<br>Pflugerville, TX |

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 7. | 1068 | Endeavor Real Estate Group<br>Dan Frey<br>504 Lavaca Street, Suite 1160<br>Austin, TX 78701 | General Nutrition Corporation | The Village @ Westlake<br>701 Capital Of Texas Hgwy<br>West Lake Hills, TX |
| 8. | 1141 | TBG State Street, LLC<br>c/o CB Richard Ellis Inc.<br>20 North Martindale, Suite 100<br>Schaumburg, IL 60173 | General Nutrition Corporation | 22 E Madison Street<br>100 Columbia Circle #1134<br>Chicago, IL |
| 9. | 1418 | DLC Management Corp.<br>Stuart Segall<br>Whiterock Improvements, LP<br>c/o DLC Management Corporation<br>580 White Plains Road,<br>Tarrytown, NY 10591 | General Nutrition Corporation | White Rock Marketplace<br>11255 Garland Rd<br>Dallas, TX |
| 10. | 1484 | CFT Developments LLC<br>Berenice Su<br>1683 Walnut Grove Avenue,<br>Rosemead, CA 91770 | General Nutrition Corporation | Panda Laredo Shopping Cen<br>2603 NE Bob Bullock<br>Laredo, TX |
| 11. | 1675 | Kimco Realty Corporation<br>Kimberly Covino<br>3333 New Hyde Park Road, Suite 100<br>New Hyde Park, NY 11042 | General Nutrition Corporation | Merrick Commons<br>1666 East Merrick Rd<br>Merrick, NY |
| 12. | 1698 | COR Development Company<br>COR Holt Road Company, LLC<br>540 Towne Center Drive<br>Fayetteville, NY 13066 | General Nutrition Corporation | Towne Center At Webster<br>1028 Ridge Road, Suite 10<br>Webster, NY |
| 13. | 1747 | WRS Inc Company<br>Heather Poulnot<br>500 Long Point Road,<br>Mt. Pleasant, SC 29464 | General Nutrition Corporation | Shoppes At White Knoll<br>1788 S. Lake Drive<br>Lexington, SC |
| 14. | 2019 | Plaza 23 Station LLC<br>11501 Northlake Drive<br>Cincinnati, OH 45249 | General Nutrition Corporation | Plaza 23<br>1571 7th St East<br>Pompton Plains, NJ |

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 15. | 2105 | Federal Realty Investment Trust<br>Jeffrey Fischer<br>1626 East Jefferson Street,<br>Rockville, MD 20852 | General Nutrition Corporation | Federal Plaza<br>12274-C Rockville Pike<br>Rockville, MD |
| 16. | 2293 | Brookfield Property Partners L.P.<br>350 N. Orleans Street, Suite 300<br>Chicago, IL 60654 | General Nutrition Corporation | Columbiana Center<br>44625 Mound Road<br>Columbia, SC |
| 17. | 3015 | AmCap, Inc.<br>Tom Walsh<br>Norridge Plaza c/o Irving Harlem Management Co<br>PO Box 407,<br>Deerfield, IL 60015 | General Nutrition Corporation | Norridge Commons<br>4159 N. Harlem Ave<br>Norridge, IL |
| 18. | 3170 | CBL & Associates Properties, Inc.<br>Jason Shelton<br>POM-College Station, LLC c/o CBL & Associates<br>CBL Center<br>2030 Hamilton Pl Blvd, Suite 500<br>Chattanooga, TN 37421 | General Nutrition Corporation | Post Oak Mall<br>1500 Harvey Station<br>College Station, TX |
| 19. | 3226 | ECHO Real Estate Services Co.<br>Jay Murphy<br>Adventure Champion Partners<br>111 E Oak Street,<br>Selma, NC 27576 | General Nutrition Corporation | McCandless Crossing<br>8876 Covenant Road<br>Pittsburgh, PA |
| 20. | 3287 | Simon Property Group L.P.<br>225 West Washington Street<br>Indianapolis, IN 46204 | General Nutrition Corporation | Towne East Square<br>500 Southpark Center<br>Wichita, KS |
| 21. | 3364 | Commercial Realty Advisors<br>Victoria Retail Group, LLC<br>Routh Properties and Commercial Retail Group<br>PO Box 260173,<br>Dallas, TX 75326 | General Nutrition Corporation | Heartland Mall<br>300 Early Boulevard<br>Early, TX |

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 22. | 3373 | Dial Properties<br>Brett Heimes<br>11506 Nicholas Street, Suite 200<br>Omaha, NE 68154 | General Nutrition Corporation | Sunset Plaza<br>1700 Market Lane<br>Norfolk, NE |
| 23. | 3475 | CBRE Group, Inc.<br>Adam Kohler<br>Marketfair Retail Center LLC c/o Madison Marquette<br>1850 M. Street N.W., 12th Floor, Washington, DC 20036 | General Nutrition Corporation | Princeton Market Fair<br>3535 Us 1<br>Princeton, NJ |
| 24. | 3871 | IRC Townes Crossing, LLC<br>c/o IRC Retail Centers<br>814 Commerce Drive, Suite 300<br>Oak Brook, IL 60523 | General Nutrition Corporation | Townes Crossing<br>111 East Wacker Dr<br>Oswego, IL |
| 25. | 3940 | HUB Properties Trust<br>c/o Reit Management & Research LLC<br>233 North Michigan Avenue, Suite 2470<br>Chicago, IL 60601 | General Nutrition Corporation | One Illinois Center<br>1754 Pennsylvania Ave<br>Chicago, IL |
| 26. | 5001 | Israel Family Realty Company LLC<br>46-12 Queens Blvd<br>Sunnyside, NY 11104 | General Nutrition Corporation | 46 16 Queens Boulevard<br>414 Suburban Dr<br>Woodside, NY |
| 27. | 5275 | CBRE Group, Inc.<br>Joseph Parrot<br>Primestor 119, LLC c/o USR Asset Services<br>8080 Park Lane, Suite 800, Dallas, TX 75231 | General Nutrition Corporation | Marshfield Plaza<br>11630 S Marshfield<br>Chicago, IL |

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 28. | 5475 | Weingarten Realty Investors<br>Nicole Townsend<br>WRC Properties, LLC c/o TIAA-CREF<br>8500 Andrew Carnegie Blvd., Charlotte, NC 28262 | General Nutrition Corporation | The Palms At Town & Country<br>8312 Mills Drive<br>Miami, FL |
| 29. | 5643 | Regency Properties<br>Dan Brandon<br>Regency Centers Corporation<br>380 N. Cross Pointe Blvd.<br>Evansville, IN 47715 | General Nutrition Corporation | Kimmell Crossing S/C<br>642 Kimmell Rd<br>Vincennes, IN |
| 30. | 5944 | Crossman & Company<br>Fernando Espino<br>Real Sub, LLC, c/o Publix Super Markets, Inc.<br>Attention: Vice President, Real Estate<br>3300 Publix Corporate Parkway,<br>Lakeland, FL 33811 | General Nutrition Corporation | Dorale Isle Plaza<br>10775 Nw 58th St<br>Miami, FL |
| 31. | 6131 | John Hancock Life Insurance Company (U.S.A.)<br>c/o John Hancock Real Estate<br>1100 New York Avenue<br>N.W. Washington, D.C. 20005 | General Nutrition Corporation | 1754 Pennsylvania Ave<br>8250 Mira Mesa Blvd<br>Washington, DC |
| 32. | 6396 | Bel-May Associates, L.P.<br>909 Delaware Avenue<br>Wilmington, DE 19899 | General Nutrition Corporation | Suburban Plaza<br>5001 Wilshire Blvd<br>Newark, DE |
| 33. | 6406 | Fraga Properties<br>Albert Fraga<br>FPC Limited Partnership, c/o Fraga Properties<br>75 Valencia Avenue, Suite 1150<br>Coral Gables, FL 33114 | General Nutrition Corporation | Plant City Crossing<br>2513-1 Thonotossassa Rd<br>Plant City, FL |

## Schedule 2

## REJECTION SUBLEASES

| | Store No. | Counterparty Franchisee and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 1. | 383 | Shahid Abbas<br>930 Solano Street<br>Corona, CA 92882 | General Nutrition Corporation | Foothill Ranch Towne Cent<br>26746 Portola Parkway<br>Foothill Ranch, CA |
| 2. | 587 | Erik E. Taake<br>16744 Saintsbury Glen<br>San Diego, CA 92127 | General Nutrition Corporation | Mountain View Plaza<br>2415-2 Highway 93 N<br>Kalispell, MT |
| 3. | 703 | Matthew D. West, Michelle A. West, and Kelly L. Coulson<br>430 60th Street<br>Vienna, WV 26105 | General Nutrition Corporation | Grand Central Mall<br>202 Grand Central Mall<br>Parkersburg, WV |
| 4. | 712 | Guillermo Perales<br>4515 LBJ Freeway<br>Dallas, TX 75244 | General Nutrition Corporation | Plaza Volente<br>11521 F 620 N Street<br>Austin, TX |
| 5. | 738 | Guillermo Perales<br>4515 LBJ Freeway<br>Dallas, TX 75244 | General Nutrition Corporation | Cedar Park Plaza<br>850 N Bell Blvd<br>Cedar Park, TX |
| 6. | 883 | Guillermo Perales<br>4515 LBJ Freeway<br>Dallas, TX 75244 | General Nutrition Corporation | Countryside Place Sc<br>1420 Wells Branch Pkwy<br>Pflugerville, TX |
| 7. | 1068 | Guillermo Perales<br>4515 LBJ Freeway<br>Dallas, TX 75244 | General Nutrition Corporation | The Village @ Westlake<br>701 Capital Of Texas Hgwy<br>West Lake Hills, TX |
| 8. | 1141 | Atiq Rehman<br>2001 Juniper Court<br>Glendale Heights, IL 60139 | General Nutrition Corporation | 22 E Madison Street<br>100 Columbia Circle #1134<br>Chicago, IL |
| 9. | 1418 | Guillermo Perales<br>4515 LBJ Freeway<br>Dallas, TX 75244 | General Nutrition Corporation | White Rock Marketplace<br>11255 Garland Rd<br>Dallas, TX |

| | Store No. | Counterparty Franchisee and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 10. | 1484 | Patricio Cadena and Jenna Cadena<br>29730 Ancestral Trail<br>Bulverde, TX 78163 | General Nutrition Corporation | Panda Laredo Shopping Cen<br>2603 NE Bob Bullock<br>Laredo, TX |
| 11. | 1675 | Veeran C. Kutty and Raziya P. Kutty<br>12 Mont Avenue<br>Dix Hills, NY 11746 | General Nutrition Corporation | Merrick Commons<br>1666 East Merrick Rd<br>Merrick, NY |
| 12. | 1698 | Frank J. Chiaino, Justin L. Chiaino, and Lisa Chiaino<br>50 Mitchell Road<br>Pittsford, NY 14534 | General Nutrition Corporation | Towne Center At Webster<br>1028 Ridge Road, Suite 10<br>Webster, NY |
| 13. | 1747 | Jonathan W. King, Patricia C. Crigler, and William H. Crigler<br>434 Leton Drive<br>Columbia, SC 29910 | General Nutrition Corporation | Shoppes At White Knoll<br>1788 S. Lake Drive<br>Lexington, SC |
| 14. | 2019 | Amal K. Aditya and Teresa Aditya<br>76 Ashburn Road<br>Wayne, NJ 07470 | General Nutrition Corporation | Plaza 23<br>1571 7Th St East<br>Pompton Plains, NJ |
| 15. | 2105 | Jason N. Salafia and Scott J. Salafia<br>13955 Burntwoods Road<br>Glenelg, MD 21737 | General Nutrition Corporation | Federal Plaza<br>12274-C Rockville Pike<br>Rockville, MD |
| 16. | 2293 | Guido J. Raso, Jr.<br>423 Periwinkle Lane<br>Orangeburg, SC 29115 | General Nutrition Corporation | Columbiana Center<br>44625 Mound Road<br>Columbia, SC |
| 17. | 3015 | Alpesh Jayswal and Avni Jayswal<br>102 Samuel Court<br>Streamwood, IL 60107-2905 | General Nutrition Corporation | Norridge Commons<br>4159 N. Harlem Ave<br>Norridge, IL |
| 18. | 3170 | Mubarik A. Kahlon<br>9627 Majestic Canyon Lane<br>Houston, TX 77070 | General Nutrition Corporation | Post Oak Mall<br>1500 Harvey Station<br>College Station, TX |
| 19. | 3226 | James D. Sullivan and Annette E. Sullivan<br>1020 Applejack Drive<br>Gibsonia, PA 15044 | General Nutrition Corporation | McCandless Crossing<br>8876 Covenant Road<br>Pittsburgh, PA |

| | Store No. | Counterparty Franchisee and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 20. | 3287 | Gregory W. Draper<br>2932 NW 122nd Street, Suite C<br>Oklahoma City, OK 73120 | General Nutrition Corporation | Towne East Square<br>500 Southpark Center<br>Wichita, KS |
| 21. | 3364 | Guillermo Perales<br>4515 LBJ Freeway<br>Dallas, TX 75244 | General Nutrition Corporation | Heartland Mall<br>300 Early Boulevard<br>Early, TX |
| 22. | 3373 | Erik E. Taake<br>16744 Saintsbury Glen<br>San Diego, CA 92127 | General Nutrition Corporation | Sunset Plaza<br>1700 Market Lane<br>Norfolk, NE |
| 23. | 3475 | Pankaj K. Patel, Vibha P. Patel, and Balwinder Singh<br>602 Daisy Court<br>North Brunswick, NJ 08902 | General Nutrition Corporation | Princeton Market Fair<br>3535 Us 1<br>Princeton, NJ |
| 24. | 3871 | Uma R. Vootkur<br>461 Waubonsee Circle<br>Oswego, IL 60543 | General Nutrition Corporation | Townes Crossing<br>111 East Wacker Dr<br>Oswego, IL |
| 25. | 3940 | Rajesh K. Aneja and Shashi Mehra<br>247 West Congressional Court<br>Vernon Hills, IL 60061 | General Nutrition Corporation | One Illinois Center<br>1754 Pennsylvania Ave<br>Chicago, IL |
| 26. | 5001 | Yi Michael Shen<br>20 North Gate Road<br>Great Neck, NY 11023 | General Nutrition Corporation | 46 16 Queens Boulevard<br>414 Suburban Dr<br>Woodside, NY |
| 27. | 5275 | Daniel K. K. Leung and Ying Wu<br>410 West Winnie Way<br>Arcadia, CA 91007 | General Nutrition Corporation | Marshfield Plaza<br>11630 S Marshfield<br>Chicago, IL |
| 28. | 5475 | Victor R. Alvarez<br>7605 SW 193rd Lane<br>Cutler Bay, FL 33157 | General Nutrition Corporation | The Palms At Town & Country<br>8312 Mills Drive<br>Miami, FL |
| 29. | 5643 | Stephen W. Coomer, Deborah J. Coomer and Deborah A. Dunn<br>642 Kimmell Rd<br>Vincennes, IN 47591 | General Nutrition Corporation | Kimmell Crossing S/C<br>642 Kimmell Rd<br>Vincennes, IN |

| | Store No. | Counterparty Franchisee and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 30. | 5944 | Victor R. Alvarez<br>7605 SW 193rd Lane<br>Cutler Bay, FL 33157 | General Nutrition Corporation | Dorale Isle Plaza<br>10775 Nw 58th St<br>Miami, FL |
| 31. | 6131 | Yunfei Ding<br>12 Lynn Manor Ct.<br>Rockville, MD 20850 | General Nutrition Corporation | 1754 Pennsylvania Ave<br>8250 Mira Mesa Blvd<br>Washington, DC |
| 32. | 6396 | Wenxie Xheng and Wenkui Zheng<br>2020 85th Street<br>Brooklyn, NY 11214 | General Nutrition Corporation | Suburban Plaza<br>5001 Wilshire Blvd<br>Newark, DE |
| 33. | 6406 | Ashraf W. Bailey and Mona D. Bailey<br>5043 Lake in the Woods Blvd<br>Lakeland, FL 33813 | General Nutrition Corporation | Plant City Crossing<br>2513-1 Thonotossassa Rd<br>Plant City, FL |

## Schedule 3

## REJECTION AGREEMENTS

| | Store No. | Counterparty Franchisee and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 1. | 383 | Shahid Abbas<br>930 Solano Street<br>Corona, CA 92882 | General Nutrition Corporation | Foothill Ranch Towne Cent<br>26746 Portola Parkway<br>Foothill Ranch, CA |
| 2. | 587 | Erik E. Taake<br>16744 Saintsbury Glen<br>San Diego, CA 92127 | General Nutrition Corporation | Mountain View Plaza<br>2415-2 Highway 93 N<br>Kalispell, MT |
| 3. | 703 | Matthew D. West, Michelle A. West, and Kelly L. Coulson<br>430 60th Street<br>Vienna, WV 26105 | General Nutrition Corporation | Grand Central Mall<br>202 Grand Central Mall<br>Parkersburg, WV |
| 4. | 712 | Guillermo Perales<br>4515 LBJ Freeway<br>Dallas, TX 75244 | General Nutrition Corporation | Plaza Volente<br>11521 F 620 N Street<br>Austin, TX |
| 5. | 738 | Guillermo Perales<br>4515 LBJ Freeway<br>Dallas, TX 75244 | General Nutrition Corporation | Cedar Park Plaza<br>850 N Bell Blvd<br>Cedar Park, TX |
| 6. | 883 | Guillermo Perales<br>4515 LBJ Freeway<br>Dallas, TX 75244 | General Nutrition Corporation | Countryside Place Sc<br>1420 Wells Branch Pkwy<br>Pflugerville, TX |
| 7. | 1068 | Guillermo Perales<br>4515 LBJ Freeway<br>Dallas, TX 75244 | General Nutrition Corporation | The Village @ Westlake<br>701 Capital Of Texas Hgwy<br>West Lake Hills, TX |
| 8. | 1141 | Atiq Rehman<br>2001 Juniper Court<br>Glendale Heights, IL 60139 | General Nutrition Corporation | 22 E Madison Street<br>100 Columbia Circle #1134<br>Chicago, IL |
| 9. | 1418 | Guillermo Perales<br>4515 LBJ Freeway<br>Dallas, TX 75244 | General Nutrition Corporation | White Rock Marketplace<br>11255 Garland Rd<br>Dallas, TX |

| | Store No. | Counterparty Franchisee and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 10. | 1484 | Patricio Cadena and Jenna Cadena<br>29730 Ancestral Trail<br>Bulverde, TX 78163 | General Nutrition Corporation | Panda Laredo Shopping Cen<br>2603 NE Bob Bullock<br>Laredo, TX |
| 11. | 1675 | Veeran C. Kutty and Raziya P. Kutty<br>12 Mont Avenue<br>Dix Hills, NY 11746 | General Nutrition Corporation | Merrick Commons<br>1666 East Merrick Rd<br>Merrick, NY |
| 12. | 1698 | Frank J. Chiaino, Justin L. Chiaino, and Lisa Chiaino<br>50 Mitchell Road<br>Pittsford, NY 14534 | General Nutrition Corporation | Towne Center At Webster<br>1028 Ridge Road, Suite 10<br>Webster, NY |
| 13. | 1747 | Jonathan W. King, Patricia C. Crigler, and William H. Crigler<br>434 Leton Drive<br>Columbia, SC 29910 | General Nutrition Corporation | Shoppes At White Knoll<br>1788 S. Lake Drive<br>Lexington, SC |
| 14. | 2019 | Amal K. Aditya and Teresa Aditya<br>76 Ashburn Road<br>Wayne, NJ 07470 | General Nutrition Corporation | Plaza 23<br>1571 7Th St East<br>Pompton Plains, NJ |
| 15. | 2105 | Jason N. Salafia and Scott J. Salafia<br>13955 Burntwoods Road<br>Glenelg, MD 21737 | General Nutrition Corporation | Federal Plaza<br>12274-C Rockville Pike<br>Rockville, MD |
| 16. | 2293 | Guido J. Raso, Jr.<br>423 Periwinkle Lane<br>Orangeburg, SC 29115 | General Nutrition Corporation | Columbiana Center<br>44625 Mound Road<br>Columbia, SC |
| 17. | 3015 | Alpesh Jayswal and Avni Jayswal<br>102 Samuel Court<br>Streamwood, IL 60107-2905 | General Nutrition Corporation | Norridge Commons<br>4159 N. Harlem Ave<br>Norridge, IL |
| 18. | 3170 | Mubarik A. Kahlon<br>9627 Majestic Canyon Lane<br>Houston, TX 77070 | General Nutrition Corporation | Post Oak Mall<br>1500 Harvey Station<br>College Station, TX |
| 19. | 3226 | James D. Sullivan and Annette E. Sullivan<br>1020 Applejack Drive<br>Gibsonia, PA 15044 | General Nutrition Corporation | McCandless Crossing<br>8876 Covenant Road<br>Pittsburgh, PA |

| | Store No. | Counterparty Franchisee and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 20. | 3287 | Gregory W. Draper<br>2932 NW 122nd Street, Suite C<br>Oklahoma City, OK 73120 | General Nutrition Corporation | Towne East Square<br>500 Southpark Center<br>Wichita, KS |
| 21. | 3364 | Guillermo Perales<br>4515 LBJ Freeway<br>Dallas, TX 75244 | General Nutrition Corporation | Heartland Mall<br>300 Early Boulevard<br>Early, TX |
| 22. | 3373 | Erik E. Taake<br>16744 Saintsbury Glen<br>San Diego, CA 92127 | General Nutrition Corporation | Sunset Plaza<br>1700 Market Lane<br>Norfolk, NE |
| 23. | 3475 | Pankaj K. Patel, Vibha P. Patel, and Balwinder Singh<br>602 Daisy Court<br>North Brunswick, NJ 08902 | General Nutrition Corporation | Princeton Market Fair<br>3535 Us 1<br>Princeton, NJ |
| 24. | 3871 | Uma R. Vootkur<br>461 Waubonsee Circle<br>Oswego, IL 60543 | General Nutrition Corporation | Townes Crossing<br>111 East Wacker Dr<br>Oswego, IL |
| 25. | 3940 | Rajesh K. Aneja and Shashi Mehra<br>247 West Congressional Court<br>Vernon Hills, IL 60061 | General Nutrition Corporation | One Illinois Center<br>1754 Pennsylvania Ave<br>Chicago, IL |
| 26. | 5001 | Yi Michael Shen<br>20 North Gate Road<br>Great Neck, NY 11023 | General Nutrition Corporation | 46 16 Queens Boulevard<br>414 Suburban Dr<br>Woodside, NY |
| 27. | 5275 | Daniel K. K. Leung and Ying Wu<br>410 West Winnie Way<br>Arcadia, CA 91007 | General Nutrition Corporation | Marshfield Plaza<br>11630 S Marshfield<br>Chicago, IL |
| 28. | 5475 | Victor R. Alvarez<br>7605 SW 193rd Lane<br>Cutler Bay, FL 33157 | General Nutrition Corporation | The Palms At Town & Country<br>8312 Mills Drive<br>Miami, FL |
| 29. | 5643 | Stephen W. Coomer, Deborah J. Coomer and Deborah A. Dunn<br>642 Kimmell Rd<br>Vincennes, IN 47591 | General Nutrition Corporation | Kimmell Crossing S/C<br>642 Kimmell Rd<br>Vincennes, IN |

|  | Store No. | Counterparty Franchisee and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 30. | 5944 | Victor R. Alvarez<br>7605 SW 193rd Lane<br>Cutler Bay, FL 33157 | General Nutrition Corporation | Dorale Isle Plaza<br>10775 Nw 58th St<br>Miami, FL |
| 31. | 6131 | Yunfei Ding<br>12 Lynn Manor Ct.<br>Rockville, MD 20850 | General Nutrition Corporation | 1754 Pennsylvania Ave<br>8250 Mira Mesa Blvd<br>Washington, DC |
| 32. | 6396 | Wenxie Xheng and Wenkui Zheng<br>2020 85th Street<br>Brooklyn, NY 11214 | General Nutrition Corporation | Suburban Plaza<br>5001 Wilshire Blvd<br>Newark, DE |
| 33. | 6406 | Ashraf W. Bailey and Mona D. Bailey<br>5043 Lake in the Woods Blvd<br>Lakeland, FL 33813 | General Nutrition Corporation | Plant City Crossing<br>2513-1 Thonotossassa Rd<br>Plant City, FL |