**<u>EXHIBIT A</u>**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GNC HOLDINGS, INC., *et al.*, | ) Case No. 20-11662 (KBO) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) **Docket Ref. No. ___** |

### EIGHTH (8TH) OMNIBUS ORDER
### (A) AUTHORIZING REJECTION OF CERTAIN
### UNEXPIRED LEASES, SUBLEASES AND AGREEMENTS
### EFFECTIVE AS OF JUNE 29, 2020 AND (B) GRANTING RELATED RELIEF

Upon the motion (the "***Motion***")[2] of the Debtors for an order (this "***Order***"), (a) authorizing the Debtors to reject certain unexpired leases of nonresidential real property (each, a "***Rejection Lease***," and collectively, the "***Rejection Leases***"), a list of which is annexed as **Schedule 1** hereto, effective as of June 29, 2020 (the "***Rejection Date***"); (b) authorizing the Debtors to reject certain unexpired subleases of real property (each, a "***Rejection Sublease***," and collectively, the "***Rejection Subleases***"), a list of which is annexed as **Schedule 2** hereto, effective as of the Rejection Date, (c) authorizing the Debtors to reject certain franchise agreements, including any ancillary agreements thereto, related to such Rejection Leases and Rejection Subleases (each, a "***Rejection Agreement***," and collectively, the "***Rejection Agreements***"), a list of which is annexed

---

[1]   The debtors in these Chapter 11 Cases, along with the last four digits of each debtor's United States federal tax identification number, if applicable, or other applicable identification number, are:  GNC Holdings, Inc. (6244); GNC Parent LLC (7572); GNC Corporation (5170); General Nutrition Centers, Inc. (5168); General Nutrition Corporation (4574); General Nutrition Investment Company (3878); Lucky Oldco Corporation (7141); GNC Funding, Inc. (7837); GNC International Holdings, Inc. (9873); GNC China Holdco, LLC (0004); GNC Headquarters LLC (7550); Gustine Sixth Avenue Associates, Ltd. (0731); GNC Canada Holdings, Inc. (3879); General Nutrition Centres Company (0939); GNC Government Services, LLC (2295); GNC Puerto Rico Holdings, Inc. (4559); and GNC Puerto Rico, LLC (7234).  The debtors' mailing address is 300 Sixth Avenue, Pittsburgh, Pennsylvania 15222.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

as **Schedule 3** hereto, effective as of the Rejection Date; and (d) authorizing the Debtors to abandon the Remaining Property located at the Premises as of the Rejection Date; and this Court having reviewed the Motion; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and this Court having authority to enter a final order consistent with Article III of the United States Constitution; and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon all of the proceedings before this Court; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      Pursuant to sections 105(a) and 365 of the Bankruptcy Code, and Bankruptcy Rule 6006, the Rejection Leases identified in **Schedule 1** attached hereto, to the extent not already terminated in accordance with their applicable terms or upon agreement of the parties, are hereby rejected effective as of the Rejection Date.

3.      Pursuant to sections 105(a) and 365 of the Bankruptcy Code, and Bankruptcy Rule 6006, the Rejection Subleases identified in **Schedule 2** attached hereto, to the extent not already terminated in accordance with their applicable terms or upon agreement of the parties, are hereby rejected effective as of the Rejection Date.

4.      Pursuant to sections 105(a) and 365 of the Bankruptcy Code, and Bankruptcy Rule 6006, the Rejection Agreements identified in **Schedule 3** attached hereto, to the extent not already terminated in accordance with their applicable terms or upon agreement of the parties, are hereby rejected effective as of the Rejection Date.

5.      The Debtors are authorized, but not directed, to abandon the Remaining Property that is owned by the Debtors and located on the Premises and all such property is deemed abandoned effective as of the Rejection Date.   The applicable landlord counterparty to each Rejection Lease is authorized to dispose of the abandoned Remaining Property without liability to the Debtors or any third party and, to the extent applicable, the automatic stay is modified to allow such disposition.

6.      Nothing herein shall prejudice any party's rights to assert that the Rejection Leases, Rejection Subleases and Rejection Agreements are not, in fact, executory within the meaning of section 365 of the Bankruptcy Code.

7.      Any proofs of claim for damages in connection with the rejection of the Rejection Leases, Rejection Subleases and Rejection Agreements, if any, shall be filed on or before the later of (a) the claims bar date established by the Court in these Chapter 11 Cases, if any, and (b) thirty (30) days after entry of this Order.

8.      Nothing in the Motion or this Order, shall be construed as: (i) an admission as to the validity of any claim against any Debtor or the existence of any lien against the Debtors' properties; (ii) a waiver of the Debtors' rights to Dispute any claim or lien on any grounds; (iii) a promise to pay any claim; or (iv) an implication or admission that any particular claim would constitute an allowed claim.  Nothing contained in this Order shall be deemed to increase, decrease, reclassify, elevate to an administrative expense status, or otherwise affect any claim to the extent it is not paid.

9.      The requirements set forth in Bankruptcy Rules 6006 and 6007 are satisfied.

10.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

**<u>Schedule 1</u>**

**REJECTION LEASES**

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 1. | 6510 | Schuckman Realty, Inc.<br>Kenneth Schuckman<br>TTG Partnership<br>4295 Cromwell Road, Suite 601,<br>Chattanooga, TN 37421 | General Nutrition Corporation | Whitestone S.C.<br>153-29 Cross Island Pky<br>Whitestone, NY |
| 2. | 6825 | Pacific Springs LLC/ Highland<br>Development Properties<br>13539 E. Foster Road<br>Santa Fe, CA 90670 | General Nutrition Corporation | Highland Plaza<br>1474 Union Turnpike<br>Los Angeles, CA |
| 3. | 7272 | Lake Success Shopping Center, LLC<br>1526 A Union Turnpike<br>New Hyde Park, NY 11040 | General Nutrition Corporation | Lake Success Shopping Ctr<br>548 New York Ave<br>New Hyde Park, NY |
| 4. | 7594 | CBRE Group, Inc.<br>Suso I Summit Ridge, LP<br>116 Pine Street #320,<br>Harrisburg, PA 17101 | General Nutrition Corporation | Summit Ridge Shpng Cntre<br>Route 819 South<br>Mt Pleasant, PA |
| 5. | 7673 | Veterans Square 2016 LLC<br>22 Maple Avenue<br>Morristown, NJ 07960 | General Nutrition Corporation | Veteran's Square<br>4815 West Chester Pike<br>Lyndhurst, NJ |
| 6. | 7885 | Forsyth Owner 1, L.P.<br>c/o Core Property MGMT, LLC<br>410 Peachtree Parkway<br>Cumming, GA 30041 | General Nutrition Corporation | The Collection At Forsyth<br>100 West Randolph<br>Cumming, GA |
| 7. | 7987 | Phillips Edison and Company<br>Laura Ritter<br>Metro West (E & A), LLC<br>11501 Northlake Drive,<br>Cincinnati, OH 45249 | General Nutrition Corporation | Metro West Village S/C<br>2439 S. Hiawasee Rd<br>Orlando, FL |

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 8. | 8116 | DLC Management Corp. John Kostyo Levittown, LP c/o DLC Management Corporation 565 Taxter Rd., Elmsford, NY 10523 | General Nutrition Corporation | Levittown Town Center 169 Levittown Parkway Levittown, PA |
| 9. | 8251 | Atrium Mall, LLC 7 Bulfinch Place Suite 500,  PO Box 9507 Boston, MA 02114 | General Nutrition Corporation | Atrium Mall 105 Los Cerritos Center Chicago, IL |
| 10. | 8662 | Inland Commercial Real Estate Services, LLC 2901 Butterfield Road Oak Brook, IL 60523 | General Nutrition Corporation | Yorkville Jewel Shopping 214E Glen Cove Ave Yorkville, IL |
| 11. | 8751 | Katz & Associates Daniel Solomon Street Front Properties, LLC c/o PALS Properties, Inc. 12 E. 7th St., Ft. Lauderdale, FL 33301 | General Nutrition Corporation | Shops At Coral Ridge 6059 Coral Ridge Drive Coral Springs, FL |
| 12. | 9019 | Dial Companies Brett Heimes Village Centre Ventures, LP c/o DP Management, LLC 11506 Nicholas St., Omaha, NE 68154 | General Nutrition Corporation | Village Center Mall 2455 1st Ave Columbus, NE |
| 13. | 9154 | Bond Street Advisors Michael Reynolds Bond Street Fund 7, LLC c/o Bond Street Advisors, Inc. 909 Montgomery Street, Suite 200, San Francisco, CA 94133 | General Nutrition Corporation | Plaza On Pelham 3935 Pelham Rd Greenville, SC |

26709634.1

| | Store No. | Counterparty Landlord and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 14. | 9169 | Macerich Cerritos, LLC (Management Office) 239 Los Cerritos Center Cerritos, CA 90703 | General Nutrition Corporation | Los Cerritos Center 4103 Osborne Dr. W. Cerritos, CA |
| 15. | 9592 | Mitchell Lauford Mars Kensington North, LLC c/o Mid-America Asset Management, Inc. Attn: Ms. C. Michelle Panovich One Parkview Plaza, 9th Floor Oakbrook Terrace, IL 60181 | General Nutrition Corporation | Kensington Center North 12640 S Route 59  Suite 300 Plainfield, IL |
| 16. | 1370 | Pine Tree Commercial Realty LLC Alex Corno 40 Skokie Blvd., Northbrook, IL 60062 | General Nutrition Corporation | Tom Thumb Jupiter 2100 14th St Plano, TX |

3

**Schedule 2**

**REJECTION SUBLEASES**

| | Store No. | Counterparty Franchisee and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 1. | 6510 | Sajid Mehmood and Rashida Sajid 1047 Gravesend Neck Road Brooklyn, NY 11229 | General Nutrition Corporation | Whitestone S.C. 153-29 Cross Island Pky Whitestone, NY |
| 2. | 6825 | Qamar Ul Hassan 7838 Basset Court Corona, CA 92880 | General Nutrition Corporation | Highland Plaza 1474 Union Turnpike Los Angeles, CA |
| 3. | 7272 | Altaf Hussain 74-40 44th AVE. Elmhurst, NY 11373 | General Nutrition Corporation | Lake Success Shopping Ctr 548 New York Ave New Hyde Park, NY |
| 4. | 7594 | Bo T. Podvasnik and Sally D. Podvasnik 11315 James Street N Huntingdon, PA 15642 | General Nutrition Corporation | Summit Ridge Shpng Cntre Route 819 South Mt Pleasant, PA |
| 5. | 7673 | Amal K. Aditya 76 Ashburn Road Wayne, NJ 07470 | General Nutrition Corporation | Veteran's Square 4815 West Chester Pike Lyndhurst, NJ |
| 6. | 7885 | Paul Olivares and Mavel Pineros 1676 Leyland Drive Kennesaw, GA 30152 | General Nutrition Corporation | The Collection At Forsyth 100 West Randolph Cumming, GA |
| 7. | 7987 | Valerie J. Perez 12222 Regal Lily Lane Orlando, FL 32827 | General Nutrition Corporation | Metro West Village S/C 2439 S. Hiawasee Rd Orlando, FL |
| 8. | 8116 | Rakhshinda J. Hasan 26 Lake Baldwin Drive Pennington, NJ 08534 | General Nutrition Corporation | Levittown Town Center 169 Levittown Parkway Levittown, PA |
| 9. | 8251 | Mushtaq A. Attar and Bibi K. Attar 21 Vennard Court Lombard, IL 60148 | General Nutrition Corporation | Atrium Mall 105 Los Cerritos Center Chicago, IL |

| | Store No. | Counterparty Franchisee and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 10. | 8662 | Uma R. Vootksur 461 Waubonsee Circle Oswego, IL 60543 | General Nutrition Corporation | Yorkville Jewel Shopping 214E Glen Cove Ave Yorkville, IL |
| 11. | 8751 | Sam Moses 5800 Jog Road Lake Worth, FL 33467 | General Nutrition Corporation | Shops At Coral Ridge 6059 Coral Ridge Drive Coral Springs, FL |
| 12. | 9019 | Erik E. Taake 16744 Saintsbury Glen San Diego, CA 92127 | General Nutrition Corporation | Village Center Mall 2455 1st Ave Columbus, NE |
| 13. | 9154 | Todd P. Graham 7 Merrifield Place Greenville, SC 29615 | General Nutrition Corporation | Plaza On Pelham 3935 Pelham Rd Greenville, SC |
| 14. | 9169 | Samina Inayat 649 W Valencia Mesa Drive Fullerton, CA 92835 | General Nutrition Corporation | Los Cerritos Center 4103 Osborne Dr. W. Cerritos, CA |
| 15. | 9592 | Uma R. Vootkur 461 Waubonsee Circle Oswego, IL 60543 | General Nutrition Corporation | Kensington Center North 12640 S Route 59 Suite 300 Plainfield, IL |
| 16. | 1370 | Guillermo Perales 4515 LBJ Freeway Dallas, TX 75244 | General Nutrition Corporation | Tom Thumb Jupiter 2100 14th St Plano, TX |

26709634.1

**Schedule 3**

**REJECTION AGREEMENTS**

| | Store No. | Counterparty Franchisee and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 1. | 6510 | Sajid Mehmood and Rashida Sajid 1047 Gravesend Neck Road Brooklyn, NY 11229 | General Nutrition Corporation | Whitestone S.C. 153-29 Cross Island Pky Whitestone, NY |
| 2. | 6825 | Qamar Ul Hassan 7838 Basset Court Corona, CA 92880 | General Nutrition Corporation | Highland Plaza 1474 Union Turnpike Los Angeles, CA |
| 3. | 7272 | Altaf Hussain 74-40 44th AVE. Elmhurst, NY 11373 | General Nutrition Corporation | Lake Success Shopping Ctr 548 New York Ave New Hyde Park, NY |
| 4. | 7594 | Bo T. Podvasnik and Sally D. Podvasnik 11315 James Street N Huntingdon, PA 15642 | General Nutrition Corporation | Summit Ridge Shpng Cntre Route 819 South Mt Pleasant, PA |
| 5. | 7673 | Amal K. Aditya 76 Ashburn Road Wayne, NJ 07470 | General Nutrition Corporation | Veteran's Square 4815 West Chester Pike Lyndhurst, NJ |
| 6. | 7885 | Paul Olivares and Mavel Pineros 1676 Leyland Drive Kennesaw, GA 30152 | General Nutrition Corporation | The Collection At Forsyth 100 West Randolph Cumming, GA |
| 7. | 7987 | Valerie J. Perez 12222 Regal Lily Lane Orlando, FL 32827 | General Nutrition Corporation | Metro West Village S/C 2439 S. Hiawasee Rd Orlando, FL |
| 8. | 8116 | Rakhshinda J. Hasan 26 Lake Baldwin Drive Pennington, NJ 08534 | General Nutrition Corporation | Levittown Town Center 169 Levittown Parkway Levittown, PA |
| 9. | 8251 | Mushtaq A. Attar and Bibi K. Attar 21 Vennard Court Lombard, IL 60148 | General Nutrition Corporation | Atrium Mall 105 Los Cerritos Center Chicago, IL |

|  | Store No. | Counterparty Franchisee and Address | Debtor Counterparty | Leased Location |
|---|---|---|---|---|
| 10. | 8662 | Uma R. Vootksur<br>461 Waubonsee Circle<br>Oswego, IL 60543 | General Nutrition Corporation | Yorkville Jewel Shopping<br>214E Glen Cove Ave<br>Yorkville, IL |
| 11. | 8751 | Sam Moses<br>5800 Jog Road<br>Lake Worth, FL 33467 | General Nutrition Corporation | Shops At Coral Ridge<br>6059 Coral Ridge Drive<br>Coral Springs, FL |
| 12. | 9019 | Erik E. Taake<br>16744 Saintsbury Glen<br>San Diego, CA 92127 | General Nutrition Corporation | Village Center Mall<br>2455 1st Ave<br>Columbus, NE |
| 13. | 9154 | Todd P. Graham<br>7 Merrifield Place<br>Greenville, SC 29615 | General Nutrition Corporation | Plaza On Pelham<br>3935 Pelham Rd<br>Greenville, SC |
| 14. | 9169 | Samina Inayat<br>649 W Valencia Mesa Drive<br>Fullerton, CA 92835 | General Nutrition Corporation | Los Cerritos Center<br>4103 Osborne Dr. W.<br>Cerritos, CA |
| 15. | 9592 | Uma R. Vootkur<br>461 Waubonsee Circle<br>Oswego, IL 60543 | General Nutrition Corporation | Kensington Center North<br>12640 S Route 59 Suite 300<br>Plainfield, IL |
| 16. | 1370 | Guillermo Perales<br>4515 LBJ Freeway<br>Dallas, TX 75244 | General Nutrition Corporation | Tom Thumb Jupiter<br>2100 14th St<br>Plano, TX |

26709634.1