## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| GNC HOLDINGS, INC, *et al.*,[1] | ) | Case No. 20-11662 (KBO) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Obj. Deadline: July 15, 2020 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: July 22, 2020 at 1:00 p.m. (ET)** |
| . | ) | **Re: Docket Nos. 18 & 134** |

**LIMITED OBJECTION OF ACADIA REALTY LIMITED PARTNERSHIP, ARC ASANDSCOO1, LLC, ARC PCBIRAL001, LLC, ARONOV REALTY MANAGEMENT, BERENGARIA DEVELOPMENT, BIT INVESTMENT SEVENTY-NINE, LLC, BIT TETERBORO LANDING SHOPS URBAN RENEWAL, LLC, BRIXMOR OPERATING PARTNERSHIP LP, C.E. JOHN COMPANY, INC., CENTENNIAL REAL ESTATE COMPANY, LLC, CENTERCAL PROPERTIES, LLC, DDR DEER PARK TOWN CENTER, LLC, DEUTSCHE ASSET & WEALTH MANAGEMENT, DIMOND CENTER HOLDINGS LLC, DURANGO MALL, LLC, EDENS, FEDERAL REALTY INVESTMENT TRUST, GATEWAY KNOLLWOOD, LLC, GATEWAY MIRAMAR, LLC, GATEWAY PINOLE VISTA, LLC, GEM REALTY CAPITAL, INC., GEMINI ROSEMONT COMMERCIAL REAL ESTATE, GERRITY GROUP, GS PACIFIC ER LLC, HEIDENBERG PROPERTIES, LLC, HH GOLDEN GATE, LLC, JAMES CAMPBELL COMPANY LLC, JCC CALIFORNIA PROPERTIES, LLC, KRE COLONIE OWNER, LLC, MONTEBELLO TOWN CENTER INVESTORS LLC, NNN CLERMONT FL OWNER LP, NEW MARKET PROPERTIES, LLC, NORTHPARK MALL LIMITED PARTNERSHIP, OAK TREE THREE INVESTMENT, LLC, PGIM REAL ESTATE, RAINIER MOORE PLAZA ACQUISITONS, LLC, RAINIER WHEATLAND ACQUISITIONS, LLC, RETAIL PROPERTIES OF AMERICA, INC., SHOPONE CENTERS REIT, INC., STARBOARD REALTY ADVISORS, STARWOOD RETAIL PARTNERS, LLC, STOCKBRIDGE REAL ESTATE, THE FORBES COMPANY, THE MACERICH COMPANY, THE SHOPPING CENTER GROUP, THE WILDER COMPANIES, LTD., UBS REALTY INVESTORS LLC, URBAN EDGE PROPERTIES, WEITZMAN, WEST VALLEY PROPERTIES, INC., WHITE PLAINS GALLERIA LIMITED PARTNERSHIP, WM ASSOCIATES LP, AND YTC MALL OWNER, LLC TO MOTION OF DEBTORS FOR ORDERS (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN SENIOR SECURED POSTPETITION FINANCING, (II) GRANT LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, (C) USE CASH COLLATERAL OF THE PREPETITION SECURED PARTIES AND (D) GRANT ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES; (II)**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: GNC Holdings, Inc. (6244); GNC Parent LLC (7572); GNC Corporation (5170); General Nutrition Centers, Inc. (5168); General Nutrition Corporation (4574); General Nutrition Investment Company (3878); Lucky Oldco Corporation (7141); GNC Funding, Inc. (7837); GNC International Holdings, Inc. (9873); GNC China Holdco, LLC (0004); GNC Headquarters LLC (7550); Gustine Sixth Avenue Associates, Ltd. (0731); GNC Canada Holdings, Inc. (3879); General Nutrition Centres Company (0939); GNC Government Services, LLC (2295); GNC Puerto Rico Holdings, Inc. (4559); and GNC Puerto Rico, LLC (7234).  The debtors' mailing address is 300 Sixth Avenue, Pittsburgh, Pennsylvania 15222.

**SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULES 4001(B) AND 4001(C); AND (III) GRANTING RELATED RELIEF**

Acadia Realty Limited Partnership, ARC ASANDSC001, LLC, ARC PCBIRAL001, LLC, Aronov Realty Management, Berengaria Development, BIT Investment Seventy-Nine, LLC, BIT Teterboro Landing Shops Urban Renewal, LLC, Brixmor Operating Partnership LP, C.E. John Company, Inc., Centennial Real Estate Company, LLC, CenterCal Properties, LLC, DDR Deer Park Town Center, LLC, Deutsche Asset & Wealth Management, Dimond Center Holdings LLC, Durango Mall, LLC, Edens, Federal Realty Investment Trust, Gateway Knollwood, LLC, Gateway Miramar, LLC, Gateway Pinole Vista, LLC, Gem Realty Capital, Inc., Gemini Rosemont Commercial Real Estate, Gerrity Group, Gs Pacific Er LLC, Heidenberg Properties, LLC, HH Golden Gate, LLC, James Camp-bell Company LLC, JCC California Properties, LLC, KRE Colonie Owner, LLC, Montebello Town Center Investors LLC, NNN Clermont FL Owner LP, New Market Properties, LLC, North-park Mall Limited Partnership, Oak Tree Three Investment, LLC, PGIM Real Estate, Rainier Moore Plaza Acquisitions, LLC, Rainier Wheatland Acquisitions, LLC, Retail Properties of America, Inc., ShopOne Centers REIT, Inc., Starboard Realty Advisors, Starwood Retail Partners, LLC, Stockbridge Real Estate, The Forbes Company, The Macerich Company, The Shopping Center Group, The Wilder Companies, Ltd., UBS Realty Investors LLC, Urban Edge Propertiies, Weitzman West Valley Properties, Inc., White Plains Galleria Limited Partnership, Wm Associates LP, and YTC Mall Owner, LLC (the "Landlords") hereby file this limited objection (the "Objection") to *Motion of Debtors for Orders (I) Authorizing the Debtors to (A) Obtain Senior Secured Postpetition Financing, (B) Grant Liens and Superpriority administrative Expense Status, (C) Use Cash Collateral of the Prepetition Secured Parties and (D) Grant Adequate Protection to Prepetition Secured Parties; (II) Scheduling a Final Hearing Pursuant to Bankruptcy Rules 4001(B) and 4001(C); And (III) Granting Related Relief* [D.I. 18] (the "Financing Motion"),[2] and respectfully represents as follows:

---

[2] Capitalized terms used but not otherwise defined here shall have the meanings ascribed to them in the Financing Motion and accompanying documents.

## I.    BACKGROUND FACTS

1.      On June 23, 2020 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), which cases have been jointly consolidated for administrative purposes only (the "Chapter 11 Cases"). The Debtors continue to operate their businesses and manage their properties as debtors and debtors-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.[3] No trustee or examiner has been appointed in the Chapter 11 Cases.

2.      The Debtors lease retail space (the "Premises") from the Landlords pursuant to unexpired leases of nonresidential real property (individually, a "Lease," and collectively, the "Leases") at the locations (the "Centers") set forth on the attached **Schedule A**.

3.      Each Lease is a lease "of real property in a shopping center" as that term is used in Section 365(b)(3). *See In re Joshua Slocum, Ltd.*, 922 F.2d 1081, 1086-87 (3d Cir. 1990).

4.      On June 24, 2020, the Debtors filed the Financing Motion. After a hearing held on June 25, 2020 (the "Interim DIP Hearing"), the Court entered an interim order approving the relief requested in the Financing Motion on an interim basis (the "Interim Order") [D.I. 134]. The Interim Order included language limiting any liens to the proceeds of leases where liens are prohibited by the applicable lease and customary language with respect to the lenders' access rights to the Premises in the event of default (the "Landlord Protections"). See Interim Order, ¶6

---

[3] Unless otherwise specified, all statutory references to "Section" are to 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

at pp. 33 and ¶ 28 at p. 56.  The hearing to consider the Financing Motion on a final basis is scheduled for July 22, 2020 at 1:00 p.m. (prevailing Eastern Time).

5.      A proposed final order approving the DIP Motion (the "Proposed Final Order") has not been filed or provided to counsel for the Landlords, and as a result, Landlords cannot yet confirm that the Proposed Final Order maintains the Landlord Protections.  To the extent the Proposed Final Order is modified to exclude, or there are material changes to, the Landlord Protections previously negotiated, Landlords reserve all rights to raise objections to any provisions relating to liens and access rights at the final hearing.

6.      The Financing Motion seeks approval of debtor-in-possession financing provided by a group of lenders (the "DIP Term Lenders").

7.      While the DIP budget does provide sufficient funds to pay monthly rent for non-rejected stores beginning with July rent payments, it does not contemplate payment of the administrative rent for the Debtors' use and occupancy of the Premises from the Petition Date through June 30, 2020 (the "Stub Rent") until the Debtors' proposed emergence from bankruptcy, a date no earlier than September 19.  This delay in payment of the Stub Rent, along with certain statements made at the first day hearing, raises questions as to the solvency of these estates.  The Debtors and the Term DIP Lenders continue to use the Premises for their direct post-petition benefit, and the landlords should not unfairly bear the risk of failure in these cases with respect to the outstanding Stub Rent, especially with respect to the rent for the stores that are the subject of first-day closing sales.  This is contrary to the specific policy behind Section 365 of the Bankruptcy Code, which specifically seeks to protect Landlords' rights to post-petition rent payments since they are required to allow the Debtors to continue to use their Premises, absent relief from this Court.

8.      Despite these failings and inherent risk to the Debtors' ability to meet their Post-Petition Rent obligations, the Debtors seek to waive the protections set forth in sections 506(c) and 552(b) of the Bankruptcy Code.  These provisions were enacted to prevent secured creditors from forcing unsecured creditors to pay for the liquidation of the secured creditors' collateral.

9.      The Court should not allow the Debtors to utilize the Premises without providing adequate assurance of the Debtors' administrative solvency with respect to both the Stub Rent and any non-budgeted post-petition rent in the form of adequate protection to Landlords.  Anything less results in the Debtors and DIP Term Lenders using the bankruptcy process to gain rent-free use of the Premises, relegating the Landlords to the position of involuntary, unsecured, interest-free lenders to these estates.  The Court should not permit the DIP Term Lenders and Debtors to force the Landlords to fund the Debtors' operations without paying for the use and occupancy of the Premises during the post-petition period or providing adequate protection that those costs will be paid.

10.      Accordingly, Landlords request that the Court require that any final financing order include the payment of the Stub Rent, and absent full payment, the Court should require the Debtors to provide adequate protection for the payment of the Stub Rent, including by denying any waiver of the Debtors' protections under Sections 506(c) and 552 until such time as the Stub Rent is paid in full.

## II.      ARGUMENT

### A.      The Proposed Final Order must limit the rights of the DIP Lenders consistent with the Interim Order.

11.      The Landlord Protections set forth in the Interim Order with regard to liens only on the proceeds of the Leases and limiting access rights to the Premises in the event of

a default must be included in any Proposed Final Order, and the Court should not approve any form of final order that renders provisions of the Leases unenforceable.

**B.      The Court should order the Debtors to reserve, budget and escrow for the payment of Stub Rent, for the post-petition use and occupancy of the Premises as part of any Proposed Final Order.**

12.      Landlords do not oppose the Debtors' need for financing and the relief requested in the Financing Motion, provided the Landlord Protections are maintained and Landlords receive adequate protection that they will receive payment of post-petition rent, including Stub Rent accruing under all Leases, whether the Leases are ultimately assumed or rejected.  During this time, Landlords will be providing critical benefits to the Debtors in terms of secured storage of their property at the Premises, continued use of the Premises to their operations, including store closing sales at certain stores, and payment of out of pocket expenses such as taxes, common area maintenance, utilities, and insurance.

13.      The Debtors recognize that their business is <u>entirely dependent</u> on the ongoing use of their leased locations, and that Landlords are correspondingly critical to their potential success.  Yet, they apparently intend to place them in a position unlike any other administrative claimant by relegating Landlords to the position of an involuntary, unsecured, post-petition, interest-free lender to the Debtors in the amount of the Post-Petition Rent.  The Budget provides for the payment of Stub Rent only upon emergence from bankruptcy, putting the receipt of those payments at risk.  While Landlords may not recover on account of the significant pre-petition rent that the Debtors have failed to pay, this Court should not also permit the Debtors to avoid paying for their post-petition use and occupancy of the Premises, while availing themselves of the benefits of the Bankruptcy Code.  There is ample support to reserve or escrow payments of the Stub Rent in the Bankruptcy Code.

6

*i.*     ***Post-Petition Rent should be paid for all locations.***

14.     Landlords should not solely bear the risk of administrative insolvency, while other parties in interest benefit. The Court should direct the Debtors or DIP lenders to account for the payment of the Post-Petition Rent in the Budget through the assumption and assignment or rejection of the Leases, especially for the stores in which the Debtors' are conducting store closing sales outside the ordinary course of business, which sales commenced on the first day of these cases.  .  See, e.g., In re ZB Company, Inc., 302 B.R. 316, 320 (Bankr. D. Del. 2003) (holding that rent should be paid to landlords on a per diem basis during the pre-rejection period in order to avoid the potential that the landlord could be left with an allowed administrative claim against an administratively insolvent estate).

15.     No provision of the Bankruptcy Code permits the Debtors to receive the benefits and protections of chapter 11 while simultaneously shirking all attendant obligations, and the Court should not approve any such relief here.

*ii.*    ***Based on the potential for administrative insolvency of these cases, the Court should require the payment of Post-Petition Rent as adequate protection under Section 363(e).***

16.     The payment of Post-Petition Rent is warranted as adequate protection as a condition of a sale or plan that involves the use of the Premises under Section 363(e), which provides:

> Notwithstanding any other provision of this section, at any time, on request of an entity that has an interest in property used, sold, or leased, or proposed to be used, sold, or leased, by the trustee, *the court, with or without a hearing, shall prohibit or condition such use, sale, or lease as is necessary to provide adequate protection of such interest***.** . . . (Emphasis added).

11 U.S.C. § 363(e).

17.    Section 363(e) provides a basis to grant adequate protection to real property lessors in the form of budgeting for the payment or reserving for the Post-Petition Rent. See, e.g., Matter of Cont'l Airlines, Inc., 154 B.R. 176, 180 (Bankr. D. Del. 1993) (finding that adequate protection is available under § 363(e) for a decrease in value due to the use, sale, *or lease* of an entity's interest in property) (emphasis added); In re P.J. Clarke's Rest. Corp., 265 B.R. 392, 404 (Bankr. S.D.N.Y. 2001) (providing that a "landlord's right to adequate protection seems to follow clearly from the language of Section 363(e)"); In re Ernst Home Center, Inc., 209 B.R. 955, 966-67 (Bankr. W.D. Wash. 1997) (finding that adequate protection is available to real property lessors under Section 363(e)); In re RB Furniture, Inc., 141 B.R. 706, 713-14 (Bankr. C.D. Cal.1992) (adequate protection under Section 363(e) may even be broader than the rights encompassed under Section 365(d)(3), given it "is a fluid concept that reflects all the circumstances surrounding a debtor's use of property").

18.    In such circumstances, it is appropriate for adequate protection to take the form of either immediate cash payments for post-petition use of the Premises, or the budgeting and reserving of Post-Petition Rent as a condition of a plan or sale. See 11 U.S.C. § 361; In re Kellstrom Indus., Inc., 282 B.R. 787, 794 (Bankr. D. Del. 2002). Where there is a chance of administrative insolvency, simply allowing an administrative expense claim for the Post-Petition Rent will not adequately protect Landlords. See 11 U.S.C. § 361(3). In fact, Section 361(3) makes clear that adequate protection may not take the form of a deferred administrative claim.

19.    There is still substantial uncertainty with respect to the Debtors' ability to continue operations in light of the COVID-19 pandemic and the elevated infection rates, and the Debtors do not yet have a path to a successful restructuring. Unlike other creditors, Landlords have no choice but to allow the Debtors to continue to use and occupy their Premises. Many

Landlords wish to maintain a relationship with the Debtors, but not at their sole expense.  This Court has seen many cases where the Debtors and their professionals have stated (and believed) that there would be money to pay administrative claims at the end of a case, only later to concede that the estates are administratively insolvent.  Everyone, including Landlords, are hopeful that the Debtors can achieve these, but the outcome remains uncertain at this time and Landlords should not shoulder the risk associated with this uncertainty and potential administrative insolvency.  The Court should require the Debtors to reserve or escrow for the payment of the Stub Rent in these cases, as adequate protection for the continued use of the Premises after the Petition Date through the conclusion of their store closing sales, for the non-go forward stores, and the confirmation of a plan or consummation of a sale for those leases to be assumed.

20.     Thus, any order approving the Motion on a final basis should provide adequate protection to the Landlords.  The Debtors should be required to establish that funds will be available to pay all Post-Petition Rent.

### iii.     *The Court may require payment of Post-Petition Rent as a condition to any surcharge waiver under Section 506(c).*

21.     As set forth above, in the Interim Order, the Debtors reserved their right to waive their surcharge rights under Section 506(c).  Section 506(c) provides that a trustee or debtor in possession may recover from property securing an allowed secured claim the "reasonable, necessary costs and expenses of preserving or disposing of, such property to the extent of any benefit to the holder of such claim . . . ." 11 U.S.C. § 506(c); See Precision Steel Shearing, Inc. v. Fremont Financial Corp. (In re Visual Ind., Inc.), 57 F.3d 321, 325 (3d Cir. 1995). The premise underlying Section 506(c) is that the unsecured creditors should not be required to bear the costs of preserving a secured creditor's collateral.  See In re Evanston Beauty Supply Inc., 136 B.R. 171, 175 (Bankr. N.D. Ill. 1992).  "Ample case authority exists

9

which permits lessors to recover under Section 506(c) provided that the standards for recovery are met." In re World Wines, Ltd., 77 B.R. 653, 658 (Bankr. N.D.Ill.1987). Standards for recovery are that the services were necessary and beneficial to the lender. Visual Indus., Inc., 57 F.3d at 325. The DIP lenders are the primary beneficiaries of the post-petition use of the Premises, and there is no legitimate reason that they should not pay for that benefit.

22. Courts may surcharge lenders for post-petition rents and storage charges owed to them for storing lender's collateral, as necessary and directly beneficial to the lender. In re Scopetta-Senra Partnership III, 129 B.R. 700 (Bankr. S.D. Fla. 1991) (determining that a landlord that provided post-petition lease space provided benefit to the secured creditor by storing its collateral, and ensuring the debtor's continued operations); In re Gain Electronics Corp., 138 B.R. 464, 465 (Bankr. D.N.J. 1992); In re World Wines, Ltd., 77 B.R. at 658 (finding that landlord was entitled to be paid by the bank for the use and occupancy of its premises for storage of wine to Section 506(c)); In re Proto-Specialties, Inc., 43 B.R. 81 (Bankr. D. Ariz. 1984).

23. The accruing post-petition rent and Stub Rent owing to Landlords is a reasonable and necessary cost for the preservation of the DIP Lenders' collateral. Without the ability to use the Premises, the Debtors would be wholly unable to operate their business or conduct their store closing sales (which is uniquely reliant on the continued use of leased Premises) or consummate any restructuring (without the security, use and storage that the Landlords are providing). Allowing the DIP lenders access to secure storage and preservation or liquidation of collateral at no cost would "result in a windfall benefit to the secured creditor to the detriment of a third party," namely, the Landlords. In re So Good South Potato Chip Co., 116 B.R. 144, 146 (Bankr. E.D. Mo. 1990). Landlords hope that these cases proceed

10

quickly to a successful reorganization or sale that provides sufficient funds for payment of all administrative claims, and the assumption or assumption and assignment of the Debtors' leases, but Landlords, especially those of closing stores, should not bear the risk of administrative insolvency. Based on the above, the Court should require the payment of Post-Petition Rent for the preservation of the DIP Lenders' collateral as a surcharge under Section 506(c).

> *iv.* ***The Bankruptcy Code Requires Equal Treatment of Administrative Expense Creditors***

24. The Bankruptcy Code does not allow the Debtors to treat similarly situated administrative claimants differently. In re Lazar, 83 F.3d 306, 308-09 (9th Cir. 1996) ("Under the Bankruptcy Code, administrative expense creditors must be treated equally and the court should not set up its own order of priorities."). Through their Budget, the Debtors appear to be establishing different classes of administrative claimants to receive payment to the exclusion of others (namely, the Landlords), in violation of the Bankruptcy Code. As there is a chance of administrative insolvency in these cases, this alone should justify the payment of the Stub Rent or, at a minimum, the non-payment of other similarly situated administrative claims until such time as the Post-Petition Rent, including the Stub Rent, is paid.

## III.   JOINDER IN OBJECTIONS RAISED BY OTHER LANDLORDS

25. To the extent consistent with the objections expressed herein, Landlords also join in the objections of any other shopping center lessors to the Debtors' proposed relief.

## IV.   CONCLUSION

The Court should require that the any order approving the Financing Motion on a final basis be modified consistent with this Objection and grant such further relief as the Court deems proper.

Dated: July 15, 2020                                     Respectfully submitted,
Wilmington, Delaware

11

*/s/ Leslie C. Heilman*

Leslie C. Heilman, Esquire (No. 4716)
Laurel D. Roglen, Esquire (No 5759)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail:  heilmanl@ballardspahr.com
            roglenl@ballardspahr.com

      and

Dustin P. Branch, Esquire
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: (424) 204-4354
Facsimile: (424) 204-4350
E-mail: branchd@ballardspahr.com

      and

Craig Solomon Ganz, Esquire
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: (602) 798-5427
Facsimile: (602) 798-5595
E-mail: ganzc@ballardspahr.com

*Attorneys for Acadia Realty Limited Partnership,
ARC ASANDSC001, LLC, ARC PCBIRAL001, LLC,
Aronov Realty Management, Berengaria
Development, BIT Investment Seventy-Nine, LLC,
BIT Teterboro Landing Shops Urban Renewal,
LLC, Brixmor Operating Partnership LP, C.E. John
Company, Inc., Centennial Real Estate Company,
LLC, CenterCal Properties, LLC, DDR Deer Park
Town Center, LLC, Deutsche Asset & Wealth
Management, Dimond Center Holdings LLC,
Durango Mall, LLC, Edens, Federal Realty
Investment Trust, Gateway Knollwood, LLC,
Gateway Miramar, LLC, Gateway Pinole Vista,
LLC, Gem Realty Capital, Inc., Gemini Rosemont
Commercial Real Estate, Gerrity Group, Gs Pacific*

12

*Er LLC, Heidenberg Properties, LLC, HH Golden Gate, LLC, James Campbell Company LLC, JCC California Properties, LLC, KRE Colonie Owner, LLC, Montebello Town Center Investors LLC, NNN Clermont FL Owner LP, New Market Properties, LLC, Northpark Mall Limited Partnership, Oak Tree Three Investment, LLC, PGIM Real Estate, Rainier Moore Plaza Acquisitions, LLC, Rainier Wheatland Acquisitions, LLC, Retail Properties Of America, Inc., ShopOne Centers REIT, Inc., Starboard Realty Advisors, Starwood Retail Partners, LLC, Stockbridge Real Estate, The Forbes Company, The Macerich Company, The Shopping Center Group, The Wilder Companies, Ltd., UBS Realty Investors LLC, Urban Edge Propertiies, Weitzman West Valley Properties, Inc., White Plains Galleria Limited Partnership, Wm Associates LP, and YTC Mall Owner, LLC*

## SCHEDULE A

| | ACADIA REALTY LIMITED PARTNERSHIP | |
|---|---|---|
| Store No. Unknown | City Center | San Francisco, CA |
| Store No. Unknown | Cortlandt Towne Center | Cortlandt Manor, NY |
| Store No. Unknown | Crescent Plaza | Brockton, MA |
| Store No. Unknown | Crossroads Shopping Center | White Plains, NY |
| Store No. Unknown | Eden Square | Bear, DE |
| Store No. Unknown | Elk Grove Commons | Elk Grove, CA |
| Store No. Unknown | Elmwood Park Plaza | Elmwood Park, NJ |
| Store No. Unknown | Fairlane Green | Allen Park, MI |
| Store No. Unknown | Gotham Plaza | New York, NY |
| Store No. Unknown | Landstown Commons | Virginia Beach, VA |
| Store No. Unknown | Lincoln Commons | Lincoln, RI |
| Store No. Unknown | New Towne Center | Canton, MI |
| Store No. Unknown | Shaw's Plaza | North Windham, Maine |
| Store No. Unknown | Tri-City Plaza | Vernon, CT |
| | APOLLO GLOBAL MANAGEMENT | |
| Store No. Unknown | 17445 U.S. Highway 192, Ste. 9 | Clermont, FL |
| Store No. Unknown | 3632 Savannah Highway, Ste. 111 | Johns Island, SC |
| | ARC ASANDSCOO1, LLC | |
| Store No. Unknown | Anderson Station | Anderson Station, SC |
| | ARC PCBIRAL001, LLC | |
| Store No. Unknown | Patton Creek | Birmingham, AL |
| | ARONOV REALTY MANAGEMENT, INC. | |
| Store No. Unknown | Albany Mall | Albany, GA |
| Store No. Unknown | University Mall | Tuscaloosa, AL |
| | BERENGARIA DEVELOPMENT | |
| Store No. Unknown | Shoppes of North Village | St. Joseph, MO |
| Store No. Unknown | Parkway Center North | Grove City, OH |
| | BIT INVESTMENT SEVENTY-NINE, LLC | |
| Store No. Unknown | Alameda Landing | Alameda, CA |
| | BIT TETERBORO LANDING SHOPS URBAN RENEWAL, LLC | |
| Store No. Unknown | Teterboro Landing | Teterboro, NJ |
| | BRIXMOR OPERATING PARTNERSHIP LP | |
| Store No. Unknown | Arbor Faire | Fresno, CA |
| Store No. Unknown | Beltway South | Houston, TX |
| Store No. Unknown | Brentwood Plaza | Cincinnati, OH |
| Store No. Unknown | Brunswick Town Center | Brunswick, OH |
| Store No. Unknown | California Oaks Center | |

| Store No. Unknown | Carmen Plaza | Murrieta, CA |
|---|---|---|
| Store No. Unknown | Cascade East | Camarillo, CA |
| Store No. Unknown | Coastal Landing | Grand Rapids, MI |
| Store No. Unknown | Cobblestone Village | Brooksville, FL |
| Store No. Unknown | Coconut Creek Plaza | St. Augustine, FL |
| Store No. Unknown | Collegetown Shopping Center | Coconut Creek, FL |
| Store No. Unknown | Commerce Central | Glassboro, NJ |
| Store No. Unknown | Cross Keys Commons | Tullahoma, TN |
| Store No. Unknown | Crossroads | Turnersville, NJ |
| Store No. Unknown | Crossroads Center - Pasadena | Statesville, NC |
| Store No. Unknown | Eastgate Shopping Center | Pasadena, TX |
| Store No. Unknown | Elk Park Center | Louisville, KY |
| Store No. Unknown | Fairview Corners | Elk River, MN |
| Store No. Unknown | Fox Run Shopping Center | Simpsonville, SC |
| Store No. Unknown | Franklin Square | Prince Frederick, MD |
| Store No. Unknown | Gateway Plaza - Vallejo | Gastonia, NC |
| Store No. Unknown | Georgetown Square | Vallejo, CA |
| Store No. Unknown | Grand Crossing | Brighton, MI |
| Store No. Unknown | Greeneville Commons | Greeneville, TN |
| Store No. Unknown | Groton Square | Groton, CT |
| Store No. Unknown | Hampton Village Centre | Rochester Hills, MI |
| Store No. Unknown | Hanover Square | Mechanicsville, VA |
| Store No. Unknown | Innes Street Market | Salisbury, NC |
| Store No. Unknown | Island Plaza | James Island, SC |
| Store No. Unknown | Jefferson Park | Mount Pleasant, TX |
| Store No. Unknown | Liberty Corners | Liberty, MO |
| Store No. Unknown | Maple Village | Ann Arbor, MI |
| Store No. Unknown | Market Centre | Goshen, IN |
| Store No. Unknown | Marlton Plaza (phase 2) | Marlton, NJ |
| Store No. Unknown | Merchants Park | Houston, TX |
| Store No. Unknown | Moundsville Plaza | Moundsville, WV |
| Store No. Unknown | Northgate Shopping Center | DeLand, FL |
| Store No. Unknown | Old Bridge Gateway S/c | Old Bridge, NJ |
| Store No. Unknown | Paradise Pavilion | West Bend, WI |
| Store No. Unknown | Redford Plaza | Redford, MI |
| Store No. Unknown | Richfield Hub | Richfield, MN |
| Store No. Unknown | Rivercrest Shopping Center | Crestwood, IL |
| Store No. Unknown | Rollins Crossing | Round Lake Beach, IL |
| Store No. Unknown | Royal Oaks | Houston, TX |
| Store No. Unknown | Sarasota Village | Sarasota, FL |
| Store No. Unknown | Shoppes at Tarpon | Tarpon Springs, FL |
| Store No. Unknown | Silver Pointe | Fenton, MI |
| Store No. Unknown | Southfield Plaza (MI) | Southfield, MI |
| Store No. Unknown | Southland Shopping Center | Middleburg Heights, OH |
| Store No. Unknown | Southport Centre I | Apple Valley, MN |

2

| | | |
|---|---|---|
| Store No. Unknown | Speedway Super Center | Speedway, IN |
| Store No. Unknown | Spencer Square | Pasadena, TX |
| Store No. Unknown | Stony Brook I & II | Louisville, KY |
| Store No. Unknown | Suffolk Plaza | East Setauket, NY |
| Store No. Unknown | Sun Ray Shopping Center | St. Paul, MN |
| Store No. Unknown | Texas City Bay | Texas City, TX |
| Store No. Unknown | The Shoppes at Cinnaminson | Cinnaminson, NJ |
| Store No. Unknown | The Shoppes at Fox Run | Glastonbury, CT |
| Store No. Unknown | Tinley Park Plaza | Tinley Park, IL |
| Store No. Unknown | Tri-City Plaza | Somersworth, NH |
| Store No. Unknown | Venice Village | Venice, FL |
| Store No. Unknown | Ventura Downs | Kissimmee, FL |
| Store No. Unknown | Village at Mira Mesa | San Diego, CA |
| Store No. Unknown | Village At Newtown | Newtown, PA |
| Store No. Unknown | Village West | Allentown, PA |
| Store No. Unknown | Waterbury Plaza | Waterbury, CT |
| Store No. Unknown | Wendover Place | Greensboro, NC |
| Store No. Unknown | Western Hills Plaza | Cincinnati, OH |
| Store No. Unknown | Westgate Plaza | Westfield, MA |
| Store No. Unknown | Wilmington Island | Wilmington Island, GA |
| **C.E. JOHN COMPANY, INC.** | | |
| Store No. 1956 | Cedar  Hills Crossing | Beaverton, OR |
| **CENTENNIAL REAL ESTATE COMPANY, LLC** | | |
| Store No. Unknown | Brazos Mall | Brazos, TX |
| Store No. Unknown | Connecticut Post | Milford, CT |
| Store No. Unknown | Fox Valley Mall | Aurora, IL |
| Store No. Unknown | Pueblo Mall | Pueblo, CO |
| **CENTERCAL PROPERTIES, LLC** | | |
| Store No. Unknown | Mountain View Village | Riverton, UT |
| Store No. Unknown | Nyberg Woods | Tualatin, OR |
| Store No. Unknown | Station Park | Farmington, UT |
| Store No. Unknown | Valley Mall | Union Gap, WA |
| **DDR DEER PARK TOWN CENTER, LLC** | | |
| Store No. Unknown | Deer Park Town Center | Deer Park, IL |
| **DEUTSCHE ASSET & WEALTH MANAGEMENT** | | |
| Store No. Unknown | 215 West 125th Street | New York, NY |
| Store No. Unknown | Eastland Center | West Covina, CA |
| Store No. Unknown | Market at Parmer | Austin, TX |
| Store No. Unknown | Providence Square | Marietta, GA |
| Store No. Unknown | RiverGate Shopping Center | Charlotte, NC |
| Store No. Unknown | South Loop Marketplace | Chicago, IL |

3

| | | |
|---|---|---|
| Store No. Unknown | Stonecrest at Piper Glen | Charlotte, NC |
| Store No. Unknown | Sunset Valley Village | Sunset Valley, TX |
| Store No. Unknown | Wall Towne Center | Wall Township, NJ |
| Store No. Unknown | Westwinds of Boca | Boca Raton, FL |
| **DIMOND CENTER HOLDINGS LLC** | | |
| Store No. Unknown | Dimond Center | Anchorage, AK |
| **DURANGO MALL, LLC** | | |
| Store No. Unknown | Durango Mall | Durango, CO |
| **FEDERAL REALTY INVESTMENT TRUST** | | |
| Store No. Unknown | Andorra Shopping Center | Philadelphia, PA |
| Store No. Unknown | Brick Plaza | Bricktown, NJ |
| Store No. Unknown | Campus Plaza | Bridgewater, MS |
| Store No. Unknown | Crow Canyon Commons | San Ramon, CA |
| Store No. Unknown | East Bay Bridge | Emeryville, CA |
| Store No. Unknown | Escondido Promenade | Escondido, CA |
| Store No. Unknown | Federal Plaza | Rockville, MD |
| Store No. Unknown | Georgetown | Brooklyn, NY |
| Store No. Unknown | Lawrence Park Shopping Center | Broomall, PA |
| Store No. Unknown | Leesburg Plaza | Leesburg, VA |
| Store No. Unknown | Northeast Shopping Center | Philadelphia, PA |
| Store No. Unknown | San Antonio Center | San Antonio, TX |
| Store No. Unknown | Tower Shops | Davie, FL |
| Store No. Unknown | Willow Lawn Shopping Center | Richmond, VA |
| Store No. Unknown | Wynnewood Shopping Center | Wynnewood, PA |
| **EDENS** | | |
| Store No. Unknown | Bishops Corner | West Hartford, CT |
| Store No. Unknown | Fountain Oaks | Atlanta, GA |
| Store No. Unknown | Mill Pond Village | Sewell, NJ |
| Store No. Unknown | North Providence Marketplace | N. Providence, RI |
| Store No. Unknown | Plaza in the Park | Houston, TX |
| Store No. Unknown | Shoppes at Woodhill | Columbia, SC |
| Store No. Unknown | Sunshine Square | Boynton Beach, FL |
| Store No. Unknown | Woodlake Square | Houston, TX |
| **GATEWAY MIRAMAR, LLC** | | |
| Store No. Unknown | Fountains at Miramar | Miramar, FL |
| **GATEWAY PINOLE VISTA, LLC** | | |
| Store No. Unknown | Pinole Vista | Pinole, CA |
| **GEM REALTY CAPITAL, INC.** | | |
| Store No. Unknown | Green Tree Mall | Clarksville, IN |

4

| | | |
|---|---|---|
| Store No. Unknown | Valdosta Mall | Valdosta, GA |
| **GEMINI ROSEMONT COMMERCIAL REAL ESTATE** | | |
| Store No. Unknown | Broadmoor | Hobbs, NM |
| **GERRITY GROUP** | | |
| Store No. Unknown | Legends at Sparks Marina | Sparks, NV |
| Store No. Unknown | Southbay Promenade | Carson, CA |
| Store No. Unknown | TJ Maxx Plaza | Roseville, CA |
| **GS PACIFIC ER LLC** | | |
| Store No. Unknown | Eastridge Center | San Jose, CA |
| **HEIDENBERG PROPERTIES, LLC** | | |
| Store No. Unknown | Berlin Mall | Berlin, VT |
| Store No. Unknown | Culpeper Colonnade | Culpeper, VA |
| Store No. Unknown | Heidenberg Plaza | Closter, NJ |
| Store No. Unknown | Hershey Square Shopping Center | Hummelstown, PA |
| Store No. Unknown | South Port Shopping Center | Shirley, NY |
| **HH GOLDEN GATE, LLC** | | |
| Store No. Unknown | Golden Gate Shopping Center | Mayfield Heights, OH |
| **GATEWAY KNOLLWOOD LLC** | | |
| Store No. Unknown | Shoppes at Knollwood | St Louis Park, MN |
| **JAMES CAMPBELL COMPANY LLC** | | |
| Store No. Unknown | Kapolei Shopping Center | Kapolei, HI |
| **JCC CALIFORNIA PROPERTIES, LLC** | | |
| Store No. Unknown | Vintage Oaks at Novato | Novato, CA |
| **KRE COLONIE OWNER, LLC** | | |
| Store No. Unknown | Colonie Center | Colonie, NY |
| **MONTEBELLO TOWN CENTER INVESTORS LLC** | | |
| Store No. Unknown | Montebello Town Center | Montebello, CA |
| **NORTHPARK MALL LIMITED PARTNERSHIP** | | |
| Store No. Unknown | Northpark Mall | Davenport, IA |
| **OAK TREE THREE INVESTMENT, LLC** | | |
| Store No. Unknown | Agua Fria Towne Center | Glendale, AZ |
| **PGIM REAL ESTATE** | | |
| Store No. Unknown | Metro Retail | New York, NY |
| Store No. Unknown | New Tampa Center | Tampa, FL |
| Store No. Unknown | Santa Barbara Centre | Santa Barbara, CA |
| Store No. Unknown | Summerlin Crossings | Sandy, UT |
| Store No. Unknown | Viera Marketcenter | Viera, FL |
| **RAINIER MOOR PLAZA ACQUISITIONS, LLC** | | |
| Store No. Unknown | Moore Plaza | Corpus Christi, TX |
| **RAINIER WHEATLAND ACQUISITIONS, LLC** | | |
| Store No. Unknown | Wheatland Town Crossing Center | Dallas, TX |

5

| RETAIL PROPERTIES OF AMERICA, INC. | | |
|---|---|---|
| Store No. Unknown | Ashland & Roosevelt | Chicago, IL |
| Store No. Unknown | Centre at Laurel | Laurel, MD |
| Store No. Unknown | Cypress Mill Plaza | Cypress, TX |
| Store No. Unknown | Galvez Shopping Center | Galveston, TX |
| Store No. Unknown | Henry Town Center | McDonough, GA |
| Store No. Unknown | Huebner Oaks | San Antonio, TX |
| Store No. Unknown | MacArthur Crossing I | Irving, TX |
| Store No. Unknown | Newton Crossroads | Covington, GA |
| Store No. Unknown | Parkway Towne Crossing | Frisco, TX |
| Store No. Unknown | Plaza at Marysville | Marysville, WA |
| Store No. Unknown | Shoppes at Hagerstown | Hagerstown, MD |
| Store No. Unknown | Shoppes at Union Hill | Denville, NJ |
| Store No. Unknown | Stilesboro Oaks | Acworth, GA |
| Store No. Unknown | The Brickyard | Chicago, IL |
| SHOPONE CENTERS REIT, INC. | | |
| Store No. Unknown | Beachwood Pavilion | Beachwood, OH |
| Store No. Unknown | Maple Hill Pavilion | Kalamazoo, MI |
| Store No. Unknown | Oak Park Commons | South Plainfield, NJ |
| STARBOARD REALTY ADVISORS, LLC | | |
| Store No. Unknown | Florin Towne Center | Sacramento, CA |
| Store No. Unknown | Markets at Mesa Ridge | Fountain, CO |
| STOCKBRIDGE REAL ESTATE | | |
| Store No. Unknown | Afton Ridge | Concord, NC |
| Store No. Unknown | Fountains of Miramar | Hollywood, FL |
| STARWOOD RETAIL PARTNERS LLC | | |
| Store No. 100 | Belden Village Mall | Canton, OH |
| Store No. 3703 | Capital Mall | Olympia, WA |
| Store No. 867 | Chicago Ridge Mall | Chicago, IL |
| Store No. 414 | Fairlane Town Center | Dearborn, MI |
| Store No. 1475 | Franklin Park | Toledo, OH |
| Store No. 9713 | Gateway Mall | Lincoln, NE |
| Store No. 1039 | Great Northern Mall | Cleveland, OH |
| Store No. 623 | Louis Joliet | Joliet, IL |
| Store No. 2610 | MacArthur Center | Norfolk, VA |
| Store No. 9548 | Northlake Mall | Charlotte, NC |
| Store No. 370 | Northridge Mall | Salinas, CA |
| Store No. Unknown | Parkway Mall | El Cajon, CA |
| Store No. 2486 | The Mall at Partridge Creek | Clinton Township, MI |
| Store No. 415 | Plaza West Covina | West Covina, CA |

6

| | | |
|---|---|---|
| Store No. 2707 | Promenade Bolingbrook | Bolingbrook, IL |
| Store No. 387 | Rimrock Mall | Billings, MT |
| Store No. 857 | Solano Town Center | Fairfield, CA |
| Store No. 285 | Southlake Mall | Merrillville, IN |
| Store No. 3446 | Southpark Mall | Strongsville, OH |
| Store No. 7557 | The Mall at Wellington Green | Wellington, FL |
| Store No. 50 | Westland Mall | Hialeah, FL |
| **THE FORBES COMPANY, LLC** | | |
| Store No. Unknown | Somerset Collection North | Troy, MI |
| Store No. Unknown | The Gardens | Palm Beach Gardens, FL |
| **THE MACERICH COMPANY** | | |
| Store No. Unknown | Arden Fair | Sacramento, CA |
| Store No. Unknown | Arrowhead Towne Center | Glendale, AZ |
| Store No. Unknown | Chandler Fashion Center | Chandler, AZ |
| Store No. Unknown | Cross County Shopping Center | Yonkers, NY |
| Store No. Unknown | Danbury Fair | Danbury, CT |
| Store No. 1464 | Deptford Mall | Deptford, NJ |
| Store No. 2025 | Eastland Mall | Evansville, IN |
| Store No. Unknown | Fashion Outlets of Chicago | Rosemont, IL |
| Store No. Unknown | FlatIron Crossing | Broomfield, CO |
| Store No. Unknown | Freehold Raceway | Freehold, NJ |
| Store No. Unknown | Fresno Fashion Fair | Fresno, CA |
| Store No. Unknown | Green Acres Mall | Valley Stream, NY |
| Store No. Unknown | Inland Center | San Bernardino, CA |
| Store No. Unknown | Kings Plaza | Brookly, NY |
| Store No. Unknown | Lakewood Center | Lakewood, CA |
| Store No. Unknown | Los Cerritos Center | Cerritos, CA |
| Store No. Unknown | NorthPark Mall | Davenport, IA |
| Store No. Unknown | Pacific View | Ventura, CA |
| Store No. Unknown | Paradise Valley Mall | Phoenix, AZ |
| Store No. Unknown | SanTan Village Regional Center | Gilbert, AZ |
| Store No. Unknown | Scottsdale Fashion Square | Scottsdale, AZ |
| Store No. Unknown | SouthPark Mall | Moline, IL |
| Store No. Unknown | Southridge Mall | Des Moines, IA |
| Store No. Unknown | South Plains Mall | Lubbock, TX |
| Store No. Unknown | Stonewood Center | Downey, CA |
| Store No. Unknown | Superstition Springs | Mesa, AZ |
| Store No. Unknown | The Oaks | Thousand Oaks, CA |
| Store No. Unknown | Towne Mall | Elizabethtown, KY |

| Store No. Unknown | Tysons Corner Center | McLean, VA |
|---|---|---|
| Store No. Unknown | Valley Mall | Harrisonburg, VA |
| Store No. Unknown | Valley River Center | Eugene, OR |
| Store No. Unknown | Vintage Faire Mall | Modesto, CA |
| Store No. Unknown | Washington Square | Portland, OR |
| Store No. Unknown | Wilton Mall | Sarasota Springs, NY |
| **THE WILDER COMPANIES, LTD.** | | |
| Store No. Unknown | Silver Spring Square | Mechanicsburg, PA |
| **UBS REALTY INVESTORS LLC** | | |
| Store No. Unknown | Downtown Pleasant Hill | Pleasant Hill, CA |
| Store No. Unknown | Galleria Dallas | Dallas, TX |
| Store No. Unknown | Las Tiendas Village | Chandler, AZ |
| Store No. Unknown | Pico Rivera Towne Center | Pico Rivera, CA |
| Store No. Unknown | Scottsdale Towne Center | Scottsdale, AZ |
| Store No. Unknown | Stamford Town Center | Stamford, CT |
| **URBAN EDGE PROPERTIES** | | |
| Store No. Unknown | Briarcliff Commons | Morris Plains, NJ |
| Store No. Unknown | Forest Commons | Staten Island, NY |
| Store No. Unknown | Garfield Commons | Garfield, NJ |
| Store No. Unknown | Hanover Commons | East Hanover, NJ |
| Store No. Unknown | Hudson Mall | Jersey City, NJ |
| Store No. Unknown | Las Catalinas Mall | Caguas, PR |
| Store No. Unknown | Oakdale Mall | Johnson City, NY |
| Store No. Unknown | The Outlets at Bergen Town Center | Paramus, NJ |
| Store No. Unknown | The Outlets at Montehiedra | San Juan, PR |
| **WEITZMAN** | | |
| Store No. Unknown | Culebra Market | San Antonio, TX |
| Store No. Unknown | Golden Triangle Mall | Denton, TX |
| Store No. Unknown | The Market at 1488 | Magnolia, TX |
| Store No. Unknown | Trinity Valley | Carrollton, TX |
| **WEST VALLEY PROPERTIES, INC.** | | |
| Store No. Unknown | Glendale Thunderbird Shopping Center | Glendale, AZ |
| Store No. Unknown | Tatum Point Shopping Center | Phoenix, AZ |
| **WM ASSOCIATES LP** | | |
| Store No. 3432 | White Marlin Mall | West Ocean City, MD |
| **WHITE PLAINS GALLERIA LIMITED PARTNERSHIP** | | |
| Store No. Unknown | Galleria White Plains | White Plains, NY |
| **YTC MALL OWNER, LLC** | | |

| Store No. Unknown | Yorktown Center | Lombard, IL |