**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GNC HOLDINGS, INC., *et al.*, | ) | Case No. 20-11662 (KBO) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Arnold A. Jaglal, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On August 14, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Notice of Telephonic Section 341 Meeting [Docket No. 349]

- Notice of Meeting of Creditors & Commencement of Chapter 11 Bankruptcy Case [Docket No. 352]

- Notice of Disclosure Statement Hearing [Docket No. 386]

On August 14, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on American Savings Bank, (MMLID: 10876075), 300 N Beretania St, Honolulu, HI 96817-4742:

- Notice of Disclosure Statement Hearing [Docket No. 386]

---

[1]    The debtors in these Chapter 11 Cases, along with the last four digits of each debtor's United States federal tax identification number, if applicable, or other applicable identification number, are: GNC Holdings, Inc. (6244); GNC Parent LLC (7572); GNC Corporation (5170); General Nutrition Centers, Inc. (5168); General Nutrition Corporation (4574); General Nutrition Investment Company (3878); Lucky Oldco Corporation (7141); GNC Funding, Inc. (7837); GNC International Holdings, Inc. (9873); GNC China Holdco LLC (0004); GNC Headquarters LLC (7550); Gustine Sixth Avenue Associates, Ltd. (0731); GNC Canada Holdings, Inc. (3879); General Nutrition Centres Company (0939); GNC Government Services, LLC (2295); GNC Puerto Rico Holdings, Inc. (4559); and GNC Puerto Rico, LLC (7234). The debtors' mailing address is 300 Sixth Avenue, Pittsburgh, Pennsylvania 15222.

On August 14, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Woodmont Company, (MMLID: 10947739), Lockard Outlets Corpus Christi Bay, LLC, ATTN: Property Management, 999 Home Plz Ste 220, Waterloo, IA 50701-4805:

- Final Order (A) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (B) Approving Deposit as Adequate Assurance of Payment, (C) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment, and (D) Authorizing Payment of any Prepetition Service Fees [Docket No. 501]

On August 14, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on Town of White Hall, (MMLID: 10881749), 118 Tygart Mall Loop, White Hall, WV 26554-2188:

- Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Authorizing the Debtors to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Claims, (IV) Granting Adequate Protection to Prepetition Secured Lenders, (V) Modifying Automatic Stay, and (VI) Granting Related Relief [Docket No. 502]

On August 14, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit B**:

- Final Order Authorizing Payment of Prepetition Taxes and Fees [Docket No. 475]

Dated: August 18, 2020

*/s/ Arnold A. Jaglal*
Arnold A. Jaglal

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me August 18, 2020, by Arnold A. Jaglal, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ Liz Santodomingo*
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

SRF 45142

**Exhibit A**

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|
| 10829211 | ABATAYO, JOERIZ | ADDRESS ON FILE | | | | | | |
| 10839439 | ABDULLAH, YAZENS S. | ADDRESS ON FILE | | | | | | |
| 10831506 | ABRAHAM, QIWON | ADDRESS ON FILE | | | | | | |
| 10835151 | ACOSTA RUIZ, JOSE M. | ADDRESS ON FILE | | | | | | |
| 10890141 | ADAMS, TASHENA Q. | ADDRESS ON FILE | | | | | | |
| 10888310 | AGUIRRE, ISABEL | ADDRESS ON FILE | | | | | | |
| 10813859 | ALLEGHENY DESIGN MANAGEMENT INC | PO BOX 2124 | | | UNIONTOWN | PA | 15401-1724 | |
| 10834354 | AMAR, AYEZNEM | ADDRESS ON FILE | | | | | | |
| 10830444 | ANDERSON, ANDRE C. | ADDRESS ON FILE | | | | | | |
| 10864088 | ANDERSON, CONSTANZA | ADDRESS ON FILE | | | | | | |
| 10839431 | ANDERSON, DAMION A. | ADDRESS ON FILE | | | | | | |
| 10845773 | ANDERSON, KEGAN L. | ADDRESS ON FILE | | | | | | |
| 10885140 | ANDERSON, LAZHANTE | ADDRESS ON FILE | | | | | | |
| 10835483 | ANDERSON, SAMUEL L. | ADDRESS ON FILE | | | | | | |
| 10848184 | ANDRE, JACOB N. | ADDRESS ON FILE | | | | | | |
| 10844431 | ANDREW, BROUGHTON L. | ADDRESS ON FILE | | | | | | |
| 10871407 | ANDREWS, KAYLEE A. | ADDRESS ON FILE | | | | | | |
| 10870567 | ANTONUCCI, LAURA M. | ADDRESS ON FILE | | | | | | |
| 10853894 | ARAGON, KALEY L. | ADDRESS ON FILE | | | | | | |
| 10855406 | ARTHUR MURRAY | ADDRESS ON FILE | | | | | | |
| 10858396 | ASIRIFI, AMANDA C. | ADDRESS ON FILE | | | | | | |
| 10994864 | BABOT, SHEILA | ADDRESS ON FILE | | | | | | |
| 10885550 | BAILEY, HANNAH D. | ADDRESS ON FILE | | | | | | |
| 10855350 | BAIN, ERIK K. | ADDRESS ON FILE | | | | | | |
| 10877935 | BALDWIN, SARAH M. | ADDRESS ON FILE | | | | | | |
| 10830757 | BALOGUN, OLUSESAN | ADDRESS ON FILE | | | | | | |
| 10859447 | BALTAZAR, NOAH C. | ADDRESS ON FILE | | | | | | |
| 10871363 | BANASIAK, KALIB C. | ADDRESS ON FILE | | | | | | |
| 10837767 | BANKS, RAVIN | ADDRESS ON FILE | | | | | | |
| 10878643 | BARBEE, AMBER D. | ADDRESS ON FILE | | | | | | |
| 10861128 | BARBIN, JODI M. | ADDRESS ON FILE | | | | | | |
| 10877931 | BARD, JEFFEREY T. | ADDRESS ON FILE | | | | | | |
| 10861124 | BARLOW, NEIL A. | ADDRESS ON FILE | | | | | | |
| 11001186 | BATSHOME, LEEN | ADDRESS ON FILE | | | | | | |
| 10851958 | BENITEZ, MARVIN A. | ADDRESS ON FILE | | | | | | |
| 10888114 | BERG, WILLIAM F. | ADDRESS ON FILE | | | | | | |
| 10978444 | BERNEAR, RANDY | ADDRESS ON FILE | | | | | | |
| 10831079 | BHATIA, JONATHAN | ADDRESS ON FILE | | | | | | |
| 10868228 | BIALY, PATRICK | ADDRESS ON FILE | | | | | | |
| 10837305 | BICKLEY, MARTHA | ADDRESS ON FILE | | | | | | |
| 10830749 | BIRCH, CAITLIN E. | ADDRESS ON FILE | | | | | | |
| 10829690 | BIRKHAUSER, BRADLEY M. | ADDRESS ON FILE | | | | | | |
| 10850376 | BISCUTI, NICHOLAS A. | ADDRESS ON FILE | | | | | | |
| 10862775 | BISHOP, CHRISTOPHER R. | ADDRESS ON FILE | | | | | | |
| 10854616 | BJERGE, KARSTEN | ADDRESS ON FILE | | | | | | |
| 10883483 | BLACK, TINA A. | ADDRESS ON FILE | | | | | | |
| 10825304 | BLACKWELL, NICOLE M. | ADDRESS ON FILE | | | | | | |
| 10873179 | BLACH, KYLER B. | ADDRESS ON FILE | | | | | | |
| 10863015 | BLANCHARD, BARBARA A. | ADDRESS ON FILE | | | | | | |
| 10827173 | BLEVINS, JOEL D. | ADDRESS ON FILE | | | | | | |
| 10841056 | BLIZZARD, KYLE W. | ADDRESS ON FILE | | | | | | |
| 10884245 | BLIZZARD, MARSHAYLA K. | ADDRESS ON FILE | | | | | | |
| 10847474 | BLONDIN, KYLE P. | ADDRESS ON FILE | | | | | | |
| 10881118 | BLOUNT, JUANETTA N. | ADDRESS ON FILE | | | | | | |
| 10871350 | BOLANOS, ADOLFO A. | ADDRESS ON FILE | | | | | | |
| 10827877 | BOLLMAN, BRODERICK D. | ADDRESS ON FILE | | | | | | |
| 10835896 | BOLYARD, HANNAH L. | ADDRESS ON FILE | | | | | | |
| 10825565 | BOMGARDNER, JAY R. | ADDRESS ON FILE | | | | | | |
| 10846628 | BORIS, ANTHONY A. | ADDRESS ON FILE | | | | | | |
| 10824851 | BORTZ, DAVID M. | ADDRESS ON FILE | | | | | | |
| 11020282 | BOSNYAK, PATTI | ADDRESS ON FILE | | | | | | |
| 10826590 | BOSTICK, GARRETT M. | ADDRESS ON FILE | | | | | | |
| 10881114 | BOSWELL, JESSICA A. | ADDRESS ON FILE | | | | | | |
| 10855513 | BOWEN, KELLY | ADDRESS ON FILE | | | | | | |
| 10824755 | BOWIE, RAMAUN B. | ADDRESS ON FILE | | | | | | |
| 10864956 | BOWLING, LAUREN E. | ADDRESS ON FILE | | | | | | |
| 10831075 | BOWMAN, NIGEL R. | ADDRESS ON FILE | | | | | | |
| 10861628 | BRADY, DANA M. | ADDRESS ON FILE | | | | | | |
| 10855105 | BRADY, TURA R. | ADDRESS ON FILE | | | | | | |
| 10865946 | BRENNAN, DEREK J. | ADDRESS ON FILE | | | | | | |

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|
| 10814693 | BRIAN CARROLL | ADDRESS ON FILE | | | | | | |
| 11045069 | BRICKETT, MARIANNE | ADDRESS ON FILE | | | | | | |
| 10848623 | BRIDGES, KEITH | ADDRESS ON FILE | | | | | | |
| 11038309 | BROWN, CARL | ADDRESS ON FILE | | | | | | |
| 11011032 | BROWN, CRYSTAL | ADDRESS ON FILE | | | | | | |
| 10837696 | BROWN, CURTIS | ADDRESS ON FILE | | | | | | |
| 11053205 | BROWN, FRANK | ADDRESS ON FILE | | | | | | |
| 10984855 | BROWN, JACK | ADDRESS ON FILE | | | | | | |
| 10880746 | BUCHANAN, KENNETH W. | ADDRESS ON FILE | | | | | | |
| 10841812 | BURDIE, EMILY E. | ADDRESS ON FILE | | | | | | |
| 10851071 | BURGESS, MICHAEL J. | ADDRESS ON FILE | | | | | | |
| 11001196 | BURKE, GARY | ADDRESS ON FILE | | | | | | |
| 10826967 | BURTARD, BLAKE D. | ADDRESS ON FILE | | | | | | |
| 10887119 | BURTON, ALEXANDRIA L. | ADDRESS ON FILE | | | | | | |
| 10885522 | BURWELL, DEVON A. | ADDRESS ON FILE | | | | | | |
| 10873149 | BUSALL, AMBER H. | ADDRESS ON FILE | | | | | | |
| 10846598 | BUSSELL, CALEB T. | ADDRESS ON FILE | | | | | | |
| 11052747 | BUSTANANTE, SANDRA | ADDRESS ON FILE | | | | | | |
| 10869903 | BUTTERWORTH, MIKE J. | ADDRESS ON FILE | | | | | | |
| 10835456 | BYERS, NATHANIEL L. | ADDRESS ON FILE | | | | | | |
| 10883211 | BYRNES, KYLE E. | ADDRESS ON FILE | | | | | | |
| 10887853 | CAIN, JONATHAN T. | ADDRESS ON FILE | | | | | | |
| 10879203 | CANO, KELSEY A. | ADDRESS ON FILE | | | | | | |
| 10852890 | CAPELLA, TYLER C. | ADDRESS ON FILE | | | | | | |
| 10834027 | CAPON, AARON L. | ADDRESS ON FILE | | | | | | |
| 10865916 | CAPPS, WILLIAM S. | ADDRESS ON FILE | | | | | | |
| 10852889 | CARDACI, GAREN G. | ADDRESS ON FILE | | | | | | |
| 10871315 | CARDENAS, EDWIN O. | ADDRESS ON FILE | | | | | | |
| 10848611 | CAREY, JOHN D. | ADDRESS ON FILE | | | | | | |
| 10946945 | CARLISLE PROPERTIES | PO BOX 1415 | | | COLORADO SPGS | CO | 80901-1415 | |
| 10864915 | CARMODY, ASHLEY A. | ADDRESS ON FILE | | | | | | |
| 10861616 | CARON, NATE B. | ADDRESS ON FILE | | | | | | |
| 10824190 | CARPENTER, CHRISTOPHER S. | ADDRESS ON FILE | | | | | | |
| 10839390 | CARPINTERO, JOSE Y. | ADDRESS ON FILE | | | | | | |
| 10820522 | CARRABE PIRES, WINNYE D. | ADDRESS ON FILE | | | | | | |
| 10823558 | CARRILLO, MARCOANTONIO | ADDRESS ON FILE | | | | | | |
| 10829910 | CARRINGTON, DAMON R. | ADDRESS ON FILE | | | | | | |
| 10841006 | CARROLL, TYLER F. | ADDRESS ON FILE | | | | | | |
| 10847433 | CARSON, ANGEL M. | ADDRESS ON FILE | | | | | | |
| 10859367 | CARTER, ALYSSA M. | ADDRESS ON FILE | | | | | | |
| 10858335 | CARTER, LASHAWN D. | ADDRESS ON FILE | | | | | | |
| 10825992 | CARUSO, MATTHEW | ADDRESS ON FILE | | | | | | |
| 10869248 | CARVER, CHRISTOPHER A. | ADDRESS ON FILE | | | | | | |
| 10846585 | CARVER, REGINA M. | ADDRESS ON FILE | | | | | | |
| 10847429 | CASSIDY, DAWANE | ADDRESS ON FILE | | | | | | |
| 10838270 | CASTILLO, ALEXANDER N. | ADDRESS ON FILE | | | | | | |
| 10844036 | CASTILLO, KATALINA A. | ADDRESS ON FILE | | | | | | |
| 10846583 | CASTRO, DVONTE T. | ADDRESS ON FILE | | | | | | |
| 10837291 | CATE, ALESIA M. | ADDRESS ON FILE | | | | | | |
| 10863004 | CATERINA, NICHOLAS J. | ADDRESS ON FILE | | | | | | |
| 10830116 | CATRUCCO, JOSEPH J. | ADDRESS ON FILE | | | | | | |
| 10847427 | CATTELL, TROY A. | ADDRESS ON FILE | | | | | | |
| 10989747 | CEBRES, MARIA | ADDRESS ON FILE | | | | | | |
| 10851901 | CEDENO, GENESIS B. | ADDRESS ON FILE | | | | | | |
| 10825877 | CERDA, PAMELA A. | ADDRESS ON FILE | | | | | | |
| 10878582 | CHACON, AARON M. | ADDRESS ON FILE | | | | | | |
| 10827726 | CHAMBERLAN, SAMANTHA J. | ADDRESS ON FILE | | | | | | |
| 10864028 | CHANDLER, BARLOW P. | ADDRESS ON FILE | | | | | | |
| 10970298 | CHAPLAIN, MICHAEL | ADDRESS ON FILE | | | | | | |
| 10881585 | CHASE, JENNIFER K. | ADDRESS ON FILE | | | | | | |
| 10829325 | CHAVEZ, ALYSSA | ADDRESS ON FILE | | | | | | |
| 10852875 | CHEEK, CAMERON F. | ADDRESS ON FILE | | | | | | |
| 10834342 | CHEN, KATHRYN | ADDRESS ON FILE | | | | | | |
| 10830404 | CHERISOL, BENJAMIN | ADDRESS ON FILE | | | | | | |
| 10821550 | CHERRYHOMES, SARAH M. | ADDRESS ON FILE | | | | | | |
| 10833266 | CHESLOW, JAMIE N. | ADDRESS ON FILE | | | | | | |
| 10864027 | CHESNEL, BRIDGET D. | ADDRESS ON FILE | | | | | | |
| 10832470 | CHESTER, BETHANY G. | ADDRESS ON FILE | | | | | | |
| 10862418 | CHIARAVALLOT, FRANCESCO M. | ADDRESS ON FILE | | | | | | |
| 10880736 | CHIARIELLO, DAMON A. | ADDRESS ON FILE | | | | | | |

In re: GNC Holdings, Inc., et al.
Case No. 20-11662 (KBO)

Page 2 of 9

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|
| 10875641 | CHISHOLM, JONATHAN P. | ADDRESS ON FILE | | | | | | |
| 10881584 | CHOWTEE, ESTHER R. | ADDRESS ON FILE | | | | | | |
| 10866910 | CHUBB, SATARA D. | ADDRESS ON FILE | | | | | | |
| 10852872 | CHURCO, JUSTUS M. | ADDRESS ON FILE | | | | | | |
| 10844032 | CHUROVIA, NICHOLAS R. | ADDRESS ON FILE | | | | | | |
| 10867703 | CIRESI, ERIC T. | ADDRESS ON FILE | | | | | | |
| 10877851 | CISNEROS, JOSE C. | ADDRESS ON FILE | | | | | | |
| 10828432 | CISZEK, ZACHARY A. | ADDRESS ON FILE | | | | | | |
| 10828250 | CITY OF JOHNS CREEK | 11360 LAKEFIELD DR | | | DULUTH | GA | 30097-1569 | |
| 10879360 | CITY OF MENIFEE | 29844 HAUN RD | | | MENIFEE | CA | 92586-6539 | |
| 10883778 | CITY OF YELM | 106 2ND ST SE | | | YELM | WA | 98597-7667 | |
| 10829324 | CLAPP, LUKE A. | ADDRESS ON FILE | | | | | | |
| 10888295 | CLARK, BRIAN E. | ADDRESS ON FILE | | | | | | |
| 10848606 | CLARK, JOEL D. | ADDRESS ON FILE | | | | | | |
| 10842467 | CLARK, TERRY J. | ADDRESS ON FILE | | | | | | |
| 10859342 | CLARKE, BRODIE E. | ADDRESS ON FILE | | | | | | |
| 10835447 | CLEMENT, DAKOTAH R. | ADDRESS ON FILE | | | | | | |
| 10826814 | CLEMENT, JUSTUS K. | ADDRESS ON FILE | | | | | | |
| 10873908 | CLINE, EMILY S. | ADDRESS ON FILE | | | | | | |
| 10862389 | CLINKSCALES, CHRISTOPHER C. | ADDRESS ON FILE | | | | | | |
| 10823938 | CLONCH, BRYCE M. | ADDRESS ON FILE | | | | | | |
| 10863415 | COBLENTZ, TRISTAN G. | ADDRESS ON FILE | | | | | | |
| 10887845 | COBOS, ANTHONY I. | ADDRESS ON FILE | | | | | | |
| 10842896 | CODA, DYLAN J. | ADDRESS ON FILE | | | | | | |
| 10861606 | CODY, DAVID B. | ADDRESS ON FILE | | | | | | |
| 10824509 | COLINA, DOUGLAS G. | ADDRESS ON FILE | | | | | | |
| 10845686 | COLLINS, ASHLEY D. | ADDRESS ON FILE | | | | | | |
| 10836408 | COLSON, ALEXIS A. | ADDRESS ON FILE | | | | | | |
| 10871289 | COLVARD, TRAVIS H. | ADDRESS ON FILE | | | | | | |
| 10855191 | COMBS, RYAN W. | ADDRESS ON FILE | | | | | | |
| 10836902 | COMPEAUX, HOLLIE | ADDRESS ON FILE | | | | | | |
| 10875977 | CONAWAY, DESERAYE P. | ADDRESS ON FILE | | | | | | |
| 10873902 | CONTRERAS, KYLA | ADDRESS ON FILE | | | | | | |
| 10865883 | COOPER, CARMEN E. | ADDRESS ON FILE | | | | | | |
| 10858298 | COSGROVE, JAMES R. | ADDRESS ON FILE | | | | | | |
| 10991619 | COURT, EDDIE | ADDRESS ON FILE | | | | | | |
| 10842454 | COYLE, NOLAN P. | ADDRESS ON FILE | | | | | | |
| 10840104 | CRABTREE, MEGAN R. | ADDRESS ON FILE | | | | | | |
| 10873099 | CRAIG, ANDREW J. | ADDRESS ON FILE | | | | | | |
| 10861057 | CRAIG, CONOR R. | ADDRESS ON FILE | | | | | | |
| 10852842 | CRIADO, KARLEE M. | ADDRESS ON FILE | | | | | | |
| 10873097 | CRIDER, DRAKE N. | ADDRESS ON FILE | | | | | | |
| 10849664 | CROASDAILE, JESSICA L. | ADDRESS ON FILE | | | | | | |
| 10835107 | CROCKETT, TEQUILA N. | ADDRESS ON FILE | | | | | | |
| 10837286 | CROUSE, CODY J. | ADDRESS ON FILE | | | | | | |
| 10856411 | CRUZ MORENO, MISTY M. | ADDRESS ON FILE | | | | | | |
| 10827364 | CRUZ, ASHLEY M. | ADDRESS ON FILE | | | | | | |
| 10837549 | CRUZ, JASON P. | ADDRESS ON FILE | | | | | | |
| 10849055 | CRUZ, KEVIN | ADDRESS ON FILE | | | | | | |
| 10865860 | CULBERT, KEVIN P. | ADDRESS ON FILE | | | | | | |
| 10851030 | CUMPSTON, EDWARD M. | ADDRESS ON FILE | | | | | | |
| 10832459 | CUNNINGHAM, NAUTICA | ADDRESS ON FILE | | | | | | |
| 10884164 | CURRINGTON, DAMASJAE D. | ADDRESS ON FILE | | | | | | |
| 10828965 | CURRY, JUSTIN J. | ADDRESS ON FILE | | | | | | |
| 10846550 | CURTIS, SHAWNA M. | ADDRESS ON FILE | | | | | | |
| 10874885 | DALEY, TYLER | ADDRESS ON FILE | | | | | | |
| 10840098 | DAMPIER, RACHEL A. | ADDRESS ON FILE | | | | | | |
| 10832823 | DAVIDSON, JOYCE M. | ADDRESS ON FILE | | | | | | |
| 10844376 | DAVIDSON, MIRANDA L. | ADDRESS ON FILE | | | | | | |
| 10875967 | DAVIDSON, NATASHA B. | ADDRESS ON FILE | | | | | | |
| 10830713 | DAVIDSON, RYAN A. | ADDRESS ON FILE | | | | | | |
| 10885497 | DAVIS, BRONSON T. | ADDRESS ON FILE | | | | | | |
| 10837279 | DAVIS, CHASE C. | ADDRESS ON FILE | | | | | | |
| 10840969 | DAVIS, CLINTON B. | ADDRESS ON FILE | | | | | | |
| 10847388 | DAVIS, DASHA B. | ADDRESS ON FILE | | | | | | |
| 10843138 | DAVIS, LEO D. | ADDRESS ON FILE | | | | | | |
| 10833694 | DAVIS, STEVEN W. | ADDRESS ON FILE | | | | | | |
| 10850333 | DAWSON, CATHERINE A. | ADDRESS ON FILE | | | | | | |
| 10827552 | DAY, LOGAN J. | ADDRESS ON FILE | | | | | | |
| 10856408 | DE LA TORRE, NANCY V. | ADDRESS ON FILE | | | | | | |

In re: GNC Holdings, Inc., et al.
Case No. 20-11662 (KBO)

Page 3 of 9

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|
| 10827158 | DEAN, GARRETT E. | ADDRESS ON FILE | | | | | | |
| 10848096 | DEE, MICHAEL J. | ADDRESS ON FILE | | | | | | |
| 10974429 | DEIHO, KRIS | ADDRESS ON FILE | | | | | | |
| 10832250 | DEITHORN, MICHAEL L. | ADDRESS ON FILE | | | | | | |
| 10822216 | DEJESUS, CARLOS J. | ADDRESS ON FILE | | | | | | |
| 10849388 | DEL HOYO GALVAN, NICOLAS | ADDRESS ON FILE | | | | | | |
| 10881562 | DELGADO, ELIZABETH | ADDRESS ON FILE | | | | | | |
| 10883666 | DELILLE, MARC | ADDRESS ON FILE | | | | | | |
| 10840088 | DEMARCO, JORDAN E. | ADDRESS ON FILE | | | | | | |
| 10869438 | DEMARTINO, VINCENT L. | ADDRESS ON FILE | | | | | | |
| 10848091 | DENETDRA, BROWN | ADDRESS ON FILE | | | | | | |
| 10866867 | DENNIS, SARAH J. | ADDRESS ON FILE | | | | | | |
| 10834476 | DENT, JONI | ADDRESS ON FILE | | | | | | |
| 10856818 | DETTBARN, GARRETT C. | ADDRESS ON FILE | | | | | | |
| 10866865 | DEVENS, TASHA N. | ADDRESS ON FILE | | | | | | |
| 10814061 | DIVERSE STAFFING | 7135 WALDEMAR DR | | | INDIANAPOLIS | IN | 46268-4158 | |
| 10840956 | DODSON, ADRIAN P. | ADDRESS ON FILE | | | | | | |
| 11031738 | DOUTHWAITE, JOSEPH | ADDRESS ON FILE | | | | | | |
| 10865827 | DRANEY, HEIDEE S. | ADDRESS ON FILE | | | | | | |
| 11011987 | DUNNE, BARBARA | ADDRESS ON FILE | | | | | | |
| 10982447 | DUVERGE, PAVEL | ADDRESS ON FILE | | | | | | |
| 10860251 | EASON, ROBERT M. | ADDRESS ON FILE | | | | | | |
| 10852805 | ELLISON, KHARN C. | ADDRESS ON FILE | | | | | | |
| 10845634 | ENGELSTAD, RYAN W. | ADDRESS ON FILE | | | | | | |
| 11022533 | FARFAM, ANDREW | ADDRESS ON FILE | | | | | | |
| 10876396 | FIEDLER, GRENADE D. | ADDRESS ON FILE | | | | | | |
| 10836343 | GOMES, DENZIA L. | ADDRESS ON FILE | | | | | | |
| 10969714 | GOMEZ, ANNA | ADDRESS ON FILE | | | | | | |
| 10863352 | GONZALEZ, JUSTINN D. | ADDRESS ON FILE | | | | | | |
| 10855027 | GREEN, SETH D. | ADDRESS ON FILE | | | | | | |
| 10865735 | GRIFFIN, TYLER D. | ADDRESS ON FILE | | | | | | |
| 10838783 | GROENHEIM, SAMUEL J. | ADDRESS ON FILE | | | | | | |
| 11042702 | GUAYO, ERIK | ADDRESS ON FILE | | | | | | |
| 10969715 | GUNNOE, BRANDON | ADDRESS ON FILE | | | | | | |
| 10833640 | GUZMAN, DIEGO A. | ADDRESS ON FILE | | | | | | |
| 10838164 | HAMMERMAN & HULTGREN PC | 3101 N CENTRAL AVENUE STE 1030 | | | PHOENIX | AZ | 85012-2654 | |
| 10871150 | HAYES, PRESIADA R. | ADDRESS ON FILE | | | | | | |
| 10859154 | HELM, NICHOLAS D. | ADDRESS ON FILE | | | | | | |
| 10841655 | HENIGIN, JOHN D. | ADDRESS ON FILE | | | | | | |
| 10837518 | HENN, CRAIG M. | ADDRESS ON FILE | | | | | | |
| 10842840 | HENN, JESSE D. | ADDRESS ON FILE | | | | | | |
| 10850926 | HENNION, JEFFREY R. | ADDRESS ON FILE | | | | | | |
| 10863332 | HENRIQUEZ, JOSHUA E. | ADDRESS ON FILE | | | | | | |
| 10865716 | HENSEN, DANIEL A. | ADDRESS ON FILE | | | | | | |
| 10884469 | HENSON, CHRISTIAN J. | ADDRESS ON FILE | | | | | | |
| 10861254 | HERBER, MATT M. | ADDRESS ON FILE | | | | | | |
| 10882644 | HERBST, LUCAS W. | ADDRESS ON FILE | | | | | | |
| 10826360 | HERNANDEZ, JESSICA M. | ADDRESS ON FILE | | | | | | |
| 10876348 | HERNANDEZ, JORGE M. | ADDRESS ON FILE | | | | | | |
| 10836814 | HERNANDEZ, KAYLA | ADDRESS ON FILE | | | | | | |
| 10880485 | HERNANDEZ, RAYMOND E. | ADDRESS ON FILE | | | | | | |
| 10833625 | HERRERA, JUAN P. | ADDRESS ON FILE | | | | | | |
| 10835378 | HERRICK, RAYMOND C. | ADDRESS ON FILE | | | | | | |
| 10846409 | HERZOG, HUNTER A. | ADDRESS ON FILE | | | | | | |
| 10823920 | HESKETH, CHAD H. | ADDRESS ON FILE | | | | | | |
| 10879084 | HICKMAN, AMY K. | ADDRESS ON FILE | | | | | | |
| 10840823 | HICKMAN, TYLER M. | ADDRESS ON FILE | | | | | | |
| 10876960 | HILL, ALEXANDER W. | ADDRESS ON FILE | | | | | | |
| 10826359 | HILTERBRAND, LOGAN T. | ADDRESS ON FILE | | | | | | |
| 10848845 | HINDS, TAMARA | ADDRESS ON FILE | | | | | | |
| 10842334 | HINDT, MICAH B. | ADDRESS ON FILE | | | | | | |
| 10853630 | HITE, JESSICA R. | ADDRESS ON FILE | | | | | | |
| 10851735 | HODGE, AUDRESHA B. | ADDRESS ON FILE | | | | | | |
| 10862949 | HOFHEIMER, WILLIAM D. | ADDRESS ON FILE | | | | | | |
| 10823490 | HOFSCHNEIDER, ZACHARIAH JO D. | ADDRESS ON FILE | | | | | | |
| 10840814 | HOHAN, SANDINA L. | ADDRESS ON FILE | | | | | | |
| 10849479 | HOLBERT, CHRISTOPHER R. | ADDRESS ON FILE | | | | | | |
| 10845535 | HOLLAND, ALYSON A. | ADDRESS ON FILE | | | | | | |
| 10826442 | HOLLAND, NICHOLAS J. | ADDRESS ON FILE | | | | | | |
| 10843804 | HOLLEMBEAK, JESSICA B. | ADDRESS ON FILE | | | | | | |

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|
| 10881012 | HOLLOWAY, DUSTIN M. | ADDRESS ON FILE | | | | | | |
| 10834290 | HOLLY PETERMAN | ADDRESS ON FILE | | | | | | |
| 10847286 | HOLMAN, BRENT T. | ADDRESS ON FILE | | | | | | |
| 10833620 | HOLMES, JASON D. | ADDRESS ON FILE | | | | | | |
| 10847284 | HOOD, ZACHARY A. | ADDRESS ON FILE | | | | | | |
| 10879810 | HOOPES, RAVEN | ADDRESS ON FILE | | | | | | |
| 10833978 | HORNE, MEGAN E. | ADDRESS ON FILE | | | | | | |
| 10883424 | HORNE, WILL R. | ADDRESS ON FILE | | | | | | |
| 10882063 | HOSTON, MARCUS K. | ADDRESS ON FILE | | | | | | |
| 10833175 | HOUDE, MIRANDA D. | ADDRESS ON FILE | | | | | | |
| 10833174 | HOUTZ, TIFFANI R. | ADDRESS ON FILE | | | | | | |
| 10842329 | HOWARD, TROY A. | ADDRESS ON FILE | | | | | | |
| 10828921 | HOWE, GARRETT M. | ADDRESS ON FILE | | | | | | |
| 10872061 | HOYLE, ZACHARY K. | ADDRESS ON FILE | | | | | | |
| 10816359 | HRA PALOMAR PLACE LP | C/O MDC REALTY ADVISORS CO LP | 1700 BROADWAY # 710 | | DENVER | CO | 80290-1700 | |
| 10668127 | HUEY, DANNY D. | ADDRESS ON FILE | | | | | | |
| 10850915 | HUGGINS, JEVANTE L. | ADDRESS ON FILE | | | | | | |
| 10872059 | HUGHES, JORDAN T. | ADDRESS ON FILE | | | | | | |
| 10839486 | HUMPHUS, ANTHONY M. | ADDRESS ON FILE | | | | | | |
| 10830065 | HUNNICUTT, AMBER L. | ADDRESS ON FILE | | | | | | |
| 10854454 | HUNT, SERGIO G. | ADDRESS ON FILE | | | | | | |
| 10831639 | HUNTER, ASIA | ADDRESS ON FILE | | | | | | |
| 10885820 | HUNTER, SAMMY E. | ADDRESS ON FILE | | | | | | |
| 10855004 | HURLEY, JON R. | ADDRESS ON FILE | | | | | | |
| 10828375 | HUSAIN, MUSTAFA S. | ADDRESS ON FILE | | | | | | |
| 10882624 | HUSCHKA, ALEX J. | ADDRESS ON FILE | | | | | | |
| 10887651 | HUSTOFT, ISAIAH J. | ADDRESS ON FILE | | | | | | |
| 10844799 | HUTCHINS, JOSHUA J. | ADDRESS ON FILE | | | | | | |
| 10841634 | IKNER, TAYLOR N. | ADDRESS ON FILE | | | | | | |
| 10834475 | IMRAN, ALI | ADDRESS ON FILE | | | | | | |
| 10847272 | INGRAM, CHASE S. | ADDRESS ON FILE | | | | | | |
| 10877688 | INIGUEZ, TYLER M. | ADDRESS ON FILE | | | | | | |
| 10946623 | IN-REL PROPERTIES | BROOKS W. CORR | C/O IN-REL PROPERTIES INC | 200 LAKE AVE STE 200 | LAKE WORTH | FL | 33460-3998 | |
| 10825967 | IRBY, LESLIE D. | ADDRESS ON FILE | | | | | | |
| 10824736 | IRWIN, ANDREA T. | ADDRESS ON FILE | | | | | | |
| 10883749 | IRWIN, KALEB | ADDRESS ON FILE | | | | | | |
| 10873370 | ISABELLE BULLOCK | ADDRESS ON FILE | | | | | | |
| 10861541 | ISHOL, SEAN A. | ADDRESS ON FILE | | | | | | |
| 10856369 | JACAMAN, KATHERINE D. | ADDRESS ON FILE | | | | | | |
| 10836300 | JACKSON, BRENT R. | ADDRESS ON FILE | | | | | | |
| 10888512 | JACKSON, KALI | ADDRESS ON FILE | | | | | | |
| 10823622 | JACKSON, REGINALD L. | ADDRESS ON FILE | | | | | | |
| 10829135 | JAGGERS, MEAGAN | ADDRESS ON FILE | | | | | | |
| 11002841 | JAMES, ERNEST | ADDRESS ON FILE | | | | | | |
| 10867533 | JAMES, AARON N. | ADDRESS ON FILE | | | | | | |
| 10865676 | JANNACE, JAMES R. | ADDRESS ON FILE | | | | | | |
| 10882054 | JANSSEN, CASEY L. | ADDRESS ON FILE | | | | | | |
| 10995434 | JAQUEZ, ROBERTO | ADDRESS ON FILE | | | | | | |
| 10827855 | JEFFERSON, KRYSTLE D. | ADDRESS ON FILE | | | | | | |
| 10821320 | JENKINS, QUEENASIA M. | ADDRESS ON FILE | | | | | | |
| 10819614 | JENNA KASKORKIS AND KIM CARTER, INDIVIDUALLY AND ON BEHALF OF ALL OTHER SIMILARLY SITUATED | ADDRESS ON FILE | | | | | | |
| 10830655 | JESSOP, PARKER J. | ADDRESS ON FILE | | | | | | |
| 10816327 | JOHN PAUL ANDERS | ADDRESS ON FILE | | | | | | |
| 10851704 | JOHNSON, AMANDA P. | ADDRESS ON FILE | | | | | | |
| 10871106 | JOHNSON, ASHLEY D. | ADDRESS ON FILE | | | | | | |
| 10863865 | JOHNSON, BRIDGET M. | ADDRESS ON FILE | | | | | | |
| 10839029 | JOHNSON, CHAMON I. | ADDRESS ON FILE | | | | | | |
| 10877679 | JOHNSON, DEREK A. | ADDRESS ON FILE | | | | | | |
| 10857294 | JOHNSON, DESMOND U. | ADDRESS ON FILE | | | | | | |
| 10825377 | JOHNSON, GARRETT P. | ADDRESS ON FILE | | | | | | |
| 10877675 | JOHNSON, KWAME L. | ADDRESS ON FILE | | | | | | |
| 10830653 | JOHNSON, LARRY J. | ADDRESS ON FILE | | | | | | |
| 10876935 | JOHNSON, SAMUEL L. | ADDRESS ON FILE | | | | | | |
| 10836529 | JOHNSON, TYLER S. | ADDRESS ON FILE | | | | | | |
| 10847992 | JOHNSTON, PIPER | ADDRESS ON FILE | | | | | | |
| 10866696 | JONES, ALYSIA V. | ADDRESS ON FILE | | | | | | |
| 10866695 | JONES, AMANDA K. | ADDRESS ON FILE | | | | | | |
| 10827120 | JONES, ANGELA L. | ADDRESS ON FILE | | | | | | |
| 10821360 | JONES, CHANDLER B. | ADDRESS ON FILE | | | | | | |
| 10839918 | JONES, CLARISSA T. | ADDRESS ON FILE | | | | | | |

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|
| 10840779 | JONES, DEANDRE A. | ADDRESS ON FILE | | | | | | |
| 11021414 | JONES, EVELYN | ADDRESS ON FILE | | | | | | |
| 10842311 | JONES, TYLER R. | ADDRESS ON FILE | | | | | | |
| 10842307 | JORDAN, JADA M. | ADDRESS ON FILE | | | | | | |
| 10828135 | JORDAN, SCHWARTZ S. | ADDRESS ON FILE | | | | | | |
| 10827959 | JOSEPH, ALEXANDER C. | ADDRESS ON FILE | | | | | | |
| 10869745 | JUAREZ, CASSANDRA H. | ADDRESS ON FILE | | | | | | |
| 10888461 | JUAREZ, JOSHUA | ADDRESS ON FILE | | | | | | |
| 10816798 | JULIA WEISKOPF | ADDRESS ON FILE | | | | | | |
| 10847251 | KALLON, BRITTANY | ADDRESS ON FILE | | | | | | |
| 10871086 | KAMINSKY, BRIAN M. | ADDRESS ON FILE | | | | | | |
| 10854723 | KAMKA, KAYLA M. | ADDRESS ON FILE | | | | | | |
| 10851687 | KARALUS, SKYLER J. | ADDRESS ON FILE | | | | | | |
| 10856726 | KASZANEK, MATTHEW W. | ADDRESS ON FILE | | | | | | |
| 10856362 | KAWTHARANI, HASSAN A. | ADDRESS ON FILE | | | | | | |
| 10872026 | KEANEY, NATHAN S. | ADDRESS ON FILE | | | | | | |
| 10836786 | KEEFER, CHASITIE | ADDRESS ON FILE | | | | | | |
| 10837671 | KEHOE, JOSHUA | ADDRESS ON FILE | | | | | | |
| 10840766 | KELLE, STEPHEN A. | ADDRESS ON FILE | | | | | | |
| 10863857 | KENNEDY, BRIETTA D. | ADDRESS ON FILE | | | | | | |
| 10839242 | KENNETT, JACKSON G. | ADDRESS ON FILE | | | | | | |
| 10850239 | KENNINGTON, JAMES P. | ADDRESS ON FILE | | | | | | |
| 10822206 | KENSINGER, ADAM M. | ADDRESS ON FILE | | | | | | |
| 10872895 | KEPLEY, CASEY D. | ADDRESS ON FILE | | | | | | |
| 10835744 | KESTER, LUGENIA G. | ADDRESS ON FILE | | | | | | |
| 10852623 | KEYS, JONATHAN T. | ADDRESS ON FILE | | | | | | |
| 10824973 | KIM, BRIAN G. | ADDRESS ON FILE | | | | | | |
| 10844305 | KIMBALL, MITCHELL J. | ADDRESS ON FILE | | | | | | |
| 10885028 | KINDRED, CONNER T. | ADDRESS ON FILE | | | | | | |
| 10873732 | KING, AUSTIN J. | ADDRESS ON FILE | | | | | | |
| 10854990 | KING, DAVID A. | ADDRESS ON FILE | | | | | | |
| 10879058 | KING, SEKWON A. | ADDRESS ON FILE | | | | | | |
| 10841607 | KINGRY, JULIA E. | ADDRESS ON FILE | | | | | | |
| 10825131 | KINGSLEY DILLARD, NOAH Z. | ADDRESS ON FILE | | | | | | |
| 10826062 | KIRBY, JOHN S. | ADDRESS ON FILE | | | | | | |
| 10825094 | KIRKSEY-HENDERSON, JOHNIYA S. | ADDRESS ON FILE | | | | | | |
| 10841603 | KNIGHT, MIYAH P. | ADDRESS ON FILE | | | | | | |
| 10823251 | KOLLER, ALEX R. | ADDRESS ON FILE | | | | | | |
| 10835347 | KOLLHOFF, THOMAS J. | ADDRESS ON FILE | | | | | | |
| 10824908 | KOSILE, ABIOLA | ADDRESS ON FILE | | | | | | |
| 10855934 | KOSKO-BLYLER, MARISSA K. | ADDRESS ON FILE | | | | | | |
| 10824237 | KOVACS, CHRISTOPHER R. | ADDRESS ON FILE | | | | | | |
| 10822361 | KRAUS, JOSHUA R. | ADDRESS ON FILE | | | | | | |
| 10875685 | KRISHNAN, SUSHANTH K. | ADDRESS ON FILE | | | | | | |
| 10860093 | KROMAH, MUSTAPHA | ADDRESS ON FILE | | | | | | |
| 10858080 | KRONLUND, JARED S. | ADDRESS ON FILE | | | | | | |
| 10849630 | KRZYWIECKI, BETHANY J. | ADDRESS ON FILE | | | | | | |
| 10879801 | KUHN, KYLE R. | ADDRESS ON FILE | | | | | | |
| 10854405 | KUHN, KYNDAL J. | ADDRESS ON FILE | | | | | | |
| 10877645 | KUNKLE, ROBERT P. | ADDRESS ON FILE | | | | | | |
| 10852609 | LA RUE, ANGELA C. | ADDRESS ON FILE | | | | | | |
| 10829861 | LABANOWSKI, KATIE L. | ADDRESS ON FILE | | | | | | |
| 10827112 | LABARGE, NOAH A. | ADDRESS ON FILE | | | | | | |
| 10827111 | LAGBAO, PAULO N. | ADDRESS ON FILE | | | | | | |
| 10844767 | LALONDE, MELANIE M. | ADDRESS ON FILE | | | | | | |
| 10840750 | LAMARK, NATHAN R. | ADDRESS ON FILE | | | | | | |
| 10873714 | LAMAY, DYLAN J. | ADDRESS ON FILE | | | | | | |
| 10839896 | LAMB, CHRISTIAN J. | ADDRESS ON FILE | | | | | | |
| 10867500 | LAMICELLA, EVAN | ADDRESS ON FILE | | | | | | |
| 10879047 | LAMP, HUNTER E. | ADDRESS ON FILE | | | | | | |
| 10873713 | LANDRY, RYAN J. | ADDRESS ON FILE | | | | | | |
| 10837211 | LARROW, RYAN M. | ADDRESS ON FILE | | | | | | |
| 10824293 | LARSEN JR. LEONARD P. | ADDRESS ON FILE | | | | | | |
| 10832732 | LAURANCE, JULIE A. | ADDRESS ON FILE | | | | | | |
| 10876903 | LAUTMAN, STEVEN H. | ADDRESS ON FILE | | | | | | |
| 10842806 | LAVANA, MIA M. | ADDRESS ON FILE | | | | | | |
| 10834859 | LAVENDER, DANIELLE K. | ADDRESS ON FILE | | | | | | |
| 10821761 | LAWAL, SUKARAT | ADDRESS ON FILE | | | | | | |
| 10872872 | LEACH, JOSHUA M. | ADDRESS ON FILE | | | | | | |
| 10878400 | LEAL, ANTHONY A. | ADDRESS ON FILE | | | | | | |

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|
| 10864656 | LEBEAU, BRITINY N. | ADDRESS ON FILE | | | | | | |
| 10828902 | LEBLANC, CHAD M. | ADDRESS ON FILE | | | | | | |
| 10826356 | LEBLANC, ELIZABETH M. | ADDRESS ON FILE | | | | | | |
| 10870289 | LECOMPTE, TAYLOR L. | ADDRESS ON FILE | | | | | | |
| 10975244 | LEDOUX, KRISTILLE | ADDRESS ON FILE | | | | | | |
| 10829513 | LEE BERGER | ADDRESS ON FILE | | | | | | |
| 10825963 | LEE, BRANDON A. | ADDRESS ON FILE | | | | | | |
| 10991724 | LEE, JU | ADDRESS ON FILE | | | | | | |
| 10879484 | LEE, NICOLE D. | ADDRESS ON FILE | | | | | | |
| 10862133 | LEEZA HANSON | ADDRESS ON FILE | | | | | | |
| 10885018 | LEGERE, DOUGLAS A. | ADDRESS ON FILE | | | | | | |
| 10886998 | LIGHTFOOT, STEPHANIE M. | ADDRESS ON FILE | | | | | | |
| 10848822 | LIN, JENNIFER | ADDRESS ON FILE | | | | | | |
| 11028122 | LINDSEY, MARIO | ADDRESS ON FILE | | | | | | |
| 10826017 | LINDSEY, TRAVIS | ADDRESS ON FILE | | | | | | |
| 10826552 | LINSENMEYER, THOMAS | ADDRESS ON FILE | | | | | | |
| 10830636 | LIPSCOMB, LORENZO | ADDRESS ON FILE | | | | | | |
| 10827316 | LIRA, RAYSSA C. | ADDRESS ON FILE | | | | | | |
| 10855713 | LISA LAMB | ADDRESS ON FILE | | | | | | |
| 10876896 | LOESER, EPHRAIM N. | ADDRESS ON FILE | | | | | | |
| 10877631 | LOMBARDI, MICHAEL | ADDRESS ON FILE | | | | | | |
| 10837204 | LONA, JOSHUA A. | ADDRESS ON FILE | | | | | | |
| 10827107 | LOPEZ, XAVIER R. | ADDRESS ON FILE | | | | | | |
| 10886521 | LOUIS, MAX S. | ADDRESS ON FILE | | | | | | |
| 10860862 | LUNA, CARINA M. | ADDRESS ON FILE | | | | | | |
| 10848491 | LUNDY, KATI L. | ADDRESS ON FILE | | | | | | |
| 10861505 | LYNCH, RYAN L. | ADDRESS ON FILE | | | | | | |
| 10857245 | MACKLIN, ARIELLE S. | ADDRESS ON FILE | | | | | | |
| 10875410 | MACKULIN, ALEXANDER J. | ADDRESS ON FILE | | | | | | |
| 10879024 | MARQUEL, AMBLER | ADDRESS ON FILE | | | | | | |
| 10830623 | MARTIN, PAMELA A. | ADDRESS ON FILE | | | | | | |
| 10865567 | MARTIN, PEPPER S. | ADDRESS ON FILE | | | | | | |
| 10863813 | MARTINSON, PAGE M. | ADDRESS ON FILE | | | | | | |
| 10866619 | MASON, JOSEPH R. | ADDRESS ON FILE | | | | | | |
| 10881993 | MATA, JASSELLE B. | ADDRESS ON FILE | | | | | | |
| 10853503 | MATHEW, QUINN X. | ADDRESS ON FILE | | | | | | |
| 10885391 | MATHIS, AUSTIN J. | ADDRESS ON FILE | | | | | | |
| 10823536 | MATTHEWS III, EDWARD L. | ADDRESS ON FILE | | | | | | |
| 10856350 | MATTHEWS, RODERICK O. | ADDRESS ON FILE | | | | | | |
| 10889566 | MAXWELL, DUSTIN | ADDRESS ON FILE | | | | | | |
| 10840701 | MAYER, NICOLAS R. | ADDRESS ON FILE | | | | | | |
| 10871947 | MAYHUT, ALYSIA E. | ADDRESS ON FILE | | | | | | |
| 10869194 | MCANULTY, SEBASTIAN T. | ADDRESS ON FILE | | | | | | |
| 10830042 | MCBRIDE, TIANDRE Q. | ADDRESS ON FILE | | | | | | |
| 10840697 | MCCALEB, DEMARCUS | ADDRESS ON FILE | | | | | | |
| 10843548 | MCCASKILL, CHRISTOPHER C. | ADDRESS ON FILE | | | | | | |
| 10836240 | MCCLAIN, JARON M. | ADDRESS ON FILE | | | | | | |
| 10869381 | MCCRADY, ELIZABETH R. | ADDRESS ON FILE | | | | | | |
| 10838417 | MCGARRITY, SABRINA R. | ADDRESS ON FILE | | | | | | |
| 10844277 | MCGARRITY, XAVIER M. | ADDRESS ON FILE | | | | | | |
| 10830040 | MCGOWN, PATRICIA L. | ADDRESS ON FILE | | | | | | |
| 10888026 | MCGUIRE, JOHN J. | ADDRESS ON FILE | | | | | | |
| 10830965 | MCHENRY, JOHN P. | ADDRESS ON FILE | | | | | | |
| 10871941 | MCHUGH, ANDREA M. | ADDRESS ON FILE | | | | | | |
| 10885386 | MCKENZIE, MECHELE | ADDRESS ON FILE | | | | | | |
| 10850813 | MCKINNEY, ADRICK C. | ADDRESS ON FILE | | | | | | |
| 10822911 | MCKINNEY, ZACHARY C. | ADDRESS ON FILE | | | | | | |
| 10856140 | MCLAUGHLIN, ALLISON J. | ADDRESS ON FILE | | | | | | |
| 10854360 | MCLAUGHLIN, TIM | ADDRESS ON FILE | | | | | | |
| 10862710 | MCMULLEN, JOHNATHON A. | ADDRESS ON FILE | | | | | | |
| 10836232 | MCNATT, JOSEPH C. | ADDRESS ON FILE | | | | | | |
| 10870247 | MCNEILL, DOMINIC T. | ADDRESS ON FILE | | | | | | |
| 10813732 | MDIL PARTNERS LLC | CROSBIE MANAGEMENT SERVICES | 2795 N SPEER BLVD STE 10 | | DENVER | CO | 80211-4269 | |
| 11005400 | MEDEIROS, JOE | ADDRESS ON FILE | | | | | | |
| 10828347 | MEDINA, GLODELL M. | ADDRESS ON FILE | | | | | | |
| 10842242 | MEDINA, MAYA M. | ADDRESS ON FILE | | | | | | |
| 10882560 | MEEHAN, WENDY S. | ADDRESS ON FILE | | | | | | |
| 10856006 | MENSAH YEBOAH, ISAAC K. | ADDRESS ON FILE | | | | | | |
| 10829851 | MERTIKAS, DONOVAN M. | ADDRESS ON FILE | | | | | | |
| 10826428 | MESA, CHRISTOPHER M. | ADDRESS ON FILE | | | | | | |

In re: GNC Holdings, Inc., et al.
Case No. 20-11662 (KBO)

Page 7 of 9

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|
| 10876592 | MICHAEL BUTTERWORTH | ADDRESS ON FILE | | | | | | |
| 10873653 | MILLER, ERIN C. | ADDRESS ON FILE | | | | | | |
| 10839190 | MILLER, IMMANUEL J. | ADDRESS ON FILE | | | | | | |
| 10818351 | MINUTEMAN PRESS | 521 E OHIO ST | | | PITTSBURGH | PA | 15212-5516 | |
| 10830611 | MOLINA, ARTURO A. | ADDRESS ON FILE | | | | | | |
| 10838409 | MONDA, CHRISTOPHER A. | ADDRESS ON FILE | | | | | | |
| 10839181 | MONTANO, VALERIE M. | ADDRESS ON FILE | | | | | | |
| 10880458 | MONTES, LEVI JAMES T. | ADDRESS ON FILE | | | | | | |
| 10863238 | MONTESION, THOMAS A. | ADDRESS ON FILE | | | | | | |
| 10826140 | MOORE, IMANI | ADDRESS ON FILE | | | | | | |
| 10854339 | MOORE, OMARI S. | ADDRESS ON FILE | | | | | | |
| 10852522 | MORRELL, SCOTT A. | ADDRESS ON FILE | | | | | | |
| 10840274 | MUELLER, JOSHUA M. | ADDRESS ON FILE | | | | | | |
| 10846230 | MUMMERY, DAVID J. | ADDRESS ON FILE | | | | | | |
| 10828587 | MUNDA, KENNETH O. | ADDRESS ON FILE | | | | | | |
| 10824589 | MUNDY, JEFFREY E. | ADDRESS ON FILE | | | | | | |
| 10870961 | MURPHY, THERESA M. | ADDRESS ON FILE | | | | | | |
| 10872790 | NASH, KARLISA E. | ADDRESS ON FILE | | | | | | |
| 10846222 | NEISLER, JESSE T. | ADDRESS ON FILE | | | | | | |
| 10836193 | NEWTON, AUTUMN E. | ADDRESS ON FILE | | | | | | |
| 10888243 | NOBLE, TYLER S. | ADDRESS ON FILE | | | | | | |
| 10848803 | NOE, AARON M. | ADDRESS ON FILE | | | | | | |
| 10878328 | NOLAN, JOSIAH D. | ADDRESS ON FILE | | | | | | |
| 10864547 | OAKMAN, MIRANDA K. | ADDRESS ON FILE | | | | | | |
| 10845390 | OHLMANN, JUSTIN T. | ADDRESS ON FILE | | | | | | |
| 10827088 | OROZCO, BRYAN G. | ADDRESS ON FILE | | | | | | |
| 10847873 | OTTMAN, BEAU W. | ADDRESS ON FILE | | | | | | |
| 11032584 | OU, GONGQING | ADDRESS ON FILE | | | | | | |
| 10817462 | OUTLETS OF CORPUS CHRISTI BAY | C/O LOCKARD OUTLETS CORPUS | CHRISTS BAY LLC | 999 HOME PLZ STE 220 | WATERLOO | IA | 50701-4805 | |
| 10873600 | OWENS, ISAAC D. | ADDRESS ON FILE | | | | | | |
| 10876225 | PACHECO, ROBERTO A. | ADDRESS ON FILE | | | | | | |
| 10829279 | PAGAN, JOEL C. | ADDRESS ON FILE | | | | | | |
| 10864530 | PALMER, JESSICA L. | ADDRESS ON FILE | | | | | | |
| 10832349 | PAPAPIETRO, PAUL J. | ADDRESS ON FILE | | | | | | |
| 10838397 | PARATORE, KRISTINA S. | ADDRESS ON FILE | | | | | | |
| 10847125 | PARCELL, JOHN R. | ADDRESS ON FILE | | | | | | |
| 10836182 | PARDUE, SLOANE A. | ADDRESS ON FILE | | | | | | |
| 10839773 | PARGO, JERHMEEL C. | ADDRESS ON FILE | | | | | | |
| 10841482 | PARTEE, CHREE L. | ADDRESS ON FILE | | | | | | |
| 10883026 | PATT, TRAVIS W. | ADDRESS ON FILE | | | | | | |
| 10846195 | PATXOT, ROBERT J. | ADDRESS ON FILE | | | | | | |
| 10820721 | PAULO, ESPERANCA V. | ADDRESS ON FILE | | | | | | |
| 10879767 | PENNER, JARED | ADDRESS ON FILE | | | | | | |
| 10826882 | PEREZ, ERNESTO A. | ADDRESS ON FILE | | | | | | |
| 10889556 | PEREZ, JESUS F. | ADDRESS ON FILE | | | | | | |
| 10845365 | PERLSTEIN, SETH D. | ADDRESS ON FILE | | | | | | |
| 10875830 | PETERSEN, HEATHER M. | ADDRESS ON FILE | | | | | | |
| 10863753 | PHEBUS, SAMANTHA E. | ADDRESS ON FILE | | | | | | |
| 10815904 | PHENOLICS | PO BOX 45544 | | | OMAHA | NE | 68145-0544 | |
| 10864511 | PIERCE, PATRICK M. | ADDRESS ON FILE | | | | | | |
| 10887737 | PILGRAM, JENNA C. | ADDRESS ON FILE | | | | | | |
| 11052347 | PINCKNEY, RON | ADDRESS ON FILE | | | | | | |
| 10868027 | POPE, JACOB C. | ADDRESS ON FILE | | | | | | |
| 10880628 | PORTILLO, NESTORE D. | ADDRESS ON FILE | | | | | | |
| 10833514 | PORTUGAL, JEREMY | ADDRESS ON FILE | | | | | | |
| 10839719 | REYNOLDS, MEGAN M. | ADDRESS ON FILE | | | | | | |
| 10837137 | ROFLOW, LISA M. | ADDRESS ON FILE | | | | | | |
| 10868964 | SCHIEFELBEIN, SAMANTHA M. | ADDRESS ON FILE | | | | | | |
| 10845283 | SCHWARTZ, JASON E. | ADDRESS ON FILE | | | | | | |
| 10838097 | SEABERRY, SHAWNDELLE A. | ADDRESS ON FILE | | | | | | |
| 10830254 | SEAL, NATHANIEL D. | ADDRESS ON FILE | | | | | | |
| 10824693 | SHAHAN, SARAH D. | ADDRESS ON FILE | | | | | | |
| 10999317 | SHEPHARD, DUSTIN | ADDRESS ON FILE | | | | | | |
| 10845269 | SIAK, CHRISTIAN J. | ADDRESS ON FILE | | | | | | |
| 10995490 | SMITH, DAN | ADDRESS ON FILE | | | | | | |
| 10824802 | SMITH, TIARA N. | ADDRESS ON FILE | | | | | | |
| 11005715 | SPEER, TYLER | ADDRESS ON FILE | | | | | | |
| 10842697 | SQUIERS, CHRIS | ADDRESS ON FILE | | | | | | |
| 10832618 | STANPHILL, LISA M. | ADDRESS ON FILE | | | | | | |
| 11057818 | STEHNO, DYLAN | ADDRESS ON FILE | | | | | | |

Exhibit A
Supplemental Service List
Served via First Class Mail

| MMLID | Name | Address1 | Address2 | Address3 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|---|
| 11054436 | STEWART, CLIFTON | ADDRESS ON FILE | | | | | | |
| 10869007 | STIMPERT, ZACHARY A. | ADDRESS ON FILE | | | | | | |
| 10975403 | STOIMENOV, DANIEL | ADDRESS ON FILE | | | | | | |
| 10877429 | SUCHINSKI, SAM F. | ADDRESS ON FILE | | | | | | |
| 10855634 | Sudbury, ON | 225 VETTERLEIN AVE | | | HAMILTON | NJ | 08619-2353 | |
| 10823167 | SUMBA, JULIET K. | ADDRESS ON FILE | | | | | | |
| 10854852 | SUTER, SHANNON | ADDRESS ON FILE | | | | | | |
| 10867312 | TABOR, VIOLA B. | ADDRESS ON FILE | | | | | | |
| 10979548 | TAYLOR, JACOB | ADDRESS ON FILE | | | | | | |
| 10819635 | TEL AVIV FASHIONS | 10 AMY CT | | | VALLEY STREAM | NY | 11581-3617 | |
| 10875514 | THOMPSON, NICHOLAS R. | ADDRESS ON FILE | | | | | | |
| 10884627 | THOMPSON, TRAVIS A. | ADDRESS ON FILE | | | | | | |
| 10818382 | TNC BUILDING OWNER LLC | C/O IN-REL PROPERTIES INC | 200 LAKE AVE STE 200 | | LAKE WORTH | FL | 33460-3998 | |
| 10881749 | TOWN OF WHITE HALL | 118 TYGART MALL LOOP | | | WHITE HALL | WV | 26554-2188 | |
| 10824035 | TRIANA, ANDREW | ADDRESS ON FILE | | | | | | |
| 10970909 | TROYER, BRANDON | ADDRESS ON FILE | | | | | | |
| 10862547 | VAN LITSENBURG, JOHN L. | ADDRESS ON FILE | | | | | | |
| 11045618 | VASQUEZ, EFRAIN | ADDRESS ON FILE | | | | | | |
| 10878181 | WALKER, DAVID V. | ADDRESS ON FILE | | | | | | |
| 10861374 | WALL, DEREK J. | ADDRESS ON FILE | | | | | | |
| 10846004 | WEDDING, TYLER S. | ADDRESS ON FILE | | | | | | |
| 11031697 | WHITEBIRD, JAKE | ADDRESS ON FILE | | | | | | |
| 10829582 | WIEDEMAN SCHULTZ, CORY L. | ADDRESS ON FILE | | | | | | |
| 11040837 | WILLAMS, DEVIN | ADDRESS ON FILE | | | | | | |
| 11014704 | WILLIAMS, CHARLES | ADDRESS ON FILE | | | | | | |
| 10822945 | WILLIAMS, TYRONE P. | ADDRESS ON FILE | | | | | | |
| 11052820 | WOOD, MARIANN | ADDRESS ON FILE | | | | | | |
| 10947739 | WOODMONT COMPANY | LOCKARD OUTLETS CORPUS CHRISTI BAY, LLC; | ATTN: PROPERTY MANAGEMENT | 999 HOME PLZ STE 220 | WATERLOO | IA | 50701-4805 | |
| 10840397 | WOODS, ABIGAIL M. | ADDRESS ON FILE | | | | | | |
| 10887961 | WOODS, ASHLEY A. | ADDRESS ON FILE | | | | | | |
| 10840395 | WRIGHT, KWEISI I. | ADDRESS ON FILE | | | | | | |
| 10866270 | WYNN, MATTHEW B. | ADDRESS ON FILE | | | | | | |
| 10976479 | YALE, KRISTEN | ADDRESS ON FILE | | | | | | |
| 10838339 | YARBOROUGH, DANIEL A. | ADDRESS ON FILE | | | | | | |
| 10833414 | YARTER, DAVID L. | ADDRESS ON FILE | | | | | | |
| 10991585 | ZHOU, YUAN | ADDRESS ON FILE | | | | | | |
| 10850582 | ZOROVIC, MATTHEW J. | ADDRESS ON FILE | | | | | | |

**<u>Exhibit B</u>**

Exhibit B

Supplemental Service List

Served via First Class Mail

| MMLID | Name | Address1 | City | State | Postal Code |
|---|---|---|---|---|---|
| 10886712 | GULF POWER | PO BOX 29090 | MIAMI | FL | 33102-9090 |
| 10887928 | TIME WARNER CABLE | PO BOX 742663 | CINCINNATI | OH | 45274-2663 |
| 10822837 | VECTREN ENERGY DELIVERY | 1300 EXPERIMENT FARM RD | TROY | OH | 45373-9409 |
| 10886586 | WESTAR ENERGY | PO BOX 419353 | KANSAS CITY | MO | 64141-6353 |