## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| GNC HOLDINGS, INC., *et al.*, | ) Case No. 20-11662 (KBO) |
|  | ) |
| Debtors.[1] | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: Docket No. 227, 559, 614, 810, 927 & 1111** |

### THIRD SUPPLEMENTAL NOTICE OF
### POTENTIAL ASSUMPTION AND ASSIGNMENT OF
### EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND CURE AMOUNTS

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "***Debtors***") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***") in the United States Bankruptcy Court for the District of Delaware (the "***Court***") on June 23, 2020 (the "***Petition Date***").

**PLEASE TAKE FURTHER NOTICE** that, on July 1, 2020, the Debtors filed a motion [Docket No. 227] (the "***Motion***")[2] with the Court seeking entry of orders, among other things, (a) approving the Debtors' bidding procedures (the "***Bidding Procedures***") in connection with the proposed auction (the "***Auction***") for the sale (the "***Sale***") of substantially all of the Debtors' assets (the "***Assets***"), (b) approving procedures for the assumption and assignment of executory contracts and unexpired leases in connection with the Sale, including notice of proposed cure amounts (the "***Assumption Procedures***"), (c) approving the form and manner of notices related to the Sale and the Assumption Procedures, and (d) establishing dates and deadlines in connection with the Sale.

**PLEASE TAKE FURTHER NOTICE** that, (i) on July 22, 2020, the Court entered an order [Docket No. 559] (the "***Bidding Procedures Order***") granting certain of the relief sought in the Motion, including, among other things, approving the (a) Bidding Procedures, which establish the key dates and times related to the Sale and the Auction and (b) Assumption Procedures, and

---

[1]  The debtors in these Chapter 11 Cases, along with the last four digits of each debtor's United States federal tax identification number, if applicable, or other applicable identification number, are: GNC Holdings, Inc. (6244); GNC Parent LLC (7572); GNC Corporation (5170); General Nutrition Centers, Inc. (5168); General Nutrition Corporation (4574); General Nutrition Investment Company (3878); Lucky Oldco Corporation (7141); GNC Funding, Inc. (7837); GNC International Holdings, Inc. (9873); GNC China Holdco, LLC (0004); GNC Headquarters LLC (7550); Gustine Sixth Avenue Associates, Ltd. (0731); GNC Canada Holdings, Inc. (3879); General Nutrition Centres Company (0939); GNC Government Services, LLC (2226); GNC Puerto Rico Holdings, Inc. (4559); and GNC Puerto Rico, LLC (7234). The debtors' mailing address is 300 Sixth Avenue, Pittsburgh, Pennsylvania 15222

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion or Bidding Procedures Order, as applicable.

(ii) on August 19, 2020, the Court entered an order [Docket No. 810] modifying the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "***Sale Hearing***") to consider approval of the proposed Sale free and clear of all liens, claims, interests and encumbrances will be held on **September 17, 2020 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Karen B. Owens, Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, at District of Delaware, at 824 Market Street North, 6th Floor, Wilmington, Delaware 19801, or at such other place (which may be by video conference) and time as the Debtors shall notify all Qualified Bidders, the Consultation Parties, and all other parties entitled to attend the Auction. The Debtors have the right to adjourn or cancel the Auction at or prior to the Auction.

**PLEASE TAKE FURTHER NOTICE** that the Bidding Procedures Order, as modified, among other things, established procedures for (a) the assumption of certain executory contracts and unexpired leases that the Debtors might seek to assume and assign to the Successful Bidder in connection with a Sale (collectively, including any amendments thereto, the "***Assigned Contracts***") and (b) the determination of related Cure Costs (as defined below). The Debtors are parties to numerous Assigned Contracts and, on July 31, 2020, in accordance with the Bidding Procedures Order, the Debtors filed an initial Assumption Notice [Docket No. 614] (the "***Initial Assumption Notice***") identifying (x) Assigned Contracts which may be assumed and assigned to the Successful Bidder in connection with a Sale, if one occurs, and (y) the proposed amounts, if any, that the Debtors believe are owed to the respective counterparties to such Assigned Contracts to cure any defaults or arrears existing under each Assigned Contract (the "***Cure Costs***") as of the Petition Date, both for executory contracts ("***Contracts***") and unexpired leases of nonresidential real property ("***Real Property Leases***"), respectively.

**PLEASE TAKE FURTHER NOTICE** that, on August 21, 2020, in accordance with the Bidding Procedures Order, the Debtors filed a supplemental Assumption Notice [Docket No. 927] (the "***First Supplemental Assumption Notice***") which (i) added certain additional Contracts inadvertently omitted from the Initial Assumption Notice and (ii) updated Cure Costs for certain Contracts listed on the Initial Assumption Notice to set forth amounts that accurately reflect the Debtors' books and records.

**PLEASE TAKE FURTHER NOTICE** that, on September 10, 2020, in accordance with the Bidding Procedures Order, the Debtors filed a second supplemental Assumption Notice [Docket No. 1111] (the "***Second Supplemental Assumption Notice***") which (i) added certain additional Contracts and three Real Property Leases inadvertently omitted from the Initial Assumption Notice and First Supplemental Assumption Notice and (ii) updated Cure Costs for certain Contracts or Real Property Leases listed on the Initial Assumption Notice and First Supplemental Assumption Notice to set forth amounts that accurately reflect the Debtors' books and records.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file this third supplemental Assumption Notice (this "***Third Supplemental Assumption Notice***") to (i) add certain additional Contracts inadvertently omitted from the Initial Assumption Notice, First Supplemental Assumption Notice, or Second Supplemental Assumption Notice and (ii) update Cure Costs for certain Contracts listed on the Initial Assumption Notice, First Supplemental

Assumption Notice, or Second Supplemental Assumption Notice to set forth amounts that accurately reflect the Debtors' books and records, both as set forth on **Exhibit 1** (for Contracts). Other than the Cure Costs listed on **Exhibit 1**, the Debtors are not aware of any amounts due and owing under the Assigned Contracts listed therein.  The Cure Costs are not dispositive for any other purpose, including for voting or distribution purposes.

**PLEASE TAKE FURTHER NOTICE THAT THIS THIRD SUPPLEMENTAL ASSUMPTION NOTICE, AND EXHIBIT 1 HERETO, DOES NOT REFLECT ANY AGREEMENTS REACHED BY AND BETWEEN THE DEBTORS AND THE COUNTERPARTIES LISTED ON THE INITIAL ASSUMPTION NOTICE, THE FIRST SUPPLEMENTAL ASSUMPTION NOTICE, OR THE SECOND SUPPLEMENTAL ASSUMPTION NOTICE WITH RESPECT TO CURE COSTS IDENTIFIED IN THE INITIAL ASSUMPTION NOTICE, THE FIRST SUPPLEMENTAL ASSUMPTION NOTICE, OR THE SECOND SUPPLEMENTAL ASSUMPTION NOTICE INCLUDING LANDLORD COUNTERPARTIES TO NONRESIDENTIAL REAL PROPERTY LEASES. THIS THIRD SUPPLEMENTAL ASSUMPTION NOTICE DOES NOT AFFECT OR OTHERWISE CHANGE ANY DEADLINES SET FORTH IN THE INITIAL ASSUMPTION NOTICE, FIRST SUPPLEMENTAL ASSUMPTION NOTICE, OR SECOND SUPPLEMENTAL ASSUMPTION NOTICE UNLESS EXPRESSLY SET FORTH HEREIN AND ONLY WITH RESPECT TO THE ASSIGNED CONTRACTS ON EXHIBIT 1.**

**PLEASE TAKE FURTHER NOTICE THAT YOU ARE RECEIVING THIS NOTICE BECAUSE YOU HAVE BEEN IDENTIFIED AS A COUNTERPARTY TO A CONTRACT THAT MAY BE ASSUMED AND ASSIGNED IN CONNECTION WITH THE SALE AND YOUR CONTRACT WAS EITHER OMITTED INADVERTENTLY FROM THE INITIAL ASSUMPTION NOTICE, FIRST SUPPLEMENTAL ASSUMPTION NOTICE, OR SECOND SUPPLEMENTAL ASSUMPTION NOTICE OR YOUR PROPOSED CURE AMOUNT HAS CHANGED IN THE MANNER SET FORTH ON EXHIBIT 1 HERETO**. *The presence of a Contract listed on Exhibit 1 does not constitute an admission that such Contract is an executory contract. Moreover, the inclusion of any Contract in Exhibit 1 shall not be construed as an affirmative indication that such Assigned Contract will be assumed and assigned in connection with the Sale, or assumed in connection with any plan of reorganization.  The Debtors reserve all of their rights, claims and causes of action with respect to the Assigned Contracts listed on Exhibit 1 attached hereto.  For the avoidance of doubt, the Debtors view individual purchase orders as independent of any master supply agreement the Debtors have with any vendor counterparty.  The Debtors may seek to assume and assign a vendor's master supply agreement without assuming and assigning or paying claims arising under purchase orders issued by such vendor, and such claims will not be considered Cure Costs under the master supply agreement.*

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Assumption Procedures, objections to the proposed assumption and assignment of an Assigned Contract (a "***Contract Objection***") including any objection relating to the Cure Cost or adequate assurance of future performance by any Stalking Horse Bidder, must (a) be in writing; (b) comply with the Bankruptcy Rules and Local Rules; (c) state with specificity the grounds for such objection, including, without limitation, the fully liquidated cure amount and the legal and factual bases for any unliquidated

cure amount that the Counterparty believes is required to be paid under sections 365(b)(1)(A) and (B) of the Bankruptcy Code for the applicable Assigned Contract, along with the specific nature and dates of any alleged defaults, the pecuniary losses, if any, resulting therefrom, and the conditions giving rise thereto; (d) be served on (i) co-counsel to the Debtors, (A) Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, Illinois 60611, Attn:  Richard A. Levy (richard.levy@lw.com) and Caroline A. Reckler (caroline.reckler@lw.com), and (B) Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, DE 19801, Attn: Michael Nestor (mnestor@ycst.com) and Kara Hammond Coyle (kcoyle@ycst.com); (ii) counsel to the administrative agent under the DIP Term Facility, Dorsey & Whitney LLP, 51 West 52nd Street, New York, New York 10019, Attn:   Erin E. Trigg and Samuel S. Kohn (email: trigg.erin@dorsey.com and kohn.samuel@dorsey.com); (iii) counsel to the Ad Hoc FILO Term Lender Group (A) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019, Attn:  Andrew N. Rosenberg, Jacob Adlerstein, and Douglas R. Keeton   (email:    arosenberg@paulweiss.com,     jadlerstein@paulweiss.com,    and dkeeton@paulweiss.com); and (B) Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, Delaware 19801, Attn:  Richard S. Cobb (cobb@lrclaw.com); (iv) counsel to the Ad Hoc Group of Crossover Lenders (A) Milbank LLP, 2029 Century Park East, Los Angeles, California 90067, Attn:   Mark Shinderman, Brett Goldblatt, and Daniel B. Denny (email: mshinderman@milbank.com;    bgoldblatt@milbank.com;    and    ddenny@milbank.com);    and (B) Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware 19899-1347, Attn: Robert J. Dehney (rdehney@mnat.com); (v) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn:  Jane Leamy (email:  jane.m.leamy@usdoj.gov); and (vi) proposed counsel to the Committee, Lowenstein Sandler LLP, 1251 Avenue of the Americas, New York, NY 10020 Attn: Jeffrey Cohen and Lindsay H. Sklar (emails: jcohen@lowenstein.com and lsklar@lowenstein.com) and One Lowenstein Drive, Roseland, NJ 070686, Attn: Michael S. Etkin, Michael Savetsky, Nicole Fulfree and Colleen M. Maker (email: metkin@lowenstein.com, msavetsky@lowenstein.com,    nfulfree@lowenstein.com,    and    cmaker@lowenstein.com) (collectively, the "*Objection Notice Parties*"), and (e) be filed with the Clerk of the Court and served by no later than seven (7) days from the date this Third Supplemental Assumption Notice was filed and served  (**September 24, 2020 at 4:00 p.m. (prevailing Eastern Time)**).

**PLEASE TAKE FURTHER NOTICE THAT IF A COUNTERPARTY TO AN ASSIGNED CONTRACT FILES A CONTRACT OBJECTION IN A MANNER THAT IS CONSISTENT WITH THE REQUIREMENTS SET FORTH ABOVE, ASSUMPTION OF AN ASSIGNED CONTRACT ADDED TO THIS THIRD SUPPLEMENTAL NOTICE WILL NOT BE ADJUDICATED AT THE SALE HEARING AND WILL BE SET FOR SUBSEQUENT HEARING.**

## OBTAINING ADDITIONAL INFORMATION

Copies of the Bidding Procedures Motion, the Bidding Procedures Order, as well as all related exhibits, the Initial Assumption Notice, First Supplemental Assumption Notice, or Second Supplemental Assumption Notice and all other documents filed with the Court, are available free of charge on the Debtors' case information website, located at https://cases.primeclerk.com/gnc or by calling (844) 974-2132 (Domestic) or (347) 505-7137 (International).

## CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION

***UNLESS YOU FILE AN OBJECTION TO THE CURE AMOUNT AND/OR THE ASSUMPTION OR ASSIGNMENT OF YOUR CONTRACT IN ACCORDANCE WITH THE INSTRUCTIONS AND DEADLINES SET FORTH HEREIN, YOU SHALL BE (A) BARRED FROM OBJECTING TO THE CURE AMOUNT SET FORTH ON EXHIBIT 1, (B) ESTOPPED FROM ASSERTING OR CLAIMING ANY CURE AMOUNT AGAINST THE DEBTORS OR THE SUCCESSFUL BIDDER THAT IS GREATER THAN THE CURE AMOUNT SET FORTH ON EXHIBIT 1 AND (C) DEEMED TO HAVE CONSENTED TO THE ASSUMPTION AND/OR ASSIGNMENT OF YOUR CONTRACT OR REAL PROPERTY LEASE.***

*[Signature Page Follows]*

Dated: September 17, 2020
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT &
TAYLOR, LLP**


*/s/ Kara Hammond Coyle*     .
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
Joseph M. Mulvihill (No. 6061)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 571-6600
Facsimile:    (302) 571-1253
Email:    mnestor@ycst.com
    kcoyle@ycst.com
    amagaziner@ycst.com
    jmulvihill@ycst.com

**LATHAM & WATKINS LLP**
Richard A. Levy (admitted *pro hac vice*)
Caroline A. Reckler (admitted *pro hac vice*)
Asif Attarwala (admitted *pro hac vice*)
Brett V. Newman (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:    (312) 876-7700
Facsimile:    (312) 993-9767
Email:    richard.levy@lw.com
    caroline.reckler@lw.com
    asif.attarwala@lw.com
    brett.newman@lw.com

- and -

George A. Davis (admitted *pro hac vice*)
Andrew C. Ambruoso (admitted *pro hac vice*)
Jeffrey T. Mispagel (admitted *pro hac vice*)
885 Third Avenue
New York, New York 10022
Telephone:    (212) 906-1200
Facsimile:    (212) 751-4864
Email:    george.davis@lw.com
    jeffrey.mispagel@lw.com

*Counsel for Debtors and Debtors in Possession*

# **Exhibit 1**

GNC
Exhibit 1
Supplemental Notices - Executory Contracts

| | Counterparty | Contract Type / Name | Cure Cost Listed on Latest Assumption Notice | Current Cure Cost | Address | Category | Supplemental 9/10 |
|---|---|---|---|---|---|---|---|
| 1) | RAHUL MALHOTRA, CEO RETAIL C/O GUARDIAN HEALTHCARE SERVICES PRIVATE LIMITED | DISTRIBUTION AGREEMENT - INDIA | $0.00 | $0.00 | UNIT NO. 410 & 411, 4TH FLOOR, VIPUL PLAZA, SECTOR S4 CHOWK, GURGAON, HARYANA-122009, INDIA | FRANCHISE AGREEMENT | CONTRACT ADDED |
| 2) | PAM VIAR | FRANCHISE AGREEMENT FOR STORE - 5410 | $0.00 | $0.00 | 3606 APPLING LAKE DRIVE BARTLETT TN 38133 USA | FRANCHISE AGREEMENT | CONTRACT ADDED |
| 3) | JAGJEET S. DOSANJH | FRANCHISE AGREEMENT FOR STORE - 7657 | $0.00 | $0.00 | 5342 ROEDING ROAD HUGHSON CA 95326 | FRANCHISE AGREEMENT | CONTRACT ADDED |
| 4) | PMSI SETTLEMENT SOLUTIONS, INC. | MEDICARE CONNECT REPORTING SERVICES AND REPORTING AGREEMENT | $0.00 | $0.00 | 4502 WOODLAND CORPORATE BLVD. STE. 105, TAMPA, FLORIDA 33614 US | VENDOR - INSURANCE | CONTRACT ADDED |
| 5) | BELFINT LYONS SHUMAN | FINANCIAL STATEMENT SERVICE AGREEMENT - GENERAL NUTRITION INVESTMENT | $0.00 | $2,017.00 | 1011 CENTRE RD #310, WILMINGTON, DE 19805 | VENDOR - PROFESSIONAL SERVICES | CONTRACT ADDED |
| 6) | BELFINT LYONS SHUMAN | FINANCIAL STATEMENT SERVICE AGREEMENT - GNC FUNDING, INC. | $0.00 | $0.00 | 1011 CENTRE RD #310, WILMINGTON, DE 19805 | VENDOR - PROFESSIONAL SERVICES | CONTRACT ADDED |
| 7) | CIGNA HEALTH AND LIFE INSURANCE COMPANY | GROUP MEDICAL INSURANCE POLICY (3341166) | $0.00 | $0.00 | 900 COTTAGE GROVE ROAD BLOOMFIELD CT 06002 | VENDOR - OTHER | CONTRACT ADDED |
| 8) | CIGNA HEALTH AND LIFE INSURANCE COMPANY | GROUP IN-NETWORK MEDICAL BENEFITS INSURANCE POLICY (3341166) | $0.00 | $0.00 | 900 COTTAGE GROVE ROAD BLOOMFIELD CT 06002 | VENDOR - OTHER | CONTRACT ADDED |
| 9) | CIGNA HEALTH AND LIFE INSURANCE COMPANY | DENTAL CHOICE INSURANCE POLICY (2500512) | $0.00 | $0.00 | 900 COTTAGE GROVE ROAD BLOOMFIELD CT 06002 | VENDOR - OTHER | CONTRACT ADDED |
| 10) | CIGNA HEALTH AND LIFE INSURANCE COMPANY | DENTAL PREFERRED PROVIDER INSURANCE POLICY (2500512) | $0.00 | $0.00 | 900 COTTAGE GROVE ROAD BLOOMFIELD CT 06002 | VENDOR - OTHER | CONTRACT ADDED |
| 11) | CIGNA HEALTH AND LIFE INSURANCE COMPANY | DENTAL PREFERRED PROVIDER INSURANCE POLICY | $0.00 | $0.00 | 900 COTTAGE GROVE ROAD BLOOMFIELD CT 06002 | VENDOR - OTHER | CONTRACT ADDED |
| 12) | CIGNA HEALTH AND LIFE INSURANCE COMPANY | CIGNA DENTAL CARE INSURANCE POLICY (2500512) | $0.00 | $0.00 | 900 COTTAGE GROVE ROAD BLOOMFIELD CT 06002 | VENDOR - OTHER | CONTRACT ADDED |
| 13) | NATHANIEL D. MORO AND MARILYN A. MORO | FRANCHISE AGREEMENT FOR STORE - 5708 | $0.00 | $0.00 | 1931 HILLCREST OAK DR DELAND FL 32720 USA | FRANCHISE AGREEMENT | NAME CHANGE |
| 14) | NUTRAVAIL, LLC | PURCHASING AND QUALITY AGREEMENT | $0.00 | $0.00 | 275 GROVE STREET SUITE 2-400 NEWTON MA 02466 USA | VENDOR - ADVERTISING | NAME CHANGE |
| 15) | CONCUR TECHNOLOGIES INC | Business Services Agreement dated September 7, 2012 including all sales order forms relating thereto. | $15,304.00 | $15,304.00 | 18400 N.E. UNION HILL ROAD REDMOND WA 98052 USA | VENDOR - OTHER | NAME CHANGE |
| 16) | Automotive Rentals, Inc., ARI Fleet LT, and ARI Financial Services, Inc. | Master Services Agreement (and associated motor vehicle lease agreements). | $412,041.87 | - | T46163 PO BOX 46163 POSTAL STATION A TORONTO ON M5W 4K9 CANADA | VEHICLE LEASE | NAME CHANGE - Counterparty has filed an objection and the cure amount is being negotiated |
| 17) | CROWN CREDIT COMPANY | Master Lease Agreements dated November 25, 1998 | $23,551.96 | $0.00 | 44 S WASHINGTON ST NEW BREMEN OH 45869 USA | EQUIPMENT LEASE | CONTRACT ADDED |
| 18) | CROWN CREDIT COMPANY | Master Lease Agreements dated January 13, 2002 | $23,551.96 | $0.00 | 44 S WASHINGTON ST NEW BREMEN OH 45869 USA | EQUIPMENT LEASE | CONTRACT ADDED |
| 19) | CROWN CREDIT COMPANY | Master Lease Agreements dated May 1, 2009 | $23,551.96 | $0.00 | 44 S WASHINGTON ST NEW BREMEN OH 45869 USA | EQUIPMENT LEASE | CONTRACT ADDED |
| 20) | CROWN CREDIT COMPANY | Lease Agreement #40339924 | $23,551.96 | - | 44 S WASHINGTON ST NEW BREMEN OH 45869 USA | EQUIPMENT LEASE | CONTRACT ADDED - Counterparty has filed an objection and the cure amount is being negotiated |
| 21) | CROWN CREDIT COMPANY | Lease Agreement #40552910 | $23,551.96 | - | 44 S WASHINGTON ST NEW BREMEN OH 45869 USA | EQUIPMENT LEASE | CONTRACT ADDED - Counterparty has filed an objection and the cure amount is being negotiated |
| 22) | CROWN CREDIT COMPANY | Lease Agreement #40418237 | $23,551.96 | - | 44 S WASHINGTON ST NEW BREMEN OH 45869 USA | EQUIPMENT LEASE | CONTRACT ADDED - Counterparty has filed an objection and the cure amount is being negotiated |
| 23) | CROWN CREDIT COMPANY | Lease Agreement #40340393 | $23,551.96 | - | 44 S WASHINGTON ST NEW BREMEN OH 45869 USA | EQUIPMENT LEASE | CONTRACT ADDED - Counterparty has filed an objection and the cure amount is being negotiated |
| 24) | CROWN CREDIT COMPANY | Lease Agreement #40380945 | $23,551.96 | - | 44 S WASHINGTON ST NEW BREMEN OH 45869 USA | EQUIPMENT LEASE | CONTRACT ADDED - Counterparty has filed an objection and the cure amount is being negotiated |
| 25) | CROWN CREDIT COMPANY | Lease Agreement #40380947 | $23,551.96 | - | 44 S WASHINGTON ST NEW BREMEN OH 45869 USA | EQUIPMENT LEASE | CONTRACT ADDED - Counterparty has filed an objection and the cure amount is being negotiated |
| 26) | CROWN CREDIT COMPANY | Lease Agreement #40392391 | $23,551.96 | - | 44 S WASHINGTON ST NEW BREMEN OH 45869 USA | EQUIPMENT LEASE | CONTRACT ADDED - Counterparty has filed an objection and the cure amount is being negotiated |
| 27) | CROWN CREDIT COMPANY | Lease Agreement #40524537 | $23,551.96 | - | 44 S WASHINGTON ST NEW BREMEN OH 45869 USA | EQUIPMENT LEASE | CONTRACT ADDED - Counterparty has filed an objection and the cure amount is being negotiated |
| 28) | CROWN CREDIT COMPANY | Lease Agreement #40421035 | $23,551.96 | - | 44 S WASHINGTON ST NEW BREMEN OH 45869 USA | EQUIPMENT LEASE | CONTRACT ADDED - Counterparty has filed an objection and the cure amount is being negotiated |

| | Counterparty | Contract Type / Name | Cure Cost Listed on Latest Assumption Notice | Current Cure Cost | Address | Category | Supplemental 9/10 |
|---|---|---|---|---|---|---|---|
| 29) | CROWN CREDIT COMPANY | Lease Agreement #40439476 | $23,551.96 | - | 44 S WASHINGTON ST NEW BREMEN OH 45869 USA | EQUIPMENT LEASE | CONTRACT ADDED - Counterparty has filed an objection and the cure amount is being negotiated |
| 30) | CROWN CREDIT COMPANY | Lease Agreement #40439477 | $23,551.96 | - | 44 S WASHINGTON ST NEW BREMEN OH 45869 USA | EQUIPMENT LEASE | CONTRACT ADDED - Counterparty has filed an objection and the cure amount is being negotiated |
| 31) | CROWN CREDIT COMPANY | Lease Agreement #40440829 | $23,551.96 | - | 44 S WASHINGTON ST NEW BREMEN OH 45869 USA | EQUIPMENT LEASE | CONTRACT ADDED - Counterparty has filed an objection and the cure amount is being negotiated |
| 32) | CROWN CREDIT COMPANY | Lease Agreement #40441639 | $23,551.96 | - | 44 S WASHINGTON ST NEW BREMEN OH 45869 USA | EQUIPMENT LEASE | CONTRACT ADDED - Counterparty has filed an objection and the cure amount is being negotiated |
| 33) | CROWN CREDIT COMPANY | Lease Agreement #40460425 | $23,551.96 | - | 44 S WASHINGTON ST NEW BREMEN OH 45869 USA | EQUIPMENT LEASE | CONTRACT ADDED - Counterparty has filed an objection and the cure amount is being negotiated |
| 34) | CROWN CREDIT COMPANY | Lease Agreement #40460427 | $23,551.96 | - | 44 S WASHINGTON ST NEW BREMEN OH 45869 USA | EQUIPMENT LEASE | CONTRACT ADDED - Counterparty has filed an objection and the cure amount is being negotiated |
| 35) | CROWN CREDIT COMPANY | Lease Agreement #40508917 | $23,551.96 | - | 44 S WASHINGTON ST NEW BREMEN OH 45869 USA | EQUIPMENT LEASE | CONTRACT ADDED - Counterparty has filed an objection and the cure amount is being negotiated |
| 36) | CROWN CREDIT COMPANY | Lease Agreement #40508935 | $23,551.96 | - | 44 S WASHINGTON ST NEW BREMEN OH 45869 USA | EQUIPMENT LEASE | CONTRACT ADDED - Counterparty has filed an objection and the cure amount is being negotiated |
| 37) | CROWN CREDIT COMPANY | Lease Agreement #40508936 | $23,551.96 | - | 44 S WASHINGTON ST NEW BREMEN OH 45869 USA | EQUIPMENT LEASE | CONTRACT ADDED - Counterparty has filed an objection and the cure amount is being negotiated |
| 38) | CROWN CREDIT COMPANY | Lease Agreement #40508939 | $23,551.96 | - | 44 S WASHINGTON ST NEW BREMEN OH 45869 USA | EQUIPMENT LEASE | CONTRACT ADDED - Counterparty has filed an objection and the cure amount is being negotiated |
| 39) | CROWN CREDIT COMPANY | Lease Agreement #40508940 | $23,551.96 | - | 44 S WASHINGTON ST NEW BREMEN OH 45869 USA | EQUIPMENT LEASE | CONTRACT ADDED - Counterparty has filed an objection and the cure amount is being negotiated |
| 40) | CROWN CREDIT COMPANY | Lease Agreement #40523593 | $23,551.96 | - | 44 S WASHINGTON ST NEW BREMEN OH 45869 USA | EQUIPMENT LEASE | CONTRACT ADDED - Counterparty has filed an objection and the cure amount is being negotiated |