**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GNC HOLDINGS, INC., *et al.*, | ) Case No. 20-11662 (KBO) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Nuno Cardoso, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 5, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Kohan Retail Investment Group (MMLID#10945958), Mike Kohan, c/o Bayer Properties, 2200 Magnolia Avenue , Suite 101, Birmingham, AL, 35205:

- Notice of Additional Closing Stores [Docket No. 294]

On October 5, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents, (1) customized to include the name and address of the party, and the debtor, amount, nature and classification of the scheduled claim, to be served via first class mail on the parties listed on the Schedule DEF Service List attached hereto as **Exhibit A** (2) customized to include the name and address of the party and an indication that the party appears on Schedule G, to be served via first class mail on parties listed on the Schedule G Service List attached hereto as **Exhibit B** (3) customized to include the name and address of the party, to be served via first class mail on the Master Mailing List attached hereto as **Exhibit C**

---

[1]  The debtors in these Chapter 11 Cases, along with the last four digits of each debtor's United States federal tax identification number, if applicable, or other applicable identification number, are:  GNC Holdings, Inc. (6244); GNC Parent LLC (7572); GNC Corporation (5170); General Nutrition Centers, Inc. (5168); General Nutrition Corporation (4574); General Nutrition Investment Company (3878); Lucky Oldco Corporation (7141); GNC Funding, Inc. (7837); GNC International Holdings, Inc. (9873); GNC China Holdco LLC (0004); GNC Headquarters LLC (7550); Gustine Sixth Avenue Associates, Ltd. (0731); GNC Canada Holdings, Inc. (3879); General Nutrition Centres Company (0939); GNC Government Services, LLC (2295); GNC Puerto Rico Holdings, Inc. (4559); and GNC Puerto Rico, LLC (7234).  The debtors' mailing address is 300 Sixth Avenue, Pittsburgh, Pennsylvania 15222.

- Notice of Deadline for the Filing of Proofs of Claim, Including for Claims Asserted Under Section 503(b)(9) of the Bankruptcy Code [Docket No. 549]

- Notice of Sale, Bidding Procedures, Auction, and Sale Hearing [Docket No. 564]

- Proof of Claim form, a copy of which is attached hereto as **Exhibit D**

On October 5, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Executory Contract Counterparties Service List attached hereto as **Exhibit E**:

- Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 614, Pages 1-71]

On October 5, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Real Property Lease Counterparties Service List attached hereto as **Exhibit F**:

- Notice of Potential Assumption of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 614, Pages 1-5, 72-332]

On October 5, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Clarion Associates, LP (MMLID#11648982), 999 Old Eagle School Road, Suite 112, Wayne, PA, 19087:

- Ninth Omnibus Order (A) Authorizing Rejection of Certain Unexpired Leases Effective as of July 30, 2020 and (B) Granting Related Relief [Docket No. 782]

On October 5, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on World Uprising Enterprises, LLC (MMLID#11619038), DBA Brainjuice, 3616 Far West Blvd, Ste 117 #223, Austin, TX, 78731:

- Supplemental Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amounts [Docket No. 927]

On October 5, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Thalhimer Commercial Real Estate (MMLID#11730380), Norman Moon, Jr., 11100 West Broad Street, Glen Allen, VA, 23060-5813:

- Twelfth (12th) Omnibus Order (A) Authorizing Rejection of Certain Unexpired Leases effective as of August 31, 2020 and (B) Granting Related Relief [Docket No. 1165]

2

On October 5, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the 13th Omnibus Objection Notices Parties Service List attached hereto as **Exhibit G**:

- Thirteenth (13th) Omnibus Order (A) Authorizing Rejection of Certain Unexpired Leases effective as of August 31, 2020 and (B) Granting Related Relief [Docket No. 1168]

On October 5, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on Landmark Real Estate Company (MMLID#11730503), Laurence Liebowitz, 392 Main St., Wyckoff, NJ, 07471:

- Fifteenth (15th) Omnibus Order (A) Authorizing Rejection of Certain Unexpired Leases, Subleases and Agreements effective as of August 31, 2020 and (B) Granting Related Relief [Docket No. 1167]

Dated: October 6, 2020

*/s/ Nuno Cardoso*
Nuno Cardoso

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me October 6, 2020, by Nuno Cardoso, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2022

SRF 46785

**Exhibit A**

Exhibit A

Schedule DEF Service List

Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|-------|------|---------|-----------|-----------|------|-------|-----|
| 10817557 | ALANI NUTRITION LLC | 7201 INTERMODAL DR | STE C | | PLEASURE RDGE | KY | 40258-2880 |
| 10813859 | ALLEGHENY DESIGN MANAGEMENT INC | PO BOX 2124 | | | UNIONTOWN | PA | 15401-1724 |
| 11245386 | BUFF BAKE LLC | 221 20TH ST | | | HUNTINGTN BCH | CA | 92618-3913 |
| 10869045 | CALPURNIA COMMUNICATIONS | 530 W HOLLY ST | | | PHOENIX | AZ | 85003-1119 |
| 11231226 | CARLISLE'S WOODLAND PARK LLC | WOODLAND PARK LLC | PO BOX 1415 | | COLORADO SPRINGS | CO | 80901-1415 |
| 11238510 | CK# 838235 JOHNSON MARLENE | ADDRESS ON FILE | | | | | |
| 11238115 | CK# 884163 BUCHANAN JANE | ADDRESS ON FILE | | | | | |
| 11238410 | CK# 893573 ISAACSON JEFF | ADDRESS ON FILE | | | | | |
| 11238527 | CK# 909644 GAMBOA GABRIEL | ADDRESS ON FILE | | | | | |
| 11243441 | CK# 921304 BROWN JEREMY | ADDRESS ON FILE | | | | | |
| 11230535 | CLARION ASSOCIATES, LP | PMB 105 | 1874 CATASAUQUA RD | | ALLENTOWN | PA | 18109-3128 |
| 11240675 | DARA C. ENZER AND GNC; N/A | LAW OFFICES OF RANDY FLEISCHER, P.A. | ATTN: RANDY FLEISCHER | 7805 SW 6TH CT | PLANTATION | FL | 33324-3203 |
| 11237456 | EDEN PRAIRIE CENTER | CAPREF | 5910 N CENTRAL EXPY | ST 1600 | DALLAS | TX | 75206-5173 |
| 10816230 | EMPACT BARS LLC | 2550 S STEELE ST | | | DENVER | CO | 80210-6223 |
| 11230192 | FOX RUN MALL, LLC | SPINOSO | 112 NORTHERN CONCOURSE | | NORTH SYRACUSE | NY | 13212 |
| 11229614 | HERRIN COMMERCIAL REAL ESTATE | 3100 MONTICELLO AVE | STE 600 | | DALLAS | TX | 75205-3439 |
| 11229732 | IN-REL NORTH, LLCL | IN-REL PROPERTIES | 200 LAKE AVE STE 200 | | LAKE WORTH | FL | 33460-3998 |
| 11244511 | KEEFER, CHASITIE N PERSONAL CAR MILEAGE | ADDRESS ON FILE | | | | | |
| 10879366 | MC BUILDERS LLC | 6116 PRESERVATION DR | | | CHATTANOOGA | TN | 37416-3600 |
| 11241045 | NUTRITION 53 INC | 497 EDISON CT STE 8 | | | FAIRFIELD | CA | 94534-1695 |
| 11238389 | REGENCY CENTERS CORP | 302 DATURA ST STE 100 | | | WEST PALM BCH | FL | 33401-5481 |
| 11235403 | RESEARCH PARK SHOPPES, LLC | 24 S OAK FOREST DR | | | OKATIE | SC | 29909-4243 |
| 10817401 | SGO MN WEST VILLAGE LLC | PO BOX 5049 | | | SAN MATEO | CA | 94402-0049 |
| 11237052 | SHAPELL SOCAL RENTAL PROPERTIES, LLC | STRATEGIC REALTY ADVISORS LLC | 3007 EARL RUDDER HWY S | STE 300 | COLLEGE STA | TX | 77845-6551 |
| 11244712 | WATERMAN, BRANDON M PERSONAL CAR MILEAGE | ADDRESS ON FILE | | | | | |
| 11240765 | WESTRIDGE MALL ASSOCIATION | 495 CENTRAL AVE | STE 201 | | NORTHFIELD | IL | 60093-3044 |

**<u>Exhibit B</u>**

Exhibit B
Schedule G Service List
Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 11230001 | ELMHURST PROPERTIES INC. | 3711 STARRS CENTRE DR | STE 2 | CANFIELD | OH | 44406-8505 |
| 11230011 | EMPYR INC. (RENEWAL) | 8910 UNIVERSITY CENTER LN | STE 400 | SAN DIEGO | CA | 92122-1025 |
| 11230012 | EMPYR INC. (RENEWAL) Q3 | 8910 UNIVERSITY CENTER LN | STE 400 | SAN DIEGO | CA | 92122-1025 |
| 11230264 | GE NUTRIENTS INC. (GENCOR) | 19700 FAIRCHILD ROAD | SUITE 330 | IRVINE | CA | 92612-2529 |
| 11229051 | MICHAEL S. KENNEDY | ADDRESS ON FILE | | | | |
| 11229470 | PARK CITY GROUP INC | 5282 S COMMERCE DR | STE D292 | MURRAY | UT | 84107-5309 |
| 11235039 | PHENOLICS | PO BOX 45544 | | OMAHA | NE | 68145-0544 |
| 11233664 | STAPLES CONTRACT & COMMERICAL LLC | 2503 C WACO ST | | HENRICO | VA | 23294-3715 |
| 11233698 | STERLING ORGANIZATION | 302 DATURA ST STE 100 | | WEST PALM BEACH | FL | 33401-5481 |
| 11233769 | SVAP GOLF MILL RETAIL, L.P. | 302 DATURA ST STE 100 | | WEST PALM BEACH | FL | 33401-5481 |
| 11233840 | TEL-AVIV FASHIONS INC | 10 AMY CT | | VALLEY STREAM | NY | 11581-3617 |

**<u>Exhibit C</u>**

Exhibit C
Master Mailing List
Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY |
|-------|------|---------|-----------|------|-------|-------------|---------|
| 10946354 | COMINAR | 2820 LAURIER BOULEVARD | SUITE 850 | QUEBEC | QC | G1V 0C1 | CANADA |
| 10946333 | SHARP REALTY & MANAGEMENT LLC | 400 UNION HILL | SUITE 300 | BIRMINGHAM | AL | 35209 | |

**<u>Exhibit D</u>**

**United States Bankruptcy Court, District of Delaware**

| Fill in this information to identify the case (Select only one Debtor per claim form): | | |
|---|---|---|
| ❏ GNC Holdings, Inc. (Case No. 20-11662) | ❏ GNC Funding, Inc. (Case No. 20-11669) | ❏ GNC Government Services, LLC (Case No. 20-11676) |
| ❏ GNC Parent LLC (Case No. 20-11663) | ❏ GNC International Holdings, Inc. (Case No. 20-11670) | ❏ GNC Puerto Rico Holdings, Inc. (Case No. 20-11677) |
| ❏ GNC Corporation (Case No. 20-11664) | ❏ GNC China Holdco LLC (Case No. 20-11671) | ❏ GNC Puerto Rico, LLC (Case No. 20-11678) |
| ❏ General Nutrition Centers, Inc. (Case No. 20-11665) | ❏ GNC Headquarters LLC (Case No. 20-11672) | |
| ❏ General Nutrition Corporation (Case No. 20-11666) | ❏ Gustine Sixth Avenue Associates, Ltd. (Case No. 20-11673) | |
| ❏ General Nutrition Investment Company (Case No. 20-11667) | ❏ GNC Canada Holdings, Inc. (Case No. 20-11674) | |
| ❏ Lucky Oldco Corporation (Case No. 20-11668) | ❏ General Nutrition Centres Company (Case No. 20-11675) | |

## Modified Official Form 410

# Proof of Claim

04/19

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Name of the current creditor (the person or entity to be paid for this claim) _____

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

❏ No
❏ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Name _____ | Name _____ |
| Number        Street _____ | Number        Street _____ |
| City                State        ZIP Code | City                State        ZIP Code |
| Contact phone _____ | Contact phone _____ |
| Contact email _____ | Contact email _____ |

**4. Does this claim amend one already filed?**

❏ No
❏ Yes.   Claim number on court claims registry (if known) _____     Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

❏ No
❏ Yes. Who made the earlier filing? _____

**Part 2:**    **Give Information About the Claim as of the Date the Case Was Filed**

---

**6. Do you have any number you use to identify the debtor?**

❑ No

❑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

---

**7. How much is the claim?**    $_____. **Does this amount include interest or other charges?**

❑ No

❑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

---

**9. Is all or part of the claim secured?**

❑ No

❑ Yes. The claim is secured by a lien on property.

**Nature of property:**

❑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

❑ Motor vehicle

❑ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**    $_____

**Amount of the claim that is secured:**    $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $_____

**Annual Interest Rate** (when case was filed)_____%

❑ Fixed

❑ Variable

---

**10. Is this claim based on a lease?**

❑ No

❑ Yes. **Amount necessary to cure any default as of the date of the petition.**    $_____

---

**11. Is this claim subject to a right of setoff?**

❑ No

❑ Yes. Identify the property: _____

---

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☐ Yes. *Check one:*

|  | Amount entitled to priority |
|---|---|

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  $_____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  $_____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies.  $_____

* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☐ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.**  $_____

---

**Part 3:  Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____ (mm/dd/yyyy)

_____
Signature

**Name of the person who is completing and signing this claim:**

Name  _____
First name          Middle name          Last name

Title  _____

Company  _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  _____
Number          Street

_____
City                              State      ZIP Code

Contact phone  _____    Email  _____

Modified Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                    12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

> **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://cases.primeclerk.com/gnc.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

GNC Holdings, Inc. Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

---

## Do not file these instructions with your form

**Exhibit E**

Exhibit E

Executory Contract Counterparties Service List

Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 11232329 | AKER BIOMARINE ANTARTIC US IND. | 312 Amboy Avenue | | | Metuchen | NJ | 08840 | |
| 11620247 | ALMASED USA, INC | 1200 CORPORATE CENTER WAY | SUITE 204 | | WELLINGTON | FL | 33414 | |
| 11620212 | ANCIENT NUTRITION, LLC | 2000 Mallory Lane, Suite 130-307 | | | Franklin | TN | 37067 | |
| 11231521 | ARMS RACE NUTRITION | 22370 DAVIS DRIVE, SUITE 100 | | | STERLING | VA | 20164 | |
| 11620189 | ASG SERVICES LLC | 2770 FAITH INDUSTRIAL DRIVE | | | BUFORD | GA | 30518 | |
| 11231772 | BIOCELL TECHNOLOGY LLC | 20 TRUMAN ST | SUITE 105 | | IRVINE | CA | 92620 | |
| 11620129 | BODY KITCHEN, LLC | 320 Half Acre Road | | | Canterbury | NJ | 08512 | |
| 11620053 | CONXEO | 580 White Plains Road, Suite 620 | | | Tarrytown | NY | 10591 | |
| 11230072 | EUROMONITOR | 1 N DEARBORN ST | SUITE 1700 | | CHICAGO | IL | 60602 | |
| 10818086 | FULL CIRCLE HOME | 131 WEST 35TH STREET | 8TH FLOOR | | NEW YORK | NY | 10001 | |
| 11228654 | KNEPPER PRESS | 2251 SWEENEY DRIVE | | | CLINTON | PA | 15026 | |
| 11228816 | LUIS F. IBARGUENGOYTIA, AND MARIA L. GATHINGS | ADDRESS ON FILE | | | | | | |
| 10814659 | LUNAMETRICS LLC | BOUNTEOUS | 4115 N RAVENSWOOD AVE | | CHICAGO | IL | 60613 | |
| 11235669 | MUSCLEPHARM CANADA | 4400 VANOWEN ST | | | BURBANK | CA | 91505 | |
| 11619486 | NULIV SCIENCE | 1050 W CENTRAL AVE | | | BREA | CA | 92821 | |
| 11619490 | NUTRA PURA LABS, LLC | PO BOX 970306 | | | OREM | UT | 84097 | |
| 11619478 | NUTRITION 21, LLC | 500 Mamaroneck Ave | Suite 510 | | Harrison | NY | 10528 | |
| 11235729 | SAGA SCIENCES CANADA INC. | 350-319 WEST PENDER ST | | | VANCOUVER | BC | V6B 1T3 | CANADA |
| 11619269 | SHUTTERSTOCK | 350 5TH AVENUE, 21ST FLOOR | | | NEW YORK | NY | 10018 | |
| 11233740 | SUN WARRIOR | 2250 N. Coral Canyon Blvd. | Ste. 100 | | Washington | UT | 84780 | |
| 11619159 | TIGER CAPITAL GROUP LLC | 12100 Wilshire Blvd, Suite 1630 | | | Los Angeles | CA | 90025 | |
| 10816811 | VANNA BELT DBA GEL-V CORP | 6354 NW 99 AVE | | | DORAL | FL | 33178 | |
| 10813303 | VITARGO INC | 16929 E Enterprise Drive | Suite #105 | | Fountain Hills | AZ | 85268 | |

**Exhibit F**

Exhibit F

Real Property Lease Counterparties Service List

Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 11624196 | 2200 North Maple Avenue - 10071280 LLC | Attn: Art Prest | c/o Spinoso Real Estate Group | 112 Northern Concourse | North Syracuse | NY | 13212 | |
| 10816621 | 2250 TOWN CIRCLE HOLDINGS LLC LA525 | C/O SPINOSO REAL ESTATE GROUP | 112 NORTHERN CONCOURSE | | NORTH SYRACUSE | NY | 13212 | |
| 11626338 | Automotive Realty Corporation | Attn: David Rose | 573 East Fordham Road | | Bronx | NY | 10458 | |
| 11627063 | Barber Companies | 27 Inverness Center Parkway | | | Birmingham | AL | 35242 | |
| 11113294 | Browning/Duke, LLC | c/o Duke Realty | 8711 River Crossing Boulevard | | Indianapolis | IN | 46240 | |
| 11102261 | BROWNING/DUKE, LLC C/O DUKE REALTY SERVICES, LLC | 8711 River Crossing Boulevard | | | Indianapolis | IN | 46240 | |
| 10945539 | BSM PROPERTIES | CARL STOREY | 3011 ARMORY DRIVE | SUITE #120 | NASHVILLE | TN | 37204 | |
| 11626148 | CBRE Group, Inc. | Attn: Ann DiLorenzo | 4301 La Jolla Village Drive | | San Diego | CA | 92122 | |
| 11231405 | CFT NV DEVELOPMENTS, LLC | PANDA EXPRESS | PO BOX 1159 | | ROSEMEAD | CA | 91770 | |
| 10947464 | CIM GROUP | LACI RAVINA | ONE KAISER PLAZA | SUITE 430 | OAKLAND | CA | 94612 | |
| 11626089 | Clarion Partners | Attn: Sean O'Connor | 230 Park Avenue | | New York | NY | 10169 | |
| 11625991 | Deerwood Village Mall, LC | Attn: Christine Davidson | Colliers International | 50 N Laura St. | Jacksonville | FL | 32202 | |
| 11625965 | Donross Associates | Attn: Jarrett Brock | Brock Development Corp | 4650 Donald Ross Road Suite 200 | Palm Beach Gardens | FL | 33418 | |
| 11625959 | DPI Retail Properties | Attn: Ryan Gast | 445 S. Douglas St., #100 | | El Segundo | CA | 90245 | |
| 11625961 | Drollinger Properties | Attn: Miki Payne | 8929 South Sepulveda Boulevard, Suite 130 | | Westchester | CA | 90045 | |
| 11625885 | Flinthills Mall LLC | Attn: Clarence Frye | c/o Crosbie Real Estate Group, LLC | 2795 Speer Blvd | Denver | CO | 80211 | |
| 11230189 | FOUR-S DEVELOPMENT, LLC | SUMMERLIN CROSSINGS | 15880 SUMMERLIN ROAD | | FORT MYERS | FL | 33908 | |
| 11625867 | Fulcrum Development | Attn: Shelby McIntosh | 10003 NW Military Highway, Suite 2205 | | San Antonio | TX | 78231 | |
| 11230228 | G AND I IX VALLEY BEND PROPERTY LLC | CRAWFORD SQUARE REAL ESTATE ADVISORS | 2700 2ND AVENUE SOUTH | SUITE 200 | BIRMINGHAM | AL | 35233 | |
| 11625856 | Garland, Samuel & Loeb, P.C. | Attn: Edward Garland | 3151 Maple Drive, N.E | | Atlanta | GA | 30305 | |
| 11625857 | GASKA Inc. | Attn: Arin Norhadian | 100 West Broadway, Suite 950 | | Glendale | CA | 91210 | |
| 11625830 | Glenborough | Attn: Andrew Batinovich | Glenborough LLC | 400 Concar Drive | San Mateo | CA | 94402 | |
| 11230332 | GOODALE AND BARBIERI CO. | 818 West Riverside #300 | | | Spokane | WA | 99201 | |
| 11625800 | Greystone Management Solutions | Attn: Michelle McGovern | 505 Eighth Avenue | Suite 302 | New York | NY | 10018 | |
| 11625795 | Gulf Coast Commercial Group | Attn: Danny Miller | 3120 Rogerdale, Suite 150 | | Houston | TX | 77042 | |
| 11625780 | Harsch Investment Properties | Attn: Steven Chaffee | 830 Riverside Parkway, Suite 10 | | West Sacramento | CA | 95605 | |
| 11625761 | Herrin Commercial Real Estate | Attn: Machelle Sims | 4501 Sunbelt Drive, Suite B | | Addison | TX | 75001 | |
| 11625717 | In-Rel North, LLCL | Attn: Brooks W. Corr | In-Rel Properties | 200 Lake Avenue, 2nd Floor | Lake Worth | FL | 33460 | |
| 11626782 | Janecek Investment Inc | Attn: Janecek Investment Inc | PO Box 61 | | Elm Grove | WI | 53122 | |
| 11229920 | JONES LANG LASALLE AMERICASJONES LANG LASALLE INC.PINNACLE AT TUTWILERWELLS FARGO BANK, NA AS TRUSTEE FOR THE REGISTERED HOLDERS OF CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP | 3344 PEACHTREE RD NE | | | ATLANTA | GA | 30326 | |
| 10947510 | JW FRANKLIN CO. | JEFF FRANKLIN | JW FRANKLIN CO | 123 E GAY STREET | WARRENSBURG | MO | 64093 | |
| 11625655 | Kennedy Wilson Properties | Attn: Kyle Fishburn | 151 S. El Camino Dr. | | Beverly Hills | CA | 90212 | |

Exhibit F

Real Property Lease Counterparties Service List

Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 11625608 | Kinetic Stapley Square LLC | Attn: Jeff Hawke | Kinteic Companies | 645 E. Missouri Ave, Ste 210 | Phoenix | AZ | 85012 | |
| 11625607 | KLNB | Attn: Dimitri Georgelakos | 8065 Leesburg Pike, Suite 700 | | Tysons | VA | 22182 | |
| 11730512 | KS EGLINTON SQUARE INC C/O BENTALL KENNEDY CANADA LP | 1 YORK STREET | SUITE 1100 | | TORONTO | ON | M5J 0B6 | CANADA |
| 11625543 | LMS Commercial Real Estate | Attn: Arlene Gray | 120 North Pointe Blvd | | Lancaster | PA | 17601 | |
| 11625513 | Manco Abbott | Attn: Reese Brandon | 1398 W. Herndon Avenue, Suite 105 | | Fresno | CA | 93711 | |
| 11625503 | Maryland Financial Investors, Inc. | Attn: Beverly Dobrochowski | 2800 Quarry Lake Drive Suite #340 | | Baltimore | MD | 21209 | |
| 11626705 | Metro Equity Management LLC | 7920 Lakeville Boulevard | P.O. Box 967 | | Lakeville | MN | 5504 | |
| 11625456 | Milbrook Properties Ltd. | Attn: Thomas LiPuma | 42 Bayview Avenue | | Manhasset | NY | 11030 | |
| 11229098 | MILESTONE COMPANY | THE MARKET AT ESTRELLA FALLS | MCDOWELL ROAD AND PEBBLE CREEK | | GOODYEAR | AZ | 85395 | |
| 10947433 | MORGUARD REAL ESTATE INVESTMENT TRUST | JOSHUA NOLAN | 55 CITY CENTRE DRIVE | SUITE 800 | MISSISSAUGA | ON | L5B 1M3 | CANADA |
| 11625420 | NARLAND PROPERTIES (HANEY) LTD | Suite 206-1168 Hamilton Street | | | Vancouver | BC | V6B 2s2 | Canada |
| 11625402 | New Quest Properties | 8827 W Sam Houston Pkwy N. | Suite 200 | | Houston | TX | 77040 | |
| 11626667 | Pacific Retail Capital Partners | Attn: Peter Moersch | 100 N. Pacific Coast Hwy | Suite 1925 | El Segundo | CA | 90245 | |
| 11625328 | Pasbjerg Development Co | 651 Morris Turnpike | | | Springfield | NJ | 07081 | |
| 11235084 | PINTZUK BROWN REALTY GROUP | 491 OLD YORK ROAD | SUITE 200 | | JENKINTOWN | PA | 19046 | |
| 11625263 | Property One, Inc. | Attn: Michele Casi | Beau Box Property Management | 5500 Bankers Avenue | Baton Rouge | LA | 70808 | |
| 11625190 | Retail Planning Corporation | Attn: Fraser Gough | 35 Johnson Ferry Rd SE | | Marietta | GA | 30068 | |
| 11625166 | RLGVS Partners LLC | Attn: Farhan Ali | Highland REIT, Inc. | 332 S Michigan Avenue, Ninth Floor | Chicago | IL | 60604 | |
| 11625115 | SAR Enterprises | Attn: Ben Nurse | 783 Rio Del Mar Blvd Suite 23A | | Aptos | CA | 95003 | |
| 11625098 | Schostak Brothers & Company, Inc | Attn: Rebecca Dragin | 17800 Laurel Park Drive North, Suite 200C | | Livonia | MI | 48152 | |
| 11625084 | Shapell SoCal Rental Properties, LLC | Attn: Robyn Hewitt | SRA Strategic Realty Advisors, LLC | 3007 Earl Rudder Fwy, Suite 300 | College Station | TX | 77845 | |
| 11625071 | Silverado Ranch Plaza, LLC | Attn: Ryan Coopersmith | Silbert Realty & Management Company, Inc. | 152 Liberty Corner Road, Suite 203 | Warren | NJ | 07059 | |
| 10946006 | SIMON PROPERTY GROUP | 225 WEST WASHINGTON STREET | | | INDIANAPOLIS | IN | 46204 | |
| 11625052 | SJS-Cross Keys Road, LLC | Attn: Steven Cravitz | Sizeler Realty Company Inc | 1750 Clearview Pkwy Suite 200 | Metairie | LA | 70001 | |
| 11625048 | Sleiman Enterprises | 1 Sleiman Parkway | | | Jacksonville | FL | 32216 | |
| 10947525 | SOUTHERN MANAGEMENT AND DEVELOPMENT | KENI FLOWERS-BAIRD | 2300 NW CORPORATE BOULEVARD | SUITE 135 | BOCA RATON | FL | 33431 | |
| 11625004 | Sterling Organization | Attn: Jordan Fried | 302 Datura Street, Suite 100 | | West Palm Beach | FL | 33401 | |
| 11624993 | StreetMac | Attn: Alaina H Boren | 1301 Cornell Parkway | Suite 1000 | Oklahoma City | OK | 73108 | |
| 11233852 | THE BLOC | 32 OLD SLIP | 15TH FLOOR | | NEW YORK | NY | 10005 | |
| 10947082 | THE RETAIL CONNECTION | JOHN MATHES | 2525 MCKINNON STREET | SUITE 700 | DALLAS | TX | 75201 | |
| 10947401 | THE ROSEMYR CORPORATION | WILLIAM COFFEY | 231 SOUTH GARNETT STREET | PO BOX 108 | HENDERSON | NC | 27536 | |
| 11624931 | The Villages Commercial Properties | Attn: Geno Jarquin | 3597 Kiessel Rd | | The Villages | FL | 32163 | |
| 11238269 | TP33 INVESTMENTS I, LTD. | TOWNE PROPERTIES | 1055 SAINT PAUL PLACE | | CINCINNATI | OH | 45202 | |

Exhibit F
Real Property Lease Counterparties Service List
Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 10946140 | VINELAND CONSTRUCTION | JOHN KRAUER | 71 W. PARK AVENUE | | VINELAND | NJ | 08360 | |

**Exhibit G**

Exhibit G

13th Omnibus Objection Notice Parties Service List

Served via first class mail

| MMLID | NAME | ADDRESS | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| 11730609 | C&S COMMERCIAL PROPERTIES | 2709 THORNGROVE COURT | | | FAYETTEVILLE | NC | 28303 |
| 11625899 | FIRST NATIONAL REALTY PARTNERS | C/O THE FIRST CITY COMPANY | 5700 CORPORATE DRIVE | SUITE 520 | PITTSBURGH | PA | 15237 |
| 11228957 | MAS MANAGEMENT, LLC | PO BOX 24869 | | | PHILADELPHIA | PA | 19130 |