# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| GNC HOLDINGS, INC., *et al.*, | ) Case No. 20-11662 (KBO) |
|  | ) |
| Debtors.¹ | ) (Jointly Administered) |
|  | ) |
|  | ) **Ref. Docket No. 1294** |

### ORDER (A) DISMISSING CASE OF
### GNC CHINA HOLDCO, LLC AND (B) AMENDING DEBTORS' CASE CAPTION

Upon consideration of the motion (the "Motion")² of the Debtors for the entry of an order (a) dismissing GNC China Holdco, LLC's chapter 11 case and (b) amending the case caption used in each of the Debtors' jointly administered Chapter 11 Cases; and it appearing that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334(b) and 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing that venue of the Chapter 11 Cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that this Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that notice of the Motion has been given as set forth in the Motion and that such notice is adequate under the

---

¹ The debtors in these Chapter 11 Cases, along with the last four digits of each debtor's United States federal tax identification number, if applicable, or other applicable identification number, are: GNC Holdings, Inc. (6244); GNC Parent LLC (7572); GNC Corporation (5170); General Nutrition Centers, Inc. (5168); General Nutrition Corporation (4574); General Nutrition Investment Company (3878); Lucky Oldco Corporation (7141); GNC Funding, Inc. (7837); GNC International Holdings, Inc. (9873); GNC China Holdco, LLC (0004); GNC Headquarters LLC (7550); Gustine Sixth Avenue Associates, Ltd. (0731); GNC Canada Holdings, Inc. (3879); General Nutrition Centres Company (0939); GNC Government Services, LLC (2226); GNC Puerto Rico Holdings, Inc. (4559); and GNC Puerto Rico, LLC (7234). The debtors' mailing address is 300 Sixth Avenue, Pittsburgh, Pennsylvania 15222.

² Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

circumstances and no other or further notice need be given; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their estates, their creditors, and all other parties in interest; and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED, as set forth herein.

2. The chapter 11 case of GNC China Holdco, LLC (Case No. 20-11671 (KBO)) is hereby dismissed. Within fifteen (15) days after the entry of this Order, GNC China Holdco, LLC shall pay all outstanding United States Trustee fees pursuant to 28 U.S.C. § 1930.

3. Each chapter 11 professional retained by GNC China Holdco, LLC in its chapter 11 case is terminated without the need for further action on the part of this Court or GNC China Holdco, LLC. For the avoidance of doubt, this Order is not terminating the retention of any chapter 11 professionals in connection with any other Debtors.

4. The new caption of the Chapter 11 Cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Vitamin OldCo Holdings, Inc., (f/k/a GNC Holdings, Inc.), *et al.*, | Case No. 20-11662 (KBO) |
| Debtors.[1] | (Jointly Administered) |

---

[1] The debtors in these Chapter 11 Cases, along with the last four digits of each debtor's United States federal tax identification number, if applicable, or other applicable identification number, are: Vitamin OldCo Holdings, Inc. (f/k/a GNC Holdings, Inc.) (6244); Vitamin OldCo Parent LLC (f/k/a GNC Parent LLC) (7572); Vitamin OldCo Corporation (f/k/a GNC Corporation) (5170); Vitamin OldCo Centers, Inc. (f/k/a General Nutrition Centers, Inc.) (5168); Vitamin OldCo, Inc. (f/k/a General Nutrition Corporation) (4574); Vitamin OldCo Investment Company (f/k/a General Nutrition Investment Company) (3878); Vitamin OldCo Lucky Corporation

(f/k/a Lucky Oldco Corporation) (7141); Vitamin OldCo Funding, Inc. (f/k/a GNC Funding, Inc.) (7837); Vitamin OldCo International Holdings, Inc. (f/k/a GNC International Holdings, Inc.) (9873); Vitamin OldCo Headquarters LLC (f/k/a GNC Headquarters LLC) (7550); Vitamin HoldCo Associates, Ltd. (f/k/a Gustine Sixth Avenue Associates, Ltd.) (0731); Vitamin OldCo Canada Holdings, Inc. (f/k/a GNC Canada Holdings, Inc.) (3879); Vitamin OldCo Centres Company (f/k/a General Nutrition Centres Company) (0939); Vitamin OldCo Government Services, LLC (f/k/a GNC Government Services, LLC) (2226); Vitamin OldCo Puerto Rico Holdings, Inc. (f/k/a GNC Puerto Rico Holdings, Inc.) (4559); and Vitamin OldCo Puerto Rico, LLC (f/k/a GNC Puerto Rico, LLC) (7234). The debtors' mailing address is 300 Sixth Avenue, Pittsburgh, Pennsylvania 15222.

5. The Clerk of the Court is authorized and directed to make a docket entry in case number 20-11662 (KBO) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of GNC Holdings, Inc. to Vitamin OldCo Holdings, Inc. (f/k/a GNC Holdings, Inc.)."

6. The Clerk of the Court is authorized and directed to make a docket entry in case number 20-11663 (KBO) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of GNC Parent LLC to Vitamin OldCo Parent LLC (f/k/a GNC Parent LLC)."

7. The Clerk of the Court is authorized and directed to make a docket entry in case number 20-11664 (KBO) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of GNC Corporation to Vitamin OldCo Corporation (f/k/a GNC Corporation)."

8. The Clerk of the Court is authorized and directed to make a docket entry in case number 20-11665 (KBO) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of General Nutrition Centers, Inc. to Vitamin OldCo Centers, Inc. (f/k/a General Nutrition Centers, Inc.)."

9. The Clerk of the Court is authorized and directed to make a docket entry in case number 20-11666 (KBO) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name

change of General Nutrition Corporation to Vitamin OldCo, Inc. (f/k/a General Nutrition Corporation)."

10. The Clerk of the Court is authorized and directed to make a docket entry in case number 20-11667 (KBO) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of General Nutrition Investment Company to Vitamin OldCo Investment Company (f/k/a General Nutrition Investment Company)."

11. The Clerk of the Court is authorized and directed to make a docket entry in case number 20-11668 (KBO) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of Lucky Oldco Corporation to Vitamin OldCo Lucky Corporation (f/k/a Lucky Oldco Corporation)."

12. The Clerk of the Court is authorized and directed to make a docket entry in case number 20-11669 (KBO) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of GNC Funding, Inc. to Vitamin OldCo Funding, Inc. (f/k/a GNC Funding, Inc.)."

13. The Clerk of the Court is authorized and directed to make a docket entry in case number 20-11670 (KBO) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of GNC International Holdings, Inc. to Vitamin OldCo International Holdings, Inc. (f/k/a GNC International Holdings, Inc.)."

14. The Clerk of the Court is authorized and directed to make a docket entry in case number 20-11672 (KBO) which states substantially as follows: "An order has been entered in these

cases directing that the caption of these cases be changed, in accordance with the corporate name change of GNC Headquarters LLC to Vitamin OldCo Headquarters LLC (f/k/a GNC Headquarters LLC)."

15. The Clerk of the Court is authorized and directed to make a docket entry in case number 20-11673 (KBO) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of Gustine Sixth Avenue Associates, Ltd. to Vitamin OldCo Associates, Ltd. (f/k/a Gustine Sixth Avenue Associates, Ltd.)."

16. The Clerk of the Court is authorized and directed to make a docket entry in case number 20-11674 (KBO) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of GNC Canada Holdings, Inc. to Vitamin OldCo Canada Holdings, Inc. (f/k/a GNC Canada Holdings, Inc.)."

17. The Clerk of the Court is authorized and directed to make a docket entry in case number 20-11675 (KBO) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of General Nutrition Centres Company to Vitamin OldCo Centres Company (f/k/a General Nutrition Centres Company)."

18. The Clerk of the Court is authorized and directed to make a docket entry in case number 20-11676 (KBO) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of GNC Government Services, LLC to Vitamin OldCo Government Services, LLC (f/k/a GNC Government Services LLC)."

19. The Clerk of the Court is authorized and directed to make a docket entry in case number 20-11677 (KBO) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of GNC Puerto Rico Holdings, Inc. to Vitamin OldCo Puerto Rico Holdings, Inc. (f/k/a GNC Puerto Rico Holdings, Inc.)."

20. The Clerk of the Court is authorized and directed to make a docket entry in case number 20-11678 (KBO) which states substantially as follows: "An order has been entered in these cases directing that the caption of these cases be changed, in accordance with the corporate name change of GNC Puerto Rico, LLC to Vitamin OldCo Puerto Rico, LLC (f/k/a GNC Puerto Rico, LLC)."

21. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this order.

22. This Court shall retain jurisdiction with respect to all matters relating to the implementation or interpretation of this order.

*Ka B. O*

**Dated: October 14th, 2020**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**