**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Vitamin OldCo Holdings, Inc.,<br>(f/k/a GNC Holdings, Inc.), *et al.*,<br><br>Debtors.[1] | ) Chapter 11<br>)<br>) Case No. 20-11662 (KBO)<br>)<br>) (Jointly Administered)<br>)<br>) **Objection Deadline: Dec. 21, 2020 at 4:00 p.m. (ET)**<br>) **Hearing Date: Jan. 12, 2021 at 10:00 a.m. (ET)** |

**FINAL FEE APPLICATION OF LATHAM & WATKINS LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JUNE 23, 2020 THROUGH OCTOBER 30, 2020**

| | |
|---|---|
| Name of applicant: | Latham & Watkins LLP |
| Authorized to provide professional services to: | the debtors and debtors-in-possession |
| Date of retention: | July 20, 2020, effective as of June 23, 2020 |
| Period for which compensation and reimbursement are sought: | June 23, 2020 through October 30, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $13,767,600.31 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $102,658.93 |

This is a(n): ___ monthly    ___ interim    _X_ final application

---

[1] The debtors in these Chapter 11 Cases, along with the last four digits of each debtor's United States federal tax identification number, if applicable, or other applicable identification number, are: Vitamin OldCo Holdings, Inc. (f/k/a GNC Holdings, Inc.) (6244); Vitamin OldCo Parent LLC (f/k/a GNC Parent LLC) (7572); Vitamin OldCo Corporation (f/k/a GNC Corporation) (5170); Vitamin OldCo Centers, Inc. (f/k/a General Nutrition Centers, Inc.) (5168); Vitamin OldCo, Inc. (f/k/a General Nutrition Corporation) (4574); Vitamin OldCo Investment Company (f/k/a General Nutrition Investment Company) (3878); Vitamin OldCo Lucky Corporation (f/k/a Lucky Oldco Corporation) (7141); Vitamin OldCo Funding, Inc. (f/k/a GNC Funding, Inc.) (7837); Vitamin OldCo International Holdings, Inc. (f/k/a GNC International Holdings, Inc.) (9873); Vitamin OldCo Headquarters LLC (f/k/a GNC Headquarters LLC) (7550); Vitamin OldCo Associates, Ltd. (f/k/a Gustine Sixth Avenue Associates, Ltd.) (0731); Vitamin OldCo Canada Holdings, Inc. (f/k/a GNC Canada Holdings, Inc.) (3879); Vitamin OldCo Centres Company (f/k/a General Nutrition Centres Company) (0939); Vitamin OldCo Government Services, LLC (f/k/a GNC Government Services, LLC) (2226); Vitamin OldCo Puerto Rico Holdings, Inc. (f/k/a GNC Puerto Rico Holdings, Inc.) (4559); and Vitamin OldCo Puerto Rico, LLC (f/k/a GNC Puerto Rico, LLC) (7234). The debtors' mailing address is 300 Sixth Avenue, Pittsburgh, Pennsylvania 15222.

US-DOCS\119617368

Prior Applications Filed:

| Docket No. | Date Filed | Period Covered | Fees | Expenses | CNO Filed |
|---|---|---|---|---|---|
| 1057 | 9/3/20 | 6/23/20 – 7/31/20 | $4,329,841.81 | $23,986.46 | 9/25/20 |
| 1346 | 10/7/20 | 8/1/20 – 8/31/20 | $2,999,396.50 | $25,640.79 | 10/29/20 |
| 1516 | 11/2/20 | 9/1/20 – 9/30/20 | $4,520,568.50 | $32,003.94 | 11/24/20 |
| 1596 | 11/25/20 | 10/1/20 – 10/30/2020 | $1,917,793.50 | $21,027.74 | N/A |

**PLEASE TAKE NOTICE** that, pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 461] (the "**Interim Compensation Order**") and the *Findings of Fact, Conclusions of Law, and Order Confirming Seventh Amended Joint Chapter 11 Plan of Reorganization of GNC Holdings, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 1415] (the "**Confirmation Order**"), any objections to this Final Fee Application must be filed with the Court and served on Latham & Watkins LLP ("**L&W**") at the address set forth below so as to be received by **December 21, 2020 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider this Final Fee Application will be held before the Honorable Karen B. Owens, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, located at 824 Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 on **January 12, 2020 at 10:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that, (i) attached hereto as Exhibit A is L&W's summary cover sheet of the Final Fee Application and certain additional disclosures, (ii) attached hereto as Exhibit B is a summary of compensation by each professional of L&W that worked on the above-captioned chapter 11 cases during the final fee period, (iii) attached hereto as Exhibit C is a summary of compensation by project category for the final fee period, (iv) attached hereto

as <u>Exhibit D</u> is an expense summary for the final fee period, (v) attached hereto as <u>Exhibit E</u> are L&W's customary and comparable compensation disclosures for the final fee period, (vi) attached hereto as <u>Exhibit F</u> is the *Budget for Latham & Watkins LLP, Co-Counsel to the Debtors, for the Period from June 23, 2020 Through September 30, 2020* and the *Staffing Plan for Latham & Watkins LLP, Co-Counsel to the Debtors, for the Period from June 23, 2020 Through September 30, 2020*, (vii) attached hereto as <u>Exhibit G</u> is a summary of fees and hours budgeted compared to fees and hours billed during the final fee period, and (viii) attached hereto as <u>Exhibit H</u> is a certification of Caroline A. Reckler in support of this Final Fee Application.

**IF NO TIMELY OBJECTIONS ARE FILED TO THIS FINAL FEE APPLICATION, THE COURT, IN ACCORDANCE WITH THE TERMS OF THE INTERIM COMPENSATION ORDER AND THE CONFIRMATION ORDER, MAY ENTER AN ORDER GRANTING THIS APPLICATION WITHOUT A HEARING**.

| | |
|---|---|
| Dated: November 30, 2020<br>Chicago, IL | */s/ Caroline A. Reckler* |

**LATHAM & WATKINS LLP**
Richard A. Levy (admitted *pro hac vice*)
Caroline A. Reckler (admitted *pro hac vice*)
Asif Attarwala (admitted *pro hac vice*)
Brett V. Newman (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:    (312) 876-7700
Facsimile:    (312) 993-9767
Email:    richard.levy@lw.com
    caroline.reckler@lw.com
    asif.attarwala@lw.com
    brett.newman@lw.com

- and -

George A. Davis (admitted *pro hac vice*)
Andrew C. Ambruoso (admitted *pro hac vice*)
Jeffrey T. Mispagel (admitted *pro hac vice*)
885 Third Avenue
New York, New York 10022
Telephone:    (212) 906-1200
Facsimile:    (212) 751-4864
Email:    george.davis@lw.com
    andrew.ambruoso@lw.com
    jeffrey.mispagel@lw.com

*Counsel for Debtors and Debtors in Possession*