**Exhibit A**

**Summary Cover Sheet of Final Fee Application**

Case Name: **Vitamin OldCo Holdings, Inc., (f/k/a GNC Holdings, Inc.),** *et al.*
Case Number: **20-11662**
Applicant's Name: **Latham & Watkins LLP**
Date of Application: **November 30, 2020**
Interim or Final: **Final**

| | |
|---|---|
| Name of Applicant | Latham & Watkins LLP |
| Name of Client | Vitamin OldCo Holdings, Inc., (f/k/a GNC Holdings, Inc.), *et al.* |
| Time Period Covered by the Final Fee Period | Start: June 23, 2020<br>End: October 30, 2020 |
| Total compensation sought for the Final Fee Period | $13,767,600.31 |
| Total expenses sought for the Final Fee Period | $102,658.93 |
| Petition date | June 23, 2020 |
| Retention date | June 23, 2020 |
| Date of order approving employment | July 20, 2020 [Docket No. 486] |
| Total allowed compensation paid to date | $0 |
| Total allowed expenses paid to date | $0 |
| Blended rate in the Final Fee Period for all attorneys | $993.17 |
| Blended rate in the Final Fee Period for all timekeepers | $986.19 |
| Compensation sought and already paid pursuant to a monthly fee application but not yet allowed | $9,479,845.45 |
| Expenses sought and already paid pursuant to a monthly fee application but not yet allowed | $81,631.19 |
| Number of professionals included in the Final Fee Application | 105 |
| If applicable, number of professionals in the Final Fee Application not included in staffing plan approved by client | 13[1] |
| Difference between fees budgeted and compensation sought for the Final Fee Period | Fees sought are $6,117,600.31 more than budgeted[2] |
| Number of professionals billing fewer than 15 hours to the case during the Final Fee Period | 48 |
| Are any rates higher than those approved or disclosed at retention? | No |

---

[1]   The staffing plan only accounts for professionals expected to bill at least 15 hours to these chapter 11 cases. Of the 105 professionals who billed time to these chapter 11 cases, 57 billed 15 hours or more.

[2]   The budget covers the period from June 23, 2020 through September 30, 2020, whereas the Final Fee Application covers the period from June 23, 2020 through October 30, 2020.

**Exhibit B**

**Compensation by Professional**

| Name of Professional | Position of the Applicant; Date of Hire; Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Lee-Lim, Jiyeon | Partner; 1988; New York 1987 | $1,680 | 0.6 | $1,008.00 |
| Cohen, Alexander | Partner; 2009; New York 1988, District of Columbia 2009 | $1,630 | 11.4 | $18,582.00 |
| Levy, Richard | Partner; 1983; Illinois 1983 | $1,560 | 452.5 | $705,900.00 |
| Penzer, Michele | Partner; 1993; New York 1994 | $1,560 | 132.4 | $206,544.00 |
| Kronsnoble, Joseph | Partner; 1991; Illinois 1991 | $1,515 | 110.0 | $166,650.00 |
| Doyle, Diana | Partner; 1996; Illinois 1996 | $1,515 | 0.1 | $151.50 |
| Rodgers, Gregory | Partner; 2000; California 1997, New York 2008 | $1,455 | 1.0 | $1,455.00 |
| Struve, Robin | Partner; 1998; Illinois 1987, Massachusetts 2014 | $1,455 | 45.2 | $65,766.00 |
| Dudek, Paul | Partner; 2016; New York 1983, District of Columbia 2017 | $1,455 | 1.0 | $1,455.00 |
| Harris, Christopher | Partner; 1996; California 1997, New York 1998 | $1,395 | 0.5 | $697.50 |
| Smith, Sydney | Counsel; 2005; District of Columbia 1987 | $1,365 | 0.8 | $1,092.00 |
| Buday, Robert | Partner; 2011; Illinois 2000 | $1,365 | 520.5 | $710,482.50 |
| Reckler, Caroline | Partner; 2001; Illinois 2001, New York 2011 | $1,365 | 715.4 | $976,521.00 |
| Athanas, Josef | Partner; 1997; Illinois 1991, Hong Kong (Solicitor) 2018[1] | $1,365 | 237.0 | $321,919.50 |
| Schecter, Daniel | Partner; 1994; California 1994 | $1,330 | 59.3 | $78,869.00 |
| Tochner, Jeffrey | Partner; 1997; Florida 1994, New York 1994 | $1,330 | 15.7 | $20,881.00 |
| Weinberg, Erika | Partner; 2010; New York 1997 | $1,295 | 12.5 | $16,187.50 |
| Faris, Bradley | Partner; 2000; Illinois 2000, New York 2014 | $1,295 | 38.0 | $49,210.00 |
| Armengod, Hector | Partner; 2008; Spain (Abogado) 2002, Brussels Bar - E List 2004 | $1,225 | 3.4 | $4,165.00 |

---

[1] Josef Athanas transferred from L&W's Hong Kong office to its Chicago office during the compensation period, and his rate was adjusted accordingly. As such, 15.1 hours of Mr. Athanas' time were billed at his prior hourly rate of $1,260.

| Name of Professional | Position of the Applicant; Date of Hire; Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Croley, Steven | Partner; 2017; Pennsylvania 1992, Michigan 2000, District of Columbia 2017, Illinois 2017 | $1,225 | 22.0 | $26,950.00 |
| Romanova, Elena | Partner; 2017; New York 2004 | $1,225 | 1.1 | $1,347.50 |
| Wry, Jonathan | Counsel; 2016; New Jersey 1998, New York 1998 | $1,180 | 373.6 | $440,848.00 |
| Ambruoso, Andrew | Counsel; 2020; North Carolina 1997, New York 1998 | $1,180 | 969.4 | $1,143,892.00 |
| Reeves, Amanda | Partner; 2011; Virginia 2002, District of Columbia 2006 | $1,180 | 1.7 | $2,006.00 |
| Morelli, Jason | Partner; 2007; Illinois 2007 | $1,180 | 325.3 | $383,854.00 |
| Dewitz, Matthew | Partner; 2008; New York 2009 | $1,145 | 0.4 | $458.00 |
| Alkhas, Nineveh | Counsel; 2017; Missouri 2005, Illinois 2008 | $1,120 | 2.9 | $3,248.00 |
| Bates, Rachel | Partner; 2011; Illinois 2007 | $1,120 | 1.5 | $1,680.00 |
| Lam, Howard | Partner; 2014; Hong Kong (Solicitor) 1999, England and Wales (Solicitor) 2001 | $1,120 | 20.3 | $22,736.00 |
| Gardiner, Drew | Partner; 2004; California 2004 | $1,120 | 3.1 | $3,472.00 |
| Reiss, Michael | Partner; 2010; California 2010 | $1,120 | 139.8 | $156,576.00 |
| Segall, Leah | Associate; 2017; California 2013, Illinois 2018 | $1,085 | 27.9 | $30,271.50 |
| Orr, Sara | Counsel; 2005; Illinois 2002, District of Columbia 2005, Texas 2020 | $1,085 | 1.6 | $1,736.00 |
| English, Patrick | Counsel; 2009; California 2009, District of Columbia 2010 | $1,085 | 5.1 | $5,533.50 |
| Schunke, Bryce | Counsel; 2010; New York 2011 | $1,085 | 36.3 | $39,385.50 |
| Rock, Brian | Counsel; 2011; New York 2012 | $1,085 | 4.0 | $4,340.00 |
| Ewart, Jason | Counsel; 2018; New York 2008 | $1,085 | 2.7 | $2,929.50 |
| Blamires, Robert | Counsel; 2018; California 2015, Ireland (Solicitor) 2016, England and Wales (Solicitor) 2006 | $1,085 | 1.1 | $1,193.50 |
| Sorkin, Andrew | Counsel; 2019; New York 2008, District of Columbia 2016 | $1,085 | 4.0 | $4,340.00 |
| Mispagel, Jeffrey | Associate; 2016; New York 2010 | $1,075 | 1,046.4 | $1,124,880.00 |
| Medina, Zonia | Associate; 2013; Illinois 2010 | $1,055 | 476.8 | $503,024.00 |
| Barr, Sarah | Associate; 2008; Illinois 2008 | $1,055 | 488.8 | $515,684.00 |

| Name of Professional | Position of the Applicant; Date of Hire; Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Hackett, William | Associate; 2012; California 2012, District of Columbia 2016 | $1,055 | 0.3 | $316.50 |
| Alexander, Owen | Associate; 2013; Illinois 2013 | $1,055 | 44.4 | $46,842.00 |
| Paige, Dustin | Associate; 2018; Illinois 2012 | $1,055 | 251.1 | $264,910.50 |
| Duan, Ruonan | Associate; 2019; New Zealand (Solicitor-Barrister) 2012 | $1,055 | 57.4 | $60,557.00 |
| Ikeda, Tiffany | Associate; 2019; California 2011 | $1,055 | 150.2 | $158,461.00 |
| Blumenthal, Andrew | Associate; 2014; New York 2015 | $995 | 1.2 | $1,194.00 |
| Harris, Alex | Associate; 2014; New York 2015 | $995 | 244.6 | $243,377.00 |
| Ohlgart, Christopher | Associate; 2017; Illinois 2013, Texas 2015 | $985 | 169.5 | $166,957.50 |
| Stauffer, Nicole | Associate; 2015; Illinois 2015 | $955 | 36.0 | $34,380.00 |
| Behrman, Megan | Associate; 2016; New York 2016 | $955 | 21.1 | $20,150.50 |
| Ritter, Karen | Associate; 2015; New York 2016 | $955 | 266.8 | $254,794.00 |
| Ward, Meredith | Associate; 2015; New York 2016 | $955 | 21.2 | $20,246.00 |
| Attarwala, Asif | Associate; 2019; New York 2016, Illinois 2019 | $955 | 335.0 | $319,925.00 |
| Li, Zhutian | Associate; 2018; New York 2017 | $925 | 1.3 | $1,202.50 |
| Quagliato, Louis | Associate; 2016; New York 2017 | $895 | 155.8 | $139,441.00 |
| Cooke, Simon | Associate; 2020; New York 2016 | $895 | 41.7 | $37,321.50 |
| Patel, Samir | Associate; 2019; New York 2017, Illinois 2019 | $895 | 785.5 | $703,022.50 |
| Newman, Brett | Associate; 2019; Illinois 2016 | $895 | 509.7 | $456,181.50 |
| Davis, Alicia | Restructuring Attorney; 2019; Illinois 2009, California 2019 | $850 | 206.3 | $175,355.00 |
| Hale, Michael | Associate; 2017; California 2017 | $815 | 181.6 | $148,004.00 |
| Johnson, Matthew | Associate; 2017; Illinois 2017 | $815 | 302.2 | $246,293.00 |
| Hoesterey, Alice | Associate; 2017; California 2017 | $815 | 15.1 | $12,306.50 |
| Villani, Luca | Associate; 2019; Italy (Avvocato) 2017, Brussels Bar - E List 2019 | $815 | 18.5 | $15,077.50 |
| Gaddie, Greer | Associate; 2019; Illinois 2019 | $695 | 0.9 | $625.50 |
| Weichselbaum, Jonathan | Associate; 2018; New York 2019 | $695 | 239.5 | $166,452.50 |
| Rosen, Brian | Associate; 2018; New York 2019 | $695 | 41.0 | $28,495.00 |
| Biddle, Rebekah | Associate; 2018; Illinois 2018 | $695 | 431.7 | $300,031.50 |
| Forbus, Jared | Associate; 2018; California 2018 | $695 | 3.4 | $2,363.00 |

| Name of Professional | Position of the Applicant; Date of Hire; Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Park, Euna | Associate; 2019; Illinois 2018 | $695 | 580.6 | $403,490.31 |
| Chauvin, Lucy | Associate; 2018; Illinois 2018 | $695 | 94.6 | $65,747.00 |
| Gianelli, Alexandra | Associate; 2018; California 2018 | $695 | 187.0 | $129,965.00 |
| Waterhous, Julia | Associate; 2018; Illinois 2018 | $695 | 336.1 | $233,589.50 |
| Gordon, Jonathan | Associate; 2020; Illinois 2018 | $695 | 309.5 | $215,102.50 |
| Wolfe, Victoria | Associate; 2019; Illinois 2019 | $590 | 329.8 | $194,582.00 |
| Friedli, Katherine | Associate; 2019; Illinois 2019 | $590 | 616.1 | $363,499.00 |
| Nieberg, Michael | Associate; 2019; New York 2020 | $590 | 228.7 | $134,933.00 |
| Zucker, Jaime | Associate; 2019; Illinois 2019 | $590 | 26.5 | $15,635.00 |
| Sun, Lauren | Associate; 2019; New York 2020 | $590 | 8.9 | $5,251.00 |
| Taggart, MacLane | Associate; 2019; New York 2020 | $590 | 13.7 | $8,083.00 |
| Grill, Daniel | Associate; 2019; New York 2020 | $590 | 6.8 | $4,012.00 |
| Jalal, Henna | Associate; 2019; Illinois 2019 | $590 | 217.0 | $128,030.00 |
| Teresi, Joseph | Associate; 2019; California 2019 | $590 | 28.5 | $16,815.00 |
| Escrigas Canameras, Anna | Associate; 2020 | $590 | 12.5 | $7,375.00 |
| Bird, Jeffrey | Research Analyst; 2004 | $535 | 1.0 | $535.00 |
| Arnold, Elizabeth | Senior Paralegal; 2003 | $480 | 40.3 | $19,344.00 |
| Rico, Colleen | Senior Paralegal; 2002 | $450 | 9.6 | $4,320.00 |
| Grocke, Gayle | Senior Paralegal; 2006 | $435 | 1.5 | $652.50 |
| Chan, Sarah | Senior Research Librarian; 2008 | $425 | 0.6 | $255.00 |
| Hirsch, Adria | Research & Library Manager; 2010 | $425 | 3.6 | $1,530.00 |
| Kohn, Rachel | Litigation Services Supervising Attorney; 2008 | $425 | 1.8 | $765.00 |
| Sjoholm, Justine | Research Librarian; 2011 | $425 | 0.9 | $382.50 |
| Behrooz, Shirin | Litigation Services Supervising Attorney; 2016 | $425 | 0.3 | $127.50 |
| Case, Jenna | Research Librarian; 2016 | $425 | 0.4 | $170.00 |
| Park, Kevin | Research Librarian; 2018 | $425 | 1.0 | $425.00 |
| Phillips, Lisa | Senior Paralegal; 2003 | $410 | 2.2 | $902.00 |
| Stevenson, Nicota | Financial Analyst; 2018 | $390 | 5.0 | $1,950.00 |
| Towns, Verlean | Litigation Services Senior Coordinator; 2002 | $370 | 0.9 | $333.00 |
| Wong, Queenie | Litigation Services Senior Coordinator; 2018 | $370 | 0.8 | $296.00 |

| Name of Professional | Position of the Applicant; Date of Hire; Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| O'Brien, Timothy | Paralegal; 2015 | $365 | 44.6 | $16,279.00 |
| Mojek-Ozdemir, Barbara | Practice Support Analyst II; 2013 | $335 | 0.3 | $100.50 |
| Holbrook, Timothy | Practice Support Analyst; 2020 | $335 | 0.6 | $201.00 |
| Hickey, Brendan | Court Generalist; 2005 | $330 | 0.6 | $198.00 |
| Shcherbakova, Elizaveta | Paralegal; 2018 | $260 | 2.0 | $520.00 |

| | |
|---|---|
| **Total** | **$13,767,600.31** |
| **Total Hours** | **13,960.4** |
| **Blended Rate[2]** | **$986.19** |

---

[2]    The blended rate is calculated based on the hourly rates for all professionals and paraprofessionals.

**Exhibit C**

**Compensation by Project Category**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 2,719.7 | $2,874,188.00 |
| Assumption and Rejection of Leases and Contracts | 4,965.3 | $4,344,689.81 |
| Business Operations | 375.8 | $363,698.00 |
| Case Administration | 652.0 | $624,541.50 |
| Claims Administration and Objections | 148.6 | $148,619.50 |
| Corporate Governance and Board Matters | 336.4 | $320,234.00 |
| Employee Benefits and Pensions | 149.8 | $168,543.00 |
| Employment and Fee Applications | 378.5 | $315,039.50 |
| Financing and Cash Collateral | 1,155.2 | $1,310,712.50 |
| Litigation | 387.3 | $337,766.50 |
| Meetings and Communications with Creditors | 462.4 | $494,589.50 |
| Plan and Disclosure Statement | 1,577.6 | $1,749,116.00 |
| Relief from Stay and Adequate Protection | 3.7 | $2,979.50 |
| Reporting | 39.1 | $38,585.50 |
| Tax | 330.2 | $389,151.50 |
| Expenses | 0.0 | $0.00 |
| APA Litigation | 278.8 | $285,146.00 |
| **TOTAL** | **13,960.4** | **$13,767,600.31** |

**Exhibit D**

**Expense Summary**

| Expense Category | Total Expenses |
|---|---|
| Audio \ Video Conferencing Services | $1,042.21 |
| Docket | $227.64 |
| Document Processing | $6,992.00 |
| Federal Express & Messenger | $539.63 |
| Filing Fees | $21,568.50 |
| Ground Transportation - Local | $639.51 |
| Laser Copy | $7,402.75 |
| Legal Research | $40,780.80 |
| Meals - Local | $264.10 |
| Outside Services - Non-Attorney | $2,766.79 |
| Practice Support | $20,435.00 |
| **TOTAL** | **$102,658.93** |

**Exhibit E**

**Customary and Comparable Compensation Disclosures**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-Wide for Preceding Year (2019)[1] | Billed June 23, 2020 through October 30, 2020 |
| Partner | $1,194 | $1,374 |
| Counsel | $1,042 | $1,176 |
| Senior Associate (7 years or more since first admission) | $1,004 | $1,059 |
| Mid-Level Associate (4-6 years since first admission) | $901 | $903 |
| Junior Associate (0-3 years since first admission) | $749 | $653 |
| Paraprofessionals | $583 | $693 |
| **All Timekeepers Aggregated** | **$1,016** | **$986** |

---

[1]    The billable rates for L&W attorneys are adjusted on January 1 of each year.  The data in this column excludes 2019 blended hourly rate information for members of the Restructuring and Special Situations practice group.

**<u>Exhibit F</u>**

**Budget & Staffing Plan**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Vitamin OldCo Holdings, Inc., | ) | Case No. 20-11662 (KBO) |
| (f/k/a GNC Holdings, Inc.), *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors.[1] | ) | |
| | ) | |

## BUDGET FOR LATHAM & WATKINS LLP,
## CO-COUNSEL TO THE DEBTORS, FOR THE PERIOD
## FROM JUNE 23, 2020 THROUGH SEPTEMBER 30, 2020[2]

Date Retention Approved:  July 20, 2020, effective as of June 23, 2020

Date Budget Approved by Client:  June 29, 2020

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES[3] |
|---|---|---|
| Asset Disposition | 300 | $337,500 |
| Assumption and Rejection of Leases and Contracts | 300 | $337,500 |

---

[1]  The debtors in these Chapter 11 Cases, along with the last four digits of each debtor's United States federal tax identification number, if applicable, or other applicable identification number, are:  Vitamin OldCo Holdings, Inc. (f/k/a GNC Holdings, Inc.) (6244); Vitamin OldCo Parent LLC (f/k/a GNC Parent LLC) (7572); Vitamin OldCo Corporation (f/k/a GNC Corporation) (5170); Vitamin OldCo Centers, Inc. (f/k/a General Nutrition Centers, Inc.) (5168); Vitamin OldCo, Inc. (f/k/a General Nutrition Corporation) (4574); Vitamin OldCo Investment Company (f/k/a General Nutrition Investment Company) (3878); Vitamin OldCo Lucky Corporation (f/k/a Lucky Oldco Corporation) (7141); Vitamin OldCo Funding, Inc. (f/k/a GNC Funding, Inc.) (7837); Vitamin OldCo International Holdings, Inc. (f/k/a GNC International Holdings, Inc.) (9873); Vitamin OldCo Headquarters LLC (f/k/a GNC Headquarters LLC) (7550); Vitamin OldCo Associates, Ltd. (f/k/a Gustine Sixth Avenue Associates, Ltd.) (0731); Vitamin OldCo Canada Holdings, Inc. (f/k/a GNC Canada Holdings, Inc.) (3879); Vitamin OldCo Centres Company (f/k/a General Nutrition Centres Company) (0939); Vitamin OldCo Government Services, LLC (f/k/a GNC Government Services, LLC) (2226); Vitamin OldCo Puerto Rico Holdings, Inc. (f/k/a GNC Puerto Rico Holdings, Inc.) (4559); and Vitamin OldCo Puerto Rico, LLC (f/k/a GNC Puerto Rico, LLC) (7234).  The debtors' mailing address is 300 Sixth Avenue, Pittsburgh, Pennsylvania 15222.

[2]  This budget may be amended to reflect changed circumstances or unexpected developments.  Any such amended budget will be provided to the Debtors.

[3]  The estimated fees for each project category were calculated by multiplying the estimated number of hours by $1,125, which is the average hourly rate for the L&W attorneys expected to work on the matter during the budget period as set forth in the accompanying staffing plan.

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES[3] |
|---|---|---|
| Avoidance Action Analysis | 50 | $56,250 |
| Budgeting (Case) | 25 | $28,125 |
| Business Operations | 300 | $337,500 |
| Case Administration | 750 | $843,750 |
| Claims Administration and Objections | 300 | $337,500 |
| Corporate Governance and Board Matters | 250 | $281,250 |
| Employee Benefits and Pensions | 250 | $281,250 |
| Employment and Fee Applications | 400 | $450,000 |
| Employment and Fee Application Objections | 50 | $56,250 |
| Financing and Cash Collateral | 600 | $675,000 |
| Litigation | 750 | $843,750 |
| Meetings and Communications with Creditors | 250 | $281,250 |
| Non-Working Travel | 150 | $84,375 |
| Plan and Disclosure Statement | 1,000 | $1,125,000 |
| Real Estate | 300 | $337,500 |
| Relief from Stay and Adequate Protection | 300 | $337,500 |
| Reporting | 200 | $225,000 |
| Tax | 250 | $281,250 |
| Valuation | 100 | $112,500 |
| **TOTAL** | **6,875** | **$7,650,000** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Vitamin OldCo Holdings, Inc., (f/k/a GNC Holdings, Inc.), *et al.*, | Case No. 20-11662 (KBO) |
| | (Jointly Administered) |
| Debtors.[1] | |

**STAFFING PLAN FOR LATHAM & WATKINS LLP,**
**CO-COUNSEL TO THE DEBTORS, FOR THE PERIOD**
**FROM JUNE 23, 2020 THROUGH SEPTEMBER 30, 2020[2]**

Date Retention Approved:  July 20, 2020, effective as of June 23, 2020

Date Budget Approved by Client:  June 29, 2020

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER[3] | APPROXIMATE HOURLY RATE |
|---|---|---|
| Partners | 15 | $1,120–$1,630 |
| Counsel | 5 | $1,085–$1,280 |
| Associates | 20 | $590–$1,085 |

---

[1]    The debtors in these Chapter 11 Cases, along with the last four digits of each debtor's United States federal tax identification number, if applicable, or other applicable identification number, are:  Vitamin OldCo Holdings, Inc. (f/k/a GNC Holdings, Inc.) (6244); Vitamin OldCo Parent LLC (f/k/a GNC Parent LLC) (7572); Vitamin OldCo Corporation (f/k/a GNC Corporation) (5170); Vitamin OldCo Centers, Inc. (f/k/a General Nutrition Centers, Inc.) (5168); Vitamin OldCo, Inc. (f/k/a General Nutrition Corporation) (4574); Vitamin OldCo Investment Company (f/k/a General Nutrition Investment Company) (3878); Vitamin OldCo Lucky Corporation (f/k/a Lucky Oldco Corporation) (7141); Vitamin OldCo Funding, Inc. (f/k/a GNC Funding, Inc.) (7837); Vitamin OldCo International Holdings, Inc. (f/k/a GNC International Holdings, Inc.) (9873); Vitamin OldCo Headquarters LLC (f/k/a GNC Headquarters LLC) (7550); Vitamin OldCo Associates, Ltd. (f/k/a Gustine Sixth Avenue Associates, Ltd.) (0731); Vitamin OldCo Canada Holdings, Inc. (f/k/a GNC Canada Holdings, Inc.) (3879); Vitamin OldCo Centres Company (f/k/a General Nutrition Centres Company) (0939); Vitamin OldCo Government Services, LLC (f/k/a GNC Government Services, LLC) (2226); Vitamin OldCo Puerto Rico Holdings, Inc. (f/k/a GNC Puerto Rico Holdings, Inc.) (4559); and Vitamin OldCo Puerto Rico, LLC (f/k/a GNC Puerto Rico, LLC) (7234).  The debtors' mailing address is 300 Sixth Avenue, Pittsburgh, Pennsylvania 15222.

[2]    This staffing plan may be amended to reflect changed circumstances or unexpected developments.  Any such amended staffing plan will be provided to the Debtors.

[3]    These numbers reflect the timekeepers expected to bill at least 15 hours to these chapter 11 cases during the budget period.

US-DOCS\119617368

| Professional Staff | 1 | $850 |
|---|---|---|
| Paralegals | 3 | $470–$500 |

**Exhibit G**

**Summary of Fees/Hours Budgeted Compared with Fees/Hours Billed[1]**

| Project Category | Budgeted Hours | Billed Hours | Budgeted Fees | Billed Fees |
|---|---|---|---|---|
| Asset Disposition | 300 | 2,719.7 | $337,500 | $2,874,188.00 |
| Assumption and Rejection of Leases and Contracts | 300 | 4,965.3 | $337,500 | $4,344,689.81 |
| Avoidance Action Analysis | 50 | 0 | $56,250 | $0 |
| Budgeting (Case) | 25 | 0 | $28,125 | $0 |
| Business Operations | 300 | 375.8 | $337,500 | $363,698.00 |
| Case Administration | 750 | 652.0 | $843,750 | $624,541.50 |
| Claims Administration and Objections | 300 | 148.6 | $337,500 | $148,619.50 |
| Corporate Governance and Board Matters | 250 | 336.4 | $281,250 | $320,234.00 |
| Employee Benefits and Pensions | 250 | 149.8 | $281,250 | $168,543.00 |
| Employment and Fee Applications | 400 | 378.5 | $450,000 | $315,039.50 |
| Employment and Fee Application Objections | 50 | 0 | $56,250 | $0 |
| Financing and Cash Collateral | 600 | 1,155.2 | $675,000 | $1,310,712.50 |
| Litigation | 750 | 387.3 | $843,750 | $337,766.50 |
| Meetings and Communications with Creditors | 250 | 462.4 | $281,250 | $494,589.50 |
| Non-Working Travel | 150 | 0 | $84,375 | $0 |
| Plan and Disclosure Statement | 1,000 | 1,577.6 | $1,125,000 | $1,749,116.00 |
| Real Estate | 300 |  | $337,500 |  |
| Relief from Stay and Adequate Protection | 300 | 3.7 | $337,500 | $2,979.50 |
| Reporting | 200 | 39.1 | $225,000 | $38,585.50 |
| Tax | 250 | 330.2 | $281,250 | $389,151.50 |
| Valuation | 100 | 0 | $112,500 | $ |
| APA Litigation | 0 | 278.8 | $0 | $285,146.00 |
| **TOTAL** | **6,875** | **13,960.4** | **$7,650,000** | **$13,767,600.31** |

---

[1]    The budget covers the period from June 23, 2020 through September 30, 2020, whereas the Final Fee Application (and the hours and fees billed as shown herein) covers the period from June 23, 2020 through October 30, 2020.

**Exhibit H**

**Certification Regarding Final Fee Application**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Vitamin OldCo Holdings, Inc., | ) | Case No. 20-11662 (KBO) |
| (f/k/a GNC Holdings, Inc.), *et al.*, | ) |  |
|  | ) | (Jointly Administered) |
| Debtors.[1] | ) |  |
|  | ) |  |

**CERTIFICATION OF CAROLINE A. RECKLER IN SUPPORT OF THE**
**FINAL FEE APPLICATION OF LATHAM & WATKINS LLP**

1.       I am a partner with the applicant firm, Latham & Watkins LLP ( "**L&W**"), and have been admitted to the bar of the States of Illinois and New York since 2001 and 2011, respectively.

2.       I make this certification regarding the *Final Fee Application of Latham & Watkins LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for the Period from June 23, 2020 through October 30, 2020* (the "**Final Fee Application**") to certify matters addressed in the *Order Establishing Procedures for*

---

[1]     The debtors in these Chapter 11 Cases, along with the last four digits of each debtor's United States federal tax identification number, if applicable, or other applicable identification number, are:  Vitamin OldCo Holdings, Inc. (f/k/a GNC Holdings, Inc.) (6244); Vitamin OldCo Parent LLC (f/k/a GNC Parent LLC) (7572); Vitamin OldCo Corporation (f/k/a GNC Corporation) (5170); Vitamin OldCo Centers, Inc. (f/k/a General Nutrition Centers, Inc.) (5168); Vitamin OldCo, Inc. (f/k/a General Nutrition Corporation) (4574); Vitamin OldCo Investment Company (f/k/a General Nutrition Investment Company) (3878); Vitamin OldCo Lucky Corporation (f/k/a Lucky Oldco Corporation) (7141); Vitamin OldCo Funding, Inc. (f/k/a GNC Funding, Inc.) (7837); Vitamin OldCo International Holdings, Inc. (f/k/a GNC International Holdings, Inc.) (9873); Vitamin OldCo Headquarters LLC (f/k/a GNC Headquarters LLC) (7550); Vitamin OldCo Associates, Ltd. (f/k/a Gustine Sixth Avenue Associates, Ltd.) (0731); Vitamin OldCo Canada Holdings, Inc. (f/k/a GNC Canada Holdings, Inc.) (3879); Vitamin OldCo Centres Company (f/k/a General Nutrition Centres Company) (0939); Vitamin OldCo Government Services, LLC (f/k/a GNC Government Services, LLC) (2226); Vitamin OldCo Puerto Rico Holdings, Inc. (f/k/a GNC Puerto Rico Holdings, Inc.) (4559); and Vitamin OldCo Puerto Rico, LLC (f/k/a GNC Puerto Rico, LLC) (7234).  The debtors' mailing address is 300 Sixth Avenue, Pittsburgh, Pennsylvania 15222.

*Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 461] (the

"**Interim Compensation Order**").[2]

3.     I have personally performed many of the legal services rendered by L&W as

counsel to the Debtors in these chapter 11 cases and am thoroughly familiar with the other work

performed on behalf of the Debtors by the lawyers in the firm.

4.     Specifically, I have reviewed the Final Fee Application, including each monthly

fee application relating to the period from June 23, 2020 through and including October 30, 2020

(the "**Final Fee Period**"), and I hereby certify that such applications comply with the Interim

Compensation Order and the applicable provisions of the Bankruptcy Code, the Bankruptcy

Rules, and the Local Rules.  In addition, I hereby certify that, in accordance with the Interim

Compensation Order, and in connection with preparing the Final Fee Application, L&W has

made a reasonable effort to comply with the U.S. Trustee's requests for information and

additional disclosures set forth in the *Guidelines for Reviewing Applications for Compensation*

*and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11*

*Cases*, effective November 1, 2013 (the "**U.S. Trustee Guidelines**").

### Disclosures Pursuant to the U.S. Trustee Guidelines

5.     By order dated July 20, 2020 [Docket No. 486] (the "**Retention Order**"), the

Court approved the *Application of Debtors for Order Authorizing the Employment and Retention*

*of Latham & Watkins LLP as Bankruptcy Co-Counsel Effective as of the Petition Date* [Docket

No. 229] (the "**Retention Application**"), authorizing the Debtors to retain L&W as their co-

counsel in these chapter 11 cases.

---

[2]     Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the
Interim Compensation Order.

6.      On October 14, 2020, the Court entered an order [Docket No. 1415] confirming

the *Seventh Amended Joint Chapter 11 Plan of Reorganization of GNC Holdings, Inc. and Its*

*Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* (the "**Plan**").  On October 30, 2020,

the Debtors consummated the Plan and the Effective Date (as defined in the Plan) occurred.

7.      One hundred five (105) professionals of L&W provided services to the Debtors

during the Final Fee Period.  Of those professionals, forty-eight (48) billed fewer than 15 hours

during the Final Fee Period.

8.      L&W discussed its rates, fees, and staffing plan with the Debtors at the outset of

these chapter 11 cases.  Further, L&W provided the Debtors with the budget and the staffing plan

attached hereto as Exhibit F.  The compensation sought for the Final Fee Period is $6,117,600.31

more than the fees budgeted for period from June 23, 2020 through September 30, 2020.

9.      In accordance with the U.S. Trustee Guidelines*,* L&W responds to the questions

identified therein as follows:

> Question 1:      Did L&W agree to any variations from, or alternatives to, L&W's
> standard or customary billing rates, fees, or terms for services pertaining to this
> engagement that were provided during the application period?   If so, please
> explain.
>
> > Answer:        No.
>
> Question 2:      If the fees sought in the Final Fee Application as compared to the
> fees budgeted for the time period covered by the Final Fee Application are higher
> by 10% or more, did L&W discuss the reasons for the variation with the client?
>
> > Answer:        Yes, L&W discussed the reasons for the variation with the
> > Debtors.
>
> Question 3:      Have any of the professionals included in the Final Fee
> Application varied their hourly rate based on geographic location of the
> bankruptcy cases?
>
> > Answer:        No.

<u>Question 4</u>:    Does the Final Fee Application include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices?

 <u>Answer</u>:    L&W is not requesting compensation for fees related to reviewing or revising time records or preparing, reviewing or revising invoices that are not related to the preparation of applications for compensation.

<u>Question 5</u>:    Does the Final Fee Application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify hours and fees.

 <u>Answer</u>:    L&W is seeking compensation with respect to approximately 132.1 hours and $112,285 in fees spent to ensure the time entries submitted with L&W's fee statements comply with the applicable provisions of the Bankruptcy Rules and Local Rules and do not disclose privileged or confidential information.  This review and any revisions associated therewith are a necessary component of L&W's preparation of each fee application.

<u>Question 6</u>:    Does the Final Fee Application include any rate increases since L&W's retention in these cases?

 <u>Answer</u>:    No.

 */s/ Caroline A. Reckler*
 Caroline A. Reckler