## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | )   Chapter 11 |
| | ) |
| Vitamin OldCo Holdings, Inc., | )   Case No. 20-11662 (KBO) |
| (f/k/a GNC Holdings, Inc.), *et al.*, | ) |
| | )   (Jointly Administered) |
| Debtors.[1] | ) |
| | ) |

## **SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Xavi Flores, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On January 5, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the supplemental service list attached hereto as **Exhibit A**:

- Notice of Meeting of Creditors & Commencement of Chapter 11 Bankruptcy Case [Docket No. 352]

- Notice of Disclosure Statement Hearing [Docket No. 386]

---

[1] The debtors in these Chapter 11 Cases, along with the last four digits of each debtor's United States federal tax identification number, if applicable, or other applicable identification number, are: Vitamin OldCo Holdings, Inc. (f/k/a GNC Holdings, Inc.) (6244); Vitamin OldCo Parent LLC (f/k/a GNC Parent LLC) (7572); Vitamin OldCo Corporation (f/k/a GNC Corporation) (5170); Vitamin OldCo Centers, Inc. (f/k/a General Nutrition Centers, Inc.) (5168); Vitamin OldCo, Inc. (f/k/a General Nutrition Corporation) (4574); Vitamin OldCo Investment Company (f/k/a General Nutrition Investment Company) (3878); Vitamin OldCo Lucky Corporation (f/k/a Lucky Oldco Corporation) (7141); Vitamin OldCo Funding, Inc. (f/k/a GNC Funding, Inc.) (7837); Vitamin OldCo International Holdings, Inc. (f/k/a GNC International Holdings, Inc.) (9873); Vitamin OldCo Headquarters LLC (f/k/a GNC Headquarters LLC) (7550); Vitamin HoldCo Associates, Ltd. (f/k/a Gustine Sixth Avenue Associates, Ltd.) (0731); Vitamin OldCo Canada Holdings, Inc. (f/k/a GNC Canada Holdings, Inc.) (3879); Vitamin OldCo Centres Company (f/k/a General Nutrition Centres Company) (0939); Vitamin OldCo Government Services, LLC (f/k/a GNC Government Services, LLC) (2226); Vitamin OldCo Puerto Rico Holdings, Inc. (f/k/a GNC Puerto Rico Holdings, Inc.) (4559); and Vitamin OldCo Puerto Rico, LLC (f/k/a GNC Puerto Rico, LLC) (7234). The debtors' mailing address is 300 Sixth Avenue, Pittsburgh, Pennsylvania 15222.

On January 5, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the supplemental service list attached hereto as **Exhibit B**:

- Notice of Deadline for the Filing of Proofs of Claim, Including for Claims Asserted Under Section 503(b)(9) of the Bankruptcy Code [Docket No. 549]

- Notice of Sale, Bidding Procedures, Auction, and Sale Hearing [Docket No. 564]

- Proof of Claim form, a copy of which is attached hereto as **Exhibit C**

On January 5, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the supplemental service list attached hereto as **Exhibit D**:

- Notice of (A) Entry of Order Confirming and (B) Effective Date of Seventh Amended Joint Chapter 11 Plan of Reorganization of GNC Holdings, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code, a copy of which is attached hereto as **Exhibit E**

Dated: January 7, 2021

*/s/ Xavi Flores*
Xavi Flores

State of New York
County of New York

Subscribed and sworn to (or affirmed) to me on January 7, 2021, by Xavi Flores, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ JAMES A. MAPPLETHORPE*
Notary Public, State of New York
No. 01MA6370846
Qualified in New York County
Commission Expires February 12, 2022

SRF 49749

**Exhibit A**

Exhibit A

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 10877253 | LUKEHART, SCOTT B. | ADDRESS ON FILE | | | |
| 10825814 | PEREZ, STEVEN E. | ADDRESS ON FILE | | | |
| 10839666 | SMITH, BRITTANY N. | ADDRESS ON FILE | | | |
| 10858488 | RIVERA, MICHAEL A. | ADDRESS ON FILE | | | |

**Exhibit B**

Exhibit B
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 10826240 | CHAIRES GONZALEZ, JOSE L. | ADDRESS ON FILE | | | |
| 10842454 | COYLE, NOLAN P. | ADDRESS ON FILE | | | |
| 10840814 | HOHAN, SANDINA L. | ADDRESS ON FILE | | | |
| 10829851 | MERTIKAS, DONOVAN M. | ADDRESS ON FILE | | | |
| 11000211 | MONTEIRO, EZRA | ADDRESS ON FILE | | | |

**Exhibit C**

**United States Bankruptcy Court, District of Delaware**

| Fill in this information to identify the case (Select only one Debtor per claim form): | | |
|---|---|---|
| ❏ GNC Holdings, Inc. (Case No. 20-11662) | ❏ GNC Funding, Inc. (Case No. 20-11669) | ❏ GNC Government Services, LLC (Case No. 20-11676) |
| ❏ GNC Parent LLC (Case No. 20-11663) | ❏ GNC International Holdings, Inc. (Case No. 20-11670) | ❏ GNC Puerto Rico Holdings, Inc. (Case No. 20-11677) |
| ❏ GNC Corporation (Case No. 20-11664) | ❏ GNC China Holdco LLC (Case No. 20-11671) | ❏ GNC Puerto Rico, LLC (Case No. 20-11678) |
| ❏ General Nutrition Centers, Inc. (Case No. 20-11665) | ❏ GNC Headquarters LLC (Case No. 20-11672) | |
| ❏ General Nutrition Corporation (Case No. 20-11666) | ❏ Gustine Sixth Avenue Associates, Ltd. (Case No. 20-11673) | |
| ❏ General Nutrition Investment Company (Case No. 20-11667) | ❏ GNC Canada Holdings, Inc. (Case No. 20-11674) | |
| ❏ Lucky Oldco Corporation (Case No. 20-11668) | ❏ General Nutrition Centres Company (Case No. 20-11675) | |

## Modified Official Form 410

# Proof of Claim

04/19

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense (other than a claim entitled to priority under 11 U.S.C. § 503(b)(9)). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

_____
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

❏ No
❏ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|
| Name _____ | Name _____ |
| Number        Street _____ | Number        Street _____ |
| City        State        ZIP Code | City        State        ZIP Code |
| Contact phone _____ | Contact phone _____ |
| Contact email _____ | Contact email _____ |

**4. Does this claim amend one already filed?**

❏ No
❏ Yes. Claim number on court claims registry (if known)_____    Filed on _____ / ____ / _____
                                                                                                        MM   /   DD   /   YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

❏ No
❏ Yes. Who made the earlier filing? _____

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6. Do you have any number you use to identify the debtor?**

❑ No
❑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$_____. **Does this amount include interest or other charges?**

❑ No
❑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9. Is all or part of the claim secured?**

❑ No
❑ Yes. The claim is secured by a lien on property.

**Nature of property:**

❑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
❑ Motor vehicle
❑ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                                 $_____

**Amount of the claim that is secured:**        $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**        $_____

**Annual Interest Rate** (when case was filed)_____%
❑ Fixed
❑ Variable

**10. Is this claim based on a lease?**

❑ No
❑ Yes. **Amount necessary to cure any default as of the date of the petition.**        $_____

**11. Is this claim subject to a right of setoff?**

❑ No
❑ Yes. Identify the property: _____

| | | |
|---|---|---|
| **12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**<br><br>A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br><br>☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |
| **13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?** | ☐ No<br><br>☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** | $_____ |

### Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____(mm/dd/yyyy)

_____
Signature

**Name of the person who is completing and signing this claim:**

Name    _____
        First name          Middle name          Last name

Title   _____

Company _____
        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
        Number      Street

        _____
        City                          State    ZIP Code

Contact phone _____   Email _____

Modified Official Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court                                                                                      12/15

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

> A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
> 18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**

- **Fill in the caption at the top of the form.**

- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).

- **Do not attach original documents because attachments may be destroyed after scanning.**

- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**

- **A** *Proof of Claim* **form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.

- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://cases.primeclerk.com/gnc.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

GNC Holdings, Inc. Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

| **Do not file these instructions with your form** |

**Exhibit D**

Exhibit D
Supplemental Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 10986577 | ABRELL, PAMELA | ADDRESS ON FILE | | | | | |
| 10999411 | ALPUERTO, ODESSA | ADDRESS ON FILE | | | | | |
| 10970189 | BAILEY, JORDAN | ADDRESS ON FILE | | | | | |
| 10889497 | BERKSHIRE GAS CO | PO BOX 847821 | | | BOSTON | MA | 02284-7821 |
| 11042480 | BRADY, RICK | ADDRESS ON FILE | | | | | |
| 10834479 | BRENDA LEE | ADDRESS ON FILE | | | | | |
| 11049935 | BREWINGTON, NATHAN | ADDRESS ON FILE | | | | | |
| 10825579 | CANALES, ANDRES R. | ADDRESS ON FILE | | | | | |
| 10860319 | CASTANO, JUAN P. | ADDRESS ON FILE | | | | | |
| 10862418 | CHIARAVALLOT, FRANCESCO M. | ADDRESS ON FILE | | | | | |
| 11243440 | CK# 918582 RAYMOND SHANE | ADDRESS ON FILE | | | | | |
| 10837546 | DAY, RUTGER H. | ADDRESS ON FILE | | | | | |
| 10832822 | DEABATEE, SITAN M. | ADDRESS ON FILE | | | | | |
| 10834222 | DIAB, SARAH G. | ADDRESS ON FILE | | | | | |
| 10856036 | DIEFFENBACH, HEATHER D. | ADDRESS ON FILE | | | | | |
| 11033828 | DIHL, RALPH | ADDRESS ON FILE | | | | | |
| 10861300 | DOLORES WINSLEY | ADDRESS ON FILE | | | | | |
| 10995635 | DONG | ADDRESS ON FILE | | | | | |
| 10876408 | DRESCOSKY, BLAKE T. | ADDRESS ON FILE | | | | | |
| 10865826 | DUARTE, SILVIA P. | ADDRESS ON FILE | | | | | |
| 10882152 | D'URSO, STEFAN R. | ADDRESS ON FILE | | | | | |
| 10866831 | FALCO, GERARD P. | ADDRESS ON FILE | | | | | |
| 10827354 | FILER, DEVON A. | ADDRESS ON FILE | | | | | |
| 10835825 | FOGIATO, JOSEPH A. | ADDRESS ON FILE | | | | | |
| 10947033 | FRAGA PROPERTIES | ALBERT FRAGA | FPC LIMITED PARTNERSHIP, C/O FRAGA PROPERTIES | 2600 S DOUGLAS RD STE 610 | CORAL GABLES | FL | 33134-6100 |
| 10824394 | GABRIEL, ANTHONY O. | ADDRESS ON FILE | | | | | |
| 10861260 | GLICK, DEVIN A. | ADDRESS ON FILE | | | | | |
| 10979207 | GODWIN, TOBY | ADDRESS ON FILE | | | | | |
| 10828156 | GRAMSTAD, NICOLE D. | ADDRESS ON FILE | | | | | |
| 10853668 | GRIMM, ZONCIE N. | ADDRESS ON FILE | | | | | |
| 11021488 | HAMPTON, CLIFF | ADDRESS ON FILE | | | | | |
| 11229558 | HANNAY REALTY ADVISORS-COLORADO LP | HRA PALOMAR PLACE LP | 1700 BROADWAY #710 | | DENVER | CO | 80290-1700 |
| 10888053 | HANSON, LOGAN F. | ADDRESS ON FILE | | | | | |
| 10836821 | HASSERT, MARY A. | ADDRESS ON FILE | | | | | |
| 10840821 | HILAL, MOHAMAD A. | ADDRESS ON FILE | | | | | |
| 11015607 | HINZ, NICOL | ADDRESS ON FILE | | | | | |
| 10993806 | HOFMANN, LANE | ADDRESS ON FILE | | | | | |
| 10876340 | HOUCHINS, ANDREW J. | ADDRESS ON FILE | | | | | |
| 10816359 | HRA PALOMAR PLACE LP | C/O MDC REALTY ADVISORS CO LP | 101 UNIVERSITY BLVD STE 330 | | DENVER | CO | 80206-4621 |
| 10842326 | ILJAZI, ALIT D. | ADDRESS ON FILE | | | | | |
| 11015357 | JING, MEILIN | ADDRESS ON FILE | | | | | |
| 10992274 | JOHNSON, GREG | ADDRESS ON FILE | | | | | |
| 10882042 | JONES, ZACHARY D. | ADDRESS ON FILE | | | | | |
| 11050688 | JONSTON, MAGGIE | ADDRESS ON FILE | | | | | |

Exhibit D

Supplemental Service List

Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 11039241 | KAUTH, CLAYTON | ADDRESS ON FILE | | | | | |
| 10831467 | KING, DAVID R. | ADDRESS ON FILE | | | | | |
| 11013431 | KONG, SOKLAY | ADDRESS ON FILE | | | | | |
| 10880299 | LINN COUNTY HEALTH DEPT | 1070 6TH ST SE | | | CEDAR RAPIDS | IA | 52401-2464 |
| 10999424 | MALLOY, MARCUS | ADDRESS ON FILE | | | | | |
| 11052925 | MCCART, JEAN | ADDRESS ON FILE | | | | | |
| 11010561 | MCCLARY, BRANDON | ADDRESS ON FILE | | | | | |
| 10854363 | MCCOMBS, LEE R. | ADDRESS ON FILE | | | | | |
| 10944695 | MDC REALTY ADVISORS | HRA PALOMAR PLACE LP | C/O MDC REALTY ADVISORS CO LP | 101 UNIVERSITY BLVD STE 330 | DENVER | CO | 80206-4621 |
| 11046507 | MEDLEY, CHAD | ADDRESS ON FILE | | | | | |
| 10825438 | MIHOLICS, KALLIE M. | ADDRESS ON FILE | | | | | |
| 10822113 | MUHAMMAD, TAUFEEQ M. | ADDRESS ON FILE | | | | | |
| 11007814 | MUNOZ, DAVID | ADDRESS ON FILE | | | | | |
| 11020318 | PELOWSKI, NATASHA | ADDRESS ON FILE | | | | | |
| 10837155 | PERRY, DAVID C. | ADDRESS ON FILE | | | | | |
| 11041763 | RACEDO, ERICA | ADDRESS ON FILE | | | | | |
| 10846852 | SARAH KAULKBRENER | ADDRESS ON FILE | | | | | |
| 10853353 | SAUBER, DEVIN L. | ADDRESS ON FILE | | | | | |
| 10971488 | SCHWAB, DAN | ADDRESS ON FILE | | | | | |
| 11046983 | SCHWWITZER, JOSEPH | ADDRESS ON FILE | | | | | |
| 11004880 | SEVERS, TRAVIS | ADDRESS ON FILE | | | | | |
| 10842120 | SIAS, DARIUS A. | ADDRESS ON FILE | | | | | |
| 10837650 | SKAR, SARA L. | ADDRESS ON FILE | | | | | |
| 11240797 | SNEAKY CHEF FOODS | 6610 LANCRET HILL DR | | | AUSTIN | TX | 78745-4715 |
| 10830250 | SNEED, NATHANAL L. | ADDRESS ON FILE | | | | | |
| 10889952 | STEINBORN, KIMBERLY A. | ADDRESS ON FILE | | | | | |
| 11035717 | STEWART, TRISH | ADDRESS ON FILE | | | | | |
| 10870825 | STINSON, JULIAN C. | ADDRESS ON FILE | | | | | |
| 10852315 | TAYLOR, JUSTIN C. | ADDRESS ON FILE | | | | | |
| 11057677 | TEANEY, JOHN | ADDRESS ON FILE | | | | | |
| 10851416 | THOMPSON, KAYLA M. | ADDRESS ON FILE | | | | | |
| 10825480 | THORPE, GEMAYNE D. | ADDRESS ON FILE | | | | | |
| 10821760 | TODD, AMBER L. | ADDRESS ON FILE | | | | | |
| 11009921 | VALLICCHIO, PATRICK | ADDRESS ON FILE | | | | | |
| 10875215 | VANDERMARLIE, BRANDON L. | ADDRESS ON FILE | | | | | |
| 11050937 | VELAZQUEZ, MC DANIEL | ADDRESS ON FILE | | | | | |
| 10826037 | VELEZ, PHYLLIS | ADDRESS ON FILE | | | | | |
| 11017085 | VIRK, MANVIR | ADDRESS ON FILE | | | | | |
| 11029468 | WEST, JONATHAN | ADDRESS ON FILE | | | | | |
| 10822336 | WHITE, TRAVIS P. | ADDRESS ON FILE | | | | | |
| 12155350 | WOODBURY TOWN CENTER LLC | HANSON CRANCE LLP | CO SHERRY MEYERHOFF | 520 NEWPORT CENTER DR STE 1400 | NEWPORT BEACH | CA | 92660-7020 |
| 11055561 | ZHOU, HANG | ADDRESS ON FILE | | | | | |

**Exhibit E**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Vitamin OldCo Holdings, Inc., | ) Case No. 20-11662 (KBO) |
| (f/k/a GNC Holdings, Inc.), *et al.*, | ) |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |
| | ) **Re: Docket Nos. 1415, 1398** |

## NOTICE OF (A) ENTRY OF ORDER CONFIRMING AND (B) EFFECTIVE DATE OF SEVENTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF GNC HOLDINGS, INC. AND ITS DEBTOR AFFILIATES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.    <u>**Confirmation of the Plan.**</u>  On October 14, 2020, the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") entered an order [Docket No. 1415] (the "**Confirmation Order**") confirming the *Seventh Amended Joint Chapter 11 Plan of Reorganization of GNC Holdings, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 1398] (as modified or amended, the "**Plan**"), in the Chapter 11 Cases of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"). Unless otherwise defined in this Notice, capitalized terms and phrases used herein have the meanings given to them in the Plan and the Confirmation Order.  This Notice is intended solely to provide notice of the entry of the Confirmation Order and it does not, and shall not be construed to, limit, modify or interpret any of the provisions of the Confirmation Order.  The following paragraphs identify some of the provisions of the Confirmation Order for the convenience of

---

[1]    The debtors in these Chapter 11 Cases, along with the last four digits of each debtor's United States federal tax identification number, if applicable, or other applicable identification number, are:  Vitamin OldCo Holdings, Inc. (f/k/a GNC Holdings, Inc.) (6244); Vitamin OldCo Parent LLC (f/k/a GNC Parent LLC) (7572); Vitamin OldCo Corporation (f/k/a GNC Corporation) (5170); Vitamin OldCo Centers, Inc. (f/k/a General Nutrition Centers, Inc.) (5168); Vitamin OldCo, Inc. (f/k/a General Nutrition Corporation) (4574); Vitamin OldCo Investment Company (f/k/a General Nutrition Investment Company) (3878); Vitamin OldCo Lucky Corporation (f/k/a Lucky Oldco Corporation) (7141); Vitamin OldCo Funding, Inc. (f/k/a GNC Funding, Inc.) (7837); Vitamin OldCo International Holdings, Inc. (f/k/a GNC International Holdings, Inc.) (9873); Vitamin OldCo Headquarters LLC (f/k/a GNC Headquarters LLC) (7550); Vitamin OldCo Associates, Ltd. (f/k/a Gustine Sixth Avenue Associates, Ltd.) (0731); Vitamin OldCo Canada Holdings, Inc. (f/k/a GNC Canada Holdings, Inc.) (3879); Vitamin OldCo Centres Company (f/k/a General Nutrition Centres Company) (0939); Vitamin OldCo Government Services, LLC (f/k/a GNC Government Services, LLC) (2226); Vitamin OldCo Puerto Rico Holdings, Inc. (f/k/a GNC Puerto Rico Holdings, Inc.) (4559); and Vitamin OldCo Puerto Rico, LLC (f/k/a GNC Puerto Rico, LLC) (7234).  The debtors' mailing address is 300 Sixth Avenue, Pittsburgh, Pennsylvania 15222.

creditors; however, creditors should refer to the full text of the Confirmation Order and should not rely upon the summary provided below.

2. **Effective Date of the Plan.** On October 30, 2020, the Effective Date of the Plan occurred. All conditions precedent to the Effective Date enumerated in Article VIII of the Plan were satisfied or waived in accordance with the Plan as of October 30, 2020. Pursuant to the Confirmation Order and the Plan, the releases, exculpation, and injunction provisions set forth in Article IX of the Plan are now in full force and effect.

3. **Convenience Class Election Deadline.** The last date for Holders of Allowed Claims in Class 4 to elect to have such Claims reclassified as Class 4A Convenience Class Claims is November 30, 2020 (i.e., 31 calendar days after the Effective Date).[2] A Class 4A Convenience Class Claim is a General Unsecured Claim that is either (a) an Allowed Claim in an amount that is equal to or less than $50,000 or (b) an Allowed Claim in an amount that is greater than $50,000, but with respect to which the Holder of such Allowed Claim agrees in writing to voluntarily and irrevocably reduce the aggregate amount of such Allowed Claim to $50,000 or less. To elect to have an Allowed Claims in Class 4 voluntarily and irrevocably reduced to an amount of $50,000 or less and reclassified as a Class 4A Convenience Class Claim pursuant to Article III.B.5.b. of the Plan, a Holder of an Allowed Claim in Class 4 must submit a Convenience Class Election Form in accordance with the instructions set forth therein by first class mail, overnight courier or hand delivery, or via Prime Clerk's online portal at cases.primeclerk.com/gnc by **no later than November 30, 2020 at 5:00 p.m. (prevailing Eastern Time).**

4. **Bar Dates.**

a. *Fee Claims*. All final requests for payment of Professional Fee Claims for services rendered and reimbursement of expenses incurred prior to the Effective Date must be Filed no later than 45 days after the Effective Date. Objections to any final requests for payment of Professional Fee Claims must be filed no later than 20 days from the date of the filing of such final requests for payment of Professional Fee Claims. The Bankruptcy Court shall determine the Allowed amounts of such Professional Fee Claims after notice and a hearing in accordance with the procedures established by the Bankruptcy Code, the Bankruptcy Rules, and prior Bankruptcy Court orders. The Reorganized Debtors shall pay Professional Fee Claims owing to the Retained Professionals in Cash to such Retained Professionals in the amount the Bankruptcy Court Allows from funds held in the Professional Fee Escrow Account, as soon as reasonably practicable after such Professional Fee Claims are Allowed by entry of an order of the Bankruptcy Court; provided that the Debtors' and the Reorganized Debtors' obligations to pay Allowed Professional Fee Claims shall not be limited or deemed limited to funds held in the Professional Fee Escrow Account. To the extent that funds held in the Professional Fee Escrow Account are insufficient to satisfy the Allowed amount of Professional Fee Claims owing to the Retained Professionals, the

---

[2]   The Plan requires such elections to be made no later than 30 calendar days after the Effective Date, but that day (November 29, 2020) is a Sunday and thus the deadline is extended to Monday, November 30, 2020 pursuant to rule 9006(a)(1)(C) of the Federal Rules of Bankruptcy Procedure.

Reorganized Debtors shall pay such amounts within ten (10) Business Days of entry of the order approving such Professional Fee Claims.

b.      *Administrative Claims*.  All requests for payment of an Administrative Claim (other than DIP Facilities Claims (including DIP Expenses), Cure Costs, Professional Fee Claims, Transaction Expenses, or U.S. Trustee quarterly fees payable pursuant to Article II.E of the Plan) that accrued on or before the Effective Date that were not otherwise satisfied in the ordinary course of business must be filed with the Bankruptcy Court and served on the Reorganized Debtors **no later than November 30, 2020** (i.e., the date that is the 31st day after the Effective Date) (the "**Administrative Claims Bar Date**").[3]

If a Holder of an Administrative Claim (other than DIP Facilities Claims (including DIP Expenses), Cure Costs, Professional Fee Claims, Transaction Expenses, or U.S. Trustee quarterly fees payable pursuant to Article II.E of the Plan) that is required to, but does not, file and serve a request for payment of such Administrative Claim by the Administrative Claims Bar Date shall be forever barred, estopped and enjoined from asserting such Administrative Claims against the Debtors, the Reorganized Debtors and their respective Estates and property and such Administrative Claims shall be deemed discharged as of the Effective Date.

c.      *Rejection Damages Claims*.  Unless otherwise provided by a Bankruptcy Court order, any Proofs of Claim asserting Claims arising from the rejection of the Executory Contracts and Unexpired Leases pursuant to the Plan or otherwise must be filed with the Notice and Claims Agent within thirty days after the date of the effectiveness of the rejection of the applicable Executory Contract or Unexpired Lease.  Any Proofs of Claim arising from the rejection of the Executory Contracts and Unexpired Leases that are not timely filed shall be subject to disallowance by further order of the Bankruptcy Court upon objection on such grounds.  All Allowed Claims arising from the rejection of the Executory Contracts and Unexpired Leases shall constitute General Unsecured Claims and shall be treated in accordance with Article III.B of the Plan.

**5.      Bankruptcy Court Address.**  For purposes of filing requests for payment of Administrative Expense Claims and applications for allowance of Professional Fee Claims, the address of the Bankruptcy Court is 824 North Market Street, 5th Floor, Wilmington, Delaware 19801.

**6.      Notices.**  To continue to receive pleadings and other documents filed in the Chapter 11 Cases pursuant to Bankruptcy Rule 2002, you must file a renewed request to receive documents pursuant to Bankruptcy Rule 2002.  Commencing November 30, 2020, (i.e., 31 calendar days after the Effective Date),[4] the list of Entities receiving documents pursuant to Bankruptcy Rule 2002

---

[3]   The Plan provides that the Administrative Claims Bar Date is the 30th calendar day after the Effective Date, but that day (November 29, 2020) is a Sunday and thus the Administrative Claims Bar Date is extended to Monday, November 30, 2020 pursuant to rule 9006(a)(1)(C) of the Federal Rules of Bankruptcy Procedure.

[4]   The Plan provides that the deadline to make such requests is the 30th calendar day after the Effective Date, but that day (November 29, 2020) is a Sunday and thus the deadline is extended to Monday, November 30, 2020 pursuant to rule 9006(a)(1)(C) of the Federal Rules of Bankruptcy Procedure.

will be limited to those Entities who have filed such renewed requests (including any Entities that file such renewed requests after such date).

7.    **Copies of Confirmation Order.**  Copies of the Confirmation Order, the Plan, and any pleadings filed in these Chapter 11 Cases may be obtained by (a) visiting the Debtors' restructuring website at https://cases.primeclerk.com/GNC; (b) sending an email to gncinfo@primeclerk.com; and/or (c) calling the Debtors' restructuring hotline at +1.844.974.2132 (or +1.347.505.7137 for international calls).  The Confirmation Order and the Plan may also be examined by any party in interest during normal business hours at the Office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court, 824 Market Street, 5th Floor, Wilmington, Delaware 19801.  You may also obtain copies of the Confirmation Order or of any pleadings filed in these Chapter 11 Cases for a fee at http://www.deb.uscourts.gov.

Dated: October 30, 2020
        Wilmington, Delaware

**YOUNG CONAWAY STARGATT &
TAYLOR, LLP**


*/s/ Joseph M. Mulvihill.*
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Andrew L. Magaziner (No. 5426)
Joseph M. Mulvihill (No. 6061)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 571-6600
Facsimile:    (302) 571-1253
Email:        mnestor@ycst.com
              kcoyle@ycst.com
              amagaziner@ycst.com
              jmulvihill@ycst.com

**LATHAM & WATKINS LLP**
Richard A. Levy (admitted *pro hac vice*)
Caroline A. Reckler (admitted *pro hac vice*)
Asif Attarwala (admitted *pro hac vice*)
Brett V. Newman (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:    (312) 876-7700
Facsimile:    (312) 993-9767
Email:        richard.levy@lw.com
              caroline.reckler@lw.com
              asif.attarwala@lw.com
              brett.newman@lw.com

- and -

George A. Davis (admitted *pro hac vice*)
Andrew C. Ambruoso (admitted *pro hac vice*)
Jeffrey T. Mispagel (admitted *pro hac vice*)
885 Third Avenue
New York, New York 10022
Telephone:    (212) 906-1200
Facsimile:    (212) 751-4864
Email:        george.davis@lw.com
              andrew.ambruoso@lw.com
              jeffrey.mispagel@lw.com

*Counsel for Debtors and Debtors in Possession*